UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL 30  P 12:44

U.S. DISTRICT COURT
DISTRICT OF MASS

ROBERT BRIDDELL

    Plaintiff

v.

SAINT GOBAIN ABRASIVES, INC.

    Defendants

CIVIL ACTION NO.

04-40146

July 29, 2004

### MOTION FOR ADMISSION OF THOMAS W. MEIKLEJOHN AS COUNSEL PRO HAC VICE.

Comes now D. K. Kassakoff, pursuant to Rule 85.5.3 of the Local Rules of this Court and respectfully moves that Thomas W. Meiklejohn be admitted as counsel in this case on the grounds that he is very familiar with the law and facts in this case and as such his admission as additional counsel will be of benefit to the Court. Annexed is an Affidavit reflecting Mr. Meiklejohn's good standing in the bar of the State of Connecticut and the United States District Court, Southern District of Connecticut and the United States Court of Appeals for the 2nd Circuit.

_____
Darragh K. Kassakoff, Esq.
Seder & Chandler
339 Main Street
Worcester, MA 01608
(508) 757-7721

FILING FEE PAID:
RECEIPT # 404377
AMOUNT $ 50 -
BY DPTY CLK _____
DATE 7-30-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIDDELL | CIVIL ACTION NO. |
| Plaintiff | |
| v. | |
| SAINT GOBAIN ABRASIVES, INC. | |
| Defendants | July 29, 2004 |

## AFFIDAVIT OF THOMAS W. MEIKLEJOHN

My name is Thomas W. Meiklejohn. I am a partner in the law firm of Livingston, Adler, Pulda, Meiklejohn & Kelly in Hartford, Connecticut. I am a member in good standing of the bar of the Supreme Court of Connecticut, of the United States District Court for the District of Connecticut, and of the United States Court of Appeals for the Second Circuit. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction. I have a copy of the Local Rules of the United States District Court for the District of Massachusetts, and I am familiar with those rules.

_____
Thomas W. Meiklejohn

Subscribed and sworn to before me on this 29th day of July 2004.

_____
Commissioner of the Superior Court