UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell,<br><br>    Plaintiff,<br><br>v.<br><br>Saint-Gobain Abrasives, Inc.,<br><br>    Defendant. | Civil Action No. 04-40146 |

## ASSENTED TO MOTION OF DEFENDANT TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendant Saint-Gobain Abrasives, Inc. ("Saint Gobain"), with the assent of Plaintiff, hereby moves and requests that it be granted a ten-day extension of time to answer, move, or otherwise respond to Plaintiff's Complaint, up to and including Monday, October 18, 2004. As grounds for this Assented To Motion, Defendant states that it requires a brief additional period in which to fully respond to Plaintiff's Complaint. The short extension of time requested will not interfere with the Court's schedule, as a scheduling conference has not yet been scheduled in this case.

Respectfully submitted,
ROBERT BRIDDELL
By his attorneys,
s/ Mary E. Kelly
Thomas W. Meiklejohn CT #08756
Mary E. Kelly CT #07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

Respectfully submitted,
SAINT-GOBAIN ABRASIVES, INC.,
By its attorneys,
s/ David J. Kerman
David J. Kerman, BBO #269370
Amanda S. Rosenfeld, BBO #654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: September 27, 2004