'UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIDDELL,<br><br>　　Plaintiff<br><br>v.<br><br>SAINT GOBAIN ABRASIVES, INC.,<br><br>　　Defendant. | Civil Action No.: 04-40146 |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Saint-Gobain Abrasives, Inc. ("Saint Gobain"), submits the following disclosure statement. Saint Gobain's corporate parent is Compagnie de Saint Gobain. Moreover, Saint Gobain is a privately-held corporation. As such, no publicly-held company owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SAINT-GOBAIN ABRASIVES, INC.,
　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　/s/David J. Kerman
　　　　　　　　　　　　　　　　　　David J. Kerman, BBO #269370
　　　　　　　　　　　　　　　　　　Amanda S. Rosenfeld, BBO #654101
　　　　　　　　　　　　　　　　　　Jackson Lewis LLP
　　　　　　　　　　　　　　　　　　75 Park Plaza
　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　(617) 367-0025

Dated: October 18, 2004