UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIDDELL,<br><br>　　　Plaintiff<br><br>v.<br><br>SAINT GOBAIN ABRASIVES, INC.,<br><br>　　　Defendant. | Civil Action No.: 04-40146-FDS |

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant, Saint-Gobain Abrasives, Inc. ("Saint Gobain"), and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

　　a)　with a view to establishing a budget for the cost of conducting the full course – and various alternative courses – of this litigation; and

　　b)　to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　SAINT-GOBAIN ABRASIVES, INC.,
　　　　　　　　　　By its attorneys,


　　　　　　　　　　/s/David J. Kerman
　　　　　　　　　　David J. Kerman, BBO #269370
　　　　　　　　　　Amanda S. Rosenfeld, BBO #654101
　　　　　　　　　　Jackson Lewis LLP
　　　　　　　　　　75 Park Plaza
　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　(617) 367-0025

By:   /s/Sherry M. Carr
      Sherry M. Carr, Associate General Counsel
      Saint-Gobain Corporation

Dated: November 16, 2004