UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIDDELL<br><br>Plaintiff<br><br>v.<br><br>SAINT GOBAIN ABRASIVES, INC.<br><br>Defendants | CIVIL ACTION NO.<br>4:04 CV 40146 (FDS)<br><br><br><br>January 10, 2005 |

## MOTION FOR EXTENSION OF TIME

Plaintiff, Robert Briddell, respectfully requests an extension of thirty days' time, from January 12, 2005 up to and including February 10, 2005, within which to file objections and responses to the Defendant's First Set of Interrogatories and Requests for Production of Documents. This extension of time is necessary due to the press of other business.

This is plaintiff's first request for an extension of time in this matter. Counsel for the defendant has no objection to the granting of this extension.

                                      RESPECTFULLY SUBMITTED,

                                      THE PLAINTIFF

By: _____
      Mary E. Kelly ct07419
      Livingston, Adler, Pulda,
      Meiklejohn & Kelly, P.C.
      557 Prospect Avenue
      Hartford, CT 06105-2922
      (860) 233-9821

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing Motion for Extension of Time was mailed, overnight mail, on this 10th day of January, 2005 to all counsel of record as follows:

David Kerman, Esq.
Amanda Rosenfeld, Esq.
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116


Mary E. Kelly