UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell,  )  <br> )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> Saint-Gobain Abrasives, Inc.,  )  <br> )  <br> Defendant.  )  <br> ) | Civil Action No. 04-40146-FDS |

**ASSENTED TO MOTION OF DEFENDANT TO EXTEND INTERIM DISCOVERY DEADLINE FOR SERVICE OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**

Defendant Saint-Gobain Abrasives, Inc. ("Saint Gobain"), with the assent of Plaintiff, hereby moves and requests that the parties be granted a 15-day extension of the interim deadline for propounding all requests for production of documents and interrogatories, from February 28, 2005, up to and including Tuesday, March 15, 2005. As grounds for this Assented To Motion, Defendant states that, given the extensive discovery served by Plaintiff, Defendant requires an extension of time to serve its discovery responses. As a result, Defendant intends to serve its discovery responses on or by March 1, 2005, and the requested extension would provide Plaintiff with two weeks in which to propound additional discovery, if necessary. The short extension of time requested will not interfere with any other deadlines set forth in the Scheduling Order.

| | |
|---|---|
| Respectfully submitted,<br>ROBERT BRIDDELL<br>By his attorneys,<br>/s/ Mary E. Kelly<br>Thomas W. Meiklejohn CT #08756<br>Mary E. Kelly CT #07419<br>Livingston, Adler, Pulda,<br>Meiklejohn & Kelly P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 233-9821 | Respectfully submitted,<br>SAINT-GOBAIN ABRASIVES, INC.,<br>By its attorneys,<br>/s/ Amanda S. Rosenfeld<br>David J. Kerman, BBO #269370<br>Amanda S. Rosenfeld, BBO #654101<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: February 15, 2005