UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Saint-Gobain Abrasives, Inc., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-40146-FDS |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

The parties in the above-entitled action hereby jointly move that the Scheduling Order be amended to extend the deadline for discovery and all other scheduling order deadlines by 60 days. As grounds for this motion, the parties state as follows:

1. The parties have been working diligently to complete discovery. In particular, the parties have exchanged answers to interrogatories and produced voluminous documents. In addition, Defendant has commenced the deposition of Robert Briddell, although the deposition needs to be continued beyond the first day because of the numerous documents about which the witness is testifying.

2. The parties are in the process of identifying agreeable dates for the continuation of open depositions and the scheduling of additional depositions. Plaintiff's counsel has advised that it intends to take a number of depositions.

3. As a result, the parties anticipate that they will not be able to complete discovery by the April 29, 2005 deadline under the existing Scheduling Order, and an additional 60 days is required to complete discovery.

4.  Accordingly, the parties request that the Scheduling Order deadlines for discovery and all subsequent events be extended as follows:

- All depositions, other than expert depositions, completed:   06/28/05

- All discovery, other than expert discovery, completed:   06/28/05

- Dispositive motions filed by:   08/29/05

- Plaintiff's trial experts designated and information contemplated by Fed. R. Civ. P. 26(a)(2) disclosed by:   11/14/05

- Defendant's trial experts designated and information contemplated by Fed. R. Civ. P. 26(a)(2) disclosed by:   12/14/05

- Parties' trial experts deposed by:   1/16/06

**WHEREFORE,** the parties jointly and respectfully request that this motion be allowed.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ROBERT BRIDDELL | SAINT-GOBAIN ABRASIVES, INC., |
| By his attorneys, | By its attorneys, |
| /s/ Mary E. Kelly | /s/ Amanda S. Rosenfeld |
| Thomas W. Meiklejohn CT #08756 | David J. Kerman, BBO #269370 |
| Mary E. Kelly CT #07419 | Amanda S. Rosenfeld, BBO #654101 |
| Livingston, Adler, Pulda, | Jackson Lewis LLP |
| Meiklejohn & Kelly P.C. | 75 Park Plaza |
| 557 Prospect Avenue | Boston, MA 02116 |
| Hartford, CT 06105-2922 | (617) 367-0025 |
| (860) 233-9821 | |

Dated: April 20, 2005