UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-40146-FDS |
| ) | |
| ) | |
| Saint-Gobain Abrasives, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

The parties in the above-entitled action hereby jointly move that the Scheduling Order be amended to extend the deadline for discovery and all other scheduling order deadlines by 20 days. As grounds for this motion, the parties state as follows: the parties have been working to complete discovery. In particular, the parties have exchanged answers to interrogatories and produced voluminous documents. In addition, Defendant has completed the deposition of Robert Briddell.

The parties have scheduled two other depositions, and are in the process of identifying agreeable dates for the depositions of further witnesses. Unfortunately, Defendant's counsel is unavailable during the remainder of the week of June 13th and both plaintiff's counsel will be out of state from June 21st through 29th. As a result, the parties anticipate that they will not be able to complete discovery by the June 28, 2005 deadline under the existing Scheduling Order, and an additional 20 days is required to complete discovery.

Accordingly, the parties request that the Scheduling Order deadlines for discovery and all subsequent events be extended as follows:

| | |
|---|---|
| All depositions, other than expert depositions, completed: | 07/20/05 |
| All discovery, other than expert discovery, completed: | 07/20/05 |
| Dispositive motions filed by: | 09/19/05 |
| Plaintiff's trial experts designated and information contemplated by Fed. R. Civ. P. 26(a)(2) disclosed by: | 12/05/05 |
| Defendant's trial experts designated and information contemplated by Fed. R. Civ. P. 26(a)(2) disclosed by: | 1/05/06 |
| Parties' trial experts deposed by: | 2/05/06 |

**WHEREFORE,** the parties jointly and respectfully request that this motion be allowed.

Respectfully submitted,

ROBERT BRIDDELL
By his attorneys,
/s/ Mary E. Kelly
Thomas W. Meiklejohn CT #08756
Mary E. Kelly CT #07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

Respectfully submitted,

SAINT-GOBAIN ABRASIVES, INC.,
By its attorneys,
/s/ Amanda S. Rosenfeld
David J. Kerman, BBO #269370
Amanda S. Rosenfeld, BBO #654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: June___, 2005