## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT BRIDDELL

     Plaintiff

v.

SAINT GOBAIN ABRASIVES, INC.

    Defendants

:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
04-40146-FDS

June 17, 2005

## MOTION FOR ADMISSION OF MARY E. KELLY
## AS COUNSEL PRO HAC VICE.

Comes now D. K. Kasakoff, pursuant to Rule 85.5.3 of the Local Rules of this Court and respectfully moves that Mary E. Kelly be admitted as counsel in this case on the grounds that she is very familiar with the law and facts in this case and as such her admission as additional counsel will be of benefit to the Court. Annexed is an Affidavit reflecting Attorney Kelly's good standing in the bar of the State of Connecticut and the United States District Court, District of Connecticut.

Darragh K. Kasakoff, Esq.
Seder & Chandler
339 Main Street
Worcester, MA 01608
(508) 757-7721

FILING FEE PAID:
RECEIPT # 404589
AMOUNT $ 50.00
BY DPTY CLK
DATE 6-17-05

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT BRIDDELL

      Plaintiff

    v.

SAINT GOBAIN ABRASIVES, INC.

      Defendants

CIVIL ACTION NO.
04-40146 (FDS)

June 16, 2005

## AFFIDAVIT OF MARY E. KELLY

My name is Mary E. Kelly. I am a partner in the law firm of Livingston, Adler, Pulda, Meiklejohn & Kelly in Hartford, Connecticut. I am a member in good standing of the bar of the Supreme Court of Connecticut, of the United States District Court for the District of Connecticut. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction. I have a copy of the Local Rules of the United States District Court for the District of Connecticut, and I am familiar with those rules.

_____
Mary E. Kelly

Subscribed and sworn to before me on this 16 day of June 2005.

_____
Commissioner of the Superior Court

## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing Motion for Admission of Mary E. Kelly As Counsel Pro Hac Vice was mailed on the 17th day of June, 2005, first class mail, postage pre-paid to all counsel of record as follows:

Amanda S. Rosenfeld
David Kerman
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

Darragh K. Kasakoff