**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ROBERT BRIDDELL,<br><br>    Plaintiff<br><br>v.<br><br>SAINT GOBAIN ABRASIVES, INC.,<br><br>    Defendant. | Civil Action No.: 04-40146-FDS |

**NOTICE OF APPEARANCE**

Please enter my appearance as additional counsel for the Defendant, Saint-Gobain Abrasives, Inc., in the above-captioned matter.

    Respectfully submitted,

    SAINT-GOBAIN ABRASIVES, INC.,
    By its attorneys,


    /s/ Guy P. Tully
    David J. Kerman, BBO #269370
    Guy P. Tully, BBO #555625
    Amanda S. Rosenfeld, BBO #654101
    Jackson Lewis LLP
    75 Park Plaza
    Boston, MA 02116
Dated: July 14, 2005    (617) 367-0025