

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| --- | --- | --- | --- |
| 75 Park Plaza | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| Boston, Massachusetts 02116 | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| Tel 617 367-0025 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| Fax 617 367-2155 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

August 4, 2005

**ELECTRONICALLY FILED**

Martin Castles
Clerk to the Honorable F. Dennis Saylor IV
U.S. District Court for the District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608

        Re:    Briddell v. Saint Gobain Abrasives, Inc.
               U.S.D.C. No.: 04-40146-FDS

Dear Mr. Castles:

        This is to confirm our telephone conversation today, in which you advised that the Court did not establish a deadline of August 5, 2005, for the resolution of all discovery disputes. The parties will continue to work to resolve all outstanding discovery disputes in a timely fashion.

        Thank you.

                                Very truly yours,

                                JACKSON LEWIS LLP

                                *Amanda Rosenfeld*

                                Amanda S. Rosenfeld

cc:    Mary E. Kelly (via facsimile)
       David J. Kerman