UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>Saint-Gobain Abrasives, Inc., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-40146-FDS<br><br><br><br>August 4, 2005 |

## MOTION FOR EXTENSION OF TIME AND FOR REFERRAL TO MAGISTRATE JUDGE

The Plaintiff, Robert Briddell, respectfully requests that the Scheduling Order be amended to extend the deadline for discovery and all other scheduling order deadlines by 30 days, that all issues concerning discovery disputes be referred to a Magistrate Judge for resolution, and that a status conference be scheduled with the magistrate judge to discuss, and attempt to narrow such disputes.

As grounds for this motion, the plaintiff states as follows: at the July 22, 2005, the parties indicated that discovery had not yet been completed, in part because there were a number of unresolved discovery disputes that the parties had been working diligently to resolve. Plaintiff's counsel requested an additional two weeks during which the parties would attempt to resolve all outstanding discovery disputes, and requested an additional four weeks after that to complete discovery. Defendant's counsel agreed with this request.

The Court granted this request, ordering that all fact discovery be completed by September 9, 2005. The Court further indicated that any unresolved discovery disputes would be referred to a magistrate judge for resolution.

On July 25, 2005, plaintiff's counsel sent a fax to defendant's counsel outlining the discovery disputes and proposed resolutions to these disputes, and requested a prompt response. To date defendant's counsel has not responded. Defendant's counsel has indicated that they are hoping to be able to provide an substantive response by August 15, 2005, but that due to a trial in another matter, counsel cannot make a firm commitment as to a date certain by which they will provide a substantive response.

Because the defendant has not responded, it is clear that the discovery disputes will not be resolved within the two week period discussed at the status conference. The plaintiff, therefore, requests that the Scheduling Order deadlines for discovery and all subsequent events be extended as follows, that any discovery disputes be referred to a magistrate judge, and that a status conference be scheduled with the magistrate judge to discuss, and attempt to narrow, such disputes:

A status conference with a magistrate judge to discuss and attempt to narrow any outstanding discovery disputes on or about:  9/02/05

All discovery, other than expert discovery, completed:  10/07/05

Dispositive motions filed by:  11/18/05

**WHEREFORE,** the plaintiff respectfully requests that this motion be allowed.

THE PLAINTIFF,

By: _____
Thomas W. Meiklejohn (ct08755)
Mary E. Kelly (ct07419)
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

/s/ Philip F. Coppinger
Philip F. Coppinger (BBO#641664)
Darragh K. Kasakoff (BBO#260400)
Seder & Chandler
339 Main Street
Worcester, MA 01608-1585
(508) 757-7721

## CERTIFICATE OF SERVICE

    This hereby certifies that the foregoing Motion for Extension of Time and for Referral to Magistrate Judge was mailed, first-class mail, on this 4th day of August, 2005 to all counsel of record as follows:

David Kerman, Esq.
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

_____
Thomas W. Meiklejohn