**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Robert Briddell, | ) |
| | ) |
|      Plaintiff, | ) |
| | )     Civil Action No. 04-40146-FDS |
|      v. | ) |
| | ) |
| Saint-Gobain Abrasives, Inc., | ) |
| | ) |
|      Defendant. | ) |
| | ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND FOR REFERRAL TO MAGISTRATE JUDGE

Defendant Saint-Gobain Abrasives, Inc. ("Saint Gobain") submits this response to Plaintiff's Motion For Extension Of Time and For Referral to Magistrate Judge. While Defendant does not oppose Plaintiff's request to extend the deadlines: (a) for completing all discovery (other than expert discovery) by thirty (30) days, to and including October 7, 2005, and (b) for the filing of dispositive motions up to and including November 18, 2005, Defendant does not agree with Plaintiff's characterization of the facts or complete chronology set forth in Plaintiff's motion.[1] Defendant further states that it may be premature to schedule a status conference with the Magistrate Judge on or about September 2, 2005 concerning the discovery issues referenced in Plaintiff's motion, particularly where the Court did not at the July 22, 2005 conference mandate a further status conference with the Magistrate Judge.

---

[1] For example, Defendant disagrees with the suggestion by Plaintiff that Defendant has not endeavored to respond to various discovery issues set forth in a lengthy letter from Plaintiff's counsel dated July 25, 2005. The fact is that Defendant has been diligently assessing the issues and inquiries set forth in that letter, despite the fact that Defendant's lead counsel has been actively involved in the defense of an ongoing evidentiary hearing, despite the fact that many of the issues raised by Plaintiff were only recently raised for the first time, and despite the logistical obstacles created by vacation schedules of witnesses and other representatives of Defendant who must be consulted to clarify or otherwise resolve the issues raised in the letter.

Accordingly, while Defendant does not necessarily agree with the characterization of events underlying Plaintiff's motion, and believes it is premature for the Court to order a further status conference with the Magistrate Judge concerning discovery issues that may end up being resolved in any event, Defendant does not oppose Plaintiff's motion to the extent that it seeks a thirty (30) day extension of time for completing fact discovery and for filing dispositive motions.

Respectfully submitted,
SAINT-GOBAIN ABRASIVES, INC.,

By its attorneys,

/s/ Amanda S. Rosenfeld
David J. Kerman, BBO #269370
Amanda S. Rosenfeld, BBO #654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: August 16, 2005