UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIDDELL | CIVIL ACTION NO. 4:04 CV 40146 (FDS) |
| Plaintiff | |
| v. | |
| SAINT GOBAIN ABRASIVES, INC. | |
| Defendants | August 23, 2005 |

## PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION FOR REFERRAL TO MAGISTRATE JUDGE

On August 5, 2005, Plaintiff filed a Motion for Extension of Time to conclude discovery and for Referral to Magistrate Judge for assistance in resolving discovery disputes. On August 16, 2005, the Defendant filed a response, in which it did not oppose the motion for extension of time, but in which it stated that "it may be premature" to refer discovery issues to a Magistrate Judge because the Defendant was still in the process of formulating its position with respect to various discovery issues. Thus, the Defendant stated that these discovery issues "may end up being resolved, in any event."

On August 18, 2005, the Defendant submitted its position with respect to pending discovery issues to the Plaintiff. After reviewing the Defendant's responses, the Plaintiff is convinced that the parties will be unable to resolve the discovery issues between themselves. Accordingly, it is the Plaintiff's position that referral to a Magistrate Judge is not premature. The Plaintiff continues to hope that, if the matter is referred to a Magistrate Judge, it may be possible, through a conference, for the

Magistrate Judge to assist the parties in the resolution of discovery disputes absent the filing of formal discovery motions.

> Respectfully submitted,
>
> THE PLAINTIFF,
>
> BY: /signature/
> Thomas W. Meikeljohn ct08755
> Mary E. Kelly ct07419
> Livingston, Adler, Pulda,
> Meiklejohn & Kelly, P.C.
> 557 Prospect Avenue
> Hartford, Connecticut 06105
> (860) 233-9821
>
> /s/ Philip F. Coppinger
> Philip F. Coppinger BBO#641664
> Seder & Chandler
> 339 Main Street
> Worcester, MA 01608
> (508) 757-7721

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing Plaintiff's Reply to Defendant's Response to Motion for Referral to Magistrate Judge mailed, First Class, on this 23rd day of August, 2005 to all counsel of record:

Amanda S. Rosenfeld
David Kerman
Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116

_____
Thomas W. Meiklejohn