UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT BRIDDELL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**SAINT-GOBAIN ABRASIVES, INC.,** )<br>)<br>Defendant. )<br>) | Civil No.<br>04-40146-FDS |

### ORDER

**SAYLOR, J.**

    This matter is before the Court on plaintiff's Motion for Extension of Time and for Referral to Magistrate Judge, filed on August 5, 2005. The motion seeks to extend all remaining deadlines for discovery and subsequent filings, as follows: (1) an extension of the deadline for the completion of all discovery, other than expert discovery, from September 9, 2005, to October 7, 2005, and (2) an extension of the deadline for filing dispositive motions from October 19, 2005, to November 18, 2005. The motion also requests a status conference on or about September 2, 2005, with the Magistrate Judge to discuss and attempt to narrow any outstanding discovery disputes.

    As grounds for that request, plaintiff points to delay in the defendant's response to plaintiff's July 25, 2005 letter outlining the outstanding discovery disputes and the proposed resolution of those disputes. Defendant's response to plaintiff's motion disputes plaintiff's characterization of the events surrounding the delay, but does not oppose the suggested deadline

extensions.

As there is no opposition to the extension of the deadlines for completion of non-expert discovery to October 7, 2005, and for the filing of dispositive motions to November 18, 2005, that aspect of the motion is GRANTED.

Plaintiff's motion for a status conference as to outstanding discovery issues is REFERRED to Chief Magistrate Judge Swartwood for resolution pursuant to 28 U.S.C. § 636(b)(1)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: August 23, 2005