UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIDDELL,<br><br>    Plaintiff<br><br>v.<br><br>SAINT GOBAIN ABRASIVES, INC.,<br><br>    Defendant. | Civil Action No.: 04-40146-FDS |

## JOINT MOTION FOR PROTECTIVE ORDER

The parties hereby jointly request that the Court approve the proposed Stipulation and Protective Order of Confidentiality, in the form attached hereto as <u>Exhibit A</u>, agreed to by the parties.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ROBERT BRIDDELL,<br>By his attorneys, | SAINT-GOBAIN ABRASIVES, INC.,<br>By its attorneys, |
| /s/ Mary E. Kelly | /s/ Amanda S. Rosenfeld |
| Thomas W. Meiklejohn<br>Mary E. Kelly<br>Livingston, Adler, Pulda,<br>Meiklejohn & Kelly P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105<br>(860) 233-9821 | David J. Kerman, BBO #269370<br>Amanda S. Rosenfeld, BBO #654101<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: September 2, 2005