UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIDDELL | CIVIL ACTION NO. |
| Plaintiff | 4:04 CV 40146 (FDS) |
| v. | |
| SAINT GOBAIN ABRASIVES, INC. | |
| Defendants | September 15, 2005 |

### ASSENTED TO MOTION TO CONTINUE THE SEPTEMBER 23, 2005 STATUS CONFERENCE WITH JUDGE SWARTWOOD TO SEPTEMBER 26, 27, OR 29th

On September 13, 2005, the Court noticed a status conference concerning discovery disputes for 9/23/05. However, undersigned counsel has a scheduled vacation for that week, and expects to be out of state on 9/23/05. Because undersigned counsel was involved in all attempts to resolve the discovery disputes that are scheduled to be discussed, it would be difficult to prepare another attorney to attend this conference.

Defendant's counsel has been contacted and has no objection to rescheduling the status conference for September 26, 27, or 29th. The 29th would be preferable. clerk of the court has been contacted and has indicated that the Court has some time available on these dates.

Therefore, the undersigned respectfully requests time, that the Court grant this assented to Motion for a continuance of the Status Conference with the Honorable Charles B. Swartwood III to September 26th, 27th or, preferably, 29th.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,

BY: _____
   Mary E. Kelly ct07419
   Thomas W. Meikeljohn ct08755
   Livingston, Adler, Pulda,
   Meiklejohn & Kelly, P.C.
   557 Prospect Avenue
   Hartford, Connecticut 06105
   (860) 233-9821

/s/Philip F. Coppinger
Philip F. Coppinger BBO#641664
Seder & Chandler
339 Main Street
Worcester, MA 01608
(508) 757-7721

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing Assented to Motion to Continue The September 23, 2005 Status Conference With Judge Swartwood to September 26, 27, or 29th was mailed, first Class, on this 15th day of September, 2005 to all counsel of record:

Amanda S. Rosenfeld
David Kerman
Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116

_____
Mary E. Kelly