EXHIBIT D

III-82



## Supervisor's Personnel Guide

Hiring, Employment, Termination
**Personnel and Employment Records**

Page 1 of 1
15 MAR 1994

### PURPOSE

To comply with the Massachusetts Personnel Records Law which became effective on March 23, 1993. The law explains the types of records required to be kept by an employer, and accessibility of records.

### SUMMARY

All employers in Massachusetts are required to provide employees (full and part-time) and former employees with an opportunity to review and receive copies of their personnel records upon written request. Requesting parties can be charged for the expense of reproduction or photocopying.

### DEFINITION

A personnel record is a record kept by an employer that identifies an employee and has been used or may be used in determining an employees qualifications for employment, transfer, promotion, compensation, or disciplinary action. It does not include information of a personal nature about a 3rd party, the disclosure of which would constitute an unwarranted invasion of privacy.

### RECORD INFORMATION

The Personnel or Employment record should contain the following:
- name, address, date of birth, job title and description, rate of pay and any other compensation paid to the employee;
- starting date of employment;
- the employee's job application, resumes or other forms of employment inquiry submitted by the employee to the employer in response to its advertisement;
- all employee performance evaluations;
- all documents relating to disciplinary action including but not limited to written warnings of substandard performance, lists of probationary periods, waivers signed by the employee, and copies of dated termination notices

This listing does not appear to mean that only those records must be maintained, rather that at a minimum those records must be maintained.

The law also requires that the Company retain complete records of an employee, without any delegations or expungement, from the date of employment until 3 years of the termination of employment.

### ACCESS TO RECORDS

- the individual to whom it pertains
- a properly authorized company supervisor or who has a need to know for personnel action.
- 3rd parties of the employer is legally compelled to release information (e.g. by court order a subpoena)
- a representative of the individual but only if the representative has a statement signed by the individual granting the representative access to the personnel file.

### AUTHORITY

Manager, Human Resources

-190-