MICHAEL TIVNAN
June 14, 2005

ORIGINAL

EXHIBIT G

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ROBERT BRIDDELL                        *

    Plaintiff,                        *

V.                                     *

SAINT GOBAIN ABRASIVES, INC.           *

    Defendants.                       *

                                                                    *

DEPOSITION OF:  MICHAEL TIVNAN

CATUOGNO COURT REPORTING SERVICES

446 Main Street

Worcester, Massachusetts

June 14, 2005        10:15 a.m.


Sonya Lopes

Certified Shorthand Reporter

Page 101

1  involved in supervising or disciplining him at
2  any time, that you can recall?
3      A.    Not that I recall.
4      Q.    During the time periods that you
5  supervised either directly or indirectly
6  Mr. Briddell, did you have any concerns about his
7  performance?
8      A.    Not that I recall.
9      Q.    Did you have any concerns about his
10 attitude?
11     A.    Not that I recall.
12     Q.    You think he was a qualified mixer?
13     A.    Yes.
14     Q.    Do you recall ever giving anyone a
15 written warning for failing to sign MOs?
16     A.    I don't recall.
17     Q.    Did you give anyone a written
18 warning or a suspension for contaminating mixes?
19     A.    I don't recall.
20     Q.    Where are the mixes kept after --
21 while they're waiting to be rescreened?
22     A.    Mixing department.
23     Q.    Is there a specific area --
24     A.    Uh-huh.

MICHAEL TIVNAN
June 14, 2005

Page 102

1      Q.    -- in the mixing department?

2      A.    Yes.

3      Q.    Is it -- I'm sorry. Is it isolated
4 in any way?

5      A.    Not really.

6      Q.    What about after they're screened?
7 Where do the mixes go?

8      A.    To the molding operations, to the
9 presses.

10     Q.    Do the mixes ever wait overnight
11 before they get screened?

12     A.    Excuse me?

13     Q.    Do they ever wait overnight or for
14 a period of time before they get screened?

15     A.    A waiting period?

16     Q.    Yes.

17     A.    Yes.

18     Q.    What's the range of the waiting
19 period?

20     A.    Anywhere from zero to a week.

21          MS. KELLY:  Let me talk to my
22 client for five minutes. I think I'm done,
23 but I have to make sure.

24

Page 103

1           (A break was taken)
2
3           MS. KELLY: Back on the record.
4     Q.    (By Ms. Kelly) What is mix waste?
5     A.    What is mix waste?
6     Q.    Yes.
7     A.    Definition is mix that's no good.
8     Q.    And when you say it's mix that's no
9  good, what happens to it?
10    A.    Gets burnt up into a block and gets
11 thrown into a dumpster.
12    Q.    Before it gets burnt up into a
13 block, were there pans that the mixers were --
14 had to put the mix waste in?
15    A.    Yeah. There were containers.
16    Q.    And do you recall any period where
17 those were taken away?
18    A.    The containers were taken away?
19    Q.    Yes.
20    A.    They take them away and --
21    Q.    I'm sorry. Do you recall where
22 there was any period they took away the pans and
23 containers for mixed waste so that mixed waste
24 wouldn't get placed in them?

Page 104

1       MR. KERMAN: Objection.
2       Q.    (By Ms. Kelly) All right. Let me
3  ask a better question. Were there any pans where
4  mixers -- were there any periods of time where a
5  mixer would not have a mix waste container
6  available to him?
7       A.    Could be.
8       Q.    What was supposed to happen with
9  the mix waste during that period?
10      A.    Usually, just got thrown in front
11 of it where the container's supposed to be in
12 pans.
13      Q.    In pans. Okay. Were there special
14 pans that were used for mix waste as opposed to
15 regular mix?
16      A.    No.
17           MS. KELLY: I don't have any other
18      questions at this point.
19           MR. KERMAN: Just like to take a
20      two-minute break.
21           MS. KELLY: Certainly.
22
23           (A break was taken)
24

Page 105

1      MR. KERMAN: Back on the record.
2   Just have a couple of questions.
3
4
5   EXAMINATION BY MR. KERMAN:
6
7      Q.   Mr. Tivnan, let me show you
8   Exhibit 6, which was previously introduced. It's
9   a written reminder to Mr. Briddell involving an
10  overweight pan. Then also let me show you
11  Exhibit 7, which is a written warning for an
12  overweight pan.
13          In your view, was Mr. Briddell at
14  fault in making these overweight pans? And, if
15  so, why do you think that he was responsible or at
16  fault for making these overweight pans?
17          MS. KELLY: Object to the form.
18     Q.   (By Mr. Kerman) You can answer.
19     A.   Even though we have the scale which
20  checks off at 45, I mean, each operator has to
21  make a visual inspection. It can be quite
22  obvious with 45 pounds versus 80 some odd pounds.
23     Q.   Now, you also were asked whether
24  you ever gave any written warnings for people not

MICHAEL TIVNAN
June 14, 2005

Page 106

1  signing off on MOs or manufacturing orders. Do
2  you recall you were asked that question?
3      A.    Yes.
4      Q.    And have you ever counseled
5  employees for not signing off on MOs?
6      A.    Yes.
7      Q.    And one other question I had is can
8  a -- based on your experience at the company, is
9  it possible for a mixer to do anything to
10 manipulate the process so that you could make
11 pans heavier than 45 pounds, even though the
12 scale may be set to shut off at 35?
13     MS. KELLY:  Object to the form.
14     Q.    (By Mr. Kerman)  You can answer.
15     A.    Yes.  It could be done.
16     Q.    Could you explain to me what a
17 mixer could possibly do to make the pans heavier
18 than the 45 pounds?
19     A.    For example, you could probably --
20 you could put 20 pounds of weight into a pan.
21 Then you could zero the scale out so you're
22 tricking the computer to think it's zero.  So
23 when it does shut off at 35, you end up with an
24 additional 20.  It's not teared out properly.

MICHAEL TIVNAN
June 14, 2005

Page 107

1              MR. KERMAN:  I have no further
2     questions.
3              MS. KELLY:  I have one, I think,
4     one follow-up question.
5
6
7     FURTHER EXAMINATION BY MS. KELLY:
8
9         Q.     You said you counseled employees
10    for failing to fill out MOs.  Who?
11        A.     Names?  I could not recall.
12        Q.     Are you certain you've counseled
13    employees?
14        A.     Yes.
15        Q.     The company would have records of
16    that?
17        A.     They should.
18        Q.     Did you ever have an employee who
19    you counseled who did it more than once?
20        A.     Don't recall.
21        Q.     Ever have an employee you counseled
22    who failed to sign off on an MO three or four
23    times in the same day or two-day period?
24        A.     I don't recall.

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

Page 108

1  Q.  Did you ever have an employee you
2  counseled for having a contaminated mix?
3  A.  I'm sure, yes.
4  Q.  The company would have records of
5  that as well?
6  A.  Should.
7  Q.  How do you decide -- strike that.
8      MS. KELLY:  I have no further
9  questions.
10     MR. KERMAN:  I have no follow-up
11 questions.  You're done.
12
13 (Deposition concluded at 12:55 p.m.)