

Page 1

1         UNITED STATES DISTRICT COURT
2            DISTRICT OF MASSACHUSETTS
3                   EXHIBIT H
4  ─────────────────────────────────
5  ROBERT BRIDDELL                        *
6       Plaintiff,                        *
7  V.                                     *
8  SAINT GOBAIN ABRASIVES, INC.           *
9       Defendants.                       *
10 ─────────────────────────────────      *
11
12
13
14        DEPOSITION OF:   WILLIAM TIVNAN
15     CATUOGNO COURT REPORTING SERVICES
16              446 Main Street
17          Worcester, Massachusetts
18          June 14, 2005      1:55 p.m.
19
20
21              Sonya Lopes
22       Certified Shorthand Reporter
23
24

Page 18

```
 1        A.      Such as how -- I mean, you're
 2   talking about a formal counsel; correct?
 3        Q.      Yeah.  Is there any kind of form or
 4   format that has to be --
 5        A.      Time, occurrence, whom, what,
 6   where, description, what happened and what was
 7   discussed.
 8        Q.      All right.  And the written
 9   reminder is an actual form?
10        A.      Yes, ma'am.
11        Q.      Now, this indicates that the
12   written reminder is to be retained for no longer
13   than 12 months.  What's your understanding of
14   what that means?
15        A.      The written reminder --
16        Q.      Yes.
17        A.      -- be retained for 12 months?  My
18   understanding is be held for one year.  Correct.
19        Q.      Then after that, it's just
20   discarded?
21        A.      No.
22        Q.      What does retain mean?
23        A.      Retain would be depending on the
24   circumstances and how -- what was the cause.  If
```

1   it was safety related, we usually maintain it in
2   case there's a future reoccurrence.
3       Q.      Is it your understanding that after
4   12 months if there's no reoccurrence that a
5   written reminder can be used for future
6   discipline?
7       A.      If it expired, you mean?
8       Q.      Yes.
9       A.      Depending on the circumstances.
10  Again, if it was safety related.
11      Q.      Is there anything in the six pages
12  that you just read that indicates that
13  safety-related written reminders are to be
14  retained and used for later than 12 months?
15      A.      Page 153, paragraph 4, I believe.
16  Written warning -- I'm sorry. Written warning.
17  I'm sorry. My fault. I'm on the warning.
18  Advising employee of future consequences if the
19  problem is not corrected depending on the
20  problem. It doesn't give you a specific --
21      Q.      I'm sorry. Where is that?
22      A.      Page 152, discipline procedure,
23  written reminder. Part B, I guess you would call
24  it. Advise employee of future consequences if

1  the problem is not corrected depending on the
2  problem.  The employee relations could be
3  involved at this point.  Retain a written
4  reminder no longer than 12 months.  Depending on
5  the problem, if it's safety related, I usually
6  maintain them.  We don't destroy them.
7          Q.      And you usually continue to
8  consider them?
9          A.      No, not consider.  Basically, use
10 it for a reference in case the problem continues.
11         Q.      But if the problem did not continue
12 for an -- in the next year, there were no further
13 problems, is it your understanding in five years
14 or eight years or ten years later you could
15 consider that previous discipline that was not
16 supposed to be retained?
17              MR. KERMAN:  Objection.
18         Q.      (By Ms. Kelly)  You can answer.
19         A.      Can you re-explain?  I'm sorry.
20         Q.      Assume someone has a safety-related
21 problem.
22         A.      Correct.
23         Q.      And then for the next three years,
24 they have no safety-related problems.

1     A.     Right.

2     Q.     Is it your understanding that if
3  they have a -- six years later have a
4  safety-related problem, in determining how to
5  respond to that, you could consider the written
6  reminder form that the supervisors personnel
7  guide suggests that should not be retained for
8  longer than 12 months?

9     A.     No, I can't. I would say we
10 usually -- I know I maintain them for safety
11 related because safety can reoccur at any time.

12    Q.     And personnel problems and
13 performance problems can occur at any time.

14    A.     Correct.

15    Q.     Is it your understanding you can
16 consider previous discipline that the personnel
17 guide suggests you will not retain?

18    A.     No.

19           MR. KERMAN: Objection.

20    Q.     (By Ms. Kelly) It's your
21 understanding you may have the document but
22 you're not supposed to consider it later if more
23 than a year has passed. Is that accurate?

24    A.     I don't understand what you mean.

Page 22

1   Q.   Is it your understanding that even if you retain the piece of paper that you are not to consider the discipline if more than 12 months has passed?

5   A.   Consider the previous discipline?

6   Q.   Yes.

7   A.   Is that what you're saying?

8   Q.   Yes.

9   A.   Again, that would depend on the circumstances.

11  Q.   It's your understanding that even though the supervisors personnel guide says it will not be retained that you will not only retain it but consider it.

15       MR. KERMAN: Objection.

16  Q.   (By Ms. Kelly) Is that accurate?

17  A.   I would consider it depending on the circumstances, again.

19  Q.   And under what circumstances would you consider something that you are not supposed to even retain?

22       MR. KERMAN: Objection.

23  Q.   (By Ms. Kelly) You can answer.

24  A.   Safety related, basically. Bodily

```
 1   harm to themselves or somebody else.
 2           Q.      Any other circumstances other than
 3   safety?
 4           A.      No.
 5           Q.      So intentional misconduct you
 6   wouldn't consider after 12 months, just safety?
 7           MR. KERMAN:  Objection.
 8           Q.      (By Ms. Kelly)  You can answer.
 9           A.      Intentional misconduct?
10           Q.      Yes.
11           A.      I don't know how to answer that.
12   You have to give me a -- kind of a scenario, I
13   would guess.
14           Q.      Falsifying records, theft,
15   fighting, talking back to a supervisor,
16   deliberately bating a coworker.
17           A.      Some of those circumstances you
18   just mentioned would be immediate termination,
19   depending on the circumstances.
20           Q.      Depending on the circumstances.  If
21   it was determined that the individual was not
22   going to be terminated, they were going to be
23   retained, then for a year they have a clean
24   record.  They do something else.  Would you
```

Page 24

1  consider the previous written counsel?
2       A.      Yes.
3       Q.      I'm sorry. Okay. What about
4  attendance? If someone had a severe attendance
5  problem, cleaned it up after a year, would you
6  consider that?
7       A.      Probably not.
8       Q.      What about a tardiness problem?
9       A.      Probably not.
10      Q.      When you say probably not, does
11 that mean you definitely wouldn't?
12              MR. KERMAN: Objection.
13      Q.      (By Ms. Kelly) You can answer.
14      A.      Depending on the circumstances,
15 again.
16      Q.      So is it your understanding that
17 depending on the circumstances, you might
18 consider any written reminder form for any miss
19 -- or any written reminder form depending on the
20 circumstances, even if it had been written three
21 or four and five years before and there hadn't
22 been a subsequent problem?
23      A.      I would probably -- I'd refer back
24 to it. And I would probably use that form if

Page 25

1  needed to be when I counsel the individual.
2      Q.      So is it your understanding that
3  retain written reminder for no longer than 12
4  months has no meaning?
5          MR. KERMAN:  Objection.
6      Q.      (By Ms. Kelly)  You can answer.
7      A.      Retain -- it's kind of very vague,
8  retain.  Maintain -- we would hold it.  But we
9  probably wouldn't use it for evaluation purposes,
10 most likely.
11     Q.      Just possible future disciplinary
12 purposes.
13     A.      Correct.
14     Q.      Is that accurate?
15     A.      Yes.
16     Q.      If you look at the next page, it
17 talks about written warnings.
18     A.      153?
19     Q.      Yes.  153.  And if you look at
20 No. 4 --
21     A.      Yes.
22     Q.      -- indicates a written warning is
23 in effect for one year from the date of the
24 issuance and may be rescinded at any time.  After