LAW OFFICES
# LIVINGSTON, ADLER, PULDA, MEIKLEJOHN & KELLY, P.C.
557 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-2922
TELEPHONE: (860) 233-9821 • FAX (860) 232-7818

C-125

DANIEL E. LIVINGSTON
GREGG D. ADLER
RUTH L. PULDA
THOMAS W. MEIKLEJOHN
MARY E. KELLY
PETER GOSELIN
DEBORAH L. McKENNA
HENRY F. MURRAY

OF COUNSEL
ANNE GOLDSTEIN

EXHIBIT J

70 HOWARD STREET
NEW LONDON, CONNECTICUT 06320
(860) 437-0589

PLEASE REPLY TO HARTFORD OFFICE

**WRITER'S DIRECT DIAL:**
**(860) 570-4637**
mekelly@lapm.org

July 7, 2005

**Via Facsimile and U.S. Mail**
Amanda S. Rosenfeld
David Kerman
Jackson Lewis, LLP
75 Park Plaza
Boston, MA 02116

Re:  **Robert Briddell v. Saint Gobain Abrasives, Inc.**

Dear Attorneys Kerman and Rosenfeld,

Enclosed please find the notice for the FRCP 30(b)(6) deposition that we discussed. Please let me know if there is another date that would be more convenient and I will try to accommodate you. Also, if you have specific concerns about any of the topics please let me know and we can try to resolve them. For example, if you believe that a witness has already fully expressed the facts with respect to the topic and the Defendant would be adopting those facts as accurate, it will not be necessary to produce a witness to parrot the deposition testimony. Instead, to the extent an issue has been fully covered in a deposition, and the Defendant intends to adopt that version of events as its own, I would be satisfied if the Defendant stipulated that it is adopting

1

that testimony. In addition, I have sometimes agreed to contention interrogatories, where a party is concerned that the FRCP 30(b)(6) will result in the inadvertent disclosure of privileged information. Obviously, I am also willing to consider restating or limiting a subject matter if there are specific problems with respect to the phrasing or with the burden of producing the documents and/or witness.

    Should you have any questions, please feel free to call me.

Very truly yours,

Mary E. Kelly

MEK/rj
Enclosure