

Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
Tel 617 367-0025
Fax 617 367-2155
www.jacksonlewis.com

Representing Management Exclusively in Workplace Law and Related Litigation

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY

LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA

RALEIGH-DURHAM, NC
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

EXHIBIT K

July 15, 2005

**VIA FACSIMILE AND REGULAR MAIL**

Mary E. Kelly
Livingston, Adler, Pulda, Meiklejohn & Kelly P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

       Re: Briddell v. Saint Gobain Abrasives, Inc.
          U.S.D.C. No. 04-40146-FDS

Dear Mary:

  As requested, this letter is to advise Plaintiff that Defendant is designating Thomas Oliver as its Rule 30(b)(6) representative on subject matters 7, 8, 9, and 10 as referenced in your 30(b)(6) Notice of Deposition.

  Please be advised that while Defendant is designating Mr. Oliver to respond to appropriate inquiries on these subject matters, Defendant is still reserving its right to object to the relevance, scope, burdensomeness, and breadth of these subject matters, and I will provide you with Defendant's additional designations and specific objections on Monday, July 18, 2005.

  Thank you.

           Very truly yours,

           JACKSON LEWIS LLP

           David J. Kerman

cc: Amanda S. Rosenfeld