**PHILIP GUSTAFSON**
**July 21, 2005**

COPY

EXHIBIT O

Page 1

1              UNITED STATES DISTRICT COURT

2               DISTRICT OF MASSACHUSETTS

3                        Civil Action No.:

4                        4:04 CV 40146 (FDS)

5

6    ***********************************

7    ROBERT BRIDDELL,                    *

8              Plaintiff               *

9    vs.                                 *

10   SAINT-GOBAIN ABRASIVES, INC.,       *

11             Defendant                *

12   ***********************************

13

14        DEPOSITION OF:  PHILIP GUSTAFSON

15      CATUOGNO COURT REPORTING SERVICES

16             446 Main Street

17         Worcester, Massachusetts

18         July 21, 2005   9:00 a.m.

19

20

21              GAYLE OHMAN

22      CERTIFIED SHORTHAND REPORTER

23             #1353S94

24

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 16

1    I'm not sure, but I was asked -- I don't know,

2    it might have been Bill Viarno, but I'm not

3    positive.  But I know Bill asked me if I saw any

4    checks that weren't signed to give them to him

5    so he could make a copy by other people besides

6    Bob.

7         Q.      Who is Bill Viarno?

8         A.      He at the time was inspecting I

9    think small wheel, and -- yeah, he's inspection

10   in small wheel.

11        Q.      And you said he asked you if you

12   seen any unsigned tickets; is that right?

13        A.      Right.

14        Q.      Did he ask you to make copies of

15   them, keep them?

16        A.      No, he said let him see them so he

17   can make copies of them.  I said well, if I find

18   any I'll let you know.

19        Q.      Do you recall whether or not you

20   gave him any?

21        A.      I gave him a couple, yeah.  I

22   couldn't tell you how many.  Not that many

23   but...

24        Q.      Do you have any sense of the time

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 17

1   period?

2        A.      I really don't.

3        Q.      And what would have -- where in the

4   process did you fall where you would have seen

5   an MO that wasn't signed?

6             MS. KELLY:  Object to form.

7        Q.      (By Mr. Tully)  How did you come

8   across one?

9        A.      When you're molding you have bond,

10  they got to sign then, then the mixers got to

11  sign, then the rescreeners got to sign, then I

12  got to sign.  So there's three operations before

13  me that have to sign the check.  I didn't see

14  too many.

15       Q.      On those you did see do you have a

16  recollection today as to who didn't sign them or

17  at least what --

18       A.      No.  What we do -- well, now large

19  wheel and small wheel operates a little

20  differently, but what we normally did on third

21  shift in large wheel is we go through different

22  periods there so I think we were at the period

23  where if you see an operation that hasn't been

24  signed make sure it's signed before you make the

**CATUOGNO COURT REPORTING SERVICES**
**Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI**

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 18

1    wheel.

2            If somebody is not there, whoever

3    made it -- like if it was a mixer whoever mixed

4    it didn't sign it bring it to their supervisor

5    or the group leader's attention so they can sign

6    it off so you can make the wheels.

7        Q.      That was the practice?

8        A.      That's what we did.  What they

9    did -- like I say they run two different ways.

10   I mean, there's some general rules everybody

11   follows, and then there's actual operating

12   procedures that each line follows.  It depends

13   on supervision.  As long as it gets done.  They

14   don't care how it gets done as long as it gets

15   done basically.  So everybody's got different

16   ways.

17       Q.      So at least I want to make sure I

18   heard your earlier testimony correctly.  You

19   were working on the large wheel process; is that

20   right?

21       A.      Right.

22       Q.      And was it Mr. Briddell who worked

23   on small wheel; is that what you said?

24       A.      Right.  So I wouldn't have gotten

PHILIP GUSTAFSON
July 21, 2005

Page 19

1    any of his unless -- no, I wouldn't make any

2    comment.  I wouldn't have gotten his.

3        Q.      That was my next question, you

4    would not have been in a position to see any --

5        A.      Of his, no.

6        Q.      -- part of Mr. Briddell's process?

7        A.      No.

8        Q.      You say a line, is that the proper

9    terminology?  Line as opposed to -- I was using

10   the word process, you were using the word line.

11   I just want to make --

12       A.      Well, I work on line three which is

13   large wheel.  I don't know if they still have --

14   they designate as line one and two but we still

15   call ourselves line three.  And line three is

16   large wheel.

17              Actually, large wheel includes the

18   SA unit and that gang three and different areas.

19   Line three just includes the four basic presses.

20   It's a little more specific.

21       Q.      Do you know if the process to be

22   followed that you followed on large wheel if you

23   found an unsigned MO you said you either go back

24   to the person who didn't sign it and get them to

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 20

1    sign it, or if they weren't there you'd take it

2    to a supervisor; is that correct?

3                    MS. KELLY:  Objection to form.  You

4        can answer.

5        Q.      (By Mr. Tully)  That's how you guys

6    did it on the large wheel?

7        A.      Uh-huh.

8        Q.      Do you know if the small wheel

9    process was any different than yours?

10       A.      I don't know.  I don't know.  I

11   mean, they do things however they do them.

12       Q.      Okay.  So your recollection is

13   there were a few of these unsigned MO's that you

14   brought to Mr. Viarno's attention; is that

15   correct?

16       A.      Uh-huh.

17       Q.      I'm sorry, you have to answer

18   audibly yes or no.

19       A.      Yes, I'm sorry.

20       Q.      Otherwise it doesn't transcribe

21   well.

22       A.      Yeah, I'm tired.

23       Q.      And on those occasions where you

24   came across the unsigned MO's, were you able to

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

PHILIP GUSTAFSON
July 21, 2005

Page 21

1    tell who it was that hadn't signed them?

2         A.    Usually you tell because a lot of

3    times -- well, the mix age at the time it's

4    mixed.  There's a space for the time.  I imagine

5    it's the same in small wheel, I don't know, but

6    the MO's we get there's a time because the mix

7    has a certain age it's supposed to be made.

8              Like, it has to be made within 24

9    hours sometimes they have notations like that so

10   the mixer has to sign it when he finished it

11   because they have to be mixed a certain way or

12   throw it away.

13        Q.    So if a mix had been made on the

14   third shift it may not been then until the first

15   shift that somebody finds out the ticket had not

16   been signed; correct?

17              MS. KELLY:  Objection.

18              THE WITNESS:  Correct.

19        Q.    (By Mr. Tully)  Because I believe

20   you just said the mix had to be aged for a

21   certain time period?

22              MS. KELLY:  Objection.

23              THE WITNESS:  Sometimes.  Some can

24     be used right away, some have to age, you

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 22

1    know.

2         Q.    (By Mr. Tully)  So then it would

3    not always be possible to simply go back to the

4    person who did the mix?

5         A.    Right.  That's why you go to the

6    supervisor.  If they're not there you go to the

7    supervisor and they sign off the operation.  It

8    was a -- I think it was an ISO thing that we go

9    through periods of intense ISO-ness, and then we

10   go through periods of not so intense ISO-ness.

11        Q.    Did you have any further discussion

12   with Mr. Viarno about any of those tickets that

13   you gave him?

14        A.    No.  He did mention -- he mentioned

15   he had some around 25 or 30 MO's that weren't

16   signed, the various operations, various

17   departments.  I know I had the kiln prep if I'm

18   sending wheels down the line sometimes you fill

19   out everything but you don't sign the check.

20             You know, you're supposed to fill

21   out your TV, the thickness, all these different

22   things, and when you're done with the check you

23   sign it off.  I mean, it happens.  It's not --

24   it doesn't happen a lot, but it does happen.

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 32

1          MS. KELLY:  Object to the form.

2     You can answer.

3          THE WITNESS:  I don't remember to

4     be honest with you.  I would imagine he

5     objected, but I can't even honest yes or

6     no, you know.

7     **Q.     (By Mr. Tully)  Did you say**

8     **anything specifically about the pan weight issue**

9     **during that meeting?**

10         A.     Well, yeah, I remember saying that

11    sometimes depends on -- when you're really busy

12    you have a certain number of pans.  Some pans

13    sometimes the mixer needs a couple pans to

14    finish his day.  There's no empties around, I've

15    seen it dozens of times, I'll take a light pan

16    and dump it into a pan that's below it so they

17    can use that pan which makes the pan below it a

18    little heavy.  It's done.

19              I don't know if that was the case

20    there, but there are different reasons why pans

21    can be heavy, that's just one of them.

22              I mean, I just brought up that.  It

23    might not have been.  Just because Bob mixed it

24    doesn't mean he put all that mix into the pan.

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 33

1    I just brought it up so, you know, if there's an

2    alternate way that mix could have got in there.

3    That's all I remember about that.

4         Q.    Do you remember there being any

5    policy or practice authorized by management that

6    would permit employees to do what you described,

7    if they were getting near the end of a pan they

8    could simply dump the excess into another

9    existing pan so they can reuse the pan?

10              MS. KELLY:  Object to the form.

11         You can answer.

12              THE WITNESS:  Yeah, technically

13         you're not supposed to do it.  Everybody

14         does.  I mean, it's one of those things.

15         It's accepted sometimes.

16         Q.    (By Mr. Tully)  But to your

17    knowledge there's no written policy that says

18    you can do that; right?

19         A.    No, you're not supposed to have

20    over a certain -- I'm not even sure what the

21    weight is.  I'm not sure what the weight is

22    coming off the mixer, but there, again, you

23    can't leave -- the way the mixing is set up you

24    can't leave the mix in the mixer or the conveyor

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 38

1    procedure they have.

2    Q.    (By Mr. Tully)  Did you at any

3    point in time before that meeting have any

4    discussions with Mr. Briddell about any other

5    times he may have been spoken to about

6    performance issues?

7              MS. KELLY:  Object to the form.

8         You can answer.

9              THE WITNESS:  I don't recall.

10        There might have been, but I couldn't tell

11        you anything specific.

12   Q.    (By Mr. Tully)  How about after

13   that particular meeting, did you and Mr.

14   Briddell have any further discussion about other

15   times he may have been disciplined for pan

16   weight errors, contamination, or MO's?

17   A.    I really don't remember.

18   Q.    What do you recall being discussed

19   on the issue of contaminated mix?

20   A.    One of my pet peeves.  We use

21   chemicals in the mix, one of them being

22   Furfural.  Furfural has fumes.  We mix some

23   cutoff wheels that have a lot of Furfural in it

24   called triple pickup, double pickup mixes, full

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 39

1    pickup mixes, whatever they want to call them,

2    and the fumes collect on the pan covers, and

3    after awhile they get caked on and they need to

4    be cleaned.  And we're getting there again.

5    (Witness winking)  Okay?

6              So if you take a pan and bang it on

7    the table some of the fleck can fall off.  You

8    can't see it in ZF.  It doesn't really matter,

9    it's not going to hurt it.  You can't see it in

10   like a cutoff mix, but on a fine grit or lighter

11   mix you're going to see it.

12              And I don't know if that was the

13   reason for the contamination or not, but it was

14   a way for me to get the pan covers clean.  And

15   it could have been -- that could have been what

16   happened.  Because it does build up, and

17   sometimes you can get pieces as big as a nickle

18   coming off of that, black, you know.

19   Q.      Let me ask you this, do you recall

20   there being any dispute about whether or not

21   there had been some contaminant in the mix?

22              MS. KELLY:  Objection to form.  You

23        can answer.

24              THE WITNESS:  No, I don't know.

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

PHILIP GUSTAFSON
July 21, 2005

Page 49

1    Briddell, someone who made the same type of

2    errors who was treated more favorably?

3                MS. KELLY:  Objection to form.  You

4        can answer.

5                THE WITNESS:  I don't know.  I

6        don't know anybody else -- I don't know.

7        I mean, I don't know how many -- everybody

8        forgets to sign checks.  The frequency I

9        don't know how many checks Bob forgot to

10       sign.  I don't know if it was two a week

11       or five a week or two a day or five a

12       day.  I don't know.

13       Q.     (By Mr. Tully)  Is there anything,

14   Mr. Gustafson, like, did you make any notes or

15   anything of conversations you might have had

16   with Mr. Briddell?

17       A.     No.

18       Q.     Do you recall any conversations

19   generally about race being an issue at Plant 8?

20       A.     No.

21       Q.     How about company wide, were there

22   issues of race generally within the company that

23   you were aware of?

24                MS. KELLY:  Object to the form.

Page 64

1    shift, 10 p.m. to 6 a.m.  I was never a

2    mixer.  I'm a third shift steward.

3              MR. TULLY:  I'm sorry --

4              MS. KELLY:  I'm sorry?

5              MR. TULLY:  No.

6              MS. KELLY:  I can't read the first

7    word.

8              THE WITNESS:  About.

9              MS. KELLY:  About January 31, 2002

10   at about 10 p.m. I was asked by Charlie

11   Heffelfinger, supervisor, to attend a

12   meeting in Rick Zeena's office.  I went to

13   that meeting.  Present in the office was

14   Zeena, Tom Oliver, production supervisor,

15   and employee Robert Briddell.

16          During that meeting Zeena stated

17   that Briddell had contaminated material.

18   Something -- that the material was -- that

19   the material was a white mix and that

20   there was some black stuff in it.

21          At that point I told Zeena that

22   they could not discipline an employee for

23   contaminated mix until they (the company)

24   cleaned the pans.  The molders have been

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 65

1    complaining about contaminated mixes for

2    years.  In the past we have received

3    contaminated mixes because of dirty pans.

4         To my knowledge no employee had

5    been disciplined since the union came in

6    because of contaminated mixes.  The cover

7    of the pan sometimes is covered with a

8    substance which occasionally flakes off

9    into the product in the pan.

10        I do not know of any employee who

11   has not been disciplined or spoken to who

12   may have been responsible for the

13   contamination of mixes.

14        There are about four mixers on our

15   shift.  We have had contaminated --

16   sorry -- contamination of the mixes by

17   other employees some of whom to my

18   knowledge were -- none of whom I think --

19   none of whom to my knowledge were

20   disciplined.  Joe -- and I cannot read

21   that last name.

22        THE WITNESS:  Givner.

23        MS. KELLY:  Givner, thank you.

24   Steve Polakes, Aleck --

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

PHILIP GUSTAFSON
July 21, 2005

Page 66

1          THE WITNESS:  Dick.

2          MS. KELLY:  -- Dick Waide, are the

3     regular mixers on my shift.  At this

4     meeting I told Zeena that the problem has

5     been going on.  At this meeting Zeena also

6     stated that Briddell was responsible for

7     overloading a pan (one pan) - too heavy.

8     Briddell stated that that had happened

9     about three months earlier.

10          At the meeting I stated that pans

11     are sometimes overloaded beyond the 35 to

12     40 pounds per pan because sometimes extra

13     product is added to pans if there is extra

14     product and pans are not available.

15          I believe I had heard that Briddell

16     had overloaded pans to 68 pounds.  It is

17     not common for pans to be overweight.

18     Sometimes a pan may be over the 40 pounds,

19     and when it is the pan marked with chalk

20     "heavy."  I was not aware prior to the

21     meeting about Briddell, or that Briddell

22     had overloaded pans to exceed the 40 pound

23     weight requirement.

24          I do not know of any employee who

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 67

1    was disciplined for overloading a pan.

2    When the company was going for ISO --

3    standards?

4         THE WITNESS:  I guess.

5         MS. KELLY:  -- the company -- I

6    can't read that one word -- the company

7    began to become concerned about weight of

8    pans of mixes.  That was about four to

9    five years ago.  I do not know of any

10   employee who was re -- don't know that

11   word.

12        MR. TULLY:  Responsible?

13        MS. KELLY:  It could be

14   responsible -- for overloading pans and

15   was not disciplined.  Ben something --

16        THE WITNESS:  It looks like Adusi.

17   It could be.  He used to mix there.

18        MS. KELLY:  Space then --

19        THE WITNESS:  A rescreener.

20        MS. KELLY:  -- space and then --

21        THE WITNESS:  Gamassine.

22        MS. KELLY:  Gamassine -- who are

23   our regular rescreeners to screen the

24   mix.  Occasionally these two rescreeners

PHILIP GUSTAFSON
July 21, 2005

Page 68

1    have overloaded the pans which they fill

2    from rescreening which is then given to

3    the molders.  This has occurred about 100

4    times over the past years.  These

5    overloaded pans are marked "heavy" on the

6    pan by the rescreeners.

7         To my knowledge the molders have

8    not complained about these overweight

9    pans.  These overweight pans weigh up to

10   70 pounds on occasion, but do vary in

11   weight above the 35 to 40 pounds.

12        I did not explain this to Zeena.

13   Bob said this problem of his overloaded

14   pans had happened three to four months

15   earlier.  Zeena did not dwell on this very

16   long.

17        Zeena also brought up the subject

18   that Briddell had been failing to fill out

19   MO (manufacturing order) (routing slips).

20   Zeena said Briddell had been suspended for

21   this same problem in the past.  I said at

22   the meeting that after employees -- that

23   other employees do not complete or fill

24   out MO's.

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 69

1          I said this does happen

2     occasionally.  Zeena said that the company

3     does know of -- it looks like does know of

4     not that.

5          THE WITNESS:  I know.

6          MS. KELLY:  Which doesn't make

7     sense, but that appears to be what it

8     says, does know of not that.  MO should

9     all be filled out completely under ISO

10    standards.  Zeena did not ask me who.  I

11    said that I sometimes have done it myself

12    such as not completing the MO fully.

13          Based on my information and

14    experiences a mixer completes the MO by

15    signing it by using his clock number,

16    dating his action, how many mixes he made,

17    also the start time he started the mix.

18    Occasionally employees forget to fill in

19    the MO completely -- not frequently.

20          At the end of the meeting Zeena

21    stated that Briddell was being suspended

22    pending investigation.

23          MR. TULLY:  Thank you.

24    Q.      (By Mr. Tully)  I wanted to go back

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

PHILIP GUSTAFSON
July 21, 2005

Page 70

1    to page 2 for a minute on this particular

2    affidavit.

3            A.        That's a lot quicker than I would

4    have read it.

5            Q.        Seven lines up from the bottom I

6    believe that reads I do not know of any employee

7    who has not been disciplined or spoken to who

8    may have been responsible for the contamination

9    of mixes; is that correct?

10           A.        Uh-huh.

11           Q.        Is that a yes?

12           A.        Yeah.  It's a serious problem you

13   can't, you know, have it.

14           Q.        And just to go back to some of the

15   names that were listed here.  I think the first

16   reference to is on page three, a Joe Givner?

17           A.        Uh-huh.

18           Q.        Is that right?  Steve Polakes?

19           A.        Yup.

20           Q.        Dick Waide?

21           A.        Yeah.

22           Q.        And those three individuals, did

23   they all work on the third shift?

24           A.        They did, yes.

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 77

1    contacted you or talked to you about your

2    testimony here today?

3         A.    No.

4         Q.    You talked about the group leader

5    of third shift around the time of Mr. Briddell's

6    termination.  Do you recall the name Dennis

7    Novia?

8         A.    Dennis Novia, yes.  Small wheels,

9    yeah.

10        Q.    He was a group leader for a

11   different area than you?

12        A.    Right.

13        Q.    Do you know if he was the group

14   leader for the area that Mr. Briddell worked

15   during that time period?

16        A.    I think so, yeah.

17        Q.    You testified that there was a

18   practice at times a mixer dumping a mix so they

19   could use the pan.  Do you recall testifying

20   about that?

21        A.    Uh-huh.

22        Q.    You have to answer audibly.

23        A.    Yes, I'm sorry.

24        Q.    Were the supervisors and group

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 78

1      leaders aware of that practice if you know?

2              MR. TULLY:   Objection.

3          Q.      (By Ms. Kelly)   You can answer.

4          A.      Yes.

5          Q.      You talked about there were times

6      where the company was very interested in

7      insuring that ISO was followed, and that there

8      were times where you were instructed not to

9      begin the process until an MO was signed.  Do

10     you recall testifying about that?

11         A.      Yes.

12         Q.      Were there other times where you

13     were allowed to begin the process without an MO

14     signed off?

15              MR. TULLY:   Objection.

16         Q.      (By Ms. Kelly)   You can answer.

17         A.      Yes.

18         Q.      In looking at what's been marked as

19     Exhibit 1, which is your affidavit, you

20     indicated that you in response to questions by

21     Attorney Tully that you're not aware of anyone

22     who's been disciplined -- who's not been

23     disciplined for contaminated mix?

24         A.      Right.

**CATUOGNO COURT REPORTING SERVICES**
**Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI**

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 79

1    Q.    Is that because you're not aware --

2    strike that.  Do you know when people are

3    disciplined?

4    A.    Not usually.

5    Q.    So is it accurate to say that you

6    are aware that there were contaminated mixes?

7    A.    Oh, yeah.

8    MR. TULLY:  Objection.

9    Q.    (By Ms. Kelly)  And you simply

10   don't know one way or the other if the company

11   disciplined the people who contaminated the mix;

12   is that accurate?

13   A.    No, I do know some people were --

14   it depends on who's talking to me.  I mean, some

15   people say that they get disciplined for

16   contaminated mixes.

17   Q.    Other than Mr. Briddell who do you

18   know that was disciplined for contaminated mix?

19   A.    Oh, I can't remember specifically.

20   But I mean, I would imagine everybody that's

21   mixed has been talked to.  But I don't know if

22   they've actually been written up for it.

23   I mean, it happens because there

24   can be a lot of things that can contaminate the

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 80

1    mix.  You can have a dirty screen, you can have

2    a dirty run, you can have a dirty bowl, you can

3    have a dirty pan, you can have a dirty cover.

4                You can have something in the grain

5    itself that shouldn't be there, you have a bad

6    supplier or a bad lot of grain.  You could have

7    something in the bond.  There's a lot of things

8    that could do it.

9                This specific contamination that

10    was stated with Bob's mix sounded to me like it

11    was from the pan covers because there was a

12    white mix and black -- I can't remember how it

13    was, black specks of flakes, whatever.  It

14    sounded like it was pan covers that's why I

15    brought that up.

16        Q.      So would it be accurate to say that

17    you've seen contaminated mixes?

18                MR. TULLY:  Objection.

19                THE WITNESS:  Oh, yeah.

20        Q.      (By Ms. Kelly)  Can you tell me

21    with what kind of frequency it happens?  I know

22    you said it happened.

23        A.      It doesn't happen very often.  A

24    lot of the mix we use in large wheel is black.

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA    Worcester, MA    Boston, MA    Lawrence, MA    Providence, RI

**PHILIP GUSTAFSON**
**July 21, 2005**

Page 81

1    The contamination is black.  So actually if you

2    got fine grit wheels and you're sending it it's

3    just not good.  But a lot of times you don't see

4    it.

5         Q.     All right.  With respect to the

6    type of mix that you're talking about, the type

7    of contamination that you were talking about

8    with respect to Mr. Briddell where it's a light

9    mix that's contaminated by dark specs, can you

10   tell me, you know, approximately how many times

11   a year you've heard of people contaminated those

12   kinds of mixes?

13                MR. TULLY:  Objection.

14                THE WITNESS:  Oh, I couldn't give

15        you an accurate answer.  Not that often.

16        It doesn't happen a lot.

17        Q.     (By Mr. Tully)  But it does?

18        A.     Oh, yeah.  But I can only speak for

19   third shift.  I don't hear what goes on the

20   other shifts.  There's not that many people on

21   third shift.  There used to be a lot more.

22        Q.     You testified about the failure to

23   sign MO's.  Have you ever been disciplined for

24   failing to sign MO's?

PHILIP GUSTAFSON
July 21, 2005

Page 82

1          A.      No.  I've been reminded.

2          Q.      Has it reached the point where it's

3    something that's in your file?

4          A.      I have no idea.  I never look at my

5    file.  Not interested in it.  Really not.  Some

6    guys look at it every year.

7          Q.      You talked about overweight pans

8    and you indicated that they're not supposed to

9    exceed a certain weight?

10         A.      Uh-huh.

11         Q.      Do you know of anyone other than

12   Mr. Briddell who was disciplined for heavy pans?

13         A.      I couldn't give you any names.

14   Over the years there's been plenty of people.

15   They say you can't do it.  Back in the old days

16   you wouldn't believe, but recently it's really

17   been pretty good.  It's not bad.

18                 I mean, I get pans sometimes that

19   are very heavy, but generally they're marked, or

20   the rescreener says this one is heavy and pass

21   the pan.  So you know, this one is heavy and

22   that's fine.

23         Q.      So is it your understanding that

24   the 40 -- that the 35 to 45 whatever it is, the

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI