UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>Saint-Gobain Abrasives, Inc., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-40146-FDS<br><br><br><br>September 29, 2005 |

### JOINT MOTION FOR EXTENSION OF TIME

The Plaintiff, Robert Briddell, and the Defendant Saint-Gobain Abrasives, Inc. respectfully request that the Scheduling Order be amended to extend the deadline for discovery from October 7, 2005 through November 30, 2005, and that all other scheduling order deadlines be similarly extended.

As grounds for this motion, the parties state that discovery has not yet been completed because of a number of unresolved discovery disputes that are presently y before the Court. Argument has been scheduled on these issues before Magistrate Charles B. Swartwood III for October 18, 2005. Once argument, is completed, and the Court rules, several deposition will need to be completed based on these rulings. The parties, therefore, requests that the Scheduling Order deadlines for discovery and all subsequent events be extended

**WHEREFORE,** the plaintiff and defendant respectfully request that this motion be allowed.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| By: /s/ Mary E. Kelly<br>Mary E. Kelly (ct07419)<br>Thomas W. Meiklejohn (ct08755)<br>Livingston, Adler, Pulda,<br>Meiklejohn & Kelly, P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 233-9821 | By: /s/ David J. Kerman<br>David Kerman<br>Jackson Lewis, LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |