UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIDDELL,<br><br>    Plaintiff<br><br>v.<br><br>SAINT GOBAIN ABRASIVES, INC.,<br><br>    Defendant. | Civil Action No.: 04-40146-FDS |

## DECLARATION OF DAVID J. KERMAN

David J. Kerman, on oath, deposes and says as follows:

1. I am a partner with the firm Jackson Lewis LLP, counsel for Defendant in the above-captioned matter. I have been involved in the defense of this litigation on behalf of Saint-Gobain Abrasives, Inc. ("Saint-Gobain" or the "Company").

2. I took the first day of the deposition of Plaintiff Robert Briddell on or about February 15, 2005. True and accurate photocopies of excerpts from that deposition transcript, as well as Deposition Exhibits 2 - 13, are attached as Exhibit A.

3. I took the second day of Plaintiff's deposition on or about June 3, 2005. True and accurate photocopies of excerpts from that deposition transcript, as well as Deposition Exhibit 16, are attached as Exhibit B.

4. On or about July 14, 2005, Guy P. Tully, a partner at Jackson Lewis LLP, took the first day of James Bailey's deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as Exhibit C.

5. On or about January 26, 2006, Mr. Tully took the second day of James Bailey's deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit D</u>.

6. On or about July 14, 2005, Mr. Tully took the deposition of Cynthia Carruthers. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit E</u>.

7. On or about July 21, 2005, Mr. Tully took the deposition of Eric LeBeau. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit F</u>.

8. On or about July 21, 2005, Mr. Tully took the deposition of Joseph McTernan. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit G</u>.

9. On or about August 15, 2005, Mr. Tully took the deposition of Philip Gustafson. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit H</u>.

10. On or about June 14, 2005, Plaintiff's counsel, Mary Kelly, took the deposition of Michael Tivnan. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit I</u>.

11. On or about June 14, 2005, Plaintiff's counsel took the first day of William Tivnan's deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit J</u>.

12. On or about July 13, 2005, Plaintiff's counsel took the second day of William Tivnan's deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit K</u>.

13. On or about July 19, 2005, Plaintiff's counsel took the first day of Thomas Oliver's deposition. True and accurate photocopies of excerpts from that deposition transcript, as well as Deposition Exhibit 73, are attached as <u>Exhibit L</u>.

14. On or about January 30, 2006, Plaintiff's counsel took the second day of Thomas Oliver's deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit M</u>.

15. On or about January 30, 2006, Plaintiff's counsel took the Rule 30(b)(6) deposition of Defendant through its agent, Thomas Oliver. True and accurate photocopies of excerpts from that deposition transcript, as well as Deposition Exhibits 88-92 and 95, are attached as <u>Exhibit N</u>.

16. On or about January 31, 2006, Plaintiff's counsel took the third day of Thomas Oliver's deposition. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit O</u>.

17. On or about July 8, 2005, Plaintiff's counsel took the deposition of Jeffrey Clark. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit P</u>.

18. On or about July 8, 2005, Plaintiff's counsel took the deposition of Stephen Stockman. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit Q</u>.

19. On or about September 30, 2005, Plaintiff's counsel took the Rule 30(b)(6) deposition of Defendant through its agent, Mary Fitzgerald. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit R</u>.

20. On or about February 9, 2006, Plaintiff's counsel took the third day of Richard Zeena's deposition and the Rule 30(b)(6) deposition of Defendant through its agent, Mr. Zeena. True and accurate photocopies of excerpts from that deposition transcript are attached as <u>Exhibit S.</u>

21. On or about April 7, 2005, Defendant served its Supplemental Responses of Defendant, Saint-Gobain Abrasives, Inc., to Plaintiff Robert Briddell's First Set of Interrogatories. A true and accurate photocopy of Defendant's Supplemental Interrogatory Response No. 6 is attached as <u>Exhibit T</u>.

22. Attached as <u>Exhibit U</u> is a true and accurate photocopy of a decision rendered by the United States District Court for the District of Massachusetts, <u>Douglas v. J.C. Penney Co., Inc.</u>, No. 03-30265-MAP (D. Mass. March 30, 2006).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2006.

    /s/David J. Kerman_____
    DAVID J. KERMAN

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 3, 2006.

    /s/ Amanda S. Rosenfeld_____
    Jackson Lewis LLP