# EXHIBIT A



**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 1

1                UNITED STATES DISTRICT COURT

2                DISTRICT OF MASSACHUSETTS

3                    No.:  04-40146-FDS

4

5

6      * * * * * * * * * * * * * * * * * * * * * * * * * * * *

7      ROBERT M. BRIDDELL,              *

8                    Plaintiff          *

9      vs.                              *

10     SAINT-GOBAIN ABRASIVES, INC.,    *

11                   Defendant          *

12     * * * * * * * * * * * * * * * * * * * * * * * * * * * *

13

14

15

16        DEPOSITION OF:  ROBERT M. BRIDDELL

17        CATUOGNO COURT REPORTING SERVICES

18                 446 Main Street

19            Worcester, Massachusetts

20        February 15, 2005      9:10 a.m.

21

22

23            Elisabeth Zahariadis

24        Certified Shorthand Reporter

**CATUOGNO COURT REPORTING SERVICES**
**Springfield, MA    Worcester, MA    Boston, MA    Providence, RI    Manchester, NH**

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 14

```
 1        A.      Yes.

 2        Q.      When you say your wife, how many

 3   times have you been married, Mr. Briddell?

 4        A.      Once.

 5        Q.      Who were you married to?

 6        A.      Cynthia Caruthers.

 7        Q.      Can you just spell her last name?

 8        A.      C-U-R-R-I-N-T-E-R-S.

 9        Q.      But it was Caruthers?

10        A.      Yes.

11        Q.      When she was married, did she use

12   your last name Briddell?

13        A.      Oh, sure.

14        Q.      You were married to her for how

15   long?

16        A.      We got married in '89 I think or

17   '90 and then we stayed married to '98.

18        Q.      From about the late 1980s to the

19   late 1990s you were married?

20        A.      To her.

21        Q.      Have you ever been married to

22   anyone else?

23        A.      No.

24        Q.      She was your first and last?
```

ROBERT M. BRIDDELL
February 15, 2005

Page 30

1      Q.      To your knowledge, does she have

2   any knowledge or information about the

3   discrimination that you allegedly experienced at

4   the company?

5      A.      Yeah, she was my wife.

6      Q.      Was she a witness or did she

7   observe any of the discrimination?

8      A.      Well, yeah, an incident did happen

9   at the company and I worked at night and I

10  called her and asked her -- well, the incident

11  happened before and when I went to work the

12  whole situation changed.  So when it changed, I

13  called her and asked her what she thought and

14  such with our attorney and NAACP.  So once we

15  got home, we talked about what the incident Dwas.

16     Q.      At a certain point you said your

17  situation changed at work?

18     A.      Mine did, yeah.

19     Q.      What do you mean by that?

20     A.      I bidded on a job and I was awarded

21  the job and then they came back and told me that

22  I couldn't get the job because I had to take a

23  test or et cetera.  The company policy at the

24  time was once you was awarded the job, if you

ROBERT M. BRIDDELL
February 15, 2005

Page 31

1   had the seniority and et cetera.  And the job

2   was given to me by the supervisor or whatever he

3   was, he gave me the job, awarded me the job.

4   And someone told him I had to take a test and I

5   questioned why.  Of all the years I've been at

6   Norton, nobody ever had to take a test in order

7   to get a job.  That's what he was told and all

8   he was doing was doing his job.  And I said,

9   okay, I'll take the written test.

10                  I went in that office which was

11  down in one part of the building and I had to go

12  up where my job was which is on another side,

13  but there was a pay phone.  I asked the

14  supervisor could I use the phone, I want to call

15  home.  They said yes.  That's when I called my

16  wife and told my wife they want me to take a

17  written test and et cetera and I thought it was

18  unfair and see our lawyers and NAACP and do

19  something about it.

20         Q.    When did that happened that you bid

21  on this job?

22         A.    It was back in '98, '99, somewhere

23  in area.

24         Q.    What was the job that you bid on?

ROBERT M. BRIDDELL
February 15, 2005

Page 32

```
1        A.      Truing.

2        Q.      Is that T-R-U-I-N-G,?

3        A.      Right.

4        Q.      Is that a band four job?

5        A.      Right.

6        Q.      Did you say that someone initially

7   told you you could have the job?

8        A.      Yes.

9        Q.      Who told you?

10       A.      Tom Oliver, he was the supervisor.

11  He wasn't a general supervisor like he is now.

12       Q.      He told you initially you could

13  have the job?

14       A.      He told me I had the job.

15       Q.      He told you that you --

16       A.      Then he called me back the next

17  night when I got back to work he called me and

18  said something had came up and I had to take a

19  test in order to get the job.  I says, why

20  should I have to take a test in order to get a

21  job when nobody else had to take a test?  And

22  the stipulation of what the company policy was

23  as far as getting, once you bid on the job and

24  it wasn't in there.
```

ROBERT M. BRIDDELL
February 15, 2005

Page 33

1       Q.      Did you say you had the seniority
2   for the job?
3       A.      I was awarded the job.  At the time
4   I was the highest person that bidded on the job.
5       Q.      In terms of seniority, you were the
6   highest seniority?
7       A.      I bidded on the job.
8       Q.      Did other employees bid on the job?
9       A.      Yes, other employees did bid on the
10  job.
11      Q.      You feel that's when your
12  situation changed in terms of the way the
13  company was treating you?
14      A.      No, it has been going on before
15  that.  It was just one of the incidents that
16  happened.
17      Q.      When Tom Oliver told you you would
18  need to take the test, you said you went home
19  and called --
20      A.      I didn't say I went home.
21      Q.      You went to the office, went to a
22  pay phone?
23      A.      I went to the office.
24      Q.      You used a phone to call your wife?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 40

1    Q.    How often would you say in general

2    you speak to your ex-wife?

3    A.    She calls me, I don't know, three

4    or four times a week.  I don't keep no records.

5    We are friends.

6    Q.    How often do you see her?

7    A.    I don't know maybe once a week or

8    sometimes.  Lately I haven't seen her.  She was

9    going this way.  A lot of times we were going to

10   the same church.  We're going to different

11   churches right now, she goes to a different

12   church.  And I went to a concert with her in

13   Boston I think a couple weeks ago and asked to

14   go to church with her which I didn't, but I see

15   her quite often.

16   Q.    Had she ever got remarried?

17   A.    No.

18   Q.    Is she involved in any serious

19   relationships currently, do you know if she is

20´  to your knowledge?

21   A.    I really don't know.  I do not

22   know, I mean, I don't know.  I see her, we both

23   see each other and we go our separate ways.  Our

24   personal life is our personal life.  We are good

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 41

1    friends.  She hasn't told me and I haven't told

2    her who I'm seeing.

3          Q.     Since your divorce, have you had

4    any other serious relationships with women?

5          A.     Oh, yeah.

6          Q.     Are you currently involved in any

7    serious relationships with women?

8          A.     I'm currently involved in a

9    relationship.  I don't know how you would define

10   serious.

11         Q.     You haven't been engaged to anyone

12   since you were divorced?

13         A.     No.

14         Q.     How about your ex-wife, has she

15   ever been engaged?

16         A.     No.

17         Q.     Who is she on vacation with in the

18   Caribbean, do you know who she's with?

19         A.     Some lady, they live at a senior

20   citizens complex, she met some lady there who's

21   husband is a judge or attorney, he owns

22   something, I think it's in St. Troy.  She's

23   going to visit her family.  I don't know that's

24   what she said.

ROBERT M. BRIDDELL
February 15, 2005

Page 51

1      A.      No.

2      Q.      You think it's Lawless Bus Company?

3      A.      Yes, I drove.

4      Q.      Why did you stop that job, what

5  happened?

6      A.      When I was driving a bus and house

7  cleaning, I met a friend of mine that was

8  working at Norton, he was a supervisor, he saw

9  me in there house cleaning and he told me why

10  didn't I go to the personnel office the next day

11  and write up a resume, go to the personnel

12  office and apply for a job.

13      Q.      At Norton?

14      A.      At Norton.

15      Q.      Did you get the job at Norton at

16  the time?

17      A.      Yes.

18      Q.      You left the bus job because of

19  your employment at Norton?

20      A.      Yes.

21      Q.      You left that voluntarily?

22      A.      Yes.

23      Q.      And the cleaning company that you

24  worked for at Norton, what was their name?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 52

1      A.      I don't know.

2      Q.      You don't remember?

3      A.      No.

4      Q.      Who was the supervisor who

5   suggested that you go?

6      A.      John Vasseur, V-A-S-S-E-U-R?

7      Q.      Is he an African-American?

8      A.      Yes.

9      Q.      He was the supervisor at Norton?

10     A.      Yes.

11     Q.      At some point did he leave Norton?

12     A.      Yes.

13     Q.      Do you know why he left?

14     A.      He also left with that tin

15   parachute thing.

16     Q.      He took an early retirement, he

17   took a package?

18     A.      He was forced into taking the

19   package.

20     Q.      When you say he was forced into

21   taking a package, what do you mean?

22     A.      He didn't want to take it, but he

23   didn't have no choice.

24     Q.      How do you know that?

ROBERT M. BRIDDELL
February 15, 2005

Page 80

1    started?

2         A.    Material handler.

3         Q.    How long did you have that

4    position at the company?

5         A.    Two years.

6         Q.    When you were a material handler,

7    who was your supervisor at the company?

8         A.    I think it was Charlie

9    Heffelfinger.

10        Q.    He was your supervisor when you

11   were a material handler?

12        A.    I think he was.

13        Q.    How did you get along with Mr.

14   Heffelfinger?

15        A.    Fine.

16        Q.    Did you have any problems with him

17   as a supervisor?

18        A.    No.

19        Q.    What was your next job after

20   material handler?

21        A.    Material handler was in mixing, so

22   I went from material handler mixer to mixing.

23        Q.    When you were a material handler,

24   did you also do mixing?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 81

1        A.        No, material handler, yeah,

2    straining the mix and taking it out to the

3    different machines.

4        Q.        Then mixer though is a different

5    job description, isn't it?

6        A.        They are two different

7    classifications.

8        Q.        You went from material handler to

9    mixer?

10       A.        Yes.

11       Q.        Was mixing any kind of promotion,

12   did you make more money when you went to mixing?

13       A.        Yes.

14       Q.        Did you have to bid on that job?

15       A.        Yes.

16       Q.        Who awarded or who had to approve

17   to you becoming a mixer?

18       A.        The plant or department supervisor,

19   the top.  I know his name was Dick Peretti at

20   the time, he was the one I knew.

21       Q.        Dick Peretti?

22       A.        Right.

23       Q.        How long did you then work as a

24   mixer?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 82

1       A.      I think when I went '87 to '98,

2    '99, yeah, '98 I think it was.

3       Q.      You were a mixer for about 11

4    consecutive years?

5       A.      Yes.

6       Q.      Did you have different supervisors

7    when you were a mixer during that time period?

8       A.      Yes.

9       Q.      Can you identify who the

10   supervisors were that you can recall?

11      A.      Well, I know Mike Tivnan was one.

12   The first one we're talking about, immediate

13   supervisor?

14      Q.      Yes.

15      A.      I don't know who was before Mike

16   Tivnan.  I don't know.

17      Q.      How long was Mike Tivnan your

18   supervisor in mixing, about how many years?

19      A.      The whole.

20      Q.      Was he a supervisor for most of

21   that period?

22      A.      Yeah.

23      Q.      When you stopped being a mixer and

24   you got promoted to the truing position, at the

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 83

1   time right before your promotion, was Mr. Tivnan

2   still your supervisor in mixing?

3       A.      Yeah, and here's a catch to it.

4   Mike Tivnan was my mixing supervisor, Bill

5   Tivnan was my night supervisor.  But Mike Tivnan

6   was the mixing supervisor, he worked days.  He

7   was the supervisor of mixing, but Bill Tivnan

8   was the night supervisor because he was the

9   supervisor of that whole shebang, but it was

10  Bill Tivnan.

11              MR. MEIKLEJOHN:  Can we go off the

12      record.

13              MR. KERMAN:  Sure.

14

15              (Off record discussion)

16

17              MR. KERMAN:  Back on the record.

18      Q.      (By Mr. Kerman)  When you say Bill

19  Tivnan was the night supervisor, was that for

20  the entire plant or was that just for mixing?

21      A.      Yeah.

22      Q.      For the entire plant?

23      A.      To the best of my knowledge, yeah.

24  Yeah, we were on the north side which is small

ROBERT M. BRIDDELL
February 15, 2005

Page 85

1    were my immediate supervisors.

2        Q.    Besides the Tivnans, do you

3    remember any other supervisors by name that you

4    had when you were a mixer from '87 to '98?

5        A.    That's the only ones I had that

6    were my mixing supervisor.

7        Q.    Those were the only ones you had?

8        A.    Yes.

9        Q.    How was your relationship with Mike

10    Tivnan during this time period?

11        A.    It was all right.

12        Q.    Did you feel he treated you fairly?

13        A.    No, but he was all right.

14        Q.    In what way did he not treat you

15    fairly?

16        A.    For example, I think it may be back

17    during the busy season, I think it was in '99 or

18    maybe the year 2000 we were working a whole lot

19    of overtime.  And I was working the third shift

20    that means I had to come in Sunday nights.

21        Q.    I just want to focus on the period

22    of 1987 to 1998 when you were a mixing person

23    before you went to the truing position, okay?

24            During that period, did you ever

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 89

1   me, you'll see that we all made the same amount

2   of mixes but we were making a different amount

3   of money and I was making different money

4   because of his words, not because of my work and

5   so forth.

6         Q.     When Mr. Tivnan was supervising

7   you, did you ever complain to anyone at the

8   company that he was prejudiced against you

9   because of your color?

10        A.     No.

11        Q.     When you were in mixing before you

12  went to truing, how would you describe your

13  relationship with Bill Tivnan when he was the

14  night supervisor?

15        A.     Fine.

16        Q.     Did you ever feel that he treated

17  you unfairly or discriminated against you?

18        A.     No.

19        Q.     No?

20        A.     No.

21        Q.     You had a good relationship with

22  Bill Tivnan?

23        A.     Yes.

24        Q.     You didn't feel that Bill Tivnan

ROBERT M. BRIDDELL
February 15, 2005

Page 90

1    was prejudiced against you?

2        A.    No.

3        Q.    When you worked at Saint-Gobain,

4    did you ever hear of a policy they had that's

5    called an open-door policy?

6        A.    Yes.

7        Q.    Can you tell me what the open-door

8    policy was?

9        A.    It's like anywhere else in this

10   country.  You got an open-door policy, you come

11   in and talk with me, we sit down and talk about

12   it and try to iron out the problem.

13       Q.    If you had a problem, who could you

14   go to if you had a problem at the company?

15       A.    Who I felt?

16       Q.    Yes, who did you feel you could go

17   to?

18       A.    During that time, no one.

19       Q.    Under the open-door policy, who

20   could you go to if you had a problem?

21             If you had a problem with your

22   supervisor let's say and you wanted to complain,

23   who could you go to under the open-door policy?

24       A.    You had to follow the chain of

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 96

1    A.    I didn't write letters.  I just

2  talked with them and they wrote down, they made

3  a little note of what I said.

4    Q.    You never sent them any notes or

5  letters yourself?

6    A.    No.

7    Q.    How about to any other

8  organizations, did you send any other notes or

9  letters to any organizations about things going

10  on at work?

11    A.    I never sent any notes.  I talked

12  to quite a few.  I talked to the NAACP; I talked

13  to the grand lodge; the Masonic lodge; I talked

14  to my pastor.

15    Q.    I'm talking about letters?

16    A.    No, I didn't send any letters.

17    Q.    When you worked as a mixer for the

18  company, were you aware there was a 45-pound

19  limit for pans?

20    A.    During which time?

21    Q.    How about in the mid 1990s, were

22  you aware there was a 45-pound limit on pans?

23    A.    I was aware.

24    Q.    When did it come into existence

ROBERT M. BRIDDELL
February 15, 2005

Page 97

1    approximately?

2         A.    I don't know.  Middle of the '90s

3    or somewhere in that neighborhood.

4         Q.    Didn't it come into existence in

5    approximately the early 1990s?

6         A.    I don't think so.  I don't recall.

7    I don't think so.

8         Q.    At some point?

9         A.    Yeah, it did come.

10        Q.    How did you find out about that

11   rule about the 45-pound weight rule?

12        A.    They told all of us mixers, when

13   they set up the machine, they set it up.  The

14   machine would cut off at 40 pounds, it was 46

15   pounds, the machine would cut off.

16        Q.    That was a weight limit that the

17   employees wanted at the plant, correct?

18        A.    I don't know.  I know that's -- now

19   when you say employees, who are you referring

20   to?

21        Q.    People who are not in management,

22   mixers and other employees, didn't they ask for

23   that 45-pound limit?

24        A.    Not to my knowledge.

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

ROBERT M. BRIDDELL
February 15, 2005

Page 104

1    Didn't you see a warning in 1994 because you

2    made pans that were overweight?

3         A.    No.

4         Q.    You didn't receive any warning?

5    Did you receive a warning?

6         A.    I received a warning.

7         Q.    What did you receive the warning

8    for?

9         A.    That I was putting too much mix in

10   the mixing pan.

11        Q.    Right.  And that made the pans

12   overweight?

13        A.    No.  Can I clarify it?

14        Q.    Yeah.

15        A.    We got two mixing pans.  What

16   happened in that incident is I had put too much

17   grain in the mixing pan.  This is what you go to

18   the grain and get the grain, the grain falls

19   into a pan, they call that a pan.  I had put too

20   much grain in there.  And the supervisor said,

21   Bob, you've got too much mix in this and it was

22   a first mix I had made.  I took some out and

23   that was it.  Now he called John Vasseur and

24   that's when they get me written up, but it's

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

ROBERT M. BRIDDELL
February 15, 2005

Page 107

1    there.

2        Q.      It's also signed by, is that

3    Michael Tivnan your supervisor?

4        A.      Right.

5        Q.      What were you told when you were

6    given this written reminder?

7        A.      When I was given the written

8    reminder I looked at it and I signed it and went

9    back to my business.

10       Q.      You signed it, you didn't protest

11   this in any way, correct?

12       A.      I had protested it before and I had

13   protested before and that was it.

14       Q.      This says causing injury to another

15   employee, do you recall that the heavy weight in

16   the pans caused injury to another employee?

17       A.      No.

18       Q.      Did anyone tell you that it caused

19   an injury to someone else?

20       A.      Not to my knowledge, no, they

21   didn't.

22       Q.      You never heard about that?

23       A.      No.

24       Q.      Did you know an employee named

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

ROBERT M. BRIDDELL
February 15, 2005

Page 110

1          A.      As a mixer it didn't shut off at 35

2     pounds.

3          Q.      "Under normal conditions after the

4     shakers stops, the mix pan usually ends up with

5     an average of 45 pounds in it which is

6     acceptable in the mixing department?"

7          A.      Yes.

8          Q.      Do you see agree with that

9     statement?

10         A.      The 45-pound statement, I agree

11    with that, the rest of it, I don't.

12         Q.      So in 1994 there was no shut off

13    when the mix pan reaches 35 pounds, is that what

14    you're saying?

15         A.      I don't know if there was a shut

16    off or not.  I can't remember that.  I do know

17    that 45 pounds would be maximum weight.

18         Q.      That was the total amount of weight

19    that it was supposed to be, correct?

20         A.      Right.

21         Q.      That would include whatever shakes

22    off after the machine shuts off still was

23    supposed to be no more than 45 pounds, correct?

24         A.      After the machine shuts off, it

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 111

1    would probably be no more than 46 at the most.

2        Q.    Right, but there is material that

3    shakes off after the machine shuts off, correct?

4        A.    Yeah.  Can I go into detail?

5        Q.    Can you explain to me, when the

6    machine shuts off, correct, there's still some

7    material that shakes off into the pan, correct?

8        A.    Yeah.

9        Q.    Even with that material that shakes

10    off into the pan, the pan isn't supposed to

11    weigh more than 45 pounds, correct?

12        A.    It would have to.

13        Q.    I'm asking you.  The total weight

14    of the pan is not supposed to be more than 45

15    pounds; is that correct?

16        A.    No, the machine shuts off at 45

17    pounds.  When the machine shuts off, it should

18    be 45 pounds, the shaker shakes more at least

19    from 45 to 45 and a half pounds.

20        Q.    How much would shake off after the

21    machine shuts off would you say, how much

22    additional weight would shake off?

23        A.    The question is it wouldn't be no

24    more than a half a pound for the specific

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 124

1      Q.      When does that occur?

2      A.      It occurs before.

3      Q.      After you do the mix it goes to

4   rescreening, correct?

5      A.      No, it goes to a holding area.

6      Q.      After the holding area, it goes to

7   rescreening?

8      A.      Yeah.

9      Q.      That's before it goes to molding?

10     A.      No.

11     Q.      When does it go to molding?

12     A.      That process, but the process I'm

13   talking about is no.

14     Q.      What process are you talking about?

15     A.      What I'm saying is if a molder is

16   working on a mix and at the end of the day he

17   has mix left over which is good mix, instead of

18   throwing that mix away he is told to take the

19   mix and go back in the holding area, find a

20   check that matches the same mix and the same

21   identification and put that mix on top of one of

22   those mix pans.  That mix is sitting there

23   before it goes to the rescreeners.  He'll have a

24   pan or two that might have more weight than it

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 125

1   was and that's why you get more weight in your

2   mix.

3         Q.      With regard to this particular

4   warning, you don't know if that's what happened

5   in this situation?

6         A.      No.  Like I said, I don't recall

7   Steve Allen.

8         Q.      Now we talked a little bit about

9   your truing position which you received in 1998,

10  correct, that's when you went into the truing

11  position?

12        A.      Yeah.

13        Q.      That was a high-speed facer?

14        A.      Right.

15        Q.      When you bid on that job, did Mr.

16  Oliver tell you that he had some concerns that

17  you weren't qualified for the job?

18        A.      No, he told me I was qualified for

19  the job.  And that's when I first met him, he

20  called me down to his office and told me you got

21  the job and I thanked him and everything.  And

22  the next day he called me back, that's when he

23  told me I couldn't get the job, that I had to

24  take a test.

ROBERT M. BRIDDELL
February 15, 2005

Page 128

1     Q.      When you spoke to Jane, what did

2   she tell you about getting the raise?

3     A.      When I spoke to her and they talked

4   with Steve Litwinowich and I got my raise

5   retroactive.

6     Q.      You also spoke to Mary in human

7   resources?

8     A.      Both of them, yes.

9     Q.      After you spoke to them, you got

10   the raise?

11     A.      Yes.

12     Q.      Did you make any claim that you

13   were being discriminated against when you didn't

14   get the raise?

15     A.      Yes, because of the company policy.

16   Once you are awarded a job that you get your pay

17   and I was going back and forth from pot balls to

18   mixing.  And it was the Christmas party and next

19   thing I know I got my raise.  I was being

20   discriminated against and I got my raise

21   retroactive.

22     Q.      Did you say that you would file a

23   complaint with anyone if you didn't get a raise?

24     A.      I don't recall but I don't -- most

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

ROBERT M. BRIDDELL
February 15, 2005

Page 130

1    made it retroactive, correct?

2        A.    Yeah.

3        Q.    You were content with that,

4    correct, they paid you everything that they owed

5    you?

6        A.    I guess.  I don't know.

7        Q.    After they gave you the raise, made

8    it retroactive, they made you whole for

9    everything they owed you, correct?

10       A.    To the best of my knowledge.

11       Q.    After a certain point you were

12   demoted from the position of truing operator,

13   correct?

14       A.    No.

15       Q.    When you went to truing operator,

16   wasn't that a band four job?

17       A.    Yes.

18       Q.    After you got your raise as truing

19   operator, what were you making an hour, do you

20   recall approximately?

21       A.    I think maybe $17.50, $17.75.

22       Q.    That was band four, correct?

23       A.    Yes.

24       Q.    At some point weren't you told that

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 131

1    you had to go back to band three?

2        A.      Yeah.

3        Q.      Who told you that?

4        A.      I think it was Tom Oliver.  I don't

5    know who the supervisor was.  I think it was Tom

6    Oliver.  There was another supervisor.  I don't

7    know what his name was.  It was I think Tom

8    Oliver at the time was the department supervisor

9    and there was another night supervisor at the

10   time and the group leader was Billy DI.

11       Q.      What was his last name, do you

12   know?

13       A.      No, we'd call him Billy D..

14       Q.      Did Mr. Oliver tell you that you

15   would you be going back to band three?

16       A.      Not at that time.

17       Q.      Who told you?

18       A.      What happened is when I was on band

19   four for the pot balls, that's what we called

20   it.

21       Q.      I'm sorry, are you saying pot

22   balls, P-O-Te?

23       A.      Yeah.

24       Q.      Balls?

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 134

1    sure he got it from somewhere up top, he was

2    the one that informed me.

3          Q.     **Did he say why you had to go back?**

4          A.     He didn't feel I could do that job

5    that they were putting me on.

6          Q.     **What did you say in response to**

7    **that?**

8          A.     I didn't say anything, I just went

9    back to mixing.

10         Q.     **You didn't object to the decision**

11   **or protest the decision?**

12         A.     I didn't really holler and scream,

13   I just said, I was tired of the riffraff.

14         Q.     **I'm sorry, I didn't get that.**

15         A.     I was tired of the riffraff, I was

16   tired of the riffraff.

17         Q.     **What riffraff were you tired of?**

18         A.     One saying that I'm responsible.

19   I'm getting blamed for all the defected wheels

20   there.  Every time I was the only one that was

21   getting blamed, the person on the second shift

22   wasn't being reprimanded or nothing.

23         Q.     **Is it your contention that the**

24   **people on the first and second shift were making**

ROBERT M. BRIDDELL
February 15, 2005

Page 138

1

2         Q.      (By Mr. Kerman)   Mr. Briddell, I'm

3    showing you what's been marked as Exhibit 6.

4    For the record it says, to Bob Briddell's file,

5    from John Lesnansky, does that refresh your

6    recollection?

7         A.      This is what I'm talking about.

8         Q.      July 26, 2000, subject, written

9    reminder.  The bottom of the page says DEF00294

10   and then 1292.  Can you just read this document

11   to yourself?

12        A.      I read it.

13        Q.      Do you remember seeing this

14   document or receiving this document?

15        A.      I remember seeing it, yeah.  I

16   remember seeing, I did receive it.  Yeah, I

17   remember the document.

18        Q.      This refers to you being issued a

19   written reminder, do you remember receiving a

20   written reminder?

21        A.      We were just talking about it.

22   When he was talking about me making the

23   defective wheels.  He wouldn't give me a written

24   reminder because he didn't think it was fair

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 139

1    that three or four operators on.  With this guy

2    here thought it was his obligation to do it,

3    give me a written reminder.

4        Q.    Did John Lesnansky report to Mr.

5    Viano?  Who was in a higher position?

6        A.    I think, I thought maybe Viano

7    should be, but I mean, they were both --h wait

8    now.

9              Viano had been a supervisor, then

10   he came back and at this time after they brought

11   him back.  I don't know how his status was.

12             MR. MEIKLEJOHN:  If you don't know,

13       you don't know.

14             THE WITNESS:  I don't really know.

15       Q.    (By Mr. Kerman)  On this document,

16   five lines down it says, "as such, Bob will lose

17   his band four pay band and will be subject to

18   receiving a pay band that accompanies any

19   available job opportunity?"

20       A.    Yeah.

21       Q.    You recall knowing that you would

22   get whatever pay band went with the job that you

23   got, correct?

24       A.    I knew I was going back to mixing.

ROBERT M. BRIDDELL
February 15, 2005

Page 140

1      Q.      You knew mixing was band three,

2   correct?

3      A.      Right.

4      Q.      When you were informed that you

5   were going back to mixing, you didn't make any

6   claim that they were doing this to you because

7   of racial discrimination, did you?

8      A.      No, like I said --

9      Q.      Just answer the question.

10     A.      No.

11     Q.      The answer is no.

12             At the time they told you you were

13  going back to mixing, you weren't involved in

14  any union activities at that time, were you,

15  this was in July of 2000?

16     A.      Most likely I was, yeah.  Yes, I

17  was, yeah.

18     Q.      Was there any union campaign going

19  on in July of 2000?

20     A.      Teamsters was, I think Teamsters

21  was in there at that time.

22     Q.      You didn't make any claim that they

23  were putting you back to mixing because of

24  retaliation because you were supporting the

ROBERT M. BRIDDELL
February 15, 2005

Page 141

1    union, did you?

2         A.    No.

3         Q.    When you went back to mixing, you

4    were still working, this was after July of 2000

5    you went back to mixing, correct?

6         A.    Yes.

7         Q.    You were still working 9:00 p.m. to

8    5:00 a.m.

9         A.    Yeah.

10         Q.    After you got done with the mixing,

11    who would work on your mix next after you got

12    done with it, where would it go next?

13         A.    To the holding area.

14         Q.    After the holding area, who worked

15    on it after that?

16         A.    The rescreeners.

17         Q.    When you went back to mixing, were

18    there any rescreeners on the night shift or did

19    they come on the day shift?

20         A.    There were rescreeners on night.

21         Q.    When you got done with your mix, it

22    went into the holding area?

23         A.    Yes.

24         Q.    How long did it stay in the holding

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 142

1    area?

2        A.    It varied, some were two to four

3    hours, some stayed 24 hours, it varied.

4        Q.    By the time your mix got worked on

5    by a rescreener on the first shift, who would

6    work on it, not someone on the night shift?

7        A.    It could be rescreeners on the

8    shift following that.

9        Q.    It could even be later than the

10   first shift of the next day?

11       A.    Right.

12       Q.    But it would at least have to wait

13   until someone from the first shift, a rescreener

14   from the first shift before anyone worked on it,

15   correct?

16       A.    Yeah, there should be.

17       Q.    Do you remember when you went back

18   to mixing who the rescreeners were on the first

19   shift in your area?

20       A.    No, I didn't know offhand.

21       Q.    Do you remember Dave Aubin,

22   A-U-B-I-N, being a rescreener on the first

23   shift?

24       A.    He was a rescreener and a mixer.

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 143

1    Q.    He worked on the first shift, day

2  shift?

3    A.    Dave Aubin?

4    Q.    Yes.

5    A.    Yes.

6    Q.    Do you remember Frank Hanson also

7  being a rescreener on the day shift?

8    A.    Yes, and mixer.

9    Q.    Do you remember anyone else that

10  was a rescreener on the day shift when you went

11  back to mixing?

12    A.    Not to my knowledge.

13    Q.    During 2000 and 2001, how would

14  you describe your relationship with Mr. Aubin,

15  what kind of relationship did you have with him?

16    A.    It wasn't perfect, it wasn't bad.

17  At the time he was nonunion and I was union.  He

18  was against the union and I was for the union.

19    Q.    Besides that, how would you

20  describe your relationship with Mr. Aubin?

21    A.    That does describe it.

22    Q.    Didn't he become a supporter of the

23  union in 2001?

24    A.    Who?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 144

1    Q.    Mr. Aubin.

2    A.    He became a supporter and all of a

3    sudden he dropped out.

4    Q.    In terms of your working

5    relationship, what kind of contact did you have

6    with Mr. Aubin during 2000 and 2001?

7    A.    We had a good work relationship.5

8    When he first came to mixing, I taught him how

9    to mix.  We had a good working relationship.  We

10   had a good relationship outside of the plant.

11   Q.    Did that continue in 2001 that you

12   had a good relationship?

13   A.    Yeah, it continued to late 2000.

14   Q.    How about with Mr. Hanson, what

15   kind of relationship did you have with Mr.

16   Hanson?

17   A.    He wouldn't sit at the table with

18   me if he could help it.

19   Q.    Why do you say that?

20   A.    From his actions.

21   Q.    What did he do that leads you to

22   think that he didn't want you to sit with him?

23   A.    When we're getting off work on the

24   third shift and he gets off on the second shift,

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 146

1    the mixing area to see someone, but I had on

2    tennis shoes and he comes hollering at me that

3    he's going to write me up because I had tennis

4    shoes on.  So I told him you do what the heck

5    you do.  But the tennis shoes at the time, which

6    he wasn't aware of, was steel plated and I got

7    them from the company truck.  I could wear them.

8    He didn't know, he just saw them as tennis

9    shoes.  He just jumped on me for no reason at

10   all.  I wasn't working, he had nothing to do

11   with me.

12        Q.    Was he on the safety committee, Mr.

13   Hanson?

14        A.    Me?

15        Q.    No.  Was Mr. Hanson on the safety

16   committee?

17        A.    He was on the safety committee.

18        Q.    He couldn't write you up himself,

19   he'd have to report you to somebody?

20        A.    I don't know what the policy was.

21        Q.    He wasn't a supervisor, was he?

22        A.    He was on the safety committee, I

23   thought the policy is they could write them up.

24        Q.    When you went back to mixing after

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 147

1    you had been a truing operator, did Dave Aubin

2    ever speak to you about the fact that he felt

3    some of your pans were overweight?

4         A.    No.  What did happen is that I come

5    in one day and they had written me up a reminder

6    saying I hadn't signed a mix slip.  So when I

7    looked at it, I saw the mix slip which I hadn't

8    signed, but saw Dave Aubin's clock, all mixers

9    can look at the clock numbers and each know who

10   did it.  I asked him why he turned me in for not

11   signing the mix slip when all he had to do was

12   bring it back to me which was an unwritten

13   policy and I didn't sign it.  And he looked at

14   me and smiled and so forth.  And later I found

15   out for some reason he turned anti-union.  And

16   that was it.

17        Q.    You thought he was now hostile to

18   you because he turned antiunion?

19        A.    Yeah.

20        Q.    Didn't Dave Aubin, he worked on the

21   first shift, correct?

22        A.    He worked, he had what they gave a

23   special shift.

24        Q.    What hours did he work?

ROBERT M. BRIDDELL
February 15, 2005

Page 151

1          A.         To the best of my knowledge he

2     never did.

3          Q.         How about Mr. Hanson, did he ever

4     tell you that any of the pans he was getting

5     from you were too heavy?

6          A.         No.

7          Q.         No?

8          A.         No.

9          Q.         Now when you are doing mixing,

10    don't you use a different type of screen for the

11    type of materials that you are putting in the

12    pan?

13         A.         Yes, I stated that before.

14         Q.         How do you know what kind of screen

15    to use, what indicates to you what kind of

16    screen you should use?

17         A.         The mix slip.

18         Q.         The mix slip tells you that; is

19    that correct?

20         A.         I don't think there are sizes on

21    it, but the mix slips tell you what size mixers

22    to use.  And then I guess through past practice

23    you knew what size of the mix you use.  We have

24    all different sizes of the screens and we know

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 152

1    that if the grain is size 12 then you need at

2    least a size 14 for it to go through and et

3    cetera.

4         Q.    If you use a larger screen than

5    what's called for, that could make the mix

6    heavier than it's supposed to be, correct?

7         A.    Yeah, probably, yeah.

8         Q.    So it's important to use the right

9    size screen in order to stay within the 45

10   pounds?

11        A.    Yes, correct.

12        Q.    I think we may have used the term

13   before mix balls, have you heard of that term

14   before?

15        A.    Yes.

16        Q.    What do you consider to be a mix

17   ball when you were working there?

18        A.    Mix ball is just the balls that are

19   too heavy to go through the screen that you are

20   using because of the bonding and the resinol, it

21   shakes more of maybe at the top and that's why

22   you would have your larger mix than your regular

23   mix.

24        Q.    What if you had a pan that weighed

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 153

1    45 pounds already and you had a mix ball that

2    wasn't in the pan, what would you do with the

3    mix ball?

4         A.    It used to be the policy that you

5    would take the mix balls and throw it on top of

6    the last pan.

7         Q.    Did that policy change?

8         A.    It changed after a while, yeah, it

9    changed.

10        Q.    When did it change?

11        A.    I couldn't tell you when it

12   changed.  I know it changed somewhere between

13   19 --☐ I don't know.

14        Q.    Before you became a truing operator

15   it changed?

16        A.    Yeah.

17        Q.    Because if the pan already weighed

18   45 pounds and you threw the mix balls on top,

19   that would make it overweight, correct?

20        A.    Right.

21        Q.    The policy was that you weren't

22   supposed to do that anymore, correct?

23        A.    Right.

24        Q.    Did you follow that policy?

ROBERT M. BRIDDELL
February 15, 2005

Page 154

1    A.    Yes.

2    Q.    What would you do if you had these

3    mix balls at the end and the pan already weighed

4    45 pounds, what would you do with the mix ball?

5    A.    We'd put them in a separate pan.

6    MR. MEIKLEJOHN:  Wait for a

7    question.

8    Q.    (By Mr. Kerman)  Is there something

9    you want to add about putting it in a separate

10    pan, Mr. Briddell, is there anything you want

11    to add to your answer or is your answer

12    complete?

13    A.    Yeah.  After a while, what went

14    down is that when we were putting the mix balls

15    in the mix pans, they were starting to throw

16    them away.  So the company started complaining

17    because we were getting too much mix waste, so

18    throw them back in the pans.  Yes, that's what

19    happened.

20    Q.    Let me just make sure I understand

21    it.

22    At a certain time when you worked

23    there they told you it was okay to throw the mix

24    balls in the pan even if it would make it over

ROBERT M. BRIDDELL
February 15, 2005

Page 155

1    45 pounds, correct?

2         A.    Yes, they did.

3         Q.    Then you're saying the policy

4    changed at a certain point, then they said you

5    shouldn't do that anymore?

6         A.    Right.

7         Q.    Then you said the policy changed

8    again?

9         A.    Yes.

10        Q.    When did that policy change again?

11        A.    I have no idea.  I know that's what

12   was said because they were getting too much mix

13   waste and all this mix waste was being thrown

14   away.  And Mike Tivnan came over to the mixer,

15   there's too much mix being thrown away and we

16   were getting charged for it.  Instead of

17   throwing the mix away, go back and throw it on

18   top of the pan.

19        Q.    When did Mike Tivnan tell you that?

20        A.    I don't know.  He didn't directly

21   tell me.  It had to come from him or somebody.

22        Q.    Where did you hear it from?

23        A.    I heard it from Bill Tivnan said to

24   me.

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 159

1    of it.

2        Q.    But it was up to you to decide what

3    to do, whether to put it in a new pan or put it

4    in an existing pan, correct?

5        A.    I don't think it was -- it was just

6    common sense.

7        Q.    Did any supervisor ever tell you

8    that if you had extra mix waste you should add

9    it to a pan that weighed 45 pounds already?

10       A.    They just told us to add the mix

11   waste to the mix pan.

12       Q.    They said to add the mix waste to

13   the truck?

14       A.    Right, right.

15       Q.    They didn't say to add it to a full

16   pan?

17       A.    I never said that.

18       Q.    You tried.

19       A.    No, I did not.

20             MR. MEIKLEJOHN:  I object.  That's

21       not a question.  You don't have to argue.

22       This is probably a good time to take a

23       break.

24             MR. KERMAN:  I just want to finish

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 160

```
 1        this line of questioning it would just be

 2        like five minutes.

 3                MR. MEIKLEJOHN:  You are starting

 4        to go over the same questions.

 5                MR. KERMAN:  I just want to make

 6        sure we get this clear.

 7        Q.      (By Mr. Kerman)  Mr. Briddell, you

 8   knew that the pans were not supposed to go over

 9   45 pounds, correct?

10                MR. MEIKLEJOHN:  That's been asked

11        and answered many times.

12        Q.      (By Mr. Kerman)  Mr. Briddell,

13   could you answer that?  You knew you weren't

14   supposed to go over 45 pounds, this is a

15   preliminary question, just to get us back on

16   track?

17        A.      I knew the amount of mix.  I also

18   knew what we were supposed to do with the mix

19   waste and it was put it with the truck.

20        Q.      Put it with the truck?

21        A.      Right.

22                MR. MEIKLEJOHN:  I'm going to say

23        we need to take a break and I'll give you

24        an explanation.  The witness has informed
```

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

Page 161

1      you at the beginning of the proceeding that

2      he's taking medication to prevent a

3      diabetic condition from arising.  And I

4      want to make sure that he needs to take a

5      meal break.  I want to consult with him to

6      see if he needs to take a meal break before

7      we continue here.

8              MR. KERMAN:  Okay.

9

10             (A recess was taken from

11             12:30-12:32 p.m.)

12

13             MR. KERMAN:  Back on the record.

14      Q.     (By Mr. Kerman)  Are you able to

15   continue now?

16      A.     Yes, I'm fine.

17      Q.     Mr. Briddell, when you worked for

18   the company, did any supervisor ever tell you to

19   add mix balls to a pan that already weighed 45

20   pounds?

21      A.     No.

22      Q.     What's your answer?

23      A.     No.

24      Q.     When you worked at the company, Mr.

ROBERT M. BRIDDELL
February 15, 2005

Page 162

1    Briddell, do you know of any supervisors or

2    managers who knew of mixes that were weighing

3    more than 45 pounds and did nothing about it?

4         A.    No, I don't know.

5         Q.    You don't know of that happening,

6    correct?

7         A.    No.

8         Q.    As a mixer, you had to sign off on

9    certain production slips, correct?

10        A.    Yes.

11        Q.    What types of slips did you have to

12   sign when you were a mixer?

13        A.    The mix slip.

14        Q.    Was there also something called a

15   routing slip?

16        A.    It is.

17        Q.    The routing slip and a mix slip is

18   the same thing?

19        A.    Yes.

20        Q.    Did you ever see any training that

21   explained that you had to sign off on these as

22   part of your job responsibilities for the

23   company?

24        A.    No training, no.

ROBERT M. BRIDDELL
February 15, 2005

Page 163

1      Q.      Did you ever hear of anything

2   called the ISO standards?

3      A.      Yeah.

4      Q.      I-S-O, did you ever hear of that?

5      A.      ISO, yes.

6      Q.      Did you ever go to any classes or

7   seminars with the company ISO standards?

8      A.      Yes.

9      Q.      One of those ISO standards was that

10  a person in production isn't permitted to do

11  their job if the previous person in production

12  hasn't signed off on the slip, correct?

13     A.      Yes.

14     Q.      You were trained that during the

15  ISO standards training you went to, correct?

16     A.      Yes.

17     Q.      When you worked at Saint-Gobain,

18  did you have something that you used that was

19  called the COM CAM system?

20     A.      Yes.

21     Q.      What was the COM CAM system?

22     A.      It was a tracking system, I think.

23     Q.      What did it track?

24     A.      What did it track?

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 164

1        Q.      Yes.

2        A.      The materials that you put in your

3    mixes and how you made your mixes?

4        Q.      Did you use a COM CAM system when

5    you worked at the company?

6        A.      Yes.

7        Q.      Were you trained on how to use it?

8        A.      Yes.

9        Q.      Were all the mixers required to use

10   it?

11       A.      At one point.

12       Q.      When was that that they were

13   required to use it?

14       A.      When they first came in with

15   another system.

16       Q.      When you worked at Saint-Gobain,

17   did they replace the COM CAM system with another

18   system?

19       A.      Yes.

20       Q.      When did that occur?

21       A.      Sometime in 2001, 2002, somewhere

22   in that time frame.

23       Q.      Right up until the last few months

24   of your employment they were still using the COM

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 165

1  CAM system, correct?

2       A.    No, not all the mixers.

3       Q.    How about the machine that you

4  worked on, wasn't that using the COM CAM system

5  back in September or October of 2001?

6       A.    We were still using it, but other

7  mixers wasn't using it.

8       Q.    You were still using it?

9       A.    Yes.

10            MR. KERMAN:  I think this might be

11       an appropriate time to break.

12

13            (A lunch recess was taken from

14            12:35-1:30 p.m.)

15

16            MR. KERMAN:  Back on the record.

17       Q.    (By Mr. Kerman)  Mr. Briddell, when

18  you worked as a mixer, did you work on what was

19  called a 2-bowl machine?

20       A.    Yes.

21       Q.    When you are working on a 2-bowl

22  machine, the pan that contains the mix is placed

23  on the scale at the end of the machine, correct?

24       A.    Yes.

ROBERT M. BRIDDELL
February 15, 2005

Page 166

1      Q.      After the mix comes through the

2  conveyer, you have to put it through a screen

3  and it goes into the pan, correct?

4      A.      Yes.

5      Q.      And the pan, again, is sitting on a

6  scale, correct?

7      A.      Yes.

8      Q.      And the scale has a read out to

9  show how many pounds it weighs, correct?

10     A.      Yeah.

11     Q.      When you have the mix into the pan

12  at the end of the process, you can see how many

13  pounds the mix weighs, correct?

14     A.      Yeah.

15     Q.      You could see, for instance,

16  whether it weighs 45 pounds or 49 pounds or 43

17  pounds, correct?

18     A.      Yeah.

19     Q.      Do you remember a conversation in

20  September of 2001 with Bill Tivnan in which he

21  said that he was getting some complaints from

22  people that some of your pans were coming too

23  heavy, do you remember him approaching you on

24  the floor?