THOMAS OLIVER, 30(b)6
January 30, 2006

Page 111

1      Q.      So you don't know if he could have
2  been using that system and made the mistake he
3  made?
4      A.      I don't have that answer, no.
5      Q.      If you look at the next document,
6  1824.  Is that another counsel?
7      A.      I'm sorry, which one?
8      Q.      2366.
9      A.      Yes.
10      Q.      If you look at the next page,
11  suggests that he was counseled again on August
12  31st?
13      A.      That is correct.
14      Q.      Look at the next page.  I think
15  that's -- sorry, that looks like it's the same.
16      A.      Yup.
17      Q.      If you look at the September 30th,
18  is that another counsel?
19      A.      Yes.
20      Q.      Is that a contamination issue?
21      A.      When I view contamination I view it
22  as a foreign body.  This to me is a procedural
23  issue, he grabbed the wrong material.
24      Q.      So it's a quality issue?

**THOMAS OLIVER, 30(b)6**
**January 30, 2006**

Page 112

1      A.      I would call that quality.

2      Q.      Look at the next page.  Another

3  quality issue?

4      A.      Yes, quality issue.

5      Q.      The next page, there's another --

6  this is the MO that goes with that I believe?

7      A.      Yes.

8      Q.      Does this refresh your recollection

9  of whether or not you're supposed to put in a

10 mix time?

11     A.      It looks like it's part of the

12 procedure.

13     Q.      This one doesn't appear to have a

14 quantity in it.  If you look at the previous one

15 we looked at a few moments ago that didn't have

16 the mix time.  The clock, actual date, quantity.

17          MR. KERMAN:  Can I ask you what

18          deposition this is?

19          MS. KELLY:  I'm asking his

20          understanding on filling out MO's,

21          discipline of people who filled out MO's,

22          and people who did not fill out MO's.

23          MR. KERMAN:  You asked a lot of

24          questions besides MO's.  Also you started

**THOMAS OLIVER, 30(b)6**
**January 30, 2006**

Page 113

1          out with -- I'm just getting my objection

2          in because you are going back and forth,

3          and I don't think it's appropriate.

4               MS. KELLY:  Your objection is

5          noted.

6          **Q.     (By Ms. Kelly)  Did Mr. Wilson in**

7     **addition to having made a quality error with**

8     **respect to MO order C608750 also fail to fill**

9     **out the quantity on the mix slip?**

10          A.     In order to answer that question

11     because if you look down at 020 mix 44 he did

12     put a one in.  There's another mix operation

13     010.  I'm not so sure which gentleman Mr. Wilson

14     is.

15          **Q.     So somebody filled out the MO.  You**

16     **don't know if it was Mr. Wilson or not because**

17     **you don't know his number?**

18          A.     I would assume someone should have

19     figured out quantity on 010 routing.

20          **Q.     If you look at 2/14/00.  This**

21     **document -- date 2/14/00 document 1844.  Is that**

22     **another written counseling for a quality issue?**

23          A.     Yes.

24          **Q.     And so far he still hasn't been put**

**THOMAS OLIVER, 30(b)6**
**January 30, 2006**

Page 114

1    on a written reminder?

2        A.      Not as of yet.

3        Q.      Do you know why he wasn't put on a

4    written reminder when he had this number of

5    issues in this short period of time?

6        A.      I do not, no.

7        Q.      If you look at the next page,

8    February 29th, it looks like he was put on a

9    written reminder?

10       A.      That's correct.

11       Q.      If you look at -- looks like there

12   there's two copies of that and then there's the

13   next page, another MO.  This also looks like the

14   mix time wasn't written there.  Somebody checked

15   it and wrote it above?

16               MR. KERMAN:  Objection.

17       Q.      (By Ms. Kelly)  Is that your

18   understanding of what occurred?

19               MR. KERMAN:  Objection.

20               THE WITNESS:  That is the time of

21          mix so I assume they put it there.  It

22          would be nice if they put it in the box,

23          but it's on the MO.

24       Q.      (By Ms. Kelly)  Do you know who put

**THOMAS OLIVER, 30(b)6**
**January 30, 2006**

Page 115

1   it on the MO?

2        A.    I have no idea.  I only assume the

3   mixer did.

4        Q.       If you look at the next page is

5   that a written reminder at this point?  It looks

6   like he got another counsel; is that accurate?

7        A.    Yes.

8        Q.       Look at 510 8/14.  Another counsel?

9        A.       That's correct.

10        Q.       Now, is your testimony you don't

11   know if they used the CON-CAM system or

12   something like that?

13        A.       That is my testimony.

14        Q.       I'm sorry, the next page does

15   indicate that -- hold on -- that he was put on a

16   written warning at that time?

17        A.       That's correct.

18        Q.       Okay.  9/15/00.  Mr. Wilson while

19   on a written warning failed to completely fill

20   out an MO.  Do you know why he was only given a

21   counsel for that?

22        A.       I do not know.

23        Q.       Do you know what this -- okay, do

24   you know what the next page is?  I have no idea

**THOMAS OLIVER, 30(b)6**
**January 30, 2006**

Page 116

1  what it is.

2      A.    It's some kind of process card for

3  an operation in Plant 7.  I'm not sure what it's

4  referring to.

5      Q.    Look at the next page.  Do you know

6  what this is?

7      A.    A note of a hundred percent

8  rejection.

9      Q.    Would that be a quality issue?

10     A.    Quality, yes.

11     Q.    If you look at the last page, do

12  you know if there are any documents indicating

13  the 7/12/00 problem if they're not -- I don't

14  believe those were in this packet produced.

15     A.    642120 this is the MO.

16     Q.    What is the number at the bottom of

17  the page?

18     A.    1858.

19     Q.    Okay.

20     A.    Right in the middle of the page is

21  a wrong tank number.

22     Q.    Okay, thank you.  Is Mr. Wilson

23  currently employed by the company if you know?

24     A.    I believe he is, yes.

**THOMAS OLIVER, 30(b)6**
**January 30, 2006**

Page 132

1      I, GAYLE OHMAN, a Notary Public in and for

2  the Commonwealth of Massachusetts, do hereby

3  certify that THOMAS OLIVER, appeared before me,

4  satisfactorily identified himself, on the 30th

5  day of January, 2006, who was by me duly sworn

6  to testify to the truth and nothing but the

7  truth as to his knowledge touching and

8  concerning the matters in controversy in this

9  cause; that he was thereupon examined upon his

10  oath and said examination reduced to writing by

11  me; and that the statement is a true record of

12  the testimony given by the witness, to the best

13  of my knowledge and ability.

14      I further certify that I am not a relative

15  or employee of counsel/attorney for any of the

16  parties, nor a relative or employee of such

17  parties, nor am I financially interested in the

18  outcome of the action.

19      WITNESS MY HAND this 28th day of February,

20  2006.

21

22  Gayle Ohman                    My Commission expires:

23  Notary Public                  October 25, 2007

24

On 9/12/01 Mike Tivnan and I (Jeff Clark) are sitting Sam Wiredu down to explain our overtime and overlap policy. On 9/10/01 I observed Sam cleaning up at 1:30 PM, Sam should have been working to quarter of the hour (1:45pm) because no one was working the following shift. Sam and I had a verbal agreement that he would work 5-3 W/E 9/15, on 9/10/02 Sam left at 2:00 PM without informing any supervisor, on 9/11/01 Sam was stopped by Mike Tivnan at 1:30 heading for the locker room.

The purpose of talking to Sam is to make sure he understands our procedures of following the scheduled hours and also the half hour overlap we currently have in place.

Supervisors:
  Jeffrey Clark

  Mike Tivnan                                          9/12/2001

Employee
  Sam Wiredu

CONFIDENTIAL

EXHIBIT
Oliver # 88
1/30/06

C210622

Order Qty:        100        Mold Qty:        2

Pag

Operation Number/
Description

.005 SCHEDULE FOR MOLDING - T18

    14-1/8 X    0.125 X 1
    SPEC - 57A60/2-Q8B

W/C# Mach# Clock# Actual    Qty      Qty      S
                  Date    Good     Bad      C

PLN PPC

MOLD SMOOTH SIDES
MIX AGE- 4 HRS TO 24 HRS
SAW SQUARE - EST QUANTITY
MOLD
1 MIX =   2 BLANKS 55 PER BLANK
       1.697 LBS
WT THICK RATIO = 13.58 LBS/IN

BAKE STAMP
76* A/O/5EX

**CONFIDENTIAL**

010 MIX COARSE *TIME* 1.25 p

42   15

080 MOLD #17 PRESS

M05 P8103   IIIP   10/9        1

J75 P81/12MIX DISPENSER   30 9/1

T18 P8116   /1089  10/10 3

IN 9/22/1

| TK | TV |
|---|---|
| 0.125 | 0.005 |
| +/-.005 | |

    1
100 SEE BAKE STAMP FOR 76* BAKE

    12.14/126  .302

GOAL =    2750 - HOURS = 0.00

GRID #  G-17
GRID #              QTY  3
110 STRIPPING THIN      QTY

76  P8502

TNS P8201

120 IN PROCESS-WT/TK(13.17-13.99)   C01 P8202

30 DEWALT SLICER

0 CAMPBELL CUT OFF              C01 P8225

) REAM DRILL PRESS              C01 P8226   GOAL = 800 - HOURS = 0.12

STRAIGHT FACE #5 PT GR          C01 P8204   GOAL = 800 - HOURS = 0.12

C01 P8245   GOAL =  1935 - HOURS = 0.05

GROVE FULL SERVICE SUPPLY
GROVE
    IL

Manufacturing Orde
Number  C210622

GOAL = 800 - HOURS = 0.12

Print Date  9/17/01

**Bonded Abrasives**
**NORTON - ROUGH GRINDING**

WHS RMW

| ELK GROVE FULL SERVICE SUPPLY | Manufacturing Order | Start Date | Ship Date |
|---|---|---|---|
| ELK GROVE        IL | Number  C210622 | 9/17/01 | 10/11/01 |

6243422341                                    C210622

Order Qty:     100      Mold Qty:        2. 3 molded Sam

Done                    15 PRESS

Ext GG 57A60-Q8B          Int GG 57A60-Q8B
SO# T77429 001 001        PO# 30345548
Prod Cat                  EU 12
Dimensions/Description    Wheel Type 01

1 X 1/8 X 1/8
SMOOTH SIDES

|  | OD | TK | ID | TV |
|---|---|---|---|---|
| UPPER LIMIT | 1.062(+1/16) | 0.135(+0.010) | +0.010 | .010 |
| LOWER LIMIT | 0.969(-1/32) | 0.115(-0.010) | +0.002 |  |
| SOURCE | EUSE-518 | 0000-712 | 0000-534 |  |

A severe burn is the wrong way to learn.
MOLD ON P18

Operation Number/
Description

| W/C#. | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|

003 SCHEDULE FOR MIXING          PLN PPC

```
    57A60/2-Q8B                    1 MIXES @    4.39 EA SCR 24 24
    2023    79.05                  2023   60   1.16 T21    0.92
    T21    20.95                   2023   70   1.16 LPR3   0.14
    GW      2.40                   2023   80   1.16 CL40  11 CC
    FW      2.40                   TOT ABR      3.48
    TOTAL MIX REQD: 3.39(.020)     FACTORS: .22 LPR3  2.5 CL40
```

talk to Sam
about Changing
wheel Counts
when running short
or over molding.          Wired

10/12/01

CONFIDENTIAL

DEF01785

C211450

Order Qty:      100      Mold Qty:    101

Operation Number/
Description                      W/C# Mach# Clock# Actual   Qty   Qty   Scra
                                                   Date     Good  Bad   Code

005 SCHEDULE FOR MOLDING - ICP        PLN PPC

    12-1/8 X    0.145 X 1
    SPEC - U57A24/1-RB25N                    BAKE STAMP
                                             809* AL/PTES/5ALX/FC6
    MOLD R SIDES
    MIX AGE- 12 HRS IO 48 HRS
    1 - 12-1/16 X  1 57HBP GLASS
    1 MIX = 1.203 LBS
    1 - 12-1/16 X  2-1/16 57HBP GLASS
    1-A6 BUSHING                             CONFIDEN....
     MOLD PRESSURE = 260 IONS REF+/-
    WT THICK RATIO = 8.30 LBS/IN      30

010 MIX COARSE   *TIME* 2:00A          MX1 P8102         9/1/02  16-16   1

080 MOLD ICGP   /15    PB10/2/01  TCP P8118  1089   P8114  MIX DISPENSER  3004

| | TK 0.145 +/-.005 | TV 0.005 | BAL 3/16 | WT/TK 8.13- 8.47 |
|---|---|---|---|---|
| 1 | 143.140.102 | 00C | 40% | 8.17 |
| 41 | 102.148.103 | 20C | NA | 8.17 |
| 81 | 144.148.107 | 30C | NA | 8.47 |

GOAL = 60.0 - HOURS = 1.68

00 SEE BAKE STAMP FOR 809* BAKE        809 P8502

    GRID # _____   QTY _____
    GRID # _____   QTY _____
10 STRIPPING THIN                      TNS P8201     CLAMPED BY  Som 15 press

Balance not N/A Quantity No grid # of molding Routers No molding Routers

20 IN PROCESS GRADER                   C02 P8202

0 REAM DRILL PRESS                     C02 P8204     GOAL =  3000 - HOURS = 0.03

0 FACE DSG CT1214                      C02 P8206     GOAL =  1935 - HOURS = 0.05

0 SPRING BALANCE                       C02 P8216

10/18/01
I spoke to San today on
080 and that he has to sign
up for all the areas on this MOE
if there is something that he doesn't
need to fill out then he need a supervisor or group labs sign off

DEF01789

Bonded Abrasives
NORTON - ROUGH GRINDING

Page
WHS RM



| CLOW WATER SYSTEMS COSHOCTON OH | Manufacturing Order Number C211450 | Start Date 10/01/01 | Ship Da 10/25/ |
|---|---|---|---|

66253200172

C211450

Order Qty: 100        Mold Qty: ~~101~~ 104

Ext GG U57A241-RB25N        CIS LEAWAY RULES DO NOT APPLY
SO# T81155 003 001              Int GG U57A241-RB25N        15 PRESS
Prod Cat                                    PO# 110445
Dimensions/Description            EU 06
                                              Wheel Type 01

12 X 1/8 X 1
REINFORCED
R SIDES

|  | OD | TK | ID | TV |
|---|---|---|---|---|
| UPPER LIMIT | 12.281(+9/32) | 0.155(+0.010) | +0.010 | .015 |
| LOWER LIMIT | 11.875(-1/8) | 0.135(-0.010) | +0.002 | |
| SOURCE | EUSE-518 | 0000-706 | 0000-534 | |

Don't be hasty always think safety.
MOLD ON ICF

Operation Number/
Description

| W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|

003 SCHEDULE FOR MIXING                PLN PPC

    U57A24/1-RB25N
    1230      75.06                          1 MIXES @ 133.71  EA SCR  12  12
    4D368     24.94                          1230    24 100.36  4D368  30.18
    GW        2.58                           TOT ABR   100.36  LPR3    3.67
    FW        2.58                                              FURF    .75 CC
    TOTAL MIX REQD: 121.55(.100)                                CL40  134 CC
                                             FACTORS: .23 LPR3   6.0 FURF
                                                      1.0 CL40

CONFIDENTIAL

DETAIL FOR WEEK ENDING 7/5/03

| MO# | MOLD WC | OPER# | DATE | SCR WC | PART# | DIMEN | SPECS | SCR | SCR $ | SCR CDE | SCR DSC | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2247352 | T15 | 080 | 20030702 | T15 | 66253101350 | 10 X .050 X 1/2 | 86A601-TB28 | 5 | 16.46 20 | | STICKING TO PLATES | WIREDUJ;SAMUEL |
| 246988 | T15 | 080 | 20030630 | T15 | 66253900102 | 14 X .090 X 1 | USTA1201-TB28W | 2 | 8.44 20 | | STICKING TO PLATES | WIREDUJ;SAMUEL |

DETAIL FOR WEEK ENDING 7/5/03

DETAIL FOR WEEK ENDING 7/5/03

DETAIL FOR WEEK ENDING 7/5/03

DETAIL FOR WEEK ENDING 7/5/03

| MO# | MOLD WC | OPER# | DATE | SCR WC | PART# | DIMEN | SPECS | SCR | SCR $ | SCR CDE | SCR DSC | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 246943 | TM3 | 080 | 20030701 | TM3 | 66253113088 | 10 X 3/4 X 1-1/4 | CLEARANCE | 12 | 173.08 16 | | OUT OF BALANCE | BAYALO;ISSO |
| 246811 | TM3 | 080 | 20030703 | TM3 | 66253429787 | 16 X 1/8 X 1 | A48 RAILCUT | 27 | 140.06 16 | | OUT OF BALANCE | BAYALO;ISSO |
| 246780 | TM3 | 080 | 20030630 | TM3 | 66253214420 | 12 X 5/8 X 1-1/4 | NZ SAW GUMMING WHE | 5 | 58.34 16 | | OUT OF BALANCE | BAYALO;ISSO |
| 246943 | TM3 | 080 | 20030702 | TM3 | 66253113088 | 10 X 3/4 X 1-1/4 | CLEARANCE | 3 | 43.27 15 | | OUT OF BALANCE | BAYALO;ISSO |
| 247539 | TM3 | 080 | 20030702 | TM3 | 66253262463 | 12 X 7/8 X 1-1/4 | NZ36-N6B7-X318 | 2 | 29.89 15 | | OUT OF BALANCE | BAYALO;ISSO |
| 247432 | TM3 | 060 | 20030630 | TM3 | 66253007443 | 8 X 1 X 1 | 4NZ2034-D56B-X348 | 3 | 20.73 15 | | OUT OF BALANCE | BAYALO;ISSO |

DETAIL FOR WEEK ENDING 7/5/03

DETAIL FOR WEEK ENDING 7/5/03

Note to file      7/6

Today I spoke to Sam about rejecting wheron on the molding side. He is to use Blu (green wheel rejection), if he uses any thing else it could cost the dept more $$.

Dave [signature]

CONFIDENTIAL

# Note to File



On Tuesday, 8/26/03, I saw Sam Wiredu and Walter Ahl having a heated discussion. I asked what was going on and Walter told me that Sam was telling him to do more work. I told Sam that Walter would do what I needed him to do and that it wasn't his concern. I left it at that. At about 9:30 that night, Addo Akwei came to me and was visibly upset. Addo told me that Sam was telling him that he doesn't do enough work and that he should work harder. Addo told me that Sam has said this to him several times. I brought Sam in the office on Wednesday and spoke to him about this. I told Sam that he was to be respectful to other employees. I also told Sam that he can not say these types of things and it could be considered harassment. I told Sam that a future occurrence could result in progressive discipline. Sam told me that it would not happen again.

**Joe Martini**
**8/27/03**

DEF01783

Note to Sam Wiredu's File
10/21/05

Today in the morning safety meeting I (Jeffrey Clark) informed everyone within the Core
Mix & Mold Dept that everyone has to follow the break policy 9:00am – 9:15am and
12:00pm to 12:30pm. The reason for this message was to inform everyone that I noticed
the problem getting worse and it needed to get back in control. The type of action is
directly pulling production down and not acceptable
At 8:53am Sam Wiredu was not at his machine, he left for break early.


Jeffrey Clark
Supervisor Core Mix& Mold

Jeffrey A Clark  10/21/05

7/20/92



We had Walter Ahl and Dave Clem in the office to talk about not following molding procedures. Its the molders responsibility to check for weight, thickness and hole size. Because Walter and Dave did not follow this procedure they made 915 8"x1"x1" wheels with a 1¼" hole causing an $11,000 rejection. We would not tolerate this in the future and that failure to follow procedure would result in a written reprimand. Both operators said they made a mistake and that it would not happen again.

John B Rye

Gil Wilson

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

**NORTON COMPANY**
*Written Reminder*

Name: *Walter All*          Dept.: *1172*

Date: *7-11-94*

Clock No.: *5172*

You are being given this written reminder for the following reason(s):

*too many absences in a 90 Day Period (all Fridays)*

Any further violations of Company Policy/Procedures will be cause for a written warning.

*Walter All*
Employee

Would you like information regarding
the Employee Assistance Program? _____

*Alan R Johnson*
Supervisor

Noted:
Department Head

This written reminder will be retained by the Employee's Supervisor.

FORM 6831

DEF03087

NORTON PRECISION GRINDING

WHS PMW

| NORTON CO-CONSIGN WORCESTER    MA | Manufacturing Order Number  C372335 | Start Date 6/21/96 | Ship Date 7/12/96 |

**Order Qty:** 137   **Mold Qty:** 150   *142*

‖‖‖‖‖‖‖ 66252942209

C372335

Ext GG **32A46-HVBE**
Sales Order   D 140881
EndUse      28
Product Cat.
Wheel Type    05

Int GG **32A46-H8VBE** *H*

Dimen **7 X 3/4 X 1-1/4** *3ᵗʰ Recess*
Descr
Other  /REC ONE SIDE 2-3/4 X 1/4

*Wrong Recess*

Operation Number/ **CONFIDENTIAL** Description

| | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |

010. MIX-36

1A4 1A4 0373 JUN 5 1996

    32A46/2-H8VBE
    MIX V   36"   2   177.76   *630*
    4100 3646 154.00  B #
      ABR      0.8664
      GW       2.1403
      R        0.9330
      FW       2.0263
      SM       0.9855

INGREDIENTS
D123    0.0200
AR      0.0293
B5      0.0807   B #  *824*
D123    0.0200
APS     0.0042
TANK #

020 MOLD-250LE7

22A 22A   0436  6-5  142

    AUTO PRESS
    7-1/8 X  0.790 X  1.263
    MOLD RECESS IN AT PRESS
    2-3/4 X 1/4
    SET SINGLE ON CRYSTAR BATTS
    BLOCK HEIGHT = 1-1/2

MOLDED WEIGHTS
G  2.24    H  2.25
I  2.26    J  2.26
K  2.27    L  2.28
M  2.28    N  2.29

030 FIRE-234/235  AL23

4A2 4A2   0575 JUN  K34978

    AL23

040 DRAW

4AT 4AT 1741  JUN 07 142   RACK # 98A 60 99A 82

050 GRADE-2

52G 52G   882  6-10

    SBP 2/15 3.43-5.37 EMOD 23.00-31.00
    FW 1.986 - 2.066
    GRINDO 855  993

FIRED WEIGHTS
G  2.09    H  2.10
I  2.11    J  2.11
K  2.12    L  2.12
M  2.13    N  2.14

060 CEMENT-2

72F 72F   0466 10  142

070 SIDE-GARDNER-2

72F 72F   0980 6-11  142

080 FACE DOUBLE-SPINDLE-2

72F 72F   0957 12  172

JUN 10 1996

| | WT/VOL | MOD | SBP | SRD | ACC GRINDO |
| | 2026 | 376 | 354 | |
| | 2026 | | | |

DEF03086

4-25-97

ON 4-25-97 WALTER AHL WAS molding an order
OF S.G. WHEN WE FOUND it WAS TO WET. I TOLD him
TO BREAK OFF AND MADE ANOTHER ORDER. I NOTICED IT
WAS 38 ABRASIVE. WHEN I RETURNED TO THE PRESS. I SE
AT LEAST 20 WHEELS IN THE SALVAGE. HE DID NOT CLEAN
THE MACH. GOOD ENOUGH. SO HE THREW AWAY ALL THE
MIX. SO WE HAD TO REJECT 55 WHEELS. REJECTION
CARD ATTACHED

CONFIDENTIAL

KEN BRYANT

---

FORM 3771-D Rev. 11/94

**VITRIFIED REJECTION CARD**

| M.C. NUMBER | | OPERATION | ENTERED BY | SHIFT | CARD DATE |
|---|---|---|---|---|---|
| 1C4335894 | | 020 | KB | 2nd | 4-25-97 |

DIMENSIONS
7 x 1/2 x 1/4

| | REJ. QTY | MACH # | OPERATOR | REJ CODES | APPROVAL |
|---|---|---|---|---|---|
| 1 | 55 | 22A | 048E | 22 | KB |
| 2 | | | | | |

GRAIN & GRADE
38 A 80 /2- J 8 V BE

| 3 | | | | | |

MOLD QTY
55

| 4 | | | | | |

COMMENTS

| 5 | | | | | |
| 6 | | | | | |

SEND TO: PRODUCTION CONTROL

DEF03085

Print Date  4/24/97

Norton Company
NORTON - PRECISION GRINDING

Page
WHS PMW

| EATON CORP<br>KINGS MOUNTAIN      NC | Manufacturing Order<br>Number  C436338 | Start Date<br>5/08/97 | Ship Date<br>5/28/97 |
|---|---|---|---|

Order Qty:      50      Mold Qty:

66252904028

Ext GG 38A100-J6VBE
SO# 834407 0Q2 001
Prod Cat
Dimensions/Description
6.500 X 2.000 X 1-1/2
DIA PLUS OR MINUS .015,  THK PLUS OR
MINUS .005,RECESS TAPERED SIDE A 5 /
4-9/16 X 1,FACE PER BP HAS 2 ANGLE

Int GG 38A100-J6VBE
PO# 304330500
EU 28    Blueprint ME149611
Wheel Type 05

|CHANGES

C436338

CONFIDENTIAL

| Operation Number<br>Description | W/C# | Mach# | Clock# | Actual<br>Date | Qty<br>Good | Qty<br>Bad | Scrap<br>Code |
|---|---|---|---|---|---|---|---|
| 010 MIX-36LA | 1A4 | 1A4 | | MAY 08 | | | |

    38A100/2-J6VBE
    MIX V    36"    2    185.91
    3001 100 82.00   B #
    3001 120 82.00   B #
    ABR        0.8822
    GW         2.2873
    R          0.9443
    FW         2.1819
    SM         0.9899

    INGREDIENTS
    D123        0.0150
    AR          0.0258
    B5          0.0736    B #
    D123        0.0150
    APS         0.0042
    TANK #

| 020 MOLD-250LE7 | 22A | 22A | | | | | |

    AUTO PRESS
    7-1/8 X  2.075 X  1.520
    SET SINGLE ON CRYSTAR BATTS
    BLOCK HEIGHT = 2-1/2

    MOLDED WEIGHTS
    G  6.46      H  6.48
    I  6.49      J  6.51
    K  6.53      L  6.55
    M  6.57

| 030 FIRE-234/235   AL23 | 4A2 | 4A2 | | | | | |

    AL-23

| 040 DRAW | 4AT | | | MAY 15 | | | |

    RACK #

| 050 GRADE-2 | 52G | 52G | | | | | |

    SBP 2/15 2.85-4.45 EMOD 39.70-47.70
    FW 2.142    2.222
    GRINDO 341  374

    FIRED WEIGHTS
    G  6.10      H  6.11
    I  6.13      J  6.15
    K  6.17      L  6.19
    M  6.21      N  6.22

| 060 CEMENT-2B | 72F | 72F | | | | | |
| 070 SIDE-GARDNER-2 | 72F | 72F | | | | | |

| ACC |
|---|
| WT/VOL | MOD | SEP | SUP | GRINDO |
|---|---|---|---|---|
| | | | | |
| | | | | |

DEF03088



*wheels curing overnight,* *WATER HAL*

Print Date   6/20/97

### Norton Company
### NORTON - PRECISION GRINDING

Page
WHS PMW

Order Qty:       90        Mold Qty:    99

| Manufacturing Order Number  D544546 | Start Date 7/01/97 | Ship Date 7/18/97 |

**66252942690**

# CONFIDENTIAL



D544546

Ext GG **32A46-IVBE**
SO#      001 001
Prod Cat
Dimensions/Description
7 X 1 X 1-1/4
RECESS SIDE A 3 X 1/2

Int GG 32A46-I8VBE
PO#
EU 28
Wheel Type 05

Operation Number/
Description

W/C# Mach# Clock# Actual Date   Qty Good   Qty Bad   Scrap Code

010 MIX-36LA

1A4 1A4   **0357** JUL 08   **2**

    32A46/2-I8VBE
    MIX V.   36"    2
    4100 3646 132.00   B #   **750**
    ABR      0.8570
    GW       2.1606
    R        0.9382
    FW       2.0599
    SM       0.9841

INGREDIENTS
D123    0.0150
AR      0.0322
B5      0.1002   B #  **308**
D123    0.0150
APS     0.0045
TANK #

020 MOLD-250LE7

22A 22A

    AUTO PRESS
    7-1/8 X   1.050 X   1.263
    MOLD RECESS IN AT PRESS
    3 X 3/8
    SET SINGLE ON CRYSTAR BATTS
    BLOCK HEIGHT = 1-1/2

MOLDED WEIGHTS

|   |      |   |      |
|---|------|---|------|
|   | 2.96 | H | 2.97 |
| I | 2.98 | J | 2.99 |
| K | 3.00 | L | 3.01 |
| M | 3.01 | N | 3.02 |

30 FIRE-234/235   AL23

4A2 4A2

    AL-23

0 DRAW

4AT 4AT

RACK #

0 GRADE-2

52G 52G

DEF03084

    SBP 2/15 2.73-4.27 EMOD 27.00-35.00
    FW 2.020 - 2.100
    GRINDO 630   717

FIRED WEIGHTS

|   |      |   |      |
|---|------|---|------|
| G | 2.78 | H | 2.79 |
| I | 2.80 | J | 2.80 |
| K | 2.81 | L | 2.82 |
| M | 2.83 | N | 2.84 |

CEMENT-2B

72F 72F

SIDE-GARDNER-2

72F 72F

FACE DOUBLE-SPINDLE-2

72F 72F

Print Date  7/22/97

**Norton Company**
NORTON - PRECISION GRINDING

Page   1
WHS PMW

| Manufacturing Order Number  D575392 | Start Date 7/28/97 | Ship Date 8/14/97 |
|---|---|---|

Order Qty:      245       Mold Qty:   269

*267* CONFIDENTIAL

66252942225                                          D575392

Ext GG 38A60-IVBE                     Int GG 38A60-I8VBE
O#      001 001                       PO#
Prod Cat                              EU 28
Dimensions/Description                Wheel Type 05
7 X 3/4 X 1-1/4
RECESS SIDE A 2-3/4 X 1/4

*MOLDED  WITH A 3" RECESS   ALL  REJECTED*

Operation Number/
Description                     W/C# Mach# Clock# Actual   Qty    Qty    Scrap
                                                  Date     Good   Bad    Code

10 MIX-36LA                          1A4 1A4

0369 JUL                              3   1

  38A60/2-I8VBE
  MIX V    36"    3   211.91          INGREDIENTS
  3001   54 37.00   B #               D123      0.0150
  3001   60 73.00   B #               AR        0.0289
  3001   70 74.00   B #               B5        0.0884  B #  308
  ABR       0.8683                    D123      0.0150
  GW        2.1343                    APS       0.0045      AK9-A43
  R         0.9413                    TANK #
  FW        2.0398
  SM        0.9849

20 MOLD-250LE7                       22A 22A   436  7/29  36
                                                    23A
  AUTO PRESS                          MOLDED WEIGHTS
  7-1/8 X  0.790 X 1.263              G  2.24   H  2.24
  MOLD RECESS IN AT PRESS            I  2.25   J  2.26
  2-3/4 X 1/4      Pressed with 3" Recess   K  2.26   L  2.27
  SET 2 HIGH ON CRYSTAR BATTS        M  2.28   N  2.28
  BLOCK HEIGHT = 2
30 FIRE-234/235  AL23                4A2 4A2   0315 JUL 30 K34908

  AL-23
40 DRAW                              42D 42D   RACK # 24 B-36/99-88  21/115
                                              543    231  267/8
50 GRADE-2                           52G 52G   632  8-1

  SBP 2/7 1.72-2.68 EMOD 28.00-36.00 FIRED WEIGHTS
  FW 2.000 - 2.080                   G  2.11   H  2.11
  GRIND 796  903                     I  2.12   J  2.12
                                     K  2.13   L  2.14
                                     M  2.14   N  2.15
 CEMENT-2B                           72F 72F   0247 8-1  267
 SIDE-GARDNER-2      AUG - 1 REC'D  ACC
                                     72F 72F   0490 8/1  267

| WT/VOL | MOD | SBP | SBP | GRIND |
|---|---|---|---|---|
| 2.04 | | | | |

DEF03082

SPOKE TO WALTER MAC ABOUT

Checking his set-ups Before he starts

MOLDING — IT IS PART of his Process.

WARNED HIM THAT I DIDN'T WANT TO

SEE ANOther REJECTION BECAUSE of

This

Michael J Fitto

L2. SUPERVISOR

**CONFIDENTIAL**

**DEF03083**

# Kenneth P. Bryant

*Group Leader*

## LINE # 2

On 8/5/97 all molders in line # 2 were informed that we will be going to the buddy system . That is all checks with mold amounts of 250 wheels or more must have size weight and balance verified . On 8/11/97 I noticed this procedure not being followed by Walter Ahl . I then informed him again of our new policy . And on 8/13/97 My self and Mike Fitton went thru the kiln bags to find four of Walter checks not signed .He has been told now for the third time.

Kenneth P. Bryant

CONFIDENTIAL

DEF03065

10/1/97

Talked with Walter Ashe on 2nd shift 9/30 about making sure that the last 4 reground band was set up during his shift on the #1 250 ton press, and that order C464659 was made. I had the day shift molder clean up all buckets, and asked Walter to do this order in particular. He did order mixed on 2nd shift *Alan Bartlams* and left order mix on days.

CONFIDENTIAL

DEF03089

Norton Company
NORTON - PRECISION GRINDING

Page 1
WHS PMW

| Manufacturing Order Number D615869 | Start Date 10/06/97 | Ship Date 10/23/97 |
|---|---|---|

Order Qty:    250        Mold Qty:    275    261

CONFIDENTIAL    D615869

66252940882

Ext GG 32A60-JVBE
BO#      003 001
Prod Cat
Dimensions/Description
7 X 1/2 X 1-1/4

Int GG 32A60-J8VBE
PO#
EU 28
Wheel Type 01

Operation Number/
Description

| Operation | | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|---|
| 10 MIX-36LA | | 1A4 | 1A4 | 0369 | SEP 30 | 2 | | |

    32A60/2-J8VBE
    MIX V   36"    2   234.58   150
    4100 6080 201.00      B #
    ABR       0.8568
    GW        2.1536
    R         0.9366
    FW        2.0568
    SM        0.9807

INGREDIENTS
D123    0.0150
AR      0.0276
B7      0.1048    B #   100
D123    0.0150
APS     0.0046
TANK #        A32

| 20 MOLD-250LE7 | 22A | 22A | 436 | 9/30 | 261 |
|---|---|---|---|---|---|

    AUTO PRESS
    7-1/8 X  0.545 X  1.263
    SET 2 HIGH ON CRYSTAR BATTS
    BLOCK HEIGHT = 1-1/2

MOLDED WEIGHTS
G  1.62      H  1.63
I  1.63      J  1.63
K  1.64      L  1.64
M  1.65      N  1.65

| 30 FIRE-234/235  AL23 | 4A2 | 4A2 |
|---|---|---|

    AL-23

| 40 DRAW | 42D | 42D |
|---|---|---|

RACK #  98B-88/4B-173

| 50 GRADE-2 | 52G | 52G |
|---|---|---|

    SBP 2/15 2.57-4.03 EMOD 33.20-41.20
    FW 2.017 - 2.097
    GRINDO 1061  1181

FIRED WEIGHTS
G  1.52      H  1.52
I  1.53      J  1.53
K  1.54      L  1.54
M  1.54      N  1.55

| 60 CEMENT-2B | 72F | 72F |
|---|---|---|

| 70 SIDE-GARDNER-2 | 72F | 72F |
|---|---|---|

| 80 FACE DOUBLE-SPINDLE-2 | 72F | 72F |
|---|---|---|

| 90 AIR-CLEAN-2 | 72F | 72F |
|---|---|---|

DEF03090

Norton Company
NORTON - PRECISION GRINDING

Page
WHS PM

| Order Qty: | 250 | Mold Qty: | 275 / 268 | Manufacturing Order Number D620450 | Start Date 10/02/97 | Ship Da 10/22/ |

||||||| barcode |||||||
66252941943

SO# 002.001
Prod Cat
Dimensions/Description
7 X 3/4 X 1-1/4

Ext GG 32A60-KVBE

Int GG 32A60-K8VBE
PO#
EU 28
Wheel Type 01

||||||| barcode ||||||| D620450

CONFIDENTIAL

**Operation Number/ Description**

| | W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scr Cod |

010 MIX-36LA

1A4 1A4    036 9 SEP 30    2

32A60/2-K8VBE
MIX V   36"   3.   230.66
4100 6080 194.00   B #   170

| | |
|---|---|
| ABR | 0.8411 |
| GW | 2.1884 |
| R | 0.9344 |
| FW | 2.0904 |
| SM | 0.9782 |

INGREDIENTS
| | |
|---|---|
| D123 | 0.0150 |
| AR | 0.0285 |
| B7 | 0.1267 |
| D123 | 0.0150 |
| APS | 0.0038 |

B # 100

TANK #

020 MOLD-250LE7

22A 22A    4/36  9/30  268

AUTO PRESS
7-1/8 X 0.795 X 1.263
SET 2 HIGH ON CRYSTAR BATTS
BLOCK HEIGHT = 2

MOLDED WEIGHTS
| | | | |
|---|---|---|---|
| G | 2.40 | H | 2.41 |
| I | 2.42 | J | 2.42 |
| K | 2.43 | L | 2.44 |
| M | 2.44 | N | 2.45 |

030 FIRE-234/235  AL23

4A2 4A2

AL-23

040 DRAW

42D 42D    RACK #  288-64/99A-144

050 GRADE-2

52G 52G    980-60

SBP 2/15 2.15-3.35 EMOD 37.20-45.20
FW 2.050 - 2.130
GRINDO 715 788

FIRED WEIGHTS
| | | | |
|---|---|---|---|
| G | 2.24 | H | 2.25 |
| I | 2.26 | J | 2.26 |
| K | 2.27 | L | 2.28 |
| M | 2.28 | N | 2.29 |

060 CEMENT-2B

72F 72F

070 SIDE-GARDNER-2

72F 72F

080 FACE DOUBLE-SPINDLE-2

72F 72F

090 AIR-CLEAN-2

72F 72F

DEF03091

NORTON - PRECISION GRINDING

Page
WHS PM

| CARBORUNDUM CO WHEATFIELD NIAGARA FALLS    NY | Manufacturing Order Number  C465430 | Start Date 10/03/97 | Ship Da 10/22/ |

Order Qty:      30      Mold Qty:    ~~33~~
                                     28

|||||||||||||||||| 66252904416

Ext GG PA60-L8-V40
SO# 899740 002 001
Prod Cat
Dimensions/Description
7 X 3/8 X 1-1/4

Int GG 25A60-L8VBE
PO# 0038863
EU 28
Wheel Type 01

C465430

Operation Number/
Description

W/C# Mach# Clock# Actual Date    Qty Good    Qty Bad    Scr Cod

010 MIX-28LA                CONFIDENTIAL   1A3 1A3   1:365 SEP 30

    25A60/2-L8VBE
    MIX V    28"   1  46.51
    9110   60 19.40   B #   607
    9110   70 9.70    B #   189
    9110   80 9.60    B #   167
    ABR        0.8321
    GW         2.2063
    R          0.9392
    FW         2.1240
    SM         0.9757

INGREDIENTS
D123        0.0100
AR          0.0304
            0.1463   B # 365
D123        0.0100
APS         0.0052
TANK # _____

DELIVER
2pm

020 MOLD-250LE7              22A 22A   43L  9/30  2C

    AUTO PRESS
    7-1/8 X  0.415 X  1.263
    SET 2 HIGH ON CRYSTAR BATTS
    BLOCK HEIGHT = 1-1/2

MOLDED WEIGHTS
            1.26   H  1.27
I   1.27           J  1.28
K   1.28           L  1.28
M   1.29           N  1.29

030 FIRE-234/235  AL23       4A2 4A2

    AL-23
040 DRAW                     42D 42D   RACK #  28B - 28

050 GRADE-2                  52G 52G

    FW 2.084 - 2.164

FIRED WEIGHTS
G   1.19           H  1.19
I   1.19           J  1.20
K   1.20           L  1.20
M   1.21           N  1.21

060 CEMENT-2B

070 SIDE-GARDNER-2           72F 72F

                             72F 72F

080 FACE DOUBLE-SPINDLE-2    72F 72F

DEF03092

Norton Company
NORTON - PRECISION GRINDING

Page
WHS PM

| CARBORUNDUM ABRASIVE PLATTSVILLE ONT EX | Manufacturing Order Number C465578 | Start Date 10/03/97 | Ship Da 10/22/ |
|---|---|---|---|

Order Qty:    50    Mold Qty:    ~~55~~ 52

|||||||| 66252901489 ||||||||                    |||||| C465578 ||||||

Ext GG PA46-J8V40
SO# 900077 001 001
Prod Cat
Dimensions/Description
7 X 1/2 X 1-1/4

Int GG 25A46-JVT
PO# 0038900
EU 28
Wheel Type 01

| Operation Number/ Description | | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Sc: Co |
|---|---|---|---|---|---|---|---|---|
| 010 MIX-28LA | | 1A3 | 1A3 | | 365 SEP 30 | | | |

    25A46/1-J8VT
    MIX V   28"    1    94.37
    9110    46 81.00   B # 901
    ABR        0.8583
    GW         2.1506
    R          0.9361
    FW         2.0520
    SM         0.9811

DEL 2pm

INGREDIENTS
D123        0.0150
AR          0.0286
B7          0.1018    B # 365
D123        0.0150
APS         0.0047
TANK #  836

| 020 MOLD-250LE7 | 22A | 22A | 436 | 9/30 | 52 |
|---|---|---|---|---|---|

    AUTO PRESS
    7-1/8 X  0.540 X  1.263
    SET 2 HIGH ON CRYSTAR BATTS
    BLOCK HEIGHT = 1-1/2

MOLDED WEIGHTS
G  1.60    H  1.61
I  1.61    J  1.62
K  1.62    L  1.63
M  1.63    N  1.64

| 030 FIRE-234/235  AL23 | 4A2 | 4A2 |
|---|---|---|

    AL-23

RACK #  28B ~ 52

| 040 DRAW | 42D | 42D |
|---|---|---|
| 050 GRADE-2 | 52G | 52G |

    SBP 2/7 1.74-2.72 EMOD 31.60-39.60
    FW 2.012 - 2.092
    GRINDO 1090  1220

FIRED WEIGHTS
G  1.50    H  1.51
I  1.51    J  1.51
K  1.52    L  1.52
M  1.53    N  1.53

| 060 CEMENT-2B | 72F | 72F |
|---|---|---|
| 070 SIDE-GARDNER-2 | 72F | 72F |
| 080 FACE DOUBLE-SPINDLE-2 | 72F | 72F |
| 090 AIR-CLEAN-2 | 72F | 72F |

CONFIDENTIAL

DEF03093

Norton Company
NORTON - PRECISION GRINDING

Page
WHS PMW

| AUTOSPLICE<br>SAN DIEGO        CA | Manufacturing Order<br>Number  C464765 | Start Date<br>9/29/97 | Ship Date<br>10/20/9 |
|---|---|---|---|

Order Qty:       20       Mold Qty:

```
66252901096
```

Ext GG 38A220-L8V
SO# 898248 002 001
Prod Cat
Dimensions/Description
7 X 1/8 X 1-1/4

Int GG 38A220-L8V
PO# 81469
EU 28
Wheel Type 01

C464765

| Operation Number/<br>Description | W/C# | Mach# | Clock# | Actual<br>Date | Qty<br>Good | Qty<br>Bad | Scrap<br>Code |
|---|---|---|---|---|---|---|---|
| 010 MIX-20MAN | 1A2 | 1A2 | 0369 | SEP 30<br>17-50 | | 1 | |

| | | | | | |
|---|---|---|---|---|---|
| 38A220/1-L8V | | | | | |
| MIX V   20"   1   26.77 | B # | | INGREDIENTS | | |
| 3001   220  22.00 | | D123 | 0.0150 | | |
| ABR        0.8218 | | ZW | 0.0428 | | |
| GW         2.2585 | | W | 0.0043 | | |
| R          0.9289 | | 8R | 0.1348 | B # | |
| FW         2.1267 | | D123 | 0.0150 | | |
| SM         0.9864 | | FAPS | 0.0049 | | |

020 MOLD-250LE7        22A 22A        TANK #

AUTO PRESS
7-1/8 X 0.310 X 1.263
SET 2 HIGH ON CRYSTAR BATTS
BLOCK HEIGHT = 1-1/2

436

MOLDED WEIGHTS

| | | | |
|---|---|---|---|
| | 0.97 | H | 0.97 |
| I | 0.97 | J | 0.98 |
| K | 0.98 | L | 0.98 |
| M | 0.98 | N | 0.99 |

030 FIRE-234/235   AL23        4A2 4A2

AL-23
040 DRAW        42D 42D        RACK #   286-6

050 GRADE-2        52G 52G

EMOD 39.20-47.20
FW 2.087 - 2.167
GRINDO 1749  1919

FIRED WEIGHTS

| | | | |
|---|---|---|---|
| G | 0.90 | H | 0.90 |
| I | 0.90 | J | 0.91 |
| K | 0.91 | L | 0.91 |
| M | 0.91 | N | 0.92 |

060 CEMENT-2B        72F 72F

070 SIDE-VSIDE-2        72F 72F

080 SIDE-ARTER-A2        72F 72F

090 FACE DOUBLE-SPINDLE-2        72F 72F

CONFIDENTIAL

DEF03094

10/20/97

ALAN HARTLAND , GL LINE 2 MOLDING

On Saturday 10/18 when Walter Ahl came in to work on the #1 250T press, I asked him to finnish up the work that was on the press durring his shift. There wasn't enough work for the time he would be working. I then gave him checks for about 300 more wheels, and then told him again that he would have to change the band in the press to do the orders I asked him to make sure were done durring his shift. He didn't want to change over because of the amount of time he would be working. I informed him if he didn't do the orders I asked for he would not be asked to work Saturdays.

Monday morning two orders he was asked to mold were hung in the tree but not molded. The plates and band were changed.

# CONFIDENTIAL

10/20/97

I spoke to Walter and asked why he did not do the orders Al had told him to do. His response was that he did not have time to do the orders. That if he had broken down the set-up he had" he would have had to put in the same set-up as was in previously only the two orders Al had pointed out to do were done. I explained to him that if a group leader tells you to do something, you are expected to do it. His reply was vinny does the same thing. This is an on going problem with both operators - leaving difficult set-ups, for each other.

Michael J. Sutton

LL SUPERVISOR.

DEF03066

Kenneth P. Bryant
Group Leader
Line #2

CONFIDENTIAL

On 11/23/97 the second shift employees in line #2 were given an option of working Sunday instead of Wednesday before Thanksgiving. Walter Ahl chose to work Sunday. He was informed the start time for him was 6:00 am. Walter took it {upon himself to come in at 4:00am. I told him he was not aloud to make his own hours. And if he did it again he would be put on a written reminder per. Mike Fitton line #2 supervisor.

Kenneth P. Bryant
Group Leader

DEF03067

Print Date  6/05/98              Norton Company              Page   1
                          NORTON - PRECISION GRINDING        WHS PMW

| | Manufacturing Order | Start Date | Ship Date |
|---|---|---|---|
| | Number  D776673 | 6/15/98 | 7/03/98 |

66252939521                                    D776673

Order Qty:      177     Mold Qty:   194  180

Ext GG 38A150-MV              Int GG 38A150-M8V
SO#        002 001            PO#
Prod Cat                      EU 28
Dimensions/Description        Wheel Type 01           CONFIDENTIAL

7 X 1/4 X 1-1/4

Operation Number/            W/C# Mach# Clock# Actual   Qty    Qty    Scra
Description                                     Date    Good   Bad    Code

010 MIX-36DA                 1A4 1A4 0369 JUN 10        1

      38A150/1-M8V              INGREDIENTS
      MIX V   36"   1  204.29   D123      0.0100
      3001  150 165.00  B #     ZW        0.0431
      ABR       0.8077          W        -0.0043
      GW        2.2916          8R        0.1657   B # 703
      R         0.9363          D123      0.0100
      FW        2.1812          APS       0.0050
      SM        0.9837          TANK #
020 MOLD-250LE7              22A 22A                180

      AUTO PRESS              MOLDED WEIGHTS
      7-1/8 X  0.310 X  1.263   G  0.98    H  0.98
      SET 3 HIGH ON CRYSTAR BATTS  I  0.99    J  0.99
      BLOCK HEIGHT = 1-1/2      K  0.99    L  1.00

030 FIRE-234/235  AL23      4A2 4A2   0379 JUN 12 K 35887   1.00
      0315   JUN 13
040 DRAW                    42D 42D              RACK #   30 180
                                                          180

050 GRADE-2                 52G 52G   83L  6-15

      SBP 2/25 3.16-4.94 EMOD 46.60-54.60  FIRED WEIGHTS
      FW 2.141 - 2.221        G  0.92    H  0.92
      GRINDO 1647  1782       I  0.92    J  0.93
                              K  0.93    L  0.93
                              M  0.93    N  0.94
060 CEMENT-2B               72F 72F         6-20     180

070 SIDE-VSIDE-2            72F 72F   0490  6-23   165   15
    JUN 15 1998    ACC
080 SIDE-ARTER-A2           72F 72F

| V  VOL | MW | SBP | SBP | GRINDO |
|---|---|---|---|---|
| | | 241 | 300 | |
| | | 34 | 365 | |

                                          DEF03097