FORM 3771-D Rev. 11/94 | **VITRIFIED REJECTION CARD**

| M.O. NUMBER | OPERATION # | ENTERED BY | SHIFT # | CARD DATE |
|---|---|---|---|---|
| C 516791 | 32 S | 505 | 1 | 6-29-99 |

**DIMENSIONS**

7  X  1-1/16  X  7/8

**GRAIN & GRADE**

57 A 90 - P 8 V

**MOLD QTY**

137

**COMMENTS**

| | REJ. QTY | MACH # | OPERATOR | REJ CODES | APPROVAL |
|---|---|---|---|---|---|
| 1 | 8 | 22A | 436 | 04 | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

SEND TO: PRODUCTION CONTROL

---

FORM 3771-D Rev. 11/94 | **VITRIFIED REJECTION CARD**

| M.O. NUMBER | OPERATION # | ENTERED BY | SHIFT # | CARD DATE |
|---|---|---|---|---|
| 0 780663 | 040 | 0315 | 2nd | 6-3 |

**DIMENSIONS**

7 x  1/2  x  1 1/4

**GRAIN & GRADE**

39 C 100  18 V C

**MOLD QTY**

**COMMENTS**

139

| | REJ. QTY | MACH # | OPERATOR | REJ CODES | APPROVAL |
|---|---|---|---|---|---|
| 1 | 8 | 22A | 436 | 04 | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

SEND TO: PRODUCTION CONTROL

CONFIDENTIAL

DEF03095

6/24 Counseled Walter Ahl about shortages received at draw. Walter was advised that his counts at molding have to be accurate, and shortages will be addressed.

Al Hartland

**CONFIDENTIAL**

DEF03096

Case 4:04-cv-40146-FDS   Document 36-8   Filed 04/03/2006   Page 3 of 26

NORTON - PRECISION GRINDING

ODSON MFG
INONA          MN

| Manufacturing Order Number C518126 | Start Date 6/23/98 | Ship Date 7/13/98 |
|---|---|---|

66252901371

C518126

der Qty:      100        Mold Qty:  110 /104

t GG 38A60-L8V                    Int GG 38A60-L8V
# N68922 003 001                 PO# 137709            L
od Cat                           EU 28
mensions/Description             Wheel Type 01

X 11/16 X 1-3/4
CE BEVEL SIDE A 13 DEGREES   1998
LE CEMENTED                              **CONFIDENTIAL**

eration Number/
scription                W/C# Mach# Clock# Actual  Qty  Qty  Scrap
                                            Date  Good  Bad  Code

O MIX-28DA              1A3 1A3  0357 JUN 18 2

    38A60/2-L8V                          INGREDIENTS
    MIX V   28"    2   131.75 933   D123      0.0150
    3001  54 21.00  B #             ZW        0.0468
    3001  60 42.00  B #  828        W         0.0047
    3001  70 42.00  B #  801        8R        0.0047
    ABR         0.7970              D123      0.1686  B #  649
    GW          2.3219              APS       0.0150
    R           0.9258              TANK #    0.0047
    FW          2.1858
    SM          0.9834

O MOLD-250LE7           22A 22A  436  6/18  92  100

    AUTO PRESS                           MOLDED WEIGHTS
    7-1/8 X  0.730 X  1.765          G  2.27    H  2.27
    SET 2 HIGH ON CRYSTAR BATTS      I  2.28    J  2.29
    BLOCK HEIGHT = 2                 K  2.29    L  2.30
                                     M  2.       N
FIRE-234/235  AL23      4A2 4A2   0379 JUN 22 K 34901

    AL-23
    DRAW                42D 42D   399           RACK # 27B-28/22A72
                                       443      1141
GRADE-2                 52G 52G   831   6-23

    SBP 2/25 2.63-4.11 EMOD 46.50-54.50
    FW 2.146 - 2.226                 FIRED WEIGHTS
    GRINDO 743  804                  G  2.10    H  2.10
                                     I  2.11    J  2.12
                                     K  2.12    L  2.13
CEMENT-2B JUN 23 1998                M  2.14    N  2.14
                     72F 72F   576   6-23   104

| WT/VOL | MOD | SBP | SBP | GRINDO |
|---|---|---|---|---|
| | | | ACC | 260 |
| | | | | 265 |

DEF03061

C518126

7/8/98

*Cancelled W. Ahl*
*al Woodland*

Order Qty:    100    Mold Qty:    110

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|
| 170 SIDE-GARDNER-2 | | | | | | | |
| 180 FACE DOUBLE-SPINDLE-2 | 72F | 72F | 0490 604 | | 104 | | |
| 190 FINISH-12"SWA | 72F | 72F | 583 | 6/25 | 104 | | |
| 200 AIR-CLEAN-2 | 72F | 72F | 471 | 7-6 | 104 | | |
| 210 TRUTH TEST-2 | 72F | 72F | 467 | 7-6 | 104 | | |
| 220 BALANCE-2E | 82I | 82I | 1842 | JUL 6 | 20 | | |
| 230 SPEED-TEST-2 | 82I | 82I | 1842 | JUL 6 | 104 | | |
| | 82I | 82I | 484 | 7/7 | 104 | | |
| TEST AT :6445.00 MOS:3600.00 240 INSPECT-2 | 82I | 82I | TESTED : 432  7-7 | | 6mm 80 | | |
| 250 ROLL-BLOTTER | 82I | 82I | 0446 | 7/7 | 104 | | |
| 260 PACK LINE2 | 82I | 82I | | | | | |
| | Bal | | 0468 | 7-7 | 19 | | |

(19)

MOS: 3600
BL-ATTACH   GOODSON BLOTTER
BL-SHOW CUSTOMER SERIAL/PART#
MK-OMIT COMPANY MARKINGS
CUSTOMER SERIAL PART#: GV-270

CONFIDENTIAL

END OF ORDER

DEF03062

December 8, 1998

Today at 2:30 PM I had a talk with employee Walter Ahl about arriving at work much to early. On December 5, 1998 Walter was asked to come into work no later then 7:30 AM so that he could touch base with Alan Hartland before he went home. Walter took it on himself to come into work at 2:30 A after leaving work the prior evening at 11:30 PM. He was told it was a dangerous thing to do due to fatigue. And was told not to do it again. At the same time he was addressed about his productivity on the same day only molding 267 pieces in 3.5 hours. He was told that was not exceptable, and that we are not going to pay over time for that amount of work. Mike Fitton Supervisor line 2 and Ken Bryant Group leader line 2 witnessed this conversation.

Nick DiBenedetto
Supervisor Line 2

March 16, 1999

Tonight I had to speak with employee Walter Ahl about going to dinner much to early. I observed Walter walking away from his press at 5:15 PM, dinner is 5:30 PM. I confronted Walter at the break room about it, He said he has waiting for mix since 5:05 Pm. I told him that there were buckets at the press he could have done rather then leaving for dinner break 15 minutes early. Also I informed him that I am going to start documenting his absence from the press, that he is away from his work area to often. Earlier today Dennis D'Eramo and I were on the floor looking for him and he was not at his workstation then either.

Kenneth P. Bryant
Group Leader
Second shift

May 5, 1999

Today I spoke with Employee Walter Ahl about leaving for breaks to early. I told him that he was allowed to leave up to five minutes early for break but he must be back on time, and he must not leave earlier than 10 minutes before the end of shift after clean-up was completed.

Alan Hartland

*Alan Hartland*

Group Leader Line 2

Walter Ahl
2/4/00

Tonight I observed Walter cleaning up @ 10:35pm when he is scheduled to go home at 11pm. I told him that the rule was to clean up 15 mins prior to end of shift. When he saw me his comment was "busted". I told Walter this needs to be the one and only time he cleans up earlier than 15 mins prior to the end of his shift. He agreed..........

David J. Allain
Supervisor
2nd Shift

CONFIDENTIAL

DEF03069

Walter Ahl                    CONFIDENTIAL

As I was leaving last night I observed Walter Ahl sweeping his area at 10:35pm. I approached him and said that I had just spoken to him last Friday ( 2/4/00) about cleaning up early and he said that this was ridiculas and there is not enough time to shower and cleanup. I explained to Walter that 15 min. prior to end of shift is enough time to clean-up and we need to follow the guidelines talked about at the 2nd shift meeting on Feb.2. He said that he wanted to talk to Nick DiBenedetto about this and I said that he could but 15 min. prior to end of shift clean-up is the rule.

David J. Allain
2nd shift Supervisor
2/8/00

DEF03070

Walter Ahl
3/20/00

Tonight, I had a discussion with Walter in regards to the proper handling of wheels at the press. I observed him picking a wheel at the press with one hand( thumb inside the hole & outside fingers on the periphery.) This causes stress on the wheel and can cause it to warp and crack. I have had this discussion with him a couple times in the past. It was explained this was not the proper way to handle a wheel and it can cause warping and cracking. He said he understood and would pick wheels with two hands in the future. During my sit down discussion with him I explained that I was disappointed in him because of his lack concern about this issue. I told him the next time I observe this act he will be written up. I said to him I have warned him for the last time about this issue. He said he understood and it would not happen again.

David J. Allain
Supervisor
2nd Shift

February 19, 2001 3:00 P.M.

A meeting was held with Walter Ahl, Dennis Deramo and myself to discuss areas of concern. Walter has been talked to numerous times regarding picking wheels from the press with one hand. This can stress the wheel and cause cracks. The proper procedure is to use both hands to pick up green wheels. The second issue was mix waste, Walter needs to re-cycle the extra mix from the press deck back into the fill cup through out the order and not allow the mix to dry out and be thrown away. The third issue was short quantities, because he does not recycle mix from the press deck, more orders than normal are short wheels. These shortages have to be made up. The forth issue was disposing of personal trash into the companied dumpsters.

Walter stated to Dennis and myself that he will correct these issues.

Robert J. Aldrich
Second shift supervisor

CONFIDENTIAL

**NORTON COMPANY**
*Written Reminder*

Name: _Walter Ho_    Dept. _SUP line 2_    Date: _3/12/01_    Clock No. _942,2002_

You are being given this written reminder for the following reason(s):

_Failure to follow instruction at molding_
_(see attached documentation on back.)_

Any further violations of Company Policy/Procedures will be cause for a written warning.

_Walter Ho_
Employee

Would you like information regarding the Employee Assistance Program?  _Yes / No_

_Robert Munson_
Supervisor

Noted: _Bernard D. Earl_
Department Head

This written reminder will be retained by the Employee's Supervisor.

FORM 6831

-490-

# GRADE REPORT FOR: C677945

## ORDER DATA:

| | |
|---|---|
| Description: | 7 X 1/2 X 1-1/4 37C60-OVK |
| UPC: | 66252941498 |
| Order Quantity: | 60 |
| Due Date: | 3/19/01 12:00:00 AM |
| Product Class: | 11 |
| Ordered by: | 0 |
| Bill to: | 0 |
| Ship to: | 0 |
| Customer: | D C EAST |
| City: | PLAINFIELD |
| State: | IN |
| Abrasive: | 37C |
| Grit: | 60 |
| Combo: | n/a |
| Grade: | O |
| Structure: | n/a |
| Bond: | VK |
| Bond Mod.: | n/a |
| Bond Mod. Suffix: | n/a |
| External Marking: | 37C60-OVK |
| Diameter: | 7.000 |
| Thickness: | 0.500 |
| Hole: | 1.250 |
| Grindo Low: | 778 |
| Grindo High: | 823 |
| EMod. Low: | 68.00 |
| EMod. High: | 76.00 |
| FW/Vol Target: | 2.0348 |
| FW/Vol Low: | 1.9950 |
| FW/Vol High: | 2.0750 |
| SBP Condition: | 2/25 |
| SBP Low: | 1.990 |
| SBP High: | 3.110 |

## GRADE DATA:

| Date | Grindo | Diameter | Thickness | Weight | EMod | Density | SBP Cond. | SBP A | SBP B |
|---|---|---|---|---|---|---|---|---|---|
| 03/07/2001 | 844.0000 | 7.1420 | 0.5240 | 1.4700 | 68.9481 | 2.0016 | 2/25 | 2.6600 | 2.8900 |
| 03/07/2001 | 838.0000 | 7.1390 | 0.5460 | 1.5200 | 64.0732 | 1.9880 | 2/25 | 3.0700 | 3.8000 |
| 03/07/2001 | 830.0000 | 7.1400 | 0.5460 | 1.5100 | 64.9003 | 1.9744 | 2/25 | 3.4000 | 2.4800 |
| 03/07/2001 | 831.0000 | 7.1380 | 0.5300 | 1.4900 | 69.6377 | 2.0080 | 2/25 | 2.6300 | 3.2000 |

## MO INSTRUCTIONS:

SCHEDULE FOR RELEASE
MIX-28DA
37C60/2-O4VK
MIX V  28"  1  106.66
5300  54 17.00 TANK # _____
5300  60 35.00 TANK # _____

Pete St. John

03/07/2001 12:59:35

## GRADE REPORT FOR: C677945

```
5300  70 34.00 TANK #_____
ABR    0.8063
GW     2.1310
R      0.9548
FW     2.0348
SM     1.0000
          |*MIX TIME*
          |
          |
INGREDIENTS      _____
D123   0.0075
ZW     0.0394
W      0.0044
X14    0.1587 B #_____
D123   0.0225
APS    0.0078
TANK #_____
Abrasives +/- .3 lbs
Liquids +/- .02 lbs
Additives +/- .01 lbs
*************************
*REBATCH: CLOCK:_____   *
*DATE:_____.        *
*APS ADDED:_____LBS. *
*************************
MOLD-250LE7
AUTO PRESS
7 X ∅ 525 X 1.263
SET 2 HIGH ON CRYSTAR BATTS
BLOCK HEIGHT = 1-1/2
MOLDED WEIGHTS
A 1.52   B 1.52
C 1.53   D 1.53
E 1.54   F 1.54
G 1.54   H 1.55
I 1.55   J 1.56
K 1.56
FIRE-234/235 AL23
AL-23
RACK #_____
DRAW
GRADE-2
SBP 2/25 1.99-3.11 EMOD 68.00
-76.00
FW 1.995 - 2.075
GRINDO 778  823
FIRED WEIGHTS
A 1.45   B 1.45
C 1.46   D 1.46
E 1.47   F 1.47
```

Pete St. John

03/07/2001 12:59:35

# GRADE REPORT FOR: C677945

```
G 1.47   H 1.48
I 1.48   J 1.49
K 1.49
SIDE-VSIDE-2
CEMENT-2B
FACE DOUBLE-SPINDLE-2
AIR-CLEAN-2
BALANCE-2E
STANDARD LIMIT: .203
REJECTION LIMIT: .203
SAMPLE QTY = 20
ACCEPT QTY = 0
SPEED-TEST-2
TEST AT :6445 MOS:3600
TESTED : _____
INSPECT-2
PIN-BLOTTER
STOCK ORDER MARK UPC#
PACK LINE2
```

Pete St. John

03/07/2001 12:59:35

Print Date 2/21/01

**Bonded Abrasives**
**NORTON - PRECISION GRINDING**

Page
WHS PMW

D C EAST
PLAINFIELD        IN

Manufacturing Order
Number  C677945

Start Date
2/28/01

Ship Dat
3/19/0.

66252941498

C677945

Order Qty:        60        Mold Qty:        68 59

Ext GG 37C60-OVK
SO# T22554 001 001
Prod Cat
Dimensions/Description

Int GG 37C60-OVK
PO# 0074615
EU 28
Wheel Type 01

7 X 1/2 X 1-1/4

Operation Number/
Description

W/C# Mach# Clock# Actual  Qty   Qty   Scrap
                    Date   Good  Bad   Code

010 MIX-28DA                    1A3 P7203  001  3/1    1

        37C60/2-O4VK
        MIX V    28"    1    106.66                    |*MIX TIME*
        5300    54 17.00  TANK #  400                  |
        5300    60 35.00  TANK #  443                  | 11:00AM
        5300    70 34.00  TANK #  277          INGREDIENTS
        ABR        0.8063                D123    0.0075
        GW         2.1310                ZW      0.0394
        R          0.9548                W       0.0044
        FW         2.0348                X14     0.1587   B # 975
        SM         1.0000                D123    0.0225
                                         APS     0.0078
                                         TANK #  V4
                                         Abrasives +/- .3 lbs
                                         Liquids +/- .02 lbs
                                         Additives +/- .01 lbs
                                         *********************
                                         *REBATCH:  CLOCK: 100 *
                                         *DATE: 3/    *
                                         *APS ADDED:      LBS.  *
                                         *********************

050 MOLD-250LE7                22A P7205  004 3/1 59

        AUTO PRESS
        7 X  0.525 X  1.263          MOLDED WEIGHTS
        SET 2 HIGH ON CRYSTAR BATTS   A  1.52    B  1.52
        BLOCK HEIGHT = 1-1/2          C  1.53    D  1.53
                                      E  1.54    F  1.54
                                      G  1.54    H  1.55
                                      I  1.55    J  1.56

060 FIRE-234/235  AL23         4A2 P7215  1.56

        AL-23

                               RACK # 18B-59

QPADEV00C1                  LABOR REQUIREMENTS INQUIRY              OPERATION STAT

Order Number  C677945
              66252941498        7 X 1/2 X 1-1/4 37C60-OVK  Unit Of Measure EA
Origin S.O. line    T22554 00 001
Order Status              C  Order Date      2/20/01  Order Quantity        60.0
Order Type              RWK  Ord Start Date   2/28/01  Yield Factor           .0
Reconciliation Filter   10  Ord Due Date     3/19/01  Actual Scrap Rate        2

| Oper No | Ln | W/C No | Op Ty | Start Dt | Actual Start | Due Date | O S | Available | Complete/ Scrapped | Shipped/ Moved |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 00 | PLN | 1 | 2/28/01 | 2/21/01 | 2/28/01 | C | 60.00 | 66.00 | .00 |
| SCHEDULE FOR RELEASE | | | | | | | | | .00 | |
| 010 | 00 | 1A3 | 1 | 3/01/01 | 3/01/01 | 3/01/01 | C | 66.00 | 66.00 | 66.00 |
| MIX-28DA | | | | | | | | | .00 | 66.00 |
| 050 | 00 | 22A | 1 | 3/02/01 | 3/01/01 | 3/02/01 | C | 66.00 | 59.00 | .00 |
| MOLD-250LE7 | | | | | | | | | .00 | 66.00 |
| 060 | 00 | 4A2 | 1 | 3/05/01 | 3/02/01 | 3/06/01 | C | 59.00 | 59.00 | .00 |
| FIRE-234/235  AL23 | | | | | | | | | .00 | 59.00 |
| | | | | | | | | | .00 | 59.0 |

F2=Command          F3=Exit              F9=Maintenance
F13=Efficiency      F14=Reconciliation   F19=Comment Maint      F11=Component Stat


GWDDND    PLT PMW              SHOP FLOOR CONTROL
QPADEV00C1                   LABOR REQUIREMENTS INQUIRY             3/19/01
                                                                OPERATION STATUS
Order Number  C677945
              66252941498        7 X 1/2 X 1-1/4 37C60-OVK  Unit Of Measure EA
Origin S.O. line    T22554 00 001
Order Status              C  Order Date      2/20/01  Order Quantity        60.00
Order Type              RWK  Ord Start Date   2/28/01  Yield Factor           .00
Reconciliation Filter   10  Ord Due Date     3/19/01  Actual Scrap Rate        20

| Oper No | Ln | W/C No | Op Ty | Start Dt | Actual Start | Due Date | O S | Available | Complete/ Scrapped | Shipped/ Moved |
|---|---|---|---|---|---|---|---|---|---|---|
| 070 | 00 | 42D | 1 | 3/07/01 | 3/07/01 | 3/07/01 | C | 59.00 | 59.00 | .00 |
| DRAW | | | | | | | | | .00 | 59.00 |
| 080 | 00 | 52G | 6 | 3/08/01 | 3/08/01 | 3/08/01 | C | 59.00 | 47.00 | .00 |
| GRADE-2 | | | | | | | | | 12.00 | 47.00 |
| 090 | 00 | 72F | 1 | 3/09/01 | 3/12/01 | 3/09/01 | C | 47.00 | 47.00 | .00 |
| SIDE-VSIDE-2 | | | | | | | | | .00 | 47.00 |
| 100 | 00 | 72F | 1 | 3/12/01 | 3/09/01 | 3/12/01 | C | 47.00 | 47.00 | .00 |
| CEMENT-2B | | | | | | | | | .00 | 47.0 + |

F2=Command          F3=Exit              F9=Maintenance
F13=Efficiency      F14=Reconciliation   F19=Comment Maint      F11=Component Stat


*This order was molded by Walter Pohl on 3/1/01. 12 Wheels were rejected on the order for off grade due to Molded thickness*

## DISCIPLINE PROCEDURE (Cont'd)

C. Notice of Warning/Suspension Form #4456 (See Figure 2)

If the same or other violation occurs again in the subsequent twelve-month period then issue this written warning. The written warning serves as a formal notice to the employee of their violation and that they are on probation. A suspension period of up to 5 days may be included.

1. Supervisor completes written warning in the presence of the employee and another supervisor. After careful explanation, request employee to sign the slip to acknowledge their awareness of the situation. If they refuse, note this on the written warning and process in the usual manner.

2. Route written warning through all supervisors involved and to the Human Resources representative.

3. The written warning will be filed in employee's personnel folder. During written warning period, the employee is not eligible to bid outside of their designated section. Employee is eligible to bid within their section with approval from the supervisor.

4. Written warning is in effect for one year from the date of issue. Written warning may be rescinded at any time with the approval of the Manager of the section. After 1 year select one of the following alternatives:

   a. Withdraw written warning and reinstate employee's eligibility to bid.

   b. Continue written warning for a period of time as prescribed by the Manager of the section, and notify employee.

   c. A second violation of any company rule or accepted standard of conduct during written warning period may result in employee discharge.

Violations of Company regulations, subject to discipline but not cause for immediate dismi
require individual study.  No volume of rules or Company regulations or department instru
define every situation and/or assure that every supervisor will recognize every situation.  Fc
example, a supervisor may not immediately recognize the safety or security problems cause
illegal parking or the morale problem created in other departments by allowing some of thei
employees to violate regulations such as going without safety glasses or extending break pe
Supervisors should collectively recognize situations which deter safe and efficient operation
are responsible for communication and discipline required to correct those situations.

Supervision should make employees aware of the Company's regulations and expected behav
as often and regularly as possible.  This training will be supplemented with additional instruct
or information from other departments such as Engineering, Security, Safety, and Personnel.
Periodically these departments will issue or provide notices, manufacturing instructions, book
(You and Norton, Personnel Guide), and training courses to support line managers in conduc
their respective operations.

## DISCIPLINE PROCEDURE

A.  **Formal Counsel**

When an employee violates regulations or deviates from expected behavior, the supervis
should formally counsel the employee regarding standards, rules, etc., and the reason for
them.  Mutual understanding and commitment to alleviate the problem should be achieve
in this session.  The supervisor should document this session for their records and advise
employee of next step if problem is not corrected.

B.  **Written Reminder Form #6831 (See Figure 1)**

When a second or other violation occurs within a 6 month period, counsel employee agair
and issue this written reminder.  This provides written documentation acknowledged by
employee.  Advise employee of future consequences if the problem is not corrected.
Depending on the problem, the Employee Relations Administrator could be involved at
this point.  Retain written reminder for no longer than twelve months.

Paul,                    CONFIDENTIAL                    4-4-01

Had to Talk to Walter Ahl again tonight regarding waste. This order He was 32 wheel short. Most came from not recycling mix off deck or recover pan until end of order. Dennis and I discussed this with Walter last month

will talk with Jew next week.

Please Put this and copy of Check in his file

Robert J Alehie's

Supervisor 2nd Shift

DEF03074

Print Date  4/02/01 ———— Bonded Abrasives                    Page  1
                    NORTON - PRECISION GRINDING              WHS PMW

| TIMKEN GAFFNEY        SC | Manufacturing Order Number  C683650 | Start Date 4/05/01 | Ship Date 4/27/01 |

66252914971                                                 C683650

Order Qty:      300      Mold Qty: 330 _298_

Ext GG 25A1001-L8VBE              Int GG 25A1001-L8VBE
SO# T32805 001 001               PO# DB654670LN0645RL0001
Prod Cat                         EU 28    Blueprint ME117990A
Dimensions/Description           Wheel Type 01

7.000 X .375 X 2.250
 THK PLUS .010 MINUS .000
 HOLE PLUS .002 PLUS .005                CONFIDENTIAL
FACE BEVEL SIDE A 30 DEGREES
HOLE CEMENTED
BALANCE TO 1/2 STANDARD

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|
| 010 MIX-36LA | 1A4 | P7204 | 003 | APR 04 | | 2 | |

    25A100/1-L8VBE
    MIX V   36"   2   219.36                  |*MIX TIME*
    9110  100  183.00  TANK # _200_           | _6:45 AM_
    ABR      0.8343
    GW       2.2005             INGREDIENTS
    R        0.9417             D123   0.0100
    FW       2.1240             AR     0.0272
    SM       0.9757             B7     0.1469  B # _045_
                                D123   0.0100
                 DEF03075       APS    0.0046  _A55_
                                TANK # _____
                                Abrasives +/- .5 lbs
                                Liquids +/- .02 lbs
                                Additives +/- .02 lbs
                                *************************
                                *REBATCH:  CLOCK:_____*
                    _P6 WT/THK RATIO_    *DATE:_____*
                         _M 22A P7205_   *APS ADDED:_____LBS.*
| 50 MOLD-250LE7 | | 22A | P7205 | 004 | 4-4 | 298 | |

    AUTO PRESS
    7-1/8 X  0.445 X 2.275      MOLDED WEIGHTS
    USE LAST 4 REGRINDS         K  1.27    L  1.27
    THICKNESS RANGE  0.442- 0.448   M  1.28    N  1.28
    MAX WEDGE .003"             O  1.28    P  1.29
    SET 2 HIGH ON CRYSTAR BATTS Q  1.29
                                WEIGHT RANGE -0.01+0.01

                        _13C-176/.96 -122_

CONFIDENTIAL

**NORTON COMPANY**
*Notice of Warning/Suspension*

FOR ABRASIVES
PERSONNEL ONLY

Name: _Walter Ahl_    Business Unit: _Prc C._ _Live 2 Mold_    Date: _5/16/01_    Badge No.: _804_

You are hereby reprimanded for the following reason(s):

_Molding 100 wheels with the wrong hole size - 384 LBS of waste_

This warning is accompanied by a suspension of _O_ days beginning _____ and ending _____

You will report back to work on _____

We shall consider any further disciplinary action as sufficient cause for your immediate dismissal.

_____    _Paul G. Massimino_
Department Head              Supervisor

I have read this warning notice _Walter Ahl_    Would you like information regarding
Employee                      the Employee Assistance Program? _No_

NOTE: White copy should be forwarded to Human Resources, yellow copy to supervisor, pink copy to employee.

RECEIVED MAY 2 1 2001

Noted: _Dennis O'Gawn 5/16/01_ Manager | _Gen. Mgr./Vice Pres._ | _R. Foley_ HR-Manager | By Human Resources Dept.

FORM 6951 Rev. 10/30/97

CONFIDENTIAL

DEF03072

Print Date   5/09/01

Bonded Abrasives
NORTON - PRECISION GRINDING

Page   1
WHS PMW

| J & L INDUSTRIAL SUPPLY ELK GROVE VILLAGE IL | Manufacturing Order Number   C688719 | Start Date 5/16/01 | Ship Date 6/05/01 |

6625291160L

C688719

Order Qty:        100        Mold Qty:        110  11

Ext GG A60-MV
SO# T43333 001 001
Prod Cat
Dimensions/Description
1 X 1 X 1

Int GG 57A60-N8VBE
PO# 177129
EU 28
Wheel Type 01

**CONFIDENTIAL**

Operation Number/
Description

| | W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |

010 MIX-36LA

1A4 P7204       **003  MAY15**

```
    57A60/2-N8VBE
    MIX V   36"   2    192.61
    2023   54 31.00   TANK # 389
    2023   60 62.00   TANK # 699
    2023   70 62.00   TANK # 520
    ABR         0.8047
    GW          2.2695
    R           0.9371
    FW          2.1912
    SM          0.9706
```

*Wheels were molded with a 1-1/2" hole.*

| *MIX TIME* |
| 10:40 AM |

```
INGREDIENTS
D123      0.0100
AR        0.0288
B7        0.1901    B # 098
D123      0.0100
APS       0.0037
TANK #            D15
Abrasives +/- .5 lbs
Liquids +/- .02 lbs
Additives +/- .02 lbs
************************
*REBATCH: CLOCK: 0349
*DATE:   5-16
*APS ADDED: .6 LBS. *
************************
```

010 MOLD-250LE7

22A P7205   **004  5-16  11**

```
AUTO PRESS
7-1/8 X  1.050 X  1.020
THICKNESS RANGE   1.045- 1.055
MAX WEDGE .003"
SET 2 HIGH ON CRYSTAR BATTS
BLOCK HEIGHT = 2-1/2
```

```
MOLDED WEIGHTS
G  3.33    H  3.34
I  3.35    J  3.36
K  3.37    L  3.38
M  3.39    N  3.40
WEIGHT RANGE -0.02+0.02
```

010 FIRE-234/235 AL23

4A2 P7215

```
AL-23
DRAW
```

42D P7212       RACK # 9B - 11

DEF03073

**NORTON COMPANY**
*Notice of Warning/Suspension*

RECEIVED
JUL 3 1 2001

FOR ABRASIVES
PERSONNEL ONL

Name: _Walter Ahl_    Date: _7-27-2001_

Business Unit: _PRECISION SVP_    Badge No.: _____

You are hereby reprimanded for the following reason(s):

_Poor Working Habits - See Attached White-up of 7/23/01_

This warning is accompanied by a suspension of _3_ days beginning _7/24/01_

You will report back to work on _7/27/01_ and ending _7/26/01_

We shall consider any further disciplinary action as sufficient cause for your immediate dismissal.

_____    _____
Department Head    Supervisor
    _Paul J. Messino_

I have read this warning notice _Walter Ahl_    Would you like information regarding
Employee    the Employee Assistance Program? _No_

NOTE: White copy should be forwarded to Human Resources, yellow copy to supervisor, pink copy to employee.

| Noted: | _Donnis O'Erano_ _7/26/01_ | _WW_ _7/27/01_ | _BSc_ _27 Jul 01_ | |
|---|---|---|---|---|
| | Manager | Gen. Mgr./Vice Pres. | HR-Manager | Human Resources Dept. |

FORM 6951  Rev. 10/30/97

CONFIDENTIAL

DEF03079

Deramo, Dennis N.

**From:**      Aldrich, Bob J.
**Sent:**      Monday, July 23, 2001 10:18 PM
**To:**      Deramo, Dennis N.
**Subject:**      Walter Ahl

Monday July 23,2001 Walters assigned work station today was line 2 cementing.

#1) At 3:45 PM I observed Walter in the molding area talking with Ray Lyons.

#2) At 4:30 he was outside smoking.

#3) At 6:50 he was not at his machine.

#4) Left for break at 7;45 and returned at 8:25.

#5) Back talking in molding at 9:30 and was heading for the locker room at 10:00.

Robert J. Aldrich
Second shift Supervisor

**CONFIDENTIAL**

Shop Floor Data Control
(see attached Summary Sheet for 7/23/01)

#1) @3:45 PM
     Walter was clocked in on MO# C695719
     Started Job @ 3:16PM
     Finish Job  @ 4:06PM
     176 pcs / 50 minutes / 60% performance

#2) @4:30PM "observed outside smoking"
     Walter was clocked in on MO# C695828
     Started Job @ 4:06PM
     Finish Job  @ 4:36PM
     158 pcs / 30  minutes / 93% performance

#3)       @6:50PM       Walter was clocked on MO# C696218
     Started Job @ 6:02PM
     Finished Job @ 8:36PM
     546 pcs / 154 minutes / 60% performance

#4)       @7:45PM "Break Period"
     Started Job  @ 6;02PM
     Finished Job @ 8:36PM
     546 pcs / 154 minutes / 60% performance
     note: operators do not clock out for break; according to
     Bob Aldrich, Walter took a 40 minute break.

#5) @9:30PM
     Walter was clocked in on MO# C695568
     Started Job  @ 9:16PM
     Finished Job @ 9:48PM
     75 pcs / 32 minutes / 39% performance
     note: Bob observed Walter cleaning the gatorade jug
     at 9:30PM.
     @10:00PM
     Walter was observed by supervisor leaving workstation
     at 10:00PM.  Last order (C695568) was done at 9:48PM
     in Shop Floor Data Control. Walter clocked out of Kronos
     Time & Attendance at 10:30PM.

     Dennis D'Eramo
     General Supervisor
     7/24/01

1

DEF03080

Attendees: Paul Mennin, Bob Aldrich, Dennis O'Eramo

Shop Floor Data Control
(see attached Summary Sheet for 7/23/01)

**#1) @3:45 PM**
Walter was clocked in on MO# C695719
Started Job @ 3:16PM
Finish Job @ 4:06PM
176 pcs / 50 minutes / 60% performance

**#2) @4:30PM "observed outside smoking"**
Walter was clocked in on MO# C695828
Started Job @ 4:06PM
Finish Job @ 4:36PM
158 pcs / 30 minutes / 93% performance

**#3)** @6:50PM Walter was clocked on MO# C696218
Started Job @ 6:02PM
Finished Job @ 8:36PM
546 pcs / 154 minutes / 60% performance

**#4)** @7:45PM "Break Period"
Started Job @ 6:02PM
Finished Job @ 8:36PM
546 pcs / 154 minutes / 60% performance
note: operators do not clock out for break; according to
Bob Aldrich, Walter took a 40 minute break.

**#5) @9:30PM**
Walter was clocked in on MO# C695568
Started Job @ 9:16PM
Finished Job @ 9:48PM
75 pcs / 32 minutes / 39% performance
note: Bob observed Walter cleaning the gatorade jug
at 9:30PM.

@10:00PM
Walter was observed by supervisor leaving workstation
at 10:00PM. Last order (C695568) was done at 9:48PM
in Shop Floor Data Control. Walter clocked out of Kronos
Time & Attendance at 10:30PM.

Dennis D'Eramo
General Supervisor
7/24/01

**CONFIDENTIAL**

**DEF03081**

*Walter's Comments*

According to Walter, he went to molding to get rags for cleaning. Said that Ray called him over, he told Ray he had to go back to work.

Walter said he wasn't smoking & that he had quit. Also, Walter was told due to heat in plant that he could go outside for a break. Bob Aldrich confirmed he told Walter it was OK, but not to smoke outside.

Walter says that he left for break at 7:55 pm & returned at 8:20 pm. Says that he went to maintenance area soda machine they didn't work, then went to the cafeteria & then to restroom.
25 minute break

According to Walter, he cleaned up after 9:48 PM. Cleaned barrels of shavings from cementing, cleaned the arbors. Walter then said he cleaned the Gatorade jug and ended his work day at 10:15, then went to the locker room.

Dennis O'Eramo
7/24/01