**Walter Awl**

On 11/28/01 Walter and I (Jeff Clark) had a conversation on his training at 3 press. I asked Walter how it was going? How was he receiving the training? And how was the trainer? Walter began to explain how complex the job seamed, and that he felt he would not be able to remember all the different types of wheels, or all the different type of changeovers. We both agreed to terminate the training and try Walter on a less complex press. Timing wise things worked out in Walters advantage, 17 press became available on second shift. I offered the opportunity to Walter, we both looked at the job, Walter agreed to give it a shot. Starting 12/3/01 Walter will begin his training.

Jeffrey A. Clark Supervisor      *Jeffrey A Clark 12/3/01*

Walter Awl                       *Walter Ahl*

**Walter Awl**

On 11/29/01 Walter and I (Jeffrey Clark) sat down to review his situation of being transferred to plant 8. Walter and I talked about his personnel folder and the contents within it. Walter at the present time is on a warning. The reason for the warning is on account of a verity of things: Not being productive, Not being on the job during work hours, not following procedures, also attendance problems. One thing I found that didn't make since was none of these issues reflected on any of Walters reviews. Walter and I talked for about 30 minutes he stated his side of the story, during this time Walter and I worked out a 6-month plan for improvement. Walter is going to start breaking in on 17 press starting 12/3/01. I made it very clear that Walter has to fix the issues that put him on the warning to begin with. I will support him in any way I can on any thing that Walter may need to help improve is situation. I also made it clear that if Walter doesn't improve, and continues to show that these allegations are true, progressive discipline will continue, even if that means termination. Walter agreed to fix his problems. The main abjection here is to get Walter back on the right track, and pull him off the warning. After our conversation was over Walter felt that he was getting a fair chance to clear his record.

Jeffrey A Clark
Supervisor Core Mix & Mold       *Jeffrey A Clark*       12/3/01


Walter Awl       *Walter Awl*

## COUPON COUNT SUMMARY

*Meeting & wet mixes*

| MACHINE | CHECK COUNT | WHEEL COUNT |
|---|---|---|
| #1~250 | 8 | 668 |

| HOURS | CLOCK NUMBER | DATE |
|---|---|---|
| 7 1/2 | 436 | 12-4 |

FORM 6821

## COUPON COUNT SUMMARY

| MACHINE | CHECK COUNT | WHEEL COUNT |
|---|---|---|
| #1~250 | 3 | 267 |

| HOURS | CLOCK NUMBER | DATE |
|---|---|---|
| 3 1/2 | 436 | 12-5 |

FORM 6821

Bonded Abrasives
SAINT-GOBAIN ABRASIVES, INC.

| GENERAL TOOL & SUPPLY | | Manufacturing Order | Start Date | Ship Date |
| PORTLAND | OR | Number C217580 | 1/31/02 | 2/21/02 |

66253212405

hm2/4

C217580

17 PRESS

Order Qty:        20        Mold Qty:    22 17

Ext GG 32A54-Q8B2W                    Int GG 32A54-Q8B2W
SO# U10179 002 001                    PO# 1352250
Prod Cat                              EU 12
Dimensions/Description                Wheel Type 01

CONFIDENTIAL

12 X 1/8 X 1-1/4
SMOOTH SIDES

|            | OD             | TK             | ID     | TV   |
| UPPER LIMIT | 12.312(+5/16) | 0.140(+0.010) | +0.010 | .010 |
| LOWER LIMIT | 11.875(-1/8)  | 0.120(-0.010) | +0.002 |      |
| SOURCE      | EUSE-518      | 0000-712      | 0000-534 |    |

Trabaja duro, pero siempre seguro dijo el canguro.
REFER ORDER TO RAL(JJS)
MOLD ON T18
                                1-30-02

| Operation Number/ Description | W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |

003 SCHEDULE FOR MIXING              PLN PPC

    32A54/1-Q8B2W
    4248      79.48                1 MIXES @   29.04  EA SCR  20  20
    8T49      20.52                4248    54  23.08  8T49    5.26
    GW        2.39                 TOT ABR     23.08  LPR3    0.68
    FW        2.39                               C5340   0.28
    TOTAL MIX REQD: 27.92(.040)                  CL40    29 CC
                                   FACTORS: .16 LPR3  1.0 CL40

talked to walter that the importence of
ISO and filling out the Routing
for any Job performed          23
Walter failed to fill in the grid and
Quantity on the grid

DEF03099

C217580

**Page   1**

CONFIDENTIAL

Order Qty:        20      Mold Qty:        22

| Operation Number/<br>Description | W/C# Mach# Clock# | Actual<br>Date | Qty<br>Good | Qty<br>Bad | Scrap<br>Code |
|---|---|---|---|---|---|

005 SCHEDULE FOR MOLDING - T18      PLN PPC

12-1/8 X    0.130 X 1-1/4
SPEC - 32A54/1-Q8B2W

BAKE STAMP
76 -2/0/5EX- *ABX Jc 2/4/02*

MOLD SMOOTH SIDES
MIX AGE- 24 HRS TO 72 HRS
1 - 6-1/16 X  2-1/16 184 GLASS
1 MIX =  1.269 LBS
1 - 5-1/16 X  1-1/4 184 GLASS
1-J2 BUSHING
WT THICK RATIO = 9.76 LBS/IN

010 MIX COARSE *TIME* *551 AM*     M05 P8103  *10 25    2-4       1*

MIX DISPENSER *1025*

080 MOLD 17 PRESS              T18 P8116  ____  ____  ____  ____

|   | AVE TK | TV |
|---|---|---|
|   | 0.130 | 0.005 |
|   | +/-.005 |   |
|   | .130-.131 | .001 *Jc 2/4/02* |
| 1 | .131-.133 | .02 |
| 21 | .131-.133 | .02 |

GOAL = 50.0 - HOURS = 0.44
*132   214     13*  ____
____  ____  ____  ____
____  ____  ____  ____

100 SEE BAKE STAMP FOR 76 BAKE    76  P8502

GRID # _____  QTY _____
GRID # _____  QTY _____

**DEF03100**

10 STRIPPING THIN              TNS P8201  ____  ____  ____

20 IN PROCESS-WT/TK(9.66-10.26)  C02 P8202  ____  ____  ____

30 REAM DRILL PRESS            C02 P8204  GOAL =   3000 - HOURS = 0.01
____  ____

40 FACE DSG CT1214             C02 P8206  GOAL =   1935 - HOURS = 0.01
____  ____

50 AIR CLEAN                   C02 P8222  ____  ____

SPRING BALANCE                 C02 P8216  GOAL =  360 - HOURS = 0.06
____  ____

GENERAL TOOL & SUPPLY
PORTLAND           OR

Manufacturing Order
Number  C217580

Start Date
1/31/02

Ship Date
2/21/02

## Walter Ahl 2/28/02

Walter began his training on 17 press on 12/3/01, the training continued through 12/22/02. Pant 7 had called and requested Walter for two weeks, to run one of their Lake Erie press very similar to 3 press that Walter said he couldn't run do to the press being to confusing and hard to remember. After Walter was finished in plant 7 he volunteered for a two-week furlough. Walter returned to plant 8 on 1/1/02, he then went back on loan to plant 7 for two more weeks.

Walter started back in plant 8 on 1/14/02 to work on 17 press; Walter tried to run the press alone but couldn't remember everything covered in the training. Walter began asking question like:

How do I order my mix?
Where do I look for the second weighting on a double spread wheel?
What setup is needed and where do I get it?

Being fair to Walter, we decided to start the training over. Walter began the second wave of training on 1/28/02 through 2/15/02 then Walter volunteered for another two-week furlough. On 2/25/02 we began cross training Jim Cicero, Jim Constantine is the same trainer Walter had. Jim Cicero has only been in the company three months, has learned 16 press (very similar to 17 press) learned 17 press within one week. My point is Walter either doesn't want to learn how to run a press or is just not capable of doing so, I am recommending to terminate the training all together and place Walter on a different job.

## Walter Ahl.

On 3/4/02 I (Jeffrey Clark Supervisor) requested a meeting with Tom Oliver (General Supervisor) and Rick Zeena ( Human Resource Manager) to terminate the training with Walter on 17 press. After reviewing Walters training with the trainer, Walter was failing to grasp the concept of molding. Read statement Above for details.

## Walter Ahl:

Tom Oliver and I (Jeffrey Clark) are sitting Walter down and reviewing his performance for the past 4 months. Walter had accepted a position her in the Core Molding area back in November 2001. Since Walter accepted this position, he has been given two opportunities in Core Molding in which he has unsuccessfully failed to meet the standards of the jobs. At this time we are offering Walter one last opportunity working as a re-screener in the Mixing area. We are explaining to Walter that this will be his last opportunity to succeed her at Saint-Gobain Abrasives. Back on 11/29/01 Walter and I (Jeffrey Clark) had worked out a plan for improvement. (See the attached memo) At this point I feel that Walter has gotten a fair chance to improve himself by trying to find a job that Walter can succeed at.

Jeffrey Clark
Core Line Supervisor

## Tivnan, Mike J.

**From:** Zeena, Richard J.

**Sent:** Thursday, July 03, 2003 7:43 AM

**To:** Tivnan, Mike J.; Swanson, Dana

**Cc:** Balding, Alan R.

**Subject:** RE: Walter Ahl

Mike and Dana,

Please issue a written reminder to Walter for the incident of June 16th, where he was found sleeping. Please let him know that this is a very serious offense and the Company could have taken a much more aggressive stance with this discipline (warning and or suspension). We have chosen not to do so at this time because of Walter's extenuating issues. When you issue the reminder, be sure to explain (in writing) that if Walter is found again to be sleeping on the job, he will be terminated. In addition, explain (in writing) that Walter needs to inform his supervisor if there is anything preventing him from properly performing his job.

Rick

-----Original Message-----
**From:** Tivnan, Mike J.
**Sent:** Thursday, June 19, 2003 2:08 PM
**To:** Balding, Alan R.
**Cc:** Zeena, Richard J.; Swanson, Dana J.
**Subject:** RE: Walter Ahl

Dana and I just sat down with Walter and discussed the issue of of him sleeping on the job. He explained that he has been taking an anti depressant ( paxal), and last week his prescription had run out. He is still waiting for his prescription via mail. He stated that he has been tired allot since he hasn't been taking his pill. We explained that what he did was wrong and that this is considered steeling from the company. We also explained that if he has idol time on his hands that he should be helping out by working with a mixer or doing housekeeping within the department.  Mike

-----Original Message-----
**From:** Balding, Alan R.
**Sent:** Tuesday, June 17, 2003 10:41 AM
**To:** Tivnan, Mike J.
**Cc:** Zeena, Richard J.
**Subject:** FW: Walter Ahl

Mike,

Please contact Rick on this one as I want to mirror the discipline that was done earlier this year with an employee caught sleeping.
Al

-----Original Message-----
**From:** Swanson, Dana J.
**Sent:** Monday, June 16, 2003 8:30 PM
**To:** Tivnan, Mike J.; Oliver, Thomas H.
**Cc:** Balding, Alan R.
**Subject:** Walter Ahl

Tonight at 7:30 Jose came to me about being short on his mix for TCOP . We found the mix, but no re-screener. At 7:45 I found Walter fast asleep in a chair by the large tank on the other side of rubber.I asked him what was going on he told me that he forgot to take his medication and was up early. My answer was what you did was steel from the company when you decided to take a nap. I

told him that this could end up as a written warning. It's my feeling that he should go directly to a written warning,. just last week I had Mike place a note to file for taking an an-authorized break.Mike I will be in at 12:30 tomorrow to see you on this.

Dana

CONFIDENTIAL

# NORTON COMPANY
*Written Reminder*

Name: _Walter Ah_    Dept.: _Marine_    Date: _7-5-2005_    Clock No.: _____

You are being given this written reminder for the following reason(s):

_Sleeping on the Job_

Any further violations of Company Policy/Procedures will be cause for a written warning.

_Walter Ah_
Employee

Would you like information regarding
the Employee Assistance Program?

Supervisor

Noted: _____
Department Head

This written reminder will be retained by the Employee's Supervisor.

FORM 6831

CONFIDENTIAL

DEF02639

To Walter Ahl file:                                    July 9 2003


Today Walter is being issued a written reminder for sleeping on the job on
June 16.2003 (see attached memo). At this time we are explaining to Walter
that he is found sleeping on the job again he will be terminated.  Also Walter
needs to inform supervision if there is any thing that may prevent him from
not doing his job properly ( see attached memo dated June 19,2003).


                    Michael Tivnan


              Dana Swanson
              *Dana Swanson*  7/9

              Walter Ahl
              *Walter Ahl*  7/9

# DISCIPLINE PROCEDURE (Cont'd)

### C. Notice of Warning/Suspension Form #4456 (See Figure 2)

If the same or other violation occurs again in the subsequent twelve-month period then issue this written warning. The written warning serves as a formal notice to the employee of their violation and that they are on probation. A suspension period of up to 5 days may be included.

1. Supervisor completes written warning in the presence of the employee and another supervisor. After careful explanation, request employee to sign the slip to acknowledge their awareness of the situation. If they refuse, note this on the written warning and process in the usual manner.

2. Route written warning through all supervisors involved and to the Human Resources representative.

3. The written warning will be filed in employee's personnel folder. During written warning period, the employee is not eligible to bid outside of their designated section. Employee is eligible to bid within their section with approval from the supervisor.

4. Written warning is in effect for one year from the date of issue. Written warning may be rescinded at any time with the approval of the Manager of the section. After 1 year select one of the following alternatives:

    a. Withdraw written warning and reinstate employee's eligibility to bid.

    b. Continue written warning for a period of time as prescribed by the Manager of the section, and notify employee.

    c. A second violation of any company rule or accepted standard of conduct during written warning period may result in employee discharge.

CONFIDENTIAL

DEF02641

Violations of Company regulations, subject to discipline but not cause for immediate dismiss
require individual study.  No volume of rules or Company regulations or department instruct
define every situation and/or assure that every supervisor will recognize every situation.  For
example, a supervisor may not immediately recognize the safety or security problems caused
illegal parking or the morale problem created in other departments by allowing some of their
employees to violate regulations such as going without safety glasses or extending break peri
Supervisors should collectively recognize situations which deter safe and efficient operations
are responsible for communication and discipline required to correct those situations.

Supervision should make employees aware of the Company's regulations and expected behavi
as often and regularly as possible.  This training will be supplemented with additional instructi
or information from other departments such as Engineering, Security, Safety, and Personnel.
Periodically these departments will issue or provide notices, manufacturing instructions, bookl
(You and Norton, Personnel Guide), and training courses to support line managers in conducti
their respective operations.

## DISCIPLINE PROCEDURE

A.   **Formal Counsel**

When an employee violates regulations or deviates from expected behavior, the superviso
should formally counsel the employee regarding standards, rules, etc., and the reason for
them.  Mutual understanding and commitment to alleviate the problem should be achieved
in this session.  The supervisor should document this session for their records and advise
employee of next step if problem is not corrected.

B.   **Written Reminder Form #6831 (See Figure 1)**

When a second or other violation occurs within a 6 month period, counsel employee again
and issue this written reminder.  This provides written documentation acknowledged by
employee.  Advise employee of future consequences if the problem is not corrected.
Depending on the problem, the Employee Relations Administrator could be involved at
this point.  Retain written reminder for no longer than twelve months.

CONFIDENTIAL

DEF02642

On Wednesday, 8/25/03, Bob Aldrich came to me with a complaint concerning Walter Ahl. A worker from the cafeteria says that he saw Walter steal food on Tuesday. On Wednesday, Walter was seen in plant 7, taking a soda from the molding refrigerator by a molding employee. I questioned Walter about these allegations and, at first, he denied them. Walter then told me that he doesn't steal food, but he does, at times, take a French fry or maybe an olive or something from the salad bar. Walter denied taking a soda from the plant 7 refrigerator. Walter came back a few minutes later and said he did take juice from there. He says he thought it was left over. A few minutes after that Walter came back and said he took some butter when he was at the cafeteria, put it in a cup, and took it to the plant 8 refrigerator because the employees needed some. Walter says that Gary, from the cafeteria, saw him take the butter and said "I caught you." Walter said he told Gary that he was taking butter to plant 8.

Joe Martini
8/27/03

# Ahl 2

On Monday, 1/26/04, I had two complaints about mix not being rescreened. One was for 12 press and the other for 17 press. Walter Ahl signed for the rescreen operation. I asked Walter if he rescreened the mixes and he admitted that he didn't. I told him that this can't happen again. Walter is currently on a written reminder and I told him that any future issues would result in a written warning. I also spoke to Walter about his wandering from his work area. Walter agreed that if he has to walk away for any reason, he must see me first.

Joe Martini
1/28/04

# Ahl 3

On Thursday, 2/5/04, I received a call from a Plant 7 Supervisor concerning Walter Ahl. This Supervisor, Bob Aldrich, got a call from a Plant 7 cafeteria worker stating that Walter took an order of fries, ate them, and then walked out without paying. Walter denied this. On Wednesday, 2/11/04, I received another call, this time from a Plant 8 Group Leader. He had gotten a similar call from the Plant 7 cafeteria stating that Walter was sampling food without paying. The worker also stated that Walter was rude to the cashier. These are the second and third complaints I have had stating that Walter has taken food without paying. Walter still denies all complaints. I asked Walter to stay out of the Plant 7 cafeteria.

Joe Martini
2/11/05

# Note to File

On Friday, 2/20/04, I spoke with Walter Ahl about his attendance. Walter has had three occurrences, 12/16, 1/6, 2/17 and 2/18. I told Walter that three occurrences in a ninety day period requires a counsel. I also informed Walter that additional occurrences could lead to further discipline.

Joe Martini

2/20/04

**Zeena, Richard J.**

| | |
|---|---|
| **From:** | Oliver, Thomas H. |
| **Sent:** | Wednesday, March 31, 2004 7:37 AM |
| **To:** | Zeena, Richard J. |
| **Cc:** | Balding, Alan R.; Martini, Joe T. |
| **Subject:** | FW: Ahl |

Rick
We had a very blunt conversation with Walter on 3/1 in which we issued him a written warning for not following instructions. He is extremely high maintenance and we do not have the resources or time to hold his hand every night. It is my recommendation that we part company with him.

Thomas Oliver
General Supervisor
Bonded Abrasives (Organic Plant 8)
Office (508)795-2331
Cell   (508) 981-6621
Thomas.H.Oliver@saint-gobain.com



-----Original Message-----
**From:** Martini, Joe T.
**Sent:** Tuesday, March 30, 2004 6:09 PM
**To:** Oliver, Thomas H.
**Subject:** Ahl


Last week, w/e 3/27/04, the 3rd shift group leader sent me an e mail stating that Walter sent mixes to two different presses and the mix was unscreened. The group leader had to rescreen them himself. On Monday, 3/29/04, Walter sent a mix to Mat 3 that was unscreened. Walter had signed the rescreen operation. On Tuesday, 3/30/04 Walter was asked to work the back side of the two bowl mixer. He was asked this by the 2nd shift group leader. Walter agreed but did not go to the mixer. Walter was asked a second time and the same thing happened. He was asked a third time and a while later Walter was sitting down by the g&b press talking to the operator. When Walter was asked what he was doing, he asked the group leader if it was watch Walter day. Walter then finally went to the back side of the two bowl. When the group leader walked by, Walter was sitting down. When Walter saw the group leader, he did not get up. On this same day, at two different times, Walter claimed he could not find a mix. It is a nightly occurrence that Walter can't find mixes. When we go out looking, we always find them. I have been working with Walter to improve his work ethic. Up to this point it hasn't worked.

CONFIDENTIAL

**NORTON COMPANY**
*Notice of Warning/Suspension*

**FOR ABRASIVES
PERSONNEL ONLY**

Name: ___WALTER AHL___    Business Unit: Rough    Date: 3-1-04

Badge No.: _____

You are hereby reprimanded for the following reason(s):

ATTENDANCE / FAILURE TO FOLLOW DEPARTMENT PROCEDURES

This warning is accompanied by a suspension of _____ days beginning _____ and ending _____

You will report back to work on _____

We shall consider any further disciplinary action as sufficient cause for your immediate dismissal.

_____    _____
Department Head                Supervisor

EMPLOYEE REFUSES TO SIGN.  3/1/04

I have read this warning notice    _____
                                    Employee

NOTE: While copy should be forwarded to Human Resources, yellow copy to supervisor, pink copy to employee.

Would you like information regarding
the Employee Assistance Program? _____

| Noted: | | | |
|--------|--|--|--|
| Manager | Gen. Mgr./Vice Pres. | HR-Manager | Human Resources Dept. |

FORM 6951 Rev. 10/03/97

- 470 -

# Notice of Written Warning

Today, 3/1/04, we are placing Walter Ahl on a written warning due to his attendance and failure to follow department procedures. Walter has been on a written reminder since July of 2003. Due to Walter's latest occurrences, it has been raised to a warning.

Joe Martini
3/1/04

**Zeena, Richard J.**

| | |
|---|---|
| **From:** | Oliver, Thomas H. |
| **Sent:** | Wednesday, March 31, 2004 7:37 AM |
| **To:** | Zeena, Richard J. |
| **Cc:** | Balding, Alan R.; Martini, Joe T. |
| **Subject:** | FW: Ahl |

Rick

We had a very blunt conversation with Walter on 3/1 in which we issued him a written warning for not following instructions. He is extremely high maintenance and we do not have the resources or time to hold his hand every night. It is my recommendation that we part company with him.

Thomas Oliver
General Supervisor
Bonded Abrasives (Organic Plant 8)
Office (508)795-2331
Cell (508) 981-6621
Thomas.H.Oliver@saint-gobain.com

-----Original Message-----
**From:** Martini, Joe T.
**Sent:** Tuesday, March 30, 2004 6:09 PM
**To:** Oliver, Thomas H.
**Subject:** Ahl

Last week, w/e 3/27/04, the 3rd shift group leader sent me an e mail stating that Walter sent mixes to two different presses and the mix was unscreened. The group leader had to rescreen them himself. On Monday, 3/29/04, Walter sent a mix to Mat 3 that was unscreened. Walter had signed the rescreen operation. On Tuesday, 3/30/04 Walter was asked to work the back side of the two bowl mixer. He was asked this by the 2nd shift group leader. Walter agreed but did not go to the mixer. Walter was asked a second time and the same thing happened. He was asked a third time and a while later Walter was sitting down by the g&b press talking to the operator. When Walter was asked what he was doing, he asked the group leader if it was watch Walter day. Walter then finally went to the back side of the two bowl. When the group leader walked by, Walter was sitting down. When Walter saw the group leader, he did not get up. On this same day, at two different times, Walter claimed he could not find a mix. It is a nightly occurrence that Walter can't find mixes. When we go out looking, we always find them. I have been working with Walter to improve his work ethic. Up to this point it hasn't worked.

To: George Koduah's file

From: John A. Lesnansky

Date: July 25, 2000

Subject: Written Reminder

**CONFIDENTIAL**

Today George Koduah is being issued a written reminder for attendance. Since June 4th, 2000 He has missed three (3) days of work. George has taken PS days on:

06/04/2000

06/12/2000

07/24/2000

I am explaining the NORTON ATTENDANCE POLICY to George (with Bill Deeds in attendance) and what it means to be on a written reminder.

If George has two (2) additional occurrences of absence in any 90-day period that does not appear legitimate he will be issued a written warning.

George Koduah

John Lesnansky     *[signature]* John A. Lesnansky

Bill Deeds     *[signature]* Bill Deeds

EXHIBIT 90
Oliver #90
7/30/06

DEF02582

CONFIDENTIAL

## NORTON COMPANY
*Written Reminder*

Date: __7/25/2000__

Name __George Koduah__     Dept.: __Core line mold__     Clock No.: __2834__

You are being given this written reminder for the following reason(s):

__Attendance__

Any further violations of Company Policy/Procedures will be cause for a written warning.

_____
Foreman (Supervisor)

_____
Employee

Noted: [_____]
Supt./Dept. Head

This written reminder will be retained by the Employee's Supervisor.

LM 566-A

CONFIDENTIAL

DEF02581

*Tivnan, Bill V.*

**Subject:**          George Kodah note to file- rejections

**Start:**            Thu 8/3/00 12:00 AM
**End:**              Fri 8/4/00 12:00 AM
**Show Time As:**     Free

**Recurrence:**       (none)

note to file:
I spoke with George tonight regarding 2 MO's that were rejected.
- The first one is MO # G860998, he made 10in wheels and made them wrong. the glass was backwards, he put the bushing on the wrong glass.(132 wheels)
- The next MO # was C184231, he made the wheels correctly but when he set them he used the wrong Teflon. The wheel size was 12 1/8 x .031 x 5/8, he used Teflon that had a 3/4 in hole. when he set them the hole on the Teflon was impressed in the wheel causing the to be raised 3/4 in around the hole. this order had to be rejected.

CONFIDENTIAL

Print Date 6/26/00

Bonded Abrasives
NORTON - ROUGH GRINDING

*PMS 6/23*

Page 1
WHS RMW
*DWS*

HITCHINER MFG CO
LITTLETON          NH

Manufacturing Order
Number  C184231

Start Date
8/04/00

Ship Date
8/11/00

*2 CHPL 8/2/00*

66253216726

C184231

*R*  16

*7/24*

*6.2*

Order Qty:     500     Mold Qty: *250* 500

xt GG Z36-TB50N
O# S58000 001 001
rod Cat
imensions/Description

Int GG 5SGZ36-TBNA-X3500
PO# 2018460E
EU 06
Wheel Type 01

2 X 1/8 X 5/8
REINFORCED
) SIDES

| peration Number/ Description | W/C#. Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|

03 SCHEDULE FOR MIX - DECON          PLN PRINT

     #  OF 2 MFG ORDERS
     250 WHEELS PER MO
     5SGZ36-TBNA0350
     1558      37.40
     9568      30.98
     2D521     31.62
     GW     2.69
     FW     2.69
     TOTAL MIX REQUIRED: 618.73

2 MIXES @ 315.55 EA SCR 14 14
1558     30    59.01   2D521    88.66
1558     36    59.01   LPR3     11.78
9568     36    48.88   FURF    511 CC
9568     46    48.88   CL40    316 CC
TOT ABR   215.78
FACTORS: .26 LPR3   15. FURF
              1.0 CL40

05 SCHEDULE FOR MOLDING - T18          PLN SCHED

     12-1/8 X    0.130 X 5/8

     MOLD SMOOTH SIDES
     MIX AGE- 6 HRS TO 4 DAYS
     1 - 12-1/16 X  5/8 3160HBP GLASS
     1 MIX =  1.237 LBS
     1 - 12-1/16 X  1-1/4 3160HBP GLASS
     1-A10 BUSHING
      MOLD PRESSURE = 7 TONS REF
     WT THICK RATIO = 9.52

BAKE STAMP
840 AL/TES/5ALX/FC6

CONFIDENTIAL

DEF02586

0 MIX COARSE  *TIME* *6:00AM*       MX1 TBTW  *2730  7/26*    *1*

0 MIX DISPENSER- 14 SCREEN          MX1 RSCRN  *2782 7/26*

0 MOLD #17 PRESS                    T18 17PRE  *7/27  60*

Print Date  7/25/00 · Bonded Abrasives          Page  1
                        NORTON - ROUGH GRINDING        WHS RMW

| | Manufacturing Order Number   G860998 | Start Date 8/07/00 | Ship Date 8/14/00 |
|---|---|---|---|






66253122816                                    G860998

Order Qty:    300    Mold Qty:  ~~303~~ 302

Ext GG 57A46-Q8BW              Int GG 57A46-Q8BW
SO#        001 001             PO#
Prod Cat                       EU 12
Dimensions/Description         Wheel Type 01

10 X 1/16 X 5/8
SMOOTH SIDES

| Operation Number/ Description | W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|

003 SCHEDULE FOR MIXING           PLN PRINT

    57A46/4-Q8BW                     1 MIXES @ 159.36 EA SCR 16 16
    2023    79.05                    2023   46 62.99  T21   33.39
    T21    20.95                     2023   60 62.99  LPR3   4.97
    GW    2.40                       TOT ABR  125.98  CL40  398 CC
    FW    2.40                       FACTORS: .22 LPR3 2.5 CL40
    TOTAL MIX REQD: 156.23(.020)

005 SCHEDULE FOR MOLDING - T18    PLN SCHED

    10-1/8 X   0.075 X 5/8           BAKE STAMP
                                     76* A/O/5EX
    MOLD SMOOTH SIDES
    MIX AGE- 4 HRS TO 24 HRS
    1 - 5-1/16 X  1-1/4 3321 GLASS
    1 MIX =  0.516 LBS
    1 - 4-1/16 X  5/8 3321 GLASS     CONFIDENTIAL
    1-A10 BUSHING
    WT THICK RATIO = 6.87

010 MIX COARSE  *TIME* 6:00AM     MX1 TBTW  2730  8/1  1

020 MIX DISPENSER- 16 SCREEN      MX1 RSCRN  E·m  8/2

080 MOLD #17 PRESS                T18 17PRE  2834  8/2  132

| | THICKNESS | TV | AV TK | ACT WGT | ACT WTT | TG TK | WGT RAT | RATE = 50.0 - HOURS = 6.06 |
|---|---|---|---|---|---|---|---|---|
| .074 | .072 | .074 | .075 | .001 | .074 | .516 | .697 .687 1.013 | 0713  8/2  170 |

DEF02588

KODUAH, GEORGE                    071862844    10800002      7.5

| | ID IN | Dept | OUT | ID IN | Dept | OUT | TOTALS | |
|---|---|---|---|---|---|---|---|---|
| Sun 08/20 | 927p | | 600a | | | | 8.00 | 8.00 |
| Mon 08/21 | 922p | | 600a | | | | 8.00 | 16.00 |
| Tue 08/22 | 926p | | 604a | | | | 8.00 | 24.00 |
| Wed 08/23 | 927p | | 603a | | | | 8.00 | 32.00 |
| Thu 08/24 932p | | | | | | | 2.50 | 34.50 |

CONFIDENTIAL

I spoke with George regarding tardies. I explained our policy to him. I also explained to him the importance of showing up on time. I told him that if this problem continues I will have to resort to Disciplinary actions.

Bill Turner
3rd Shift Supervisor
8/25/00

DEF02583



Print Date · 9/18/00

**Bonded Abrasives**
**NORTON - ROUGH GRINDING**

Page 1
WHS RMW

DIXIE INDUSTRIAL SUPPLY
BELMONT        NC

Manufacturing Order
Number  C189412

Start Date
9/21/00
9/25/00

Ship Date
10/13/00
10/2/00

66253149446

C189412

Order Qty:      25      Mold Qty:      27

Ext GG 57A46-M8BW
SO# S81263 001 001.
Prod Cat
Dimensions/Description

Int GG 57A46-M8BW
PO# 320670700
EU 12
Wheel Type 01

**FACE 100%**
**INSPECTED**
**1365**

10 X 1/8 X 3/4
SMOOTH SIDES

|  | OD | TK | ID |
|---|---|---|---|
| UPPER LIMIT | 10.312(+5/16) | 0.140(+0.010) | +0.010 |
| LOWER LIMIT | 9.875(-1/8) | 0.120(-0.010) | +0.002 |
| SOURCE | EUSE-518 | 0000-712 | 0000-534 |

MOLD ON T18

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|
| 003 SCHEDULE FOR MIXING    PLN PRINT | | | | | | | |

```
    57A46/4-M8BW
    2023      86.06
    T30       13.94
    GW         2.20
    FW         2.20
    TOTAL MIX REQD: 22.10(.020)
```

```
     1 MIXES @  23.10 EA SCR 16 T6
    2023    46    9.94 T30    3.22
    2023    60    9.94 LPR3   0.55
    TOT ABR    19.88 CL40  35 CC
    FACTORS: .17 LPR3  1.5 CL40
```

**CONFIDENTIAL**

| WT. | AT | WTR |
|---|---|---|
| 1996 | .130 | 6.12 |
| .995 | .130 | 6.11 |

**NOT IN COM CAM**
**BOND BATCH #    293**
**TIME MIXED        ↳44 p**

DEF02592

842  9  20#23    76 1

C1B9412

Order Qty:    25      Mold Qty:    27      CONFIDENTIAL

| Operation Number/<br>Description | W/C# | Mach# | Clock# | Actual<br>Date | Qty<br>Good | Qty<br>Bad | Scrap<br>Code |
|---|---|---|---|---|---|---|---|
| 005 SCHEDULE FOR MOLDING - T18 | PLN | SCHED | | | | | |

    10-1/8 X    0.130 X 3/4

                              BAKE STAMP
                              76* A/O/5EX

    MOLD SMOOTH SIDES
    MIX AGE- 4 HRS TO 24 HRS
    1 --5-1/16 X  3/4 184 GLASS
    1 MIX = 0 (818) LBS
    1 - 4-1/16 X  3/4 184 GLASS
    WT THICK RATIO = 6.30

| 010 MIX COARSE *TIME* _144 p_ | M05 | M05 | 2382  9/19 | 1 | | | |
| 020 MIX DISPENSER- 16 SCREEN | MX1 | RSCRN | 2382  9/19 | | | | |

| 080 MOLD #17 PRESS | T18 | 17PRE | 2834  9/20  27 | | | | |

| THICKNESS | | | TV | AV TK | ACT WGT | ACT WTT | TG TK | WGT RAT | GOAL = 50.0 - HOURS = 0.54 |
|---|---|---|---|---|---|---|---|---|---|
| 130 | 130 | 129 | 001 | 130 | 818 | 6.29 | 6.30 | 998 | |

| 100 SEE BAKE STAMP FOR 76* BAKE | 76 | OVEN | | | | | DEF02593 |

    GRID #  B 19      QTY  27
    GRID #            QTY

| 110 STRIPPING THIN | TNS | STRTN | 8232  9-27  27 | | | | |

| 120 IN PROCESS-WT/TK(6.19-6.57) | C02 | INSTN | 905  9/22  26 | 1 | 1F | | |

                                GOAL = 3000 - HOURS = 0.01
| 130 REAM DRILL PRESS | C02 | ALLNT | 8648  9/28  26  10 | | | | |

                                GOAL = 1935 - HOURS = 0.01
| 140 FACE DSG CT1012 | C02 | DBLTN | 914  9-28  26 | | | | |

| 150 AIR CLEAN | C02 | AIR | 914  9-28  26 | | | | |

                                GOAL = 6400 - HOURS = 0.00
| 160 MARK PRESS   (MANUAL) | C02 | MARKM | 2635  9/28  26 | | | | |

Print Date  9/18/00              Bonded Abrasives                    Page   2
                            NORTON - ROUGH GRINDING                  WHS RMW

| DIXIE INDUSTRIAL SUPPLY BELMONT          NC | Manufacturing Order Number  C189412 | Start Date 9/21/00 | Ship Date 10/13/00 |
|---|---|---|---|

  66253149446            C189412

Order Qty:      25      Mold Qty:      27

                                              GOAL =   1695 - HOURS = 0.01
170  SPEED TEST                  C02 SPG&B   8772   9-29   26   _____   _____

     TEST AT REV :5730                         GOAL =   311 - HOURS = 0.08
     MAX OP SPEED :4585                        TESTED :  5730

180  INSPECT-FINAL  (27 SP MAX)  C02 FITN   1365   9-27   26   1   1F

     CRITICAL  MAJOR_A  MAJOR_B  MINOR        GOAL =   1500 - HOURS = 0.02
     ALL/0    5/0      5/0      5/0          C02 OUTTN  8636   9/29   25   _____   _____
900  PACK - 910                   .

                                              GOAL = . 1250 - HOURS = 0.02
                                             253   9/29   _____   _____

M O S: 4585
   PS-PREPACK 25 PER CARTON AS NONREINFORCED PRODUCT


                            END  OF  ORDER

                                                    ( 1 - 25 )

                         CONFIDENTIAL            


                              SEP 28 2000
                         Clock#_____        SEP 28 2000
                                               Clock#_____

                                            DEF02594

CONFIDENTIAL

**Tivnan, Bill V.**

| | |
|---|---|
| Subject: | George Koduah note to file |
| Start: | Wed 1/31/01 12:00 AM |
| End: | Thu 2/1/01 12:00 AM |
| Show Time As: | Free |
| Recurrence: | (none) |

This note will be placed in George's File. George made 27 wheels on the 16 press. The wheel size was 10 x 1/8 x 3/4. The MO called for:
1- 5-1/16 x 3/4 184 glass
1-mix = .818 lbs.
1-4-1/16 x 3/4 184 glass
 I received a complaint letter from the customer, along with a broken wheel with George's mold symbol on the wheel.
This wheel that was returned to us was missing all of the glass that was required on the manufacturing order.
I spoke with George about this matter, he laughed and said it was not his fault. He said sometimes everyone makes mistakes.
I had him sing a copy of the complaint which I have enclosed with this note. Explained to him the importance of follow-wing engineering procedures and customers requests. I explained to him that a note would be placed in his file. I also informed him that this behavior and quality will not be permitted.

DEF02589

1

CONFIDENTIAL

Page 1 of 2

**Complaint Number:** 606806
**Complaint Status:** Open & Goods Received
**CFR Status:** None

 JAN 25 2001

*305*

| Location: NORTON - USA | Type: MFG. QUALITY | |
|---|---|---|
| Date Created: | 01/18/01 | Date Initiated: | 01/18/01 |
| Date Closed: | mm/dd/yy | Date Received: | 01/24/01 |
| Last Maintained Date: | 01/24/01 | Date Responded: | mm/dd/yy |
| Created by: | PETE GENTILE | Last Modified by: | CALVIN BERGSTROM |

**► Customer Information:**

| | Number | Name | City | State |
|---|---|---|---|---|
| Bill To: | 712484 | DIXIE INDUSTRIAL SUPPLY | BELMONT | NC |
| Ship-To: | 712484 | DIXIE INDUSTRIAL SUPPLY | BELMONT | NC |
| Ordered By: | 712484 | DIXIE INDUSTRIAL SUPPLY | BELMONT | NC |

| Invoice # 1: 20633455 | Invoice Date: 12/04/00 | |
| Invoice # 2: | Invoice Date: mm/dd/yy | |
| Invoice # 3: | Invoice Date: mm/dd/yy | |
| Mfg Order Number: | Sales Order Number: | S97546 |

**► Product/Process Information:**

| UPC Part Number: | 66253149446 | First or Test: | |
| Saw product in use: | Y | Refered to Product Engg.: | Y |
| Dimensions: 10 X 1/8 X 3/4 | Description: 10 X 1/8 X 3/4 57A 46 M | Specification: | 57A 46 M 8 BW |
| Jumbo Serial#: | Belt Code: | Patch: | |
| End Use: 12 | | | |
| Site Responsible: | | Dept. Responsible: | |
| Mfg. Process Responsible: | | Cause Code: | |
| Justification Code: | | Failure Code: | GRADE |

**► Credit Information:**

| Action Requested: | REQUEST EVAL. & REPORT | Credit Reason Code: | |
| Credit Amt Requested: | 472.99 | Credit Amt Issued: | 0.00 |
| Quantity for Credit: | 29 | Quantity for Replacement: | 0 |
| Replacement Value: | 0.00 | | |
| Credit Doc# 1: | | Date: | mm/dd/yy |
| Credit Doc# 2: | | Date: | mm/dd/yy |
| Credit Doc# 3: | | Date: | mm/dd/yy |

**► Return Information:**

DEF02590

01/24/2001

Send Samples To: Saint-Gobain Abrasives, 1 New Bond Street, Plant 4 - Receiving, Worcester, MA 01615, USA

| Qty Shipped: | 29 | Qty Used: | 29 | Qty Defective: | 29 |
| Qty Returned: | 0 | Date Returned: | mm/dd/yy | | |

► Received Information:

| Qty Received: | 2 | Received Via: | UPS | Received Loc #: | 305 |
| Date Received: | 01/24/01 | | | | |

► Problem Description:

CUSTOMER HAS USED THIS PRODUCT FOR A NUMBER OF YEARS WITHOUT A PROBLEM. I SAW THIS CUT OFF WHEEL BEING RUN AND IT WON'T CUT WITHOUT BEING DRESSED AFTER EVERY CUT. IT RUNS AND ACTS TO HARD. IT IS ALSO BURNING THE PART AND GETTING CAUGHT IN THE CUT.

► Routing Information:

CONFIDENTIAL

Territory #:    71F

| | Name | Email Flag | Tel # |
| Salesperson: | Gentile, Pete M | Y | 3362861410 |
| QSR: | Alan Soderstrom | N | |
| RPE: | Vincent, J Bert | Y | |
| Email id of Person 1: | | N | |
| Email id of Person 2: | | N | |

DEF02591

CONFIDENTIAL

**Tivnan, Bill V.**

| | |
|---|---|
| From: | Ruiz, Kially M. |
| Sent: | Thursday, January 11, 2001 1:23 PM |
| To: | Tivnan, Bill V. |
| Subject: | Issues with 3rd shift |

Bill,

Rick Bouchard came by with a wheel that was supposed to be .400 " thick but was .500"+.
This wheel was made back on 12/19 by Joe Pepi. There are at least 80 rejects out of 1000 wheels in this order.  Please find out why Pepi made them too thick.  This is ridiculous, it shouldn't have happened.  I recommend putting a note to file. I will leave a copy of the work order and a sample wheel on my desk.

Also,  Frank Hanson, our safety coordinator,  showed me a stack of wheels made by George Koduah that was unsafe.  It seems that George puts the stack on a skid so the distributor can pick them up using chains.  The problem is that he forgets to put a 20 inch batt on the bottom to prevent the stack from tipping over.  If the bottom batt is too small, the whole stack is unstable.

*Spoke with George about this he said he understood —*

*Bill Tivnan*

DEF02584

1

Print Date  4/20/01          Bonded Abrasives                    Page  1
                         NORTON - ROUGH GRINDING                  WHS RMW

| PRECISION CAST PARTS PORTLAND    OR | Manufacturing Order Number  C202392 | Start Date 4/23/01 | Ship Date 5/16/01 |

5/7/01

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖    66253100317              ‖‖‖‖‖‖‖‖‖‖‖  C202392

Order Qty:     200      Mold Qty:   ~~202~~  204 DN 5/7/01

Ext GG 4NZ36-VB65N           Int GG 4NZ36-VB65N
SO# T38105 003 001           PO# P1026372
Prod Cat                     EU 06
Dimensions/Description       Wheel Type 01

HORZON
10 X .100 X 1
REINFORCED
2 SIDES
FACE NOT TRUED
HOLE STEEL BUSHED

|              | OD             | TK             | ID      | TV    |
|--------------|----------------|----------------|---------|-------|
| UPPER LIMIT  | 10.281(+9/32)  | 0.110(+0.010)  | +0.010  | .015  |
| LOWER LIMIT  | 9.875(-1/8)    | 0.080(-0.020)  | +0.002  |       |
| SOURCE       | EUSE-518       | 0000-706       | 0000-534 |      |

HOLD ON TOP   T15  HW 4/24/01

Operation Number/
Description            W/C# Mach# Clock#  Actual   Qty    Qty    Scrap
                                          Date     Good   Bad    Code

03 SCHEDULE FOR MIXING        PLN PRINT

  4NZ36-VB65N                   1 MIXES @ 158.96 EA SCR 14 14
  1548      36.08               1548    30   57.35   4D406  49.73
  1230      30.59               1230    36   24.31   LPR3    3.73
  4D406     33.33               1230    46   24.31   FURF   245 CC
  GW    3.09                    TOT ABR   105.97   CL40   207 CC
  FW    3.09                    FACTORS: .23 LPR3  20. FURF
  TOTAL MIX REQD: 144.51(.100)           1.3 CL40

CONFIDENTIAL

Spoke to George
and Dennis, told them
these weren't sign off.
this must be done.
B.T.

DEF02863

C202392

Order Qty:    200    Mold Qty:    202

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|

005 SCHEDULE FOR MOLDING - TCP    PLN SCHED

   10-1/8 X   0.100 X 1
   SPEC - 4NZ36-VB65N

   MOLD R SIDES
   MIX AGE- 4 HRS TO 24 HRS
   1 - 10-1/16 X  1 184MBP GLASS
   1 MIX =  0.715 LBS
   1 - 10-1/16 X  2-1/16 184MBP GLASS
   1-A5 BUSHING
    MIN. MOLD PRESSURE =  239 TONS REF
   WT THICK RATIO = 7.15 LBS/IN

BAKE STAMP
309* RAL/TES/5ALX/FC6

CONFIDENTIAL

010 MIX COARSE  *TIME* 2:50AM        MX1 TBTW   218   5-2   1

015 MIX DISPENSER- 14 SCREEN         MX1 RSCRN  2976  5-7

  -02

080 MOLD TCOP  15 PLUS               15PLUS
                                     TCP TCOP

| TK 0.100 +/-.004 | TV 0.004 | WT/TK 7.01- 7.30 | GOAL = 90.0 - HOURS = 2.24 |
|---|---|---|---|
| 1 | 100 - 103 | 0.003 | |
| 41 | 102 - 100 | 0.002 | |
| 81 | 100 - 102 | 0.002 | |
| 121 | | | |
| 161 | | | |
| 201 | | | |

090 SEE BAKE STAMP FOR 309* BAKE  309 OVEN

   GRID # _____           QTY _____    CLAMPED BY _____
   GRID # _____           QTY _____
110 STRIPPING THIN                   TNS STRTN

120 IN PROCESS GRADER                C02 INPTN

130 REAM DRILL PRESS                 C02 ALDP1    GOAL =   3000 - HOURS = 0.07

                                     GOAL =   1935 - HOURS = 0.10

Ship Date 5/16/01

**DEF02864**

Print Date 1/29/02

Bonded Abrasives
SAINT GOBAIN ABRASIVES, INC.

Page 1
WHS RMW

| KAYDON CORP | | Manufacturing Order | Start Date | Ship Date |
| BALTIMORE          MD | | Number  C217462 | 1/25/02 | 2/19/02 |

2/11/02

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖   66253014123

‖‖‖‖‖‖‖‖‖‖‖‖   C217462

Order Qty:      60      Mold Qty:   ~~63~~  65  99 2/20/02

16 PRESS
16 PRESS

Ext GG 57A36-P4R55
SO# U09754 002 001
Prod Cat
Dimensions/Description

3 X 1/8 X 1-1/4
2 SIDES

TEST NOQ=150 PER CINDY PUTNAM
Int GG 57A361-P4R55
PO# S2278844
EU 12
Wheel Type 01

|  | OD | TK | ID | TV |
| UPPER LIMIT | 8.312 (+5/16) | 0.140 (+0.010) | +0.010 | .010 |
| LOWER LIMIT | 7.875 (-1/8) | 0.120 (-0.010) | +0.002 | |
| SOURCE | EUSE-518 | 0000-712 | 0000-534 | |

a severe burn is the wrong way to learn.
MOLD ON P12  T16 Bm 1/30

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |

03 SCHEDULE FOR MIXING          PLN PPC

| 57A36/1-P4R55 | KNEADER MIX FC | | | | | |
| KM | 86.01 | 2047 | 92.72 | 1 MIXES @ | 38.91 EA SCR |
| R203 | 13.99 | DPRH | 4.85 | | R203 | 5.44 |
| | | SUL | 2.43 | FACTORS: .86 KM | KM | 33.47 |
| GW | 2.77 | | | | | |
| FW | 2.77 | | | | | |
| TOTAL MIX REQD: 37.91(.000) | | | | | | |

2/22

CONFIDENTIAL

DEF02865

C217462

Order Qty:        60        Mold Qty:        63

| Operation Number/ Description | W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|

005 SCHEDULE FOR MOLDING - T12        PLN PPC

   8-1/8 X   0.130 X 1-3/16
   SPEC - 57A36/1-P4R55

   MOLD R SIDES
   MIX AGE: 0 HRS TO 21 DAYS
   1 - 8 X - 1-3/16 #15PAPER
   1 MIX = 0.602 LBS
   1 - 8 X - 1-3/16 #15PAPER
   WT THICK RATIO = 4.63 LBS/IN

BAKE STAMP
78H* A/O/5BX/2A

*this used to be a hood –
put over the wheels - we don't do it
any more. Larry 1/2/25/02*

010 KNEADER        R50 P8104   *100   130   1*

020 MIX RUBBER     R50 P8105   *1107   1/31   1*

080 MOLD 12 PRESS   *16*   *J16 P8115   9002 2/12   53*
      ~~T12 P8117~~
      *Kim 1/30*        GOAL = 50.0 - HOURS = 1.26

      *2834   2/22   12*

| | AVE TK | TV |
|---|---|---|
| | 0.130 | 0.005 |
| | +/- .005 | |
| 1 | .125   .128 | .003 |
| 21 | .127   .130 | .003 |
| 41 | .130 - .129 | .001 |
| 61 | .128 - .130 | over |

*George Kodwah.*

CONFIDENTIAL

00 SEE BAKE STAMP FOR 78H* BAKE     78  P8502

GRID # _____   QTY _____
GRID # _____   QTY _____

10 STRIPPING THIN        TNS P8201   _____

20 IN PROCESS-WT/TK(4.49-4.77)   C02 P8202   _____

30 REAM DRILL PRESS       C02 P8204   GOAL =   3000 - HOURS = 0.02

40 FACE DSG CT6          C02 P8206   GOAL =   1935 - HOURS = 0.03

DEF02866

SAINT-GOBAIN ABRASIVES, INC.



| EASTMAN KODAK CO ROCHESTER NY | Manufacturing Order Number C218802 | Start Date 2/20/02 | Ship Date 3/13/02 |
|---|---|---|---|

66252943053                                    C218802

Order Qty:     25      Mold Qty:    27

TEST
TEST

Ext GG 23A601-NB25            Int GG 23A601-NB25            **16 PRESS**
SO# U15797 001 001            PO# 34994
Prod Cat                      EU 12
Dimensions/Description        Wheel Type 01

7 X 1/16 X 1-1/4                                          2/2/
R SIDES

|  | OD | TK | ID | TV |
|---|---|---|---|---|
| UPPER LIMIT | 7.312 (+5/16) | 0.082 (+0.007) | +0.010 | .006 |
| LOWER LIMIT | 6.875 (-1/8) | 0.068 (-0.007) | +0.002 |  |
| SOURCE | EUSE-518 | 0000-712 | 0000-534 |  |

Watch your footing in the snow and ice
MOLD ON T16

| Operation Number/ Description |  | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|---|

003 SCHEDULE FOR MIXING            PLN PPC

23A60/1-NB25
| 2023 | 43.65 |
| 4248 | 29.10 |
| 4T399 | 27.25 |
| GW | 2.50 |
| FW | 2.50 |

**CONFIDENTIAL**

TOTAL MIX REQD: 6.70(.010)

| 1 MIXES @ | 7.70 EA SCR 24 24 |
| 2023 | 60 | 3.36 4T399 | 1.93 |
| 4248 | 60 | 2.24 LPR3 | 0.20 |
| TOT ABR | 5.60 CL40 | 8 CC |
| FACTORS: .19 LPR3 | 1.0 CL40 |

NOT IN COM CAM
BOND BATCH # 299

I spoke to
George about this
order, he said it was
placed on a decored grid
that's why he didn't make
the grid. I was going
to get taanfual
B.T. 2/23/02    2/22

DEF02867

C218802

Order Qty:      25      Mold Qty:      27

Operation Number/
Description                     W/C# Mach# Clock# Actual   Qty    Qty    Scrap
                                                    Date    Good   Bad    Code

005 SCHEDULE FOR MOLDING - T16      PLN PPC

      7-1/8 X   0.075 X 1
      SPEC - 23A60/1-NB25                     BAKE STAMP
                                              78* A/O/5EX
      MOLD R SIDES
      MIX AGE- 12 HRS TO 48 HRS
      1 MIX = 112.63 GMS = 248                        CONFIDENTIAL
        MOLD PRESSURE =   90 TONS REF+/-    10
      WT THICK RATIO = 1501.68 GM/IN

010 MIX COARSE *TIME* 3:20 Am       M05 P8103 1025   2-21   1

                                    MIX DISPENSER 1025

080 MOLD 16 PRESS                   T16 P8115 2884  2/22   30

      | AVE TK   | TV    |          GOAL = 40.0 - HOURS = 0.68
      | 0.075    | 0.003 |
      | +/-.003  |       |
    1 | 075 - 073 | .002 |
   21 | 074 - 071 | .002 |
100 SEE BAKE STAMP FOR 78* BAKE     78 P8502   George Kadiuah.    DEF02868

    GRID # _____ QTY _____
    GRID # _____ QTY _____
10 STRIPPING THIN                   TNS P8201

20 IN PROCESS-WT/TK(3.11-3.51)      C02 P8202

30 REAM DRILL PRESS                 C02 P8204  GOAL =   3000 - HOURS = 0.01

0 FACE DSG CT6                      C02 P8206  GOAL =   1935 - HOURS = 0.01

0 AIR CLEAN                         C02 P8222

0 MARK PRESS   (MANUAL)             C02 P8231  GOAL =   2800 - HOURS = 0.01

0 SPEED TEST                        C02 P8208  GOAL =   1695 - HOURS = 0.01

ASTMAN KODAK CO
OCHESTER    NY            | Manufacturing Order | Start Date | Ship Date |
                          | Number  C218802     | 2/20/02    | 3/13/02   |

SAINT GOBAIN ABRASIVES, INC.  WHS RMW

| Manufacturing Order Number: G238764 | Start Date 3/08/02 | Ship Date 4/01/02 |
|---|---|---|

66253017771

G238764

Order Qty:     500        Mold Qty:  ~~505~~ 507 *184 3/7/02*

**16 PRESS**

Ext GG CHARGER LONG LIFE CUT OFF        Int GG 4NZ364-YB65N
SO#        001 001                       PO#
Prod Cat                                 EU 06
Dimensions/Description                   Wheel Type 01

*10-6 3/7*

CHARGER LONG LIFE CUT-OFF
8 X 1/16 X 5/8
REINFORCED
D SIDES

*(Face-21)*

**R**

|  | OD | TK | ID | TV |
|---|---|---|---|---|
| UPPER LIMIT | 8.281(+9/32) | 0.092(+0.017) | +0.010 | .01 |
| LOWER LIMIT | 7.875(-1/8) | 0.068(-0.007) | +0.002 | |
| SOURCE | EUSE-518 | 0000-706 | 0000-534 | |

Prevent back injuries.  Bend your knees not your back

**DEF02869**

MOLD ON TCP *776 Jim 3/1*

| Operation Number/ Description | | W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|

003 SCHEDULE FOR MIXING           PLN PPC

4NZ36/4-YB65N
1548     35.33
1230     29.95
2D436    34.72
GW        3.03
FW        3.03
TOTAL MIX REQD: 157.34(.100)
MIXER UTILIZATION: 57 PCT

**CONFIDENTIAL**

1 MIXES @ 173.07 EA SCR 14  14
1548    30   61.15   2D436   54.34
1230    36   25.92   LPR3     6.09
1230    46   25.92   FURF   262 CC
TOT ABR  112.99    CL40   173 CC
FACTORS: .26 LPR3   15 FURF
         1.0 CL40

*Bill we are having a big Problem with the holes at the Reaming Station Could you check Georges arbors he should have carbide or new steel thanks Jeff*

*I spoke with George. Both of his arbors were worn & cracked then Replaced with new Carbide 3/13/02*

'22 3 10# 8 309