G238764

Order Qty:      500        Mold Qty:    505                          **DEF02870**

| Operation Number/<br>Description | W/C# Mach# Clock# | Actual<br>Date | Qty<br>Good | Qty<br>Bad | Scrap<br>Code |
|---|---|---|---|---|---|

005 SCHEDULE FOR MOLDING - TCP      PLN PPC

   8-1/8 X    0.075 X 5/8
   SPEC - 4NZ36/4-YB65N                      BAKE STAMP
                                309* AL/TES/2ALX/FC6

   MOLD R SIDES
   MIX AGE- 4 HRS TO 24 HRS
   1 - 8-1/16 X   11/16 184MBP GLASS
   1 MIX =  0.312 LBS
   1 - 8-1/16 X  1-1/4 184MBP GLASS
   1-A10 BUSHING
   MIN. MOLD PRESSURE =  155 TONS REF
   WT THICK RATIO = 4.15 LBS/IN

010 MIX COARSE   *TIME* 9:40AM       MX1 P8102  1/08  3-6  1

080 MOLD  TCOP                         MIX DISPENSER  11/8  3.7
                       TCP P8118  1087  3/4  227
                              GOAL = 900   HOURS = 5.61
                              1031  3/7  280

| | AVE TK<br>0.075<br>+/- .003 | TV<br>0.003 | WT/TK<br>4.07-<br>4.24 |
|---|---|---|---|
| 1 | 77 - 75 | .002 | 4.09 |
| 61 | 74 - 76 | .002 | 4.09 |
| 121 | 75 - 76 | .041 | 4.15 |
| 181 | 77 - 75 | .002 | 4.15 |
| 241 | .074 | .001 | 4.20 |
| 301 | .075 | .002 | 4.15 |
| 361 | .075 | .002 | 4.15 |
| 421 | .074 | .002 | 4.10 |
| 481 | .076 | .03 | 4.19 |

.00 SEE BAKE STAMP FOR 309* BAKE   309 P8502

  GRID # P 4        QTY 227+280          CLAMPED BY 2102
  GRID # _____     QTY _____
10 STRIPPING THIN           TNS P8201  2047  3/11   507

CONFIDENTIAL

20 IN PROCESS GRADER        C02 P8202  2044  3-12  507

30 REAM DRILL PRESS         C02 P8204    GOAL =   3000   HOURS = 0.17

Page   2
WHS RMW

| Manufacturing Order<br>Number G238764 | Start Date<br>3/08/02 | Ship Date<br>4/01/02 |
|---|---|---|

## Note to File

On Tuesday, 1/13/04, I spoke to George Koduah about his quality. George molded an order of 7 x 1/16 x ½ cutoff wheels, C258713, on 1/10. The manufacturing order called for a ½" hole to be molded in. George molded the order, 155 wheels, with a 1" hole. This caused a total rejection. I told George that this was unacceptable and that he must pay attention to detail. I also told George that a future manufacturing problem, on his part, could result in a written reminder.

Joe Martini
1/13/03

CONFIDENTIAL

DEF02871

SAINT-GOBAIN ABRASIVES, INC.

| D C EAST PLAINFIELD IN | Manufacturing Order Number C258713 | Start Date 1/13/04 | Ship Date 1/21/04 |
|---|---|---|---|



6625292267²

155

16 PRESS

C258713

16 PRESS

Order Qty:    150      Mold Qty:    ~~152~~

Ext GG 57A60-08B                     Int GG 57A60-08B
SO# V98967 001 001                   PO# 0176699
Prod Cat                             EU 12
Dimensions/Description               Wheel Type 01

7 X 1/16 X 1/2
SMOOTH SIDES

1/9

2

6

|  | OD | TK | ID | TV |
|---|---|---|---|---|
| UPPER LIMIT | 7.312 (+5/16) | 0.082 (+0.007) | +0.010 | .006 |
| LOWER LIMIT | 6.875 (-1/8) | 0.068 (-0.007) | +0.002 | |
| SOURCE | EUSE-518 | 0000-712 | 0000-534 | |

It pays to be safe
MOLD ON T16 Prod Class: 27 - AION V9

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|

003 SCHEDULE FOR MIXING          PLN PPC

57A60/2-08B                    1 MIXES @  39.41 EA SCR 24 24
2023      81.18                 2023    60   10.66 T21     7.42
T21       18.82                 2023    70   10.66 LPR3    1.05
GW        2.34                  2023    80   10.66 CL40   79 CC
FW        2.34                  TOT ABR      31.98
TOTAL MIX REQD: 38.41(.020)    FACTORS: .21 LPR3  2.0 CL40
                               BOND BATCH NO  08976

35

009  1  10 #35     35

CONFIDENTIAL

DEF02872

C258713

Order Qty:    150        Mold Qty:    ~~152~~ 155

| Operation Number/ Description | W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|

005 SCHEDULE FOR MOLDING - T16    PLN PPC

    7-1/8 X 0.075 X 1/2
    SPEC - 57A60/2-O8B

    BAKE WITHIN 12 HOUR OF MOLDING
    BAKE STAMP
    76* A/O/5EX

    MOLD SMOOTH SIDES
    MIX AGE- 4 HRS TO 24 HRS
    1 MIX = 0.253 LBS
    WT THICK RATIO = 3.37 LBS/IN

CONFIDENTIAL

010 MIX COARSE  *TIME* 12 31am    MX1 P8102   1088   1/9/04   1

080 MOLD 16 PRESS    T16 P8115    MIX DISPENSER   155

| | AVE TK 0.075 +/-.003 | TV 0.003 |
|---|---|---|
| 1 | .075 | .002 |
| 41 | .074 | .002 |
| 81 | .074 | .002 |
| 121 | .075 | .003 |

8188-87   1/10   155

LAST WHEEL MOLDED:
TIME 7.50 AM/PM and DATE 1/10/04
GOAL = 40.0 - HOURS = 3.80

000 SEE BAKE STAMP FOR 76* BAKE    76 P8502

    GRID #  H7    QTY  155
    GRID # _____   QTY _____
    INTO BAKE _____   DATE _____

0 STRIPPING THIN    TNS P8201   2134   1-13   155

0 IN PROCESS-WT/TK(3.17-3.57)    C02 P8202   GOAL = 527 - HOURS = 0.29

0 REAM DRILL PRESS    C02 P8204   GOAL = 3000 - HOURS = 0.05

0 FACE DSG CT6    C02 P8206   GOAL = 1935 - HOURS = 0.08

    AIR CLEAN    C02 P8222

    MARK PRESS  (MANUAL)    C02 P8231   GOAL = 2800 - HOURS = 0.05

C EAST
PLAINFIELD        IN

SAINT-GOBAIN ABRASIVES, INC.

DEF02873

Manufactur...

# Note to File

On Friday, 6/11/04, I spoke with George Koduah about his shop vue reporting. His reporting has been poor. George sometimes forgets to close out orders when he should. Also, he sometimes opens them and closes them right away. George also has gaps of missing time. I explained to George that this creates problems with our reports and performance. His poor reporting has led to a lower percentage than he should have, which has lowered the overall percentage for the mixing department. I explained to George how he should report and that he should get help if he has any problems.

**Joe Martini**
**6/11/04**

CONFIDENTIAL

DEF02874



# NORTON CO.

1 NEW BOND ST.
WORCESTER, MA. 01606

P 9131155 : UPS CODE 009131559

USTA36/4-PB25N
MIX VS        36  1  108.72

| | | | | |
|---|---|---|---|---|
| 1230 | 36 | 40.44 | 47368 | |
| 1230 | 46 | 40.44 | 18 | LPR3 |
| TOTAL | | 80.88 | 100% CL40 | 108 CC |

S E T U P   I N F O R M A T I O N
GW   2.660
FW   2.660

10-1/8 X .075 X 5/8
5-1/16 3321 GL
4-1/16  3 321 G
R-SIDES
MOLD TOL THK +.003 -.003 T.V. .003
MOLD PRESSURE 240+-30    TONS
78W-A/BB/X

GRID#           QTY.
GRID#           QTY.

100/220 TXN DATA
END USE AND WAIVER RECORD
12 NON-REINFORCED CUTOFF 810511

STATISTICAL
PROCESS
CONTROL

** PROMPT **

| SEQ. NO. | OPERATION NAME | CLOCK NO. | DATE | QUAN. GOOD |
|---|---|---|---|---|
| 01 064 991 | MIX COARSE | | | |
| 02 016BC | MOLD818 PRESS | 359 | | |
| 03 0564 | | | | |
| 04 0367 | INTO BAKE | | | |
| 05 0975D | STRIP BOXOVEN | | | |
| 06 1521A | IN PROC GRD | 1/64 | | |
| 07 0337 | REAM DRILL PR | | | |
| 08 0226 | FACE DSG | | | |
| 09 1341 | AIR CLEAN | | | |
| 10 0114B | MARK PRESS | | | |
| 11 0974A | SPDTST 714RSL | | | |
| | INSPECT SM | | | |
| 12 020ZF | PREPACK ONLY | | | |

PRESS #
PRESSURE
MIX QUALITY
THICKNESS
CLAMPED BY    BY    TIME    DATE
SCALE SET
COMMENTS

CONFIDENTIAL

DEF02960

NORTON CUSTOMER SALE *** DATE SHIPP'D ***
WORK ORDER NO.          P 9131155
155-166
155-166
1219-60

NEW PENN ( )

F857943
MARNIE INC
POLIG: T AIRPARK
MALTI: 2 ROAD BAY C
EAST:'N P3 21750

OYO
CTR INN SPLY
LST RD
HAMPTON PA 18966

MFG. SCHEDULE          PRDMPT
HFG CAT C18
TO PLT 1L/ 7
MIX 12/19
MOLD 12/20

G6TTAA  W=0.503
10-1/2 X .075 X 5/8
STRIP. 12/22
TRU:OUT  L/ 2

PAL  PAL  PAL
NO TA PRINTED
PACK & SHIP ONLY

1059767

F956E20
SCRIP/NON
10 X 1/16 X 5/8
.SIDES R

01 K11B0488-0
M 4 EMP

JW PRODUCT CODE
P. 9131155

155-166 TOTAL INST

USTA364-PB25N

NORTON
'E'.TYPE  63J  7/78  12/13-A
5E  TERM  I DATE TYPED  12/13/99
T520
T520
5.70
01 K11B0488-0

EXHIBIT

EXHIBIT

CONFIDENTIAL

NORTON COMPANY
*Written Reminder*

Date: _4-8-92_

Name: _David J. Aubin_ Dept.: _1182_      Clock No.: _0175_

You are being given this written reminder for the following reason(s):

_Poor Attendance_

Any further violations of Company Policy/Procedures will be cause for a written warning.

_____
Foreman (Supervisor)

x _____
Employee

Noted: _____
Supt./Dept. Head

This written reminder will be retained by the Employee's Supervisor.          LM 566-A

DEF02736

ABO1 ***MORE INFO ON CLOCK NUMBER*** NORTON SHOP TALK SYSTEM PAGE: 1

DATE: 03/31/92    A B S E N C E    H I S T O R Y    L I S T    TIME: 09:35:43

(MMDDYY)

CLOCK NUMBER: 0175    SEARCH DATE: 010192    ABSENCE CODE: ____

EMPLOYEE NAME: DAVID J AUBIN    DEPT. NUMBER: 1182

| ABSENCE DATE | ABSENCE1 CODE | HRS | ABSENCE2 CODE | HRS | ABSENCE3 CODE | HRS | USER INIT | CLOCK NO. |
|---|---|---|---|---|---|---|---|---|
| 92-01-01 | HOL | 8.0 | | | | | BTCH | |
| 92-01-02 | PB | .0 | | | | | LJT | |
| 92-01-06 | LE | .5 | | | | | CEL | |
| 92-01-10 | LE | 1.1 | | | | | CEL | |
| 92-01-13 | PA | .0 | | | | | LDB | |
| 92-01-14 | PA | .0 | | | | | LJT | |
| 92-01-15 | PA | .0 | | | | | LJT | |
| 92-01-16 | PA | .0 | | | | | LJT | |
| 92-01-17 | PA | .0 | | | | | LJT | |
| 92-01-20 | DT | 3.0 | | | | | SSH | |
| 92-01-27 | DT | 3.0 | | | | | SSH | |
| 92-02-10 | PS | .0 | | | | | MJT | |

*1* [handwritten]
*2} DOMESTIC Problems* [handwritten]
*3* [handwritten]

PFK1/13=NEXT PAGE    PFK2/14=PREV PAGE    PFK3/15=RETURN    PFK8/20=NEXT CLK

ABO1    N O R T O N    S H O P    T A L K    S Y S T E M    PAGE: 2

DATE: 03/31/92    A B S E N C E    H I S T O R Y    L I S T    TIME: 09:35:55

(MMDDYY)

CLOCK NUMBER: 0175    SEARCH DATE: 010192    ABSENCE CODE: ____

EMPLOYEE NAME: DAVID J AUBIN    DEPT. NUMBER: 1182

| ABSENCE DATE | ABSENCE1 CODE | HRS | ABSENCE2 CODE | HRS | ABSENCE3 CODE | HRS | USER INIT | CLOCK NO. |
|---|---|---|---|---|---|---|---|---|
| 92-02-14 | LE | .5 | | | | | LJT | |
| 92-02-17 | HOL | 8.0 | | | | | BTCH | |
| 92-02-24 | DT | 1.5 | | | | | SSH | |
| 92-03-02 | DT | 1.5 | | | | | SSH | |
| 92-03-03 | PB | .0 | | | | | CEL | |
| 92-03-13 | PA | .0 | | | | | LJT | |
| 92-03-23 | PS | .0 | | | | | MJT | |
| 92-03-30 | DT | 1.5 | | | | | SSH | |

*4* [handwritten]
*SAME AS ABOVE Covert* [handwritten]
*5* [handwritten]

**DEF02737**

PFK1/13=NEXT PAGE    PFK2/14=PREV PAGE    PFK3/15=RETURN    PFK8/20=NEXT CLK

*4-8-92*

*Counseled Dave on Poor attendance and Read and explained the Norton Policy on attendance to Dave - Also issued Dave a written reminder on Poor attendance. Doug Nephew was present.*

*C. [signature]*
*x [signature]*
*x Douglas J. Nephew*

## Attendance Guidelines

A. Three occurrences* of absence in any 90-day period will prompt the supervisor to hold a discussion with the employee. Depending on the circumstances, a number of actions could ensue.

   1. Well documented and legitimate absences result in no disciplinary action.

   2. Serious life or work problems that result in referral to the Employee Counselor (with or without discipline).

   3. Poorly explained or unexplained absences result in a written reminder, Form #LM566A.

B. Two additional occurrences of absence in any subsequent 90-day period for a person on a written reminder that did not appear legitimate result in a written warning, Form #4456.

C. One additional occurrence of absence for a person on a written warning that did not appear legitimate result in discharge. See also Discipline/Discharge, III-20.

*Occurrence is defined as each period of consecutive absence.


## Tardiness Guidelines

A. Six occurrences of tardiness in any 90-day period will prompt the supervisor to hold a discussion with the employee. Poor explanations or unexplained tardiness result in a written reminder.

B. Four additional occurrences of tardiness in any subsequent 90-day period for a person on a written reminder that did not appear legitimate result in a written warning.

C. Two additional occurrences of tardiness for a person on a written warning result in discharge.


Writer
   Supervisor, Nonexempt Employment

DEF02738

Charlie,                                                    4-13-92

Dave Arbin Molded 52 whls. incorrectly.
He molded on a bushing where it wasn't called
for in the molding instructions. This is the
2ND occurence in 2 wks. and I feel that
this should be documented.

                                    Thanks

                                    Mike ____

                                    C. Heffer___

CONFIDENTIAL

DEF02961

NORTON CO.
1 NEW BOND ST.
WORCESTER, MA 01606

**CUSTOMER**

CHICAGO //YELLOW )

12 X 1/8 X 32MM
/SIDES R

A244-TB2EN REINFORCED

/+ /DO NOT OVERSHIP

/+ DO NOT OVERSHIP

GGTTAA  W=1.214
12-1/8 X .145 X 1-1/4

MFG CAT C06

PACK & SHIP INST.

PROMPT
MFG SCHEDULE

01 L2073071-0
12 1/2 CB

A501132
NU TOOL CO
102 32570
1023H 44122-0370
URBINIA ST
EN 46402

209171

11.80

O1  J 587057

/ERI  DATE TYPED  04.6.92

3/92

MPS  A.199982.012

NII PRODUCT CODE
J.587057.

NO.TA.PRINTED  8000.3094.CK.PRTD.04/08/92

REV.WGT.

ENV.

**PREVIOUS REJECTIONS**

NO. REJ.    CAUSE    301

**STATISTICAL PROCESS CONTROL**

100/220 TXN DATA

GRID# B12   QTY. 25

GRID# V5    QTY. 27

END USE AND WAIVER RECORD
06 REINFORCED CUTOFF WHLS 810511

** PROMPT **

J 587057/LIPS_CODE_00587052573
A244/4-TB2EN

| | | |
|---|---|---|
| GM | 2023 | 24 | 23.32 | 4T568 | 14,449 |
| FN | 2023 | 30 | 23.32 | LPR3 | 1.80 |
| TOTAL | | | | FURF | 39 CC |
| MIX VS | | 36 | 1 | 102% CL40 | 62 CC |

S E T U P   I N F O R M A T I O N

1 - 12-1/8 55P GLASS

12-1/8 X .145 X 1-1/4

R-SIDES

809**AL/TES/5ALX/FC6

1 MIX @ 1.214 #

1 - 12-1/8 55P GLASS

MOLD TOL THK +.005 -.005 T.V. .005

HEIGHT PER THICKNESS TARGET

MOLD PRESSURE 3404-40  TONS

8.37

| SEQ NO. | OPERATION NAME | CLOCK NO. | NO. WHLS. | DATE |
|---|---|---|---|---|
| 01 | 06491 MIX COARSE | | | |
| 02 | 0284 MIX DISPENSER | | | |
| 03 | 03-0170 HOLD #6 PRESS | | | |
| 04 | 0554 INTO BAKE BOX | | | |
| 05 | 0567 STRIP BOXOVEN | | | |
| 06 | 0100A SORT INPROC | | | |
| 07 | 1521A REAM DRILL PR | | | |
| 08 | 0337 FACE DSG | | | |
| 09 | 0226 AIR CLEAN | | | |
| 10 | 1207 GROUP INC | | | |
| 11 | 1341 MARK PRESS | | | |
| 12 | 0114B SPOTST 714RSL | | | |
| 13 | 0974A INSPECT SM | | | |
| 14 | 0202F PREPACK ONLY | | | |
| 15 | 1359 GROUP INC THI | | | |

| | |
|---|---|
| PRESS # | |
| SCALE SET | |
| PRESSURE | |
| MIX QUALITY | |
| THICKNESS | |
| COMMENTS | |
| BY | |
| CLAMPED BY | |

SETTING DATA:
KILN DATE

KILN NO.

RACK NO.

CONFIDENTIAL

DEF02962

FORM 7281HW
REV. 10/87

5/14

John
    Would you please talk to Dave Auburn
about the wheels he molded 5/13.
Out of 190 wheels molded, 84 wheels
were thrown away because of the wear blade
being out of adjustment and wheels having
bad edge. Then there were 43 rejected
for bad molding. Soft spots on edges
and poor spreading.


    There are 4 wheels

2 for wear blade + 2 poor
spreading

CONFIDENTIAL

DEF02963

FORM 647    NORTON COMPANY

TO

Name

SUBJECT: E82-18481

Dept. or Office

CHECK AND INITIAL FOR FILING

FROM

Name

DATE 5-15-92

Dept. or Office

TOTAL Rej
126 wh/s

Bad SPreader
84 wh/s

TOTAL good wh/s
64 wh/s

TOTAL molded or shift
190 wh/s

Bad molding
42

CONFIDENTIAL

DEF02964

CHARLIE,                                          7-2-52

THIS MORNING WHEN I CAME IN THE [illegible] ... [several illegible lines] ...

... #2 MATERNITY I HAD NO FILM IN AT THE PRESS ONLY THE CHASSIS HAD BEEN REGISTERED. THE 3000 [illegible] WEST SIDE WHO ORDERED MIX FOR 5 A.M. ONLY PART OF THE MIX AND [illegible] [illegible] FOR [illegible] ... EACH ONE OF THESE INCIDENTS CAUSED DELAY TIME IN EACH MACHINE. ALSO NONE OF [illegible] [illegible] WERE CAUSED BY DAVE.

ON WEDNESDAY 7/[illegible] MIX #1 ([illegible]), AND MIX #2 WAS OUT TIME AT THE PRESS [illegible] [illegible] [illegible]

[signature]

DEF02731

PRESS NO: _7000 W_____

Order No. _276_____   Wheel Qty. ___210_____

Grain & Grade ___24_____

Time Ordered  A.M._____ P.M._____ Date _____

Time Wanted  (A.M.) 5:00   P.M._____ Date 7/2

Time Delivered  A.M._____ P.M._____ Date _____

Delivered By:_____

DAVE! USE mix
with copy of check
THAT is oldest mix

Form 4674  Rev. 12/82

THANK, RUSS

# NORTON CO.

1 NEW BOND ST.
WORCESTER, MA 01606

\*\*\*  NORTON  CUSTOMER  SALE  \*\*\*    AION M

DATE OF ORDER  DATE RECEIVED
6/23/92    6/23-A

TO BE SHIPPED    DATE TYPED
07/15/92    6/23/92

BILL QUANTITY  LIST EACH
80    5.70

ITEM QUANTITY  TYPE
80    01

DESCRIPTION
10 X 1/16 X 1
/SIDES SMOOTH

GRAIN & GRADE
-A46-OBBW-

PACK & SHIP INST.  /* ATTACH-EXTRA-P/L-TO-BACK-OF-CHECK-P/L-2-/DO-NOT-
UNDERSHIP /MAY OVERSHIP 5 PCT

ORDER NO.
C58005D
GRINDING SUPPLIES COMPANY
10800 GALAXIE
P O BOX 37590
OAK PARK MI 48237

SHIP TO

VIA
/NOG

(DETROIT / )

CUSTOMER SERIAL/PART NUMBER

ORDER NO.
34014
K855249

BILLING INST.
PX00605J-/-PRICE-X-PAP

ACCT. STAMP
-249085-0(NU)-PRODUCT CD-PX58637-14-

PROMPT

HUMIDITY

STATISTICAL
PROCESS
CONTROL

MOLD SMOOTH SIDES

10-1/8 X    0.072 X 1

861# A/B/X

GRID#              QTY.

GRID#              QTY.

A46/2-OBBW
2023        83. 27
T24         16. 73
GW           2.28
FN           2.28

1 - 4-1/16 X 1 3321GLASS
1 MIX = 0.468 LBS
1 - 5-1/16 X 1 3321GLASS

SETUP INFORMATION
GW    2.280
FN    2.280

100/220 TXN DATA

END USE AND WAIVER RECORD
T2 NON-REINFORCED CUTOFF

DEF02733

SEQ. NO.  OPERATION NAME
01  0649B1-MIX-COARSE
02  0284A-MIX DISPENSER
03  0166B-MOLD 16 PRESS
04  0554-INTO-BAKE BOX
05  0567-STRIP-BOXOVEN
06  0973D-IN-PROC-GRD
07  1521A-REAM-DRILL-PR
08  0557-FACE-DSG
09  0226-AIR-CLEAN
10  1207-GROUP-INC
11  0314B-SPOTST-714RSC
12  0974A-INSPECT-SN
13  0202-BLOT-&-PREPAK
14  0202F-PREPACK-ONLY
15  1359-GROUP-INC-THI
16  DISHING
   WARPAGE
   W/V
   TAPER
   AT
   TV
   VISUAL

SETTING DATA:    KILN    KILN    RACK    NO.

NORTON    CUSTOMER    SALE    ***

ORDER DATE RECEIVED  2/91
DATE TYPED  6/12-C

DATE SHIPPED

CUST EACH  5.70
MULTIPLIER DISC.

TYPE 1 ENTRY  01  C8

DESCRIPTION  10 X 1/16 X 3  /SIDES SMOOTH

GRAIN & GRADE  A701-T825N-EXC-E

PACK & SHIP INST.

MFG CAT  C##-15

**HUMIDITY**

MFG SCHEDULE  10-1/8 X .076 X 2-1/2

STATISTICAL
PROCESS
CONTROL

DEF02734

SETTING DATA:

KILN DATE

KILN NO.

RACK NO.

NO. WHLS.

S E T U P   I N F O R M A T I O N
GRN   2.570
FN    2.570

2023   70   09.63   4T599
TOTAL   09.63   16.0   5002
MIX VS   20   1   13.64

10-1/8 X .076 X 2-1/2

5-1/16   3321 GLASS

1 MIX3   0.529 #

4-1/16   3 321 GLASS

SMOOTH SIDES

MOLD TOL THK +.005 -.003 T.V. .003

MOLD PRESSURE 240+-30   TONS

809%-A/BB/X

GRID#    QTY.

GRID#    QTY.

100/220 TXN DATA

| SEQ. NO. | OPERATION NAME | CLOCK NO. | DATE | QUANTITY GOOD |
|---|---|---|---|---|
| 01 | 0649A-MIX-COARSE | | | |
| 02 | 0284-MIX-DISPENSER | | | |
| 03 | 0368D-MOLD-16-PRESS | | | |
| 04 | 0854-INTO-BAKE-BOX | | | |
| 05 | 0567-STRIP-BOXOVEN | | | |
| 06 | 0993D-IN-PROC-GRD | | | |
| 07 | 1521A-REAM-DRILL-PR | | | |
| 08 | 0357-FACE-DSG | | | |
| 09 | 0286-AIR-CLEAN | | | |
| 10 | 1207-GROUP-INC | | | |
| 11 | 1541-MARK-PRESS | | | |
| 12 | 0314A2-SPDTST-L-14" | | | |
| 13 | 0974A-INSPECT-SM | | | |
| 14 | 0E0EF-PREPACK-ONLY | | | |
| 15 | 3359-GROUP-INC-THI | | | |

FORM 1781HNV REV. 1007

# NORTON CO.

*** NORTON    CUSTOMER  ·  SALE  ***    AION M

P-648924   1 WASHINGTON ST
NEW BOND ST
NORTON-2/2-TBNAO365
MIX VS        1    10.00

| SEQ NO. | OPERATION NAME | CLOCK NO. |
|---|---|---|
| -02--0284A--MIX-DISPENSER-- | | 3 2 6 |
| -01--0649B1-MIX-COARSE-- | | |
| -03--01688--MOLD-16-PRESS-- | | 7 74 |
| -04--0564--INTO-BAKE-BOX-- | | |
| -05--0567--STRIP-BOXOVEN-- | | |
| -06--0975D--IN-PROC-GRD-- | | |
| -07--1523A--REAM-DRILL-PR-- | | |
| -08--0337--FACE-DSG-- | | |
| -09--0226--AIR-CLEAN-- | | |
| -10--1207--GROUP-INC-- | | |
| -11--0148--SPDTST-7314RSL-- | | |
| -12--0974A--INSPECT-SM-- | | |
| -13--0202--BLOT-&-PREPAK-- | | |
| -14--1359?--GROUP-INC-THI-- | | |

DATE OF ORDER 6/14/92   DATE RECEIVED 6/16-EL

ITEM QTY. 15   QTY 4   PAT 4   ITEM # CB

DESCRIPTION
NORZON
10 X 1/8 X 7/8
/SIDES R

GRAIN & GRADE
4NZSO-TB65N
4NZSO-TBNA-X356C REINFORCED EXC-E
-OMIT-GR-AND-GR-MARKGS-SHOW-ON-P/I-AND-LABS-AS-
--(USE NORZON

TRUE GRADE INSP.

MFG SCHEDULE
-PROMPT
PROMPT

MFG CAT

HUMIDITY

SHIP TO:  JOE MERK
NORTON CO-ANG
D S O 06-8050-897
6515 CASTLEWAY DR
INDIANAPOLIS IN 46250

BILL TO:
NORTON-ANG
6515 CASTLEWAY DR
INDIANAPOLIS IN 46250

ORDER NO. C999956

ORDER NO.
06-714-92-JOE-MERK
E225932

MARK MATERIAL FILTER
4115 INDIANAPOLIS AVE
LEBANON IN 46052

PX005300-27-/NO-MIN

SET UP INFORMATION
4NZSO/2-TBNAO365
GW    36.80      ABR    68.00
FW    32.00

1 - 10-1/16 X  0.130 X 3/4

MOLD R SIDES
MOLD TOL THK +-.005 TV .005

1 - 10-1/16 X  1-1/2 55PGLASS
1 MIX = 0.880 LBS
1 - 10-1/16 X  1-1/2 55PGLASS
MIN. MOLD PRESSURE = 240 TONS

STATISTICAL
PROCESS
CONTROL

DEF02735

*-PROMPT-**

2-5-93

Today I discussed with Dave Aubin about working over time (6th Night - Friday Night). I instructed Dave that if Business conditions warrent, working overtime He has to be available for work on the sixth night. Many times in the past Dave leaves me notes stating He cannot work Friday Night. Dave was scheduled to work Sat 2/6/93 and again He said He couldn't work. Fortunatly for Dave He was able to get another employee to work in His place. I told Dave that in the Future, if work is available He is to plan on working over time

_Mullly Kier_   2/5/93

CONFIDENTIAL

'25/93

NORTON COMPANY
O&HD MOLD PLAN THRU 01/30/93
JOB 8G9HDCAGM STEP 6
PRESS C16

PAGE

| CHECK NUMBER | MOLD QNTY | MATL QNTY | MOLD OR FINISH DIMENSIONS | SPECIFICATIONS | BAKE | MOLD HOURS | LIST PRICE | PRD CLS | ORIG MOLD DATE | SCHED MOLD DATE | 1ST SHIFT PRODUCTION | 2ND SHIFT PRODUCTION | 3RD SHIFT PRODUCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E 315804 | ~~76~~ | | D 8-1/8 X 0.130 X 3/4 / 5SP GLASS / 5SP GLASS | US7A2&44-TB25N / 8-1/16 X 15/16 / 8-1/16 X 15/16 | 840* | 2.29 / .00 / .00 | 1,450 | 301 | 01/27 | 01/27 / 01/27 / 01/27 | | | |
| L 314523 | 40 | 250 / 250 | R 9-1/8 X 0.265 X 7/8 / GLASS / GLASS | NZ64-P6&7-X318 | 74* | .83 | 242 | 251 | 01/27 | 01/27 | 1/27 | | |
| A 314646 | 22 | | 2 10-1/8 X .075 X 7/8 | A60-0E7 | 78H | .94 | 120 | 271 | 01/27 | 01/27 | 1/27 | | |
| P 314733 | ~ 80 | | D 10-1/8 X 0.070 X 7/8 / 184P / 184P | A461-TB25N / 10-1/16 X 15/16 / 10-1/16 X 15/16 | 840* | .82 / .00 / .00 | 720 | 301 | 01/27 | 01/27 / 01/27 / 01/27 | 1/27 | | |
| H 316280 | 20 | 20 / 20 | 2 10-1/8 X 0.099 X 1-1/4 / 3321-CRX GLASS / 3321-CRX GLASS | A46-Q8BH / 5-1/16 X 1-1/4 / 4-1/16 X 1-1/4 | 861* | .34 / .00 / .00 | 114 | 271 | 01/27 | 01/27 / 01/27 / 01/27 | 1/27 | | |
| K 314753 | 30 | 30 / 30 | D 8-1/8 X 0.130 X 5/8 / 5SP GLASS / 5SP GLASS | 37C2&44-TB25N / 8-1/16 X 11/16 / 8-1/16 X 11/16 | 840* | .28 / .00 / .00 | 174 | 301 | 01/27 | 01/27 / 01/27 | 1/27 | | |
| A 315185 | 40 | | D 6-1/8 X 0.081 X 3/8 | 32A1001-R9BH | 74* | .80 | 92 | 421 | 01/27 | 01/27 | 1/27 | | |
| P 265882 | 26 | 26 / 26 | D 8-1/8 X 0.063 X 1-1/4 / GLASS / GLASS | A601-TB25N / 8-1/16 X 1-1/4 / 8-1/16 X 1-1/4 | 840* | .25 / .00 / .00 | 151 | 301 | 01/27 | 01/27 / 01/27 / 01/27 | 1/27 | | |
| H 316568 | 10 | 10 / 10 | D 7-1/8 X 0.100 X 5/8 / GLASS / GLASS | A564-SB25N / 7-1/16 X 11/16 / 7-1/16 X 11/16 | 840* | .12 / .00 / .00 | 49 | 301 | 01/29 | 01/27 / 01/27 / 01/27 | 1/27 | | 1/27 |
| A 316890 | 50 | | D 7-1/8 X 0.070 X 5/8 / 184P / 184P | A601-TB25N / 7-1/16 X 11/16 / 7-1/16 X 11/16 | 840* | .38 / .00 / .00 | 245 | 301 | 01/29 | 01/27 / 01/27 / 01/27 | 1/27 | | 1/27 |
| E 161056 | 410 | 410 / 410 | D 7-1/8 X 0.070 X 5/8 / 184P / 184P | A564-SB25N / 7-1/16 X 11/16 / 7-1/16 X 11/16 | 840* | 2.68 / .00 / .00 | 2,009 | 301 | 01/21 | 01/27 / 01/27 / 01/27 | 1/27 | 1/27 | 1/27 |
| TOTAL | 978 | .50 / -.50 / 410 / 410 | | | | 9.73 / .00 / .00 | 5,366 | | | | | | |
| TOTAL | 978 | 1,752 / 1,752 | | | | 9.73 | 5,366 | | | | | | |
| PRESS TOTAL | 978 | 1,752 / 1,752 | | | | 9.73 | 5,366 | | | | | | |

*Handwritten notes:* Mike

*Handwritten:* Can not work Fri Night — David

CONFIDENTIAL

DEF02966

1/12/93

NORTON COMPANY
OGWD MOLD PLAN THRU 01/16/93
JOB &GWDCAGM STEP 6
PRESS C16



| ORIG MFC CAT | CHECK NUMBER | MOLD QNTY | MATL QNTY | MOLD OR FINISH DIMENSIONS | SPECIFICATIONS | BAKE | MOLD HOURS | LIST PRICE | PRD CLS | ORIG MOLD DATE | SCHED MOLD DATE | 1ST SHIFT PRODUCTION | 2ND SHIFT PRODUCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C09 | J 246988 | 25 | R 7-7/8-X | 23160-DB-V37EC | .74* | .51 | 116 | 251 | 01/21 | 01/14 | | | |
| | E SU52I1 | 110 | R 8-1/8-X 130 X 1/2 | A461-TD25 | .60* | .60 | 457 | 271 | 01/21 | 01/14 | | | |
| C09 | 265015 | 50 | R 8-1/8-X 0.130 X 1/2 | A60-M0B | .84 | .84 | 185 | 271 | 01/21 | 01/14 | | | |
| C09 | P 155805 | 110 | 2 6-1/8 X 0.130 X 1-5/16 | A60-M8B | 861 | 1.70 | 363 | 271 | 01/18 | 01/14 | | | |
| DAY TOTAL | | 295 | | | | | 3.05 | 1,121 | | | | | |
| WEEK TOTAL | | 295 | | | | | 3.05 | 1,121 | | | | | |
| PRESS TOTAL | | 295 | | | | | 3.05 | 1,121 | | | | | |

*[handwritten notes]* Mike. I am not sure this is right, made plans. Thank — Jeff  1/14/93

CONFIDENTIAL

DEF02967

```
THIN WHEEL  -  MIX AND MOLD                                                        REV. I
                                         *HOURS / SECOND SHIFT      *HOURS / THIRD SHIFT
B DESC       JOB #   C/C * HOURS    FIRST SHIFT  *                  *HOURS / THIRD SHIFT
=========================================*==================*==================*
PERVISION:                  *         HORUZEK          *                *   Tivnan
                            *                          *                *
=========================================*==================*==================*
-50          0197A   303 * 5-11   /HEYES              *9-3   /          *9-5   /BURNELL
IX           0649A   303 *        /                   *      /          *9-5   /KRAJEWSKI
                         * -----  -------------------*11-5  /----------*9-5   /KRAJEWSKI
ESCREEN      0284A   303 * 4-1    /KILLORAN           *      /          *
=========================================*==================*==================*
             EAST    * 5-11   /GUZMAN-288          *11-5  /          *10-5  /PROIETTI-307
                         *        /LOPOPOLO-192       *      /          *
MATERNINI I  0281    308 * -----  -------------------*11-5  /----------*10-5  /JACQUES-287
             WEST    * 5-11   /CLARK-293           *      /          *
                         * -----  -------------------*------/----------*
             EAST    * 5-11   / Alvarez-251        *11-5  /          *10-5  /GEORGE-169
ATERNINI II  0673    319 *        /                   *      /          *
             WEST    * -----  /GOMEZ-320           *11-5  /----------*10-5  /MAGUIRE-344**
                         * -----  -------------------*------/----------*
MAT'NINI III 0698    315 * 5-11   /                   *11-5  /          *
=========================================*==================*==================*
#20 PRESS    0169A   314 * 5-11   /HUTCHINSON-152      *11-5  /          *10-5  /HANSON-193
                         *        /WILLIAMS-301        *      /          *
                         * -----  -------------------*------/----------*
#21 PRESS    0169B   314 * 5-11   /CUSSON-281          *11-5  /          *10-5  /PATNODE-282
                         *        /TRABIZONIAN-317     *      /          *
                         * -----  -------------------*------/----------*10-5  /MURILLO-166
1600         0315    309 *        /SARFO-168           *11-5  /          *      /PILIGIAN-337
RYPL                     * 5-11   /GIROUARD-322        *      /          *      /HANNAM-313
                         * -----  -------------------*------/----------*
3000         0316    310 *        /BLYTHER-263         *      /          *10-6  /
RYPL                     * 5-11   /CLEMENTE-191        *      /          *10-5  /
                         * -----  -------------------*------/----------*
UNIT #5      1448    323 * 5-11   /                   *      /          *10-5  /SULLIVAN-310
=========================================*==================*==================*
                         * 5-11   /GRANT-204           *11-5  /          *10-5  /AUBIN-175
#12 PRESS    0166C   313 *        /                   *      /          *      (I CALLED iV) out
                         * -----  BICKFORD-304         *      /          *       CH
#15 PRESS    0168A   318 * 5-11   /                   *      /          *10-5  /WILLARD-151
                         * -----  /TYRE-183            *      /          *
#16 PRESS    0168B   318 * 5-11   /                   *      /          *10-5  /
                         * -----  /COOLIDGE-173        *11-5  /          *10-5  /CAPPICCIO
#17 PRESS    0167B   318 * 5-11   /                   *      /          *       + Rodriquez
                         * -----  /COWDEN-174          *11-5  /----------*
#18 PRESS    0168C   318 * 5-11   /                   *      /          *
=========================================*==================*==================*
#5 PRESS     0205A   311 *        /KAMINSKI-207        *      /          *
                         *        /                   *      /          *
                         *        /                   *      /          *10-5  /
ROGERS PRESS 0206    313 * 5-11   /                   *      /          *
             EAST                *                    *      /          *
             WEST    *        /                   *      /          *
                         * -----  ------------------------------------------*10-5  /CRUZ
WORK DIST.   1457        * 4.5-10.5/ALEXANDROVICH-189 *11-5  /          *
                         * 5-11   /QUAGLIOZZI          *      /          *
                         * -----  -------------------*------/----------*
MOLD EQUIP   0764    331 * 5-11   /                   *      /          *
                         * -----  -------------------*------/----------*      /LESLIE-187
MOLD EQUIPMENT 0171  331 *        /DORAZIO-302         *      /          *10-5  /
   INSPECTION            * 5-11   /                   *      /          *
   & MAINTENANCE         *        /                   *      /          *
                         * 5-11   /LUTHMAN-257         *11-5  /          *
STRIP GLASS  0623    331 *        /HOWARTH-176         *      /          *
                         * -----  -------------------*------/----------*
MIX RECYCLE              * 5-11   /                   *      /          *
                         * -----  -------------------*------/----------*
MAT'L HANDLER 1464   331 * 5-11   /CONSTANTINE-165     *      /          *
                         * -----  -------------------*------/----------*
PROD SPEC    1098        * 5-11   /                   *      /          *
                         * -----  -------------------*------/----------*
                         * 5-11   /BOURASSA-184        *      /          *
GLASS CAGE   0684    331 *
```

DEF02730



DEF02729

2/4/94

Today I discussed with Dave Aubin

his attendance. In the past 2 months

Dave has had three occurances of absenteeism

At this time I am just reminding him

that two more occurance will

result in a written reminder.

x Dave Aubin

x Kevin Maguire

DATE: 02/04/94     A B S E N C E   H I S T O R Y   L I S T     TIME: 02:06:34

(MMDDYY)
CLOCK NUMBER:   0175     SEARCH DATE: 011393     ABSENCE CODE: _____

EMPLOYEE NAME: DAVID J AUBIN                    DEPT. NUMBER: 1182

| ABSENCE DATE | ABSENCE1 CODE | HRS | ABSENCE2 CODE | HRS | ABSENCE3 CODE | HRS | USER INIT | CLOCK NO. |
|---|---|---|---|---|---|---|---|---|
| 93-10-11 | HOL | 8.0 | | | | | BTCH | |
| 93-10-16 | OTS | 7.0 | | | | | CAG | |
| 93-10-23 | OTS | 7.5 | | | | | CAG | |
| 93-10-30 | OTS | 7.5 | | | | | CAG | |
| 93-11-06 | OTS | 7.5 | | | | | CAG | |
| 93-11-13 | OTS | 7.5 | | | | | CAG | |
| 93-11-16 | T | .2 | | | | | CAG | |
| 93-11-25 | HOL | 8.0 | | | | | BTCH | |
| 93-11-26 | HOL | 8.0 | | | | | BTCH | |
| 93-12-04 | OTS | 6.5 | | | | | CAG | |
| 93-12-11 | OTS | 6.0 | | | | | CAG | |
| 93-12-13 | PS | .0 | | | | | KJM | |

PFK1/13=NEXT PAGE     PFK2/14=PREV PAGE     PFK3/15=RETURN     PFK8/20=NEXT CLK
S▮▮                    Aa                                                      06/022


AB01             N O R T O N   S H O P   T A L K   S Y S T E M           PAGE:   6

DATE: 02/04/94     A B S E N C E   H I S T O R Y   L I S T     TIME: 02:06:55

(MMDDYY)
CLOCK NUMBER:   0175     SEARCH DATE: 011393     ABSENCE CODE: _____

EMPLOYEE NAME: DAVID J AUBIN                    DEPT. NUMBER: 1182

| ABSENCE DATE | ABSENCE1 CODE | HRS | ABSENCE2 CODE | HRS | ABSENCE3 CODE | HRS | USER INIT | CLOCK NO. |
|---|---|---|---|---|---|---|---|---|
| 93-12-20 | T | 2.0 | | | | | CAG | |
| 93-12-21 | T | .5 | | | | | CAG | |
| 93-12-24 | HOL | 8.0 | | | | | BTCH | |
| 93-12-29 | PS | .0 | | | | | CAG | |
| 93-12-31 | HOL | 8.0 | | | | | BTCH | |
| 94-01-20 | PS | .0 | | | | | CAG | |
| 94-01-29 | OTS | 6.0 | | | | | CAG | |

PFK1/13=NEXT PAGE     PFK2/14=PREV PAGE     PFK3/15=RETURN     PFK8/20=NEXT CLK
S▮▮                    Aa                                                      06/022

DEF02745

int Date  3/01/96

**Norton Company**
**NORTON - ROUGH GRINDING**

| NORTON CO-CONSIGN | Manufacturing Order | | |
|---|---|---|---|
| WORCESTER     MA | Number  C057994 | 3/06/96 | 4/03/96 |

der Qty:      250      Mold Qty:   250
                                   234

66253464607                                          C057994    3/13

t GG   **4NZ30-RBNA-X481C**          Int GG  4NZ30-RBNA-X481C REINF

les Order    F 135361                                          **MAT. 2**
dUse          06              Dimen  **16 X 1/8 X 1**            **EAST**
oduct Cat.                    Descr  NORZON III RAIL CUT
eel Type      01              Other  /SIDES R

| eration Number/scription | N/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|
| 0 MIX COARSE - | | MX1 | TBTW | 718  3-13 | 3 | | |

    4NZ30-RBNA0481                     3 MIXES @ 229.79 EA SCR 12
    1558      36.08                    1558   24  82.91  4D405  49.75
    3248      30.59                    3248   30  35.15  4D405  21.32
    4D405     33.33                    3248   36  35.15  LPR3    6.19
    GW         3.10                    TOT ABR   153.21  FCL40  34 CC
    FW         3.10                                      FCL41  81 CC

                                       FACTORS:  27 LPR3  74 FCL40
                                                 1.7 FCL41

0 MIX DISPENSER              MX2  RSCRN

| 0 MOLD MAT PRESS 500 | | TM2 | MAT2B | 714  3/14 | 234 | 6 | |

    15-7/8 X    0.155 X 1
    MOLD R SIDES
    MOLD TOL THK +-.005 TV .005
    1 - 15-3/4 X  1 585HBPGLASS
    1 MIX =  2.730 LBS
    1 - 15-3/4 X  2-1/16 585HBPGLASS
    1-A7 BUSHING
    MIN. MOLD PRESSURE =  591 TONS
    ***********************
    FCL40 SPECIAL UPPER LIMIT 57
    FCL40 SPECIAL LOWER LIMIT 11
    SPC WT THICK RATIO = 17.61

| THICKNESS | | | TV | AV TK | ACT WGT | ACT WTT | TG TK | WGT RAT |
|---|---|---|---|---|---|---|---|
| 153 | 154 | 154 | 1 | 154 | 2733 | 1774 | 17.61 | 1001 |
| 156 | 155 | 156 | 1 | 156 | 2729 | 1799 | | 993 |
| 155 | 156 | 154 | 1 | 156 | 2732 | 1757 | | 994 |

0 SEE BAKE STAMP                          860 OVEN

*30 rejected*
*poor spreading*

*Star*
*/ talk to Dave Aubin about*
*these wheels. And Sam*
*putting this clock in his*
*bill*
*Kevin F. M...*

**CONFIDENTIAL**

722    3 15   #8   860

**NORTON COMPANY**

*Written Reminder*

Date: 2/12/98

Name: Dave Aubin          Dept.: Core Line          Clock No.: _____

You are being given this written reminder for the following reason(s):

Not wearing safety glasses in the plant _____

Any further violations of Company Policy/Procedures will be cause for a written warning.

_____          Would you like information regarding
Employee                                    the Employee Assistance Program? _____

Paul R Boucher          2/12/98
Supervisor

Noted: [                    ]          Dove Aubin refused
Department Head                        to sign. 2/12/98
                                            PRB

This written reminder will be retained by the Employee's Supervisor.

FORM 6831

DEF02701

On 2/11/98 I set down
and talked to Dave Aubin about his safety.
(NO safety glasses)

Dave Aubin was walking thru
Large stripping going out to break (room). With 4
other people. As he walked thru Dennis Drolic's area,
Dave put his glasses on top of his head. Dennis
Drolic Jr. noticed Dave. and said "put your glasses
on asshole, I have the power to make you." Dave
replied "Fuck you" and went out the door. Coming
back from break Dennis and Dave exchanged verbal
greetings, which was common practices. Dennis mentioned
he was going to inform someone of Dave's actions

Paul R Daucher    2/2/98

DEF02702

March 19th, 1998

*For Dave Aubin's File:*

*Today at 6:00 a.m. I discuss this check with Dave. Problem is when Dave started molding the attached check, # G919501 he didn't follow the molding instructions, which clearly state MOLD SMOOTH SIDES Dave caught his mistake and made the necessary changeover to Smooth Sides after molding 75 of them R Sides. We appreciate the fact that he caught the error, however he didn't crush the wheels and reuse the mix causing a double issue " wasting mix and unnecessary rejects after bake ". Dave just sent them on their way through the bake, now they become rejected wheels for non-conformance to the instructions.*

*During our conversation:*

*Dave stated "I talked to Dennis about them"*

*My response: Dennis knew !*

*Dave: " I mentioned it to him".*

*My response: Dennis knew and left them go !*

*Dave's response:  "I think I mentioned it to him".*

*Story went:*

> *From -- Told Dennis*
>
> *To -- I mentioned it to Dennis*
>
> *To -- I think I mentioned it to Dennis*

*Charlie Heffelfinger*
*March 19th, 1998*

*clh*

# CONFIDENTIAL

DEF02968

Print Date  3/04/98

Norton Company
NORTON - ROUGH GRINDING

Page    1
WHS RMW

| Manufacturing Order |
| Number  G919501 |

Order Qty:     300     Mold Qty:    305 313 ( ((

```
66253122816
```
G919501

Ext GG 57A46-Q8BW          Int GG 57A46-Q8BW          (F) 6.7
SO#      001 001           PO#
Prod Cat                   EU 12                      FACE
Dimensions/Description     Wheel Type 01
10 X 1/16 X 5/8
SMOOTH SIDES

| Operation Number/ Description | WT | AT | W/C# WTR | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|---|---|

003 SCHEDULE FOR MIXING          PLN PRINT

      57A46/4-Q8BW                          1 MIXES @ 159.36 EA SCR 16
      2023      79.05                       2023    46  62.99  T21   33.39
      T21   20.95                           2023    60  62.99  LPR3   4.97
      GW     2.40                           TOT ABR  125.98  CL40  398 CC
      FW     2.40                           FACTORS: .22 LPR3  2.5 CL40

005 SCHEDULE FOR MOLDING - T18     PLN SCHED

      10-1/8 X    0.075 X 5/8             BAKE STAMP
                                         76* A/O/5EX
      MOLD SMOOTH SIDES
      1 - 5-1/16 X  1-1/4 3321 GLASS
      1 MIX =  0.516 LBS
      1 - 4-1/16 X  5/8 3321 GLASS
      1-A10 BUSHING
      SPC WT THICK RATIO = 6.87

010 MIX COARSE -              MX1 TBTW   182 312 1  5145A

020 MIX DISPENSER            MX1 RSCRN   146  3/12  5

070 PP&C UNPLANNED           PLN PP&C

080 MOLD #17 PRESS           T18 17PRE   74  3/13  153  4  GW
                                         844  3/13  160

| THICKNESS | TV | AV TK | ACT WGT | ACT WTT | TG TK | WGT RAT |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

100 SEE BAKE STAMP FOR 76* BAKE      76  OVEN

CONFIDENTIAL

DEF02969

CONFIDENTIAL

DEF02970

**Bouchard, Rick P.**

**To:**          Bouchard, Rick P.
**Subject:**     Dave Aubin

March 20, 1998

Tom Oliver and myself counciled Dave Aubin on (1). Written reminder in safety (which he did not sign 2/12/98 ) (2). Three occurences of absence in 90 days and put him on a writen warning. This was done in accordence to Norton policy.

At this time Dave refused to sign the Warning 3/20/98

*Paul R Bouchard*  3/20/98

*Tomas Oliver*  3/20/98

**CONFIDENTIAL**

DEF02673