CONFIDENTIAL

**NORTON COMPANY**
*Notice of Warning/Suspension*

Name: _Dave Aubin_    Dept.: _Molding Caroline_    Date: _3/20/98_    Clock No.: _____

You are hereby reprimanded for the following reason(s):

_a safety violation and 3 occurrences in 60 days_

This warning is accompanied by a suspension of _____ days beginning _____ and ending _____

You will report back to work on _____

We shall consider any further disciplinary action as sufficient cause for your immediate dismissal.

_____ _Paul R Botelho_
Department Head                    Supervisor

I have read this warning notice. _____
                              Employee

NOTE: Copy should be forwarded directly to Employee Relations Administrator. Original should be routed as indicated.

Would you like information regarding the Employee Assistance Program? _____

| Noted: | | |
|--------|--------|--------|
| Manager | Gen. Mgr./Vice Pres. | Employment Dept. |
| | _B. Foley_ | |
| | HR-Manager | |

FORM 4456  Rev. 6/92

CONFIDENTIAL

DEF02674

On 8-19-98 I Told Dave Aubin not to come in any earlier than 10pm. He was coming in at 930pm and someone still working on press. There are 3 shifts on this press

Willie F Lewis 8-19-98

```
09/15/98 04:22a              FULL SCREEN EDITOR
  Refresh  Punches  Pay-Cat  Display
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
AUBIN,DAVID J                    27382186   17250002   7.5
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
       ID IN   Dept       OUT    ID IN   Dept       OUT      TOTALS
Sun 09/13  931p                600a                        8.00   8.00
Mon 09/14  946p*L                                          6.10  14.10
```

I Told Dave Aubin To Stant At 10Pm on
Sunday nites also
                  WFM and 9-17-98

```
ÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄÄ
 Acct:17250002 17250002
              REG:      14.10   SUN-PRM:      1.50   3rd-PRM:      14.10
```

CONFIDENTIAL

I spoke To Dave Aubid on 1-12-99 At 1:56am I Told him when milling Not To come in Any earlier Than 10pm. I Told him That a note will go in his File.

Will F Khan 1-12-99

CONFIDENTIAL

**NORTON COMPANY**
*Notice of Warning/Suspension*

**FOR ABRASIVES
PERSONNEL ONLY**

Name: _DAVID ARBIN_    Business Unit: _Bullet_    Date: _9/17/99_    Badge No.: _____

You are hereby reprimanded for the following reason(s):

_DISAPROVING - BEHAVIOR TO A CO-WORKER - RACIAL STATEMENT MADE_

This warning is accompanied by a suspension of _____ days beginning _____ and ending _____

You will report back to work on _____

We shall consider any further disciplinary action as sufficient cause for your immediate dismissal.

_____    _Paul R Bachuk_
Department Head    Supervisor

I have read this warning notice _____

Would you like information regarding
the Employee Assistance Program?

_____
Employee

NOTE: White copy should be forwarded to Human Resources, yellow copy to supervisor, pink copy to employee.

| Noted: | | | |
|---|---|---|---|
| _signature_ | _signature_ | _signature_ | |
| Manager | Gen. Mgr./Vice Pres. | HR-Manager | Human Resources Dept. |

FORM 885-1  Rev. 10/23/97

To File: Dave Aubin

I'M ISSUING A WRITTEN WARING TO DAVE AUBIN FOR
INAPROPRIATE BEHAVIOR TO A CO-WORKER. I EXPLAINED TO
DAVE THAT THIS IS A VERY SERIOUS MATTER. I AM ALSO
EXPLAINING TO DAVE WHAT IT MEANS TO BE ON A WRITEN
WARNING. ANY OTHER VILOATION OF NORTON POLICY COULD
RESULT IN TERMINATION.
   THIS WAS DONE IN ACORDANCE TO THE NORTON WORCESTER
DISCIPLINE/DISCHARGE POLICY

Paul R. Bouchard

Christopher P. Chair   9/17/99

Note to the File:
Jose Rosado
9/14/1999
6:00 PM

Kevin Goodrich the group leader for core molding on 2nd shift told me that t Jose Rosado had an incident last week with another employee and he thought I should talk to Jose. I met with Jose and he told me that last Thursday night 9/9/99 before dinner break he and Dave Aubin had words with each other over a mix. Jose tells me that Dave and him both had a pile of mixes to make and Dave put a mix 05 in Jose's pile and wanted Jose to make this mix. Jose said he didn't want to make it because this would make his bowl too heavy and was unsafe. Next thing Jose finds the mix slip back in his pile and he then asked another co-worker Steve McGuinness to put the slip on Dave's bench. At that point Dave and Jose started to argue who was gonna do the mix at which point Dave said to Jose "your gonna have to do it you Fucking Spic". Jose said he at that point turned and walked away from Dave and didn't say anything to him.

Then Jose saw Dave speaking to the supervisor covering that night Dave Schmidt and Jose wanted to make sure that the supervisor heard his side of things. Jose approached the Supervisor and started to tell him about the incident but Jose said Dave Schmidt kept cutting him off and said don't worry about it Dave will make the mix. Jose said after 3 tries he gave up trying to tell the supervisor the story and went back to work.

At lunch that night Jose told Wayne Frantum that he and Dave had a fight over some mix but did not go into details with Wayne. After break Wayne asked Jose if Dave called him a F------ Spic and then Dwight Dano came over and asked him if Dave called him a F------ Spic, because that is what Dave told Dwight. Jose told all them that Dave doesn't have the guts to say that to my face, Jose didn't want to let on that Dave Aubin did call him that. The next day George Van Dueson was teasing Jose "what are you a trouble maker".

Jose tells me he went to the supervisor on second shift Dana Swanson on Friday to tell him about the incident, Jose did state that he did not want him to do anything at that time. Jose has thought about this and it is making him angry and wants something to be done.

Jose tells me that Dave is always disrespecting him from day 1. Jose did express his concerns about Dave to the group leader Bob Bayers.

U:aubin\hr

CONFIDENTIAL

Note to File:
RE: Jose Rosado
9/13/99

Interviewed:     David Aubin

I met with David tonight to get his side of the incident regarding Jose Rosado. Dave tells me that he asked Jose if he would make the mix 05 as he had other ones to make and Jose said yes. A while later someone was looking for the mix and Dave asked Jose why didn't you make the mix. Dave said they had a few exchange of words but nothing bad. Dave denies that he said anything racial to Jose.

CONFIDENTIAL

## Clark, Jeff A.

| | |
|---|---|
| **From:** | Litwinowich, Steve J. |
| **Sent:** | Thursday, September 30, 1999 6:41 PM |
| **To:** | Bouchard, Rick P.; Heffelfinger, Charlie L.; Tivnan, Mike J.; Deeds, William J.; Goodrich, Kevin M.; Clark, Jeff A.; Fales, Donald C. |
| **Subject:** | Dave Aubin |

As you were all involved or have ties to Dave Aubin, I want you to know the outcome of his failing to complete his production documentation on the 15th. Please place this note in Dave's file (Rick see me in the morning for the supporting data).

Dave came in on the 15th at 9 pm to rescreen. At approx. 11 pm he was reassigned to 16 press by Kevin Goodrich. Dave stated that he made 20-25 8" fluters (8" fluters were on the layout). At 1 am Dave went to lunch. At 1:30 he was asked for rescreened mix by a couple of molders. Dave stated that he asked Bill Deeds should I mold or rescreen. Bill told Dave to rescreen. Dave forgot to sign up for his production. Dave is aware that there are 3 segments of production reporting. They include the MO, MacPac, and the productivity report. He knows he is to complete them upon completion of his work. He thought that he had but admits he wasn't positive. In reviewing the layout I found that Karl Lundell had made some wheels on the layout on the 15th and the 16th. There were a number of other orders on the layout that no one had reported. I have no evidence to support we require people to mold from top to bottom on the layout. I have to believe Dave that he simply forgot to complete his paperwork. I am counseling him on making sure he completes all paperwork. I am also taking this opportunity to council Dave on the fact that he had a good record for 10 years and in the past 2 years he has been on a written reminder twice. He must correct his behavior or he will put his job in jeopardy.

Jeff please show this note to Dave tonight and have him sign it. Give it to Rick for the supporting data. Thanks, steve

*Jeffrey A Clark 9/30/99*

DEF02721

Print Date  1/04/00              Bonded Abrasives                    Page    1
                           NORTON - ROUGH GRINDING                   WHS RMW

| WAUPACA FOUNDRY INC        | Manufacturing Order | Start Date | Ship Date |
| WAUPACA         WI         | Number  C169951     | 1/06/00    | 1/14/00   |



69083100391                                              C169951

Order Qty:     100      Mold Qty:    101

Ext GG Q4NZ24-PB65N            Int GG 4NZ24-PB65N
SO# R84510 003 001            PO# 6431596
Prod Cat                      EU 06
Dimensions/Description        Wheel Type 01



West
RYPL
3000

NORZON
24 X 3/16 X 1-3/4
REINFORCED
R SIDES
ABC   EXC ABR    EXC CONST

Operation Number/               W/C# Mach# Clock# Actual  Qty     Qty    Scrap
Description                                        Date   Good    Bad     Code

003 SCHEDULE FOR MIXING              PLN PRINT

     4NZ24/00-PB65N                    3 MIXES @ 281.29 EA SCR  8 10
     1548      35.98                   1548    20 101.21  4D417   61.16
     3248      30.50                   3248    24  42.90  4D417   26.21
     4D417     33.52                   3248    30  42.90  LPR3     7.69
     GW    3.10                        TOT ABR    187.01  FCL40   46 CC
     FW    3.10                                           FCL41  106 CC
                                    FACTORS: .28 LPR3   .82 FCL40
                                             1.8 FCL41

005 SCHEDULE FOR MOLDING - TR2       PLN SCHED

     24-1/4 X   0.200 X 1-3/4         BAKE STAMP
                                      79* 2AL/TES/7LB7/HC150
     MOLD R SIDES
     CHECK BALANCE TO 1/2 FINAL BALANCE LIMIT
     INSPECT 4 TIMES PER SHIFT
     SAMPLES OF 1                     Mix Pans
     PLUG HOLES ON FIRST 3 WHEELS
     PLUG 1 OF 10 FOR REMAINDER OF ORDER     Stacker  7 High
     MOLD TOL THK +-.005 TV .005
     MIX AGE- 4 HRS TO 24 HRS         Safety
     RECESS TOP LAYER 14 X .010
     1 - 24-1/8 X  1-3/4 3160HBP GLASS
     1 - 14-1/16 X  1-3/4 166 GLASS
     1 MIX = 8.36 LBS                              1/4/00
     1 - 14-1/16 X  3-1/16 166 GLASS
     1 - 24-1/8 X  3-1/16 3160HBP GLASS
     1-G4 BUSHING

                Dave AUBIN FILE

DEF02724


C169951

Order Qty:      100     Mold Qty:   101


| Operation Number/ Description | W/C# Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|

MIN. MOLD PRESSURE = 2068 TONS REF
WT THICK RATIO = 41.78

010 MIX COARSE  *TIME* 2:45AM    MX1 TBTW   7/4   1-11   ③  _____  _____

020 MIX DISPENSER- 10 SCREEN    MX1 RSCRN  _____ _____ _____ _____ _____


080 MOLD RYPL 30C  3000 TON EAST  TR2 3000R  _____ _____ _____ _____ _____

```
|   THICKNESS    | TV|AV |ACT|ACT|TG|WGT|      _____ _____ _____ _____
|                |   |TK |WGT|WTT|TK|RAT|      _____ _____ _____ _____
|___|___|___|___|___|___|___|___|___|___|      _____ _____ _____ _____
|___|___|___|___|___|___|___|___|___|___|      _____ _____ _____ _____
|___|___|___|___|___|___|___|___|___|___|
|___|___|___|___|___|___|___|___|___|___|
|___|___|___|___|___|___|___|___|___|___|
|___|___|___|___|___|___|___|___|___|___|
```
100 SEE BAKE STAMP FOR 79* BAKE    79  OVEN

GRID #  _____  QTY _____
GRID #  _____  QTY _____
110 STRIPPING THICK          TKS STRTK  _____ _____ _____ _____ _____

                                         _____ _____ _____ _____

120 INPROC INSPCT          C03 INPTK  _____ _____ _____ _____ _____

130 REAM DP LARGE C24 40    C03 ALNLG  _____ _____ _____ _____ _____

140 FACE 30CYC GR  GR NORZON  C03 30CGR  _____ _____ _____ _____ _____

150 BALANCE & COUNTER BAL   C03 PWB1   _____ _____ _____ _____ _____

COUNTER BALANCE
160 SPEED TEST             C03 30SPE  _____ _____ _____ _____ _____

TEST AT REV :2715
MAX OP SPEED :2260                 TESTED :_____

170 INSP LG  ACCEPTED BY_____ C03 FITK  _____ _____ _____ _____ _____

CRITICAL  MAJOR_A MAJOR_B MINOR
50/0    20/0    20/1    20/3
180 ATTACH C/O BLOT PER M&B INST  C03 BLOTT  _____ _____ _____ _____

TO FILE;

      I SAT DOWN WITH DAVE AUBIN TO DISCUSS THE 13 MIXES (5000LB) THAT WERE MIXED WRONG. THE CHECK (MO) HAD THE WRONG FURFURAL INFORMATION PRINTED ON IT.  THE MIX WAS UNUSEABLE. THE SMALL AMOUNT OF FURF IN THE LARGE 2 BOWL SHOULD HAVE BEEN A TIP OFF THAT THE CHECK WAS WRONG. ALSO AFTER THE MIX CYLE THE MIX HAD LOTS OF RAW ABRASIVE SHOWING AND THE MIX WAS VERY BONDY. DAVE HAS BEEN MIXING FOR A YEAR AND OPERATED MANY TYPES OF PRESS FOR 10 YEARS. DAVE HAS BEEN INVOLVED AND TRAINED IN ALL ASPECT OF ORGANIC MIX/ MOLD. DAVE DID NOT QUESTION THE MIX TO HIS SUPERVISOR OR GROUPLEADER HE SHOULD HAVE QUESTION THIS MIXING SLIP.

                                          RICK BOUCHARD
                                          2/10/00

CONFIDENTIAL

DEF02670

| Mfg Order #<br>C173767 | Screen Size<br>6  /6 | Total Mix Slip Wt<br>34558.7487 | # of Mixes<br>13 | Wt per Mix<br>379.7700 |
|---|---|---|---|---|
| Mix Station | Specification | 3NZ16/21-U8B0384 | | Approval for Change<br>Initial \| Date |
| MIXER | DATE | UNITS MIXED | | |
| | | | | |
| | | | | |
| | | | | |

**MIXING SLIP**

C173767 —17

COMMENTS
SEQUENCE No = 010   13 MIXES PER DECONSOL
MO

| Code | Size | Weight | Cum | Material ID | Print Date:  1/28/00 |
|---|---|---|---|---|---|
| _558 | 0014 | 212.8200 | 212.8200 | | |



15580014

| 3001 | 0016 | 30.5900 | 243.4100 |
|---|---|---|---|



30010016

| 3001 | 0020 | 30.5900 | 274.0000 |
|---|---|---|---|

30010020

| Additive | Weight | Factor | FC | Material ID |
|---|---|---|---|---|
| 2439 | 97.7900 LB | .00 | | |



T439

| FURF | 179.0000 CC | 5.70 |
|---|---|---|



FURF

| CL40 | 532.0000 CC | 1.40 |
|---|---|---|

CL40

CONFIDENTIAL

DEF02671

John

PLS SPEAK w/ DAVE Aubin

"SAFETY". MIX PANS WEIGHED

68 POUNDS ——— 45 is the

Limit.

thx.

MJV —

5/4/2000 D:30p
Dave admitted
to Pans being
50#. Showed him
S. Book and rule #1
P. 13.        JL

DEF02695

52.
51. 5
51. 6
53. 3
53. 2
68

DEF02696

Case 4:04-cv-40146-FDS Document 36-11 Filed 04/03/2006 Page 16 of 28



### Supervisor's *Personnel Guide*

Hiring, Employment, Termination
**Discipline/Discharge**

CONFIDENTIAL

## STATEMENT OF POLICY

A. In order to run a company safely and effectively, there must be a reasonable degree of discipline. Discipline is defined as instruction, training, a sense of order, or control of given standards of conduct and operation. It is the intent of this policy to outline the expected response of our employees towards Company regulations and also to outline th proper corrective action occasionally required to maintain adherence to these regulations

B. It is the employees responsibility to observe normal regulations necessary for the proper operation of Norton Company. These regulations are based on the Company's expectations that employees:

1. Be honest in their dealings with the Company, as they can expect the Company to be honest and fair in its dealings with them.

2. Respect the rights and feelings of fellow employees.

3. Observe Company's instructions necessary for safe and efficient operations.

C. Supervisors are responsible for monitoring these regulations in all areas of the Company, including their own specific areas.

D. Security, Safety, and Personnel are responsible for monitoring and identifying violations these regulations in all areas of the Company.

E. The immediate supervisor of any employee is responsible for initiating appropriate action to correct violations by an employee (except in immediate emergency situations where th safety of the employee or other employees is in jeopardy). Such action may include training, counseling, written reminder (which may include a temporary transfer to anothe job), written warning (which may include a job transfer or a suspension period of to five days) or even a discharge.

DEF02672

## INTENT OF POLICY

- To prevent a repetition of any acts which hinder safe and efficient operations.
- To provide a method of educating employees about Company regulations.
- To correct or prevent problems and not to punish employees.

G629102

Order Qty:    250      Mold Qty:    253

| Operation Number/<br>Description | W/C# Mach# Clock# | Actual<br>Date | Qty<br>Good | Qty<br>Bad | Scra<br>Code |
|---|---|---|---|---|---|

    1 - 14-1/16 X  3-1/16 3160 GLASS
    1 - 26 X  1-3/4 #15PAPER
    1-G2N BUSHING
    MIN. MOLD PRESSURE = 1616 TONS REF
    WT THICK RATIO = 46.11

010 MIX COARSE  *TIME* 7.95 PM        MX1 TBTW   714   5/13   (10)

020 MIX DISPENSER- 12 SCREEN          MX1 RSCRN  740   5-13

080 MOLD RYPL 30C  3000 TON EAST      TR2 3000R

| | THICKNESS | | TV/<br>TK | AV<br>TK | ACT<br>WGT | ACT<br>WTT | TG<br>TK | WGT<br>RAT |
|---|---|---|---|---|---|---|---|---|

RATE = 12.5 - HOURS = 20.2

100 SEE BAKE STAMP FOR 309* BAKE   309 OVEN        **DEF02698**

    GRID # _____  QTY _____
    GRID # _____  QTY _____     CLAMPED BY _____
110 STRIPPING THICK                  TKS STRTK _____

120 INPROC INSPCT                    C03 INPTK _____

130 REAM DP LARGE C24 40             C03 ALNLG _____

140 FACE 30CYC GR  BN-BNA CO         C03 30CGR   RATE =  108 - HOURS = 2.31

150 BALANCE & COUNTER BAL            C03 PWB1

    COUNTER BALANCE
160 MARKER LARGE22                   C03 SPRYL

170 SPEED TEST                       C03 30SPE

    TEST AT REV :2505
    MAX OP SPEED :2090                TESTED : _____

180 INSPECT-FINAL (280 SP MAX)       C03 FITK _____

| | Manufacturing Order<br>Number  G629102 | Start Date<br>4/10/00 | Ship Date<br>4/19/00 |
|---|---|---|---|

Print Date  4/14/00           Bonded Abrasives                    Page   1
                          NORTON - ROUGH GRINDING                 WHS RMW

| | Manufacturing Order Number  G629102 | Start Date 4/10/00 | Ship Date 4/19/00 |
|---|---|---|---|



69083100141



G629102

Order Qty:      250      Mold Qty:    253

Ext GG U57A244-YB65B            Int GG U57A244-YB65B
SO#      001 001                PO#
Prod Cat                        EU 06
Dimensions/Description          Wheel Type 01

26 X 7/32 X 1-3/4
REINFORCED
R SIDES

RYPL 3000

W est
5/13
6 AM

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|

003 SCHEDULE FOR MIXING          PLN PRINT

```
    U57A24/4-YB65B
    1230     63.70              10 MIXES @ 274.13 EA SCR 12 12
    2D437    36.30              1230   24  87.31  2D437  89.81
    GW    2.86                  1230   30  87.31  LPR3   10.26
    FW    2.86                  TOT ABR   174.62  FURF   441 CC
    TOTAL MIX REQUIRED: 2741.28                   CL40   274 CC
                                FACTORS: .26 LPR3   15. FURF
                                         1.0 CL40
```

005 SCHEDULE FOR MOLDING - IR2    PLN SCHED

```
    26-1/4 X    0.235 X 1-3/4
                                BAKE STAMP
    MOLD R SIDES                309* 2AL/TES/7LB7/HC150
    CHECK BALANCE TO 1/2 FINAL BALANCE LIMIT
    INSPECT 4 TIMES PER SHIFT
    SAMPLES OF 1
    PLUG HOLES ON FIRST 3 WHEELS
    PLUG 1 OF 10 FOR REMAINDER OF ORDER
    MOLD TOL THK +-.005 TV .005
    MIX AGE- 4 HRS TO 24 HRS
    RECESS TOP LAYER 14 X .018
    USE 2 PIECES OF DUCT TAPE
    ORIENT CLOTH
    1 - 26 X  1-3/4 #15PAPER
    1 - 14-1/16 X  1-3/4 3160 GLASS
    1 MIX = 3.612 LBS
    1 - 26-1/8 X  1-3/4 3160 GLASS
    1 MIX = 3.612 LBS
    1 - 26-1/8 X  1-3/4 3160 GLASS
    1 MIX = 3.612 LBS
```

DEF02699

Today 10/16/03 I informed Dave Audin of Al's letter on break times and being away from the Machine socializing with other people. Dave read the letter and agreed to stop talking to other employees during work hours.

PS Review a copy of the letter below.

Just a reminder – please enforce the break times before and after lunch, coffee and clean up. People are basically having a social hour whenever the mood strikes them. They walk off the job and go talk to another operator – two people are not working. I do not expect you to be policemen, but I do expect people to at least go back to work when you see them goofing off! In most cases, operators just keep talking as nothing gets said to them. I do no want you to yell or anything, but I do want people to stay at their work stations and put in their time on the job every day.
Al

**Jeffrey A.Clark**
**Supervisor Core Mix& Mold**

*Jeffrey A. Clark 10/16/03*

CONFIDENTIAL

DEF02669

Note to David Aubin's file

7/1/04  7:20am Dave Aubin approached me (Jeffrey Clark Supervisor Core Mix & Mold) very upset telling me I (Jeff Clark) need to talk to Harry to get him under control. I asked why? Dave said Harry is harassing me. I was in the middle of a safety audit. I told Dave I would talk to Harry right after this audit was completed.

7:45am I held a second conversation with Dave to get more detail on the situation. Dave began to explain that the whole thing started the day before 6/30/04 at the 9:00 am break. Dave, Harry, Rich Deluca, and Kevin Goodrich were sitting at the same picnic table, a place that Harry never sits. Turns out the Harry sat there because of Rich Deluca. The conversation that was taking place was about Kevin parking in the visitors parking area.

Billy Damato is a first responder for the Security Department. Billy noticed that a car was parked in the visitors parking area and asked Dave whose car it was, Dave told Billy it was Kevin's car. Billy asked Kevin to move, he did. A joke started out of this between Kevin and Dave. The Joke was Dave being a rat for turning Kevin in for parking there. At the picnic table Harry had asked Kevin who turned him in, Kevin looked at Dave and said the rat did (joking with Dave).

Today 7/1/04 Dave and Mike Lorusso were at 21 press harassing each other over the Yankee Red Sox game. As this was going on Harry left 17 press and approached Dave accusing Dave of taking about him. Harry's statement was if you have something to say about me say it to me and don't hide behind the machine or Mike. Dave got very upset (mad) and started heading back to the mixing area when he ran into me, doing the safety audit at TCOP.

I held a conversation with Harry, Asking him what happened between Him and Dave, Harry initially said nothing. I asked what happened at the picnic table yesterday 6/30/04. Harry asked what you mean. I asked him if he called Dave a rat because of Kevin's car, he said no. Then I asked him what happened when Dave was at 17 press? Harry said he thought Dave was talking about him, he told Dave he didn't need to hide behind Mike to say it to him.

My last conversation was with Dave Aubin and Harry Boutwell. We talked about getting along with each other and staying focused on the business. I informed both of them that I know they don't like each other and this situation is progressing in the wrong direction. I also informed them that I have seen situations like this before that resulted in termination because one person touched another and I didn't want that to happen in this one. I informed both of them that I didn't want to see either one of them to get in trouble because they are very well needed here. They both agreed that they would keep business, business. And stop assuming that they are talking about each other. I informed both of them that a letter would go into their files about this whole situation and that it had to stop before progressive discipline took over.

CONFIDENTIAL

DEF02974

Emp#:  27582186  AUBIN,DAVID J          Badge:  7610477          Selected Period
Options:   1=View   B=Brkdwn                                     From:.
Position:.                                                       To:.

| Opt | SA/MO | Date | In | G | Out | E | Hours | Sch | Pcd | Ap | Center | Notes |
|-----|-------|------|-----|---|-----|---|-------|-----|-----|----|--------|-------|
| ᒷ | SA | 5/07/05 | 1:30 | G | 7:54 | E | 6.40 | 6.00 | | 5 | 10101 | |
| ᒷ | MO | 5/09/05 | 4:30 | G | 12:30 | | 7.50 | 7.50 | | 5 | 10101 | |
| ᒷ | TU | 5/10/05 | 5:00 | G | 13:00 | | 7.50 | 7.50 | | 5 | 10101 | A |
| ᒷ | WE | 5/11/05 | 4:30 | G | 12:30 | | 7.50 | 7.50 | | 5 | 10101 | A |
| ᒷ | TH | 5/12/05 | 5:00 | G | 13:00 | | 7.50 | 7.50 | | 5 | 10101 | A |
| ᒷ | FR | 5/13/05 | 4:30 | G | 12:30 | | 7.50 | 7.50 | | 5 | 10101 | A |
| ᒷ | SU | 5/15/05 | 1:00 | G | 5:30 | | 4.50 | 4.50 | | 5 | 10101 | A |
| ᒷ | MO | 5/16/05 | 4:36 | L | 12:48 | E | 7.70 | 8.00 | | 5 | 10101 | |
| ᒷ | TU | 5/17/05 | 4:30 | G | 12:30 | | 7.50 | 7.50 | | 5 | 10101 | A |
| ᒷ | WE | 5/18/05 | 5:00 | G | 13:00 | | 7.50 | 7.50 | | 5 | 10101 | A |
| ᒷ | TH | 5/19/05 | 4:30 | G | 12:30 | | 7.50 | 7.50 | | 5 | 10101 | A |
| ᒷ | FR | 5/20/05 | 4:30 | G | 12:30 | | 7.50 | 7.50 | | 5 | 10101 | A |

| | | | | | | | More... |
|---|---|---|---|---|---|---|---|
| REG | 690.40 | WR3 | 384.90 | DOUBL | 465.90 | OT | 272.30 | WRSCK 120.00 | |
| REGOT | 326.40 | WRHOL | 262.50 | VACWK | 280.00 | WRHL2 | 1.50 | Other 58.00 | Total 576.30 |

F3=Exit
F12=Cancel    F13=Actual                    F9=Previous   F10=Next        F11=Charge
              F14=Defaults  F15=Punches   F16=Audit

5/24/05

this is the third time I had to talk to
Dave about Punching in Early. Last week
I (Jeff Clark) was on vacation dave Punched
in at 4.30 am 4 days, two weeks ago I informed
the Day shift mixers the hours were getting out of
Control as far as Early Punches. Dave being the biggest
culprate agreed to work ~~his steel~~ his scheduled hours 5-1
~~Dave~~ as well as the other mixers. this letter is the
start of progressive discipline.

Jeff Clark
Supervisor core, mix and mold.

DEF02700

**Clark, Jeff A.**

*Talk to DAVE Aubin*

| | |
|---|---|
| **From:** | Martini, Joe T. |
| **Sent:** | Monday, September 19, 2005 6:07 PM |
| **To:** | Clark, Jeff A. |
| **Subject:** | Mix Pans |

Dave Aubin mixed an order for the G&B, 100641588. Seven of the ten mix pans were 58-59 pounds. Ben lifted a few, then came to see me because he thought they were heavy. We weighed them up and found he was right. As I recall, this has been a problem with Dave in the past. I would like you to speak with him and note this in his file. I don't want to see anyone hurt because of the heavy pans. Thanks, Joe

I (Jeffrey Clark Supervisor Core mix + mold) held a conversation with Dave putting to much mix in Pans. Refer to E-mail for details.

I explained to dave that diggline has been given for this in the past. I also informed Dave if this happened again that disapline would follow. Dave agreed.

Jeffry Clark
Supervisor Core mix + mold.

Dave
Aubin

9/21/2005

**EXHIBIT**
*Oliver #92*
1/30/06

Joe Wilson                                    3-12-96

Today I talked to Joe about his time/attendance. He has been tardy 16 times since January. I made it very clear that if he is tardy one more time he will receive a Written Reminder. I explained company policy and the importance of him being here on time. Joe said that he understood and will correct his problem.

Nick D'Benedetto
Production Supervisor

CONFIDENTIAL

JOE WILSON

START TIME    TARDY
5:30 AM         1/3      6:00
                1/4      6:25
                1/5      6:00
                1/8      6:31
                1/10     6:22
START TIME 6:00  1/17    6:12
                1/22     6:08
                1/23     6:10
START TIME
5:30 AM         2/5      5:57
                2/6      6:02
                2/7      6:00
                2/13     6:00
                2/14     5:54
                2/17     6:02
                2/21     5:48
                2/29     5:38

LEFT   EARLY
    1/2    1:38
    1/8    12:30
    1/10   12:00
    1/11   1:35
    1/26   1:30

16  TIMES  TARDY
5   LEFT  EARLY

CONFIDENTIAL

**DEF02339**

```
04/25/97 05:43a              FULL SCREEN EDITOR
  Refresh  Punches  Pay-Cat  Display  Prev-Emp  Next-Emp

WILSON JOSEPH G.                   52629513   11500001    7.5

          ID IN  Dept        OUT    ID IN  Dept          OUT        TOTALS
Mon 04/21 1200p HOL                                              8.00    8.00
Tue 04/22  502a            1205p   M 1231p              201p     8.50   16.50
Wed 04/23  429a            1200p   M 1225p              200p     9.00   25.50
Thu 04/24  456a            1207p   M 1230p*S           218p*E    8.80   34.30
Fri 04/25  429a                                                 1.20   35.50



ACCT:11500001-11500001
         REG:        27.50        HOL:        8.00              4/25/97
```

Today I talked to Joe in regards to his not working overtime. We have a heavy work load in maping and there is one person out on vacation. We asked the him to work an hour a day Tues + Wed and 1½ hours Thurs + Friday. My instruction were not followed. I made it very clear that we needed him in.

Production Supervisor
Nick D. Benedetto

CONFIDENTIAL

DEF02341

9/19/9)

Joe Wilson

Today I talked to Joe in regards to batch #'s. He is not writting the batch # for abrasive on the face of the MO. This is a very important piece of information for trasability for abrasive if there is a proble. I have spoken to the mixers about this issue before and just how important it is for batch #'s on the MO.

I made it clear that if the batch #'s are not on the MO from today on, that disiplinary action will be taken.

Production Supervisor
Nick Di Benedetto

CONFIDENTIAL

Joe Wilson                                    10-2-97

Today I talked to Joe about him being late in attending the department quality meeting. We have had 4 meetings and he was late for 3 and didn't show for 1.

I mentioned to him the importance of these meetings and that he must be on time and that he is holding up the class.

I told him that if he is late again that he will be Written up with a Reminder.

                                    Production Supervisor

                                    Nick D. Benedetto

DEF02348

## DiBenedetto, Nick J.

| | |
|---|---|
| **From:** | Ferguson, Howie T. |
| **To:** | Allain, David J.; Cole, Ellis R.; DiBenedetto, Nick J.; Fitton, Michael J.; Hartland, Alan R.; Johnson, Alan P.; Messina, Paul J. |
| **Subject:** | FW: Out of control |
| **Date:** | Tuesday, May 05, 1998 7:15AM |

Try Again.

\-\-\-\-\-\-\-\-\-

From: Ferguson, Howie T.
To: Allain, David J.; Baker, Mark A.; Cole, Ellis R.; DiBenedetto, Nick J.; Fitton, Michael J.; Hartland, Alan R.; Johnson, Alan P.; Messina, Paul J.; Wickes, Jean L.
Subject: Out of control
Date: Tuesday, May 05, 1998 5:45AM

At our meeting to learn how the Scanning System works, we discussed how the operators can, and were, cheating the system.   The cheating is still going on. Every day I watch operators, from all lines, scanning the tanks, and then going to weigh up. How can we be sure they are weighing the correct tank? We can't. The new one now is to attach the Bond tags onto the Lorey Scale and scan the Bond from there. How can we trace the Bond Batch? We can't.
If the system is going to work, we need to come to grips with this.

*Joseph Wilson*