1/07/80

Today I had a talk with J Wilson For not calling people with Engineering Flyers Told him It is very important to call because those flyers are put on For a reason also told him this was the second time I talked to him about this and this would be put into his File

CONFIDENTIAL

DEF02351

Today I had a little confrentation with Joe Wilson. He told me he felt that I was watching him all the time and since I had become a group leader I was sincleing him out he was yelling and was very upset. He had been working in mixing and I went to check on him when I asked him how long the job would take he told me 1 hour I went back and saw him about 1 1/2 hours later and he was still at mixing I asked him how much longer and he said he would get there when he got there. At about 45 minuts later he came down to the Blotter area and started yelling and telling me I was watching him to much. I told Joe I treat everyone the same and that he told me the job would take 1 hour in mixing and it took 2 1/2 hours. I told him I went by what he told me. About 1 hour later Joe come over to me and told me he was sorry he had spoken to me like that I told him I acceptid his apoligy but I also told him that he knew alot of different jobs and we needed him to do those jobs He told me he was willing to work anywhere.

Bruce Burdett
Group leader  Line 1
4/14/99

CONFIDENTIAL

DEF02357



III-12

## Supervisor's *Personnel Guide*

Hiring, Employment, Termination
**Attendance**

Page 1 of 4
01 MAR 1997

---

## STATEMENT OF POLICY

Norton Company expects every employee to respect and comply with rules and regulations regarding attendance. Hours of work are well defined.

## APPLICATION OF POLICY

This policy applies to nonexempt employees located in Worcester, Massachusetts.

## GENERAL



· **Absent** - Employee does not report to work on a scheduled work day.

**Tardy** - Employee reports late for work on a scheduled work day.

· **Left Early** - Employee leaves work prior to end of scheduled work day.

· **Employment Terminated Without Notice** - Employee absent three consecutive work days without contacting supervisor to explain reason for absence.

## EMPLOYEE RESPONSIBILITIES

A. If employee expects to be absent or tardy they must notify immediate supervisor or a person designated by supervisor as soon as possible regarding the reason.

B. If an absent employee calls later than two hours from the start of the shift, they are considered a no call/no show.

C. If employee cannot reach either the supervisor or person designated by supervisor they are to call employment department.

D. If employee wishes to leave work early on any scheduled work day they must:
· notify supervision as much in advance as possible
· explain the reason
· obtain supervisor approval on the time card.

DEF02358

E. If employee does not call or show for 3 consecutive work days, their employment will be terminated and will be considered to have left on their own accord without notice.

## SUPERVISOR RESPONSIBILITIES

A. Encourage regularity and punctuality in attendance.

B. Note on employees' time record the reason, when known, for an absence, tardiness or early departure and whether or not it was approved.

C. Maintain an Employee Absentee Record for each employee.

## DISCUSSION GUIDELINES

A. **Informal Discussion** - prompted when an attendance issue may be developing or when a new employee is absent. Key points in implementing informal discussion:

- Hold discussion immediately upon employees return (controls absenteeism and enhances supervisor/employee relations).

- Hold discussion at employee's work station.

- Let employee know they are important to company, department, and supervisor.

- Comment on reason given for absence. Example "I hope you are feeling better today." "I am sorry to hear about your brothers death."

- Acknowledge the department loss of their special skills.

- Bring employee up to date on production needs and needs of the day.

- Close with a comment such as "Glad to see you back."

CONFIDENTIAL

DEF02359

## DISCUSSION GUIDELINES (cont'd)

B.  **Formal Discussion** - prompted when an employee is absent for 3 occurrences in a 90 day period. Key steps in implementing formal discussion:

- Stay focused on performance.

- Have prepared and well documented material to support discussion.

- Describe problem in a firm, fair, unemotional manner.

- Encourage employee to comment on the situation as you have outlined and what the problem is - if the employee feels it is a personal matter or if serious life or work problems exist, recommend employee counselor and make appointment immediately.

- Indicate to the employee that you want them to succeed, that you will help them in any way you can, but that they must do their part.

- Inform employee past behavior is inappropriate and counter productive to departmental goals and to the individuals career.

- Outline any steps previously taken to avoid this development and include employee's agreement and commitment to avoid future incidence.

- Explain future expectations and results if present action continues.

- Describe company guidelines on attendance as it relates to the disciplinary steps you are taking and explain exactly how and why you feel the action is appropriate.

- Have employee restate what they are going to do and if they can do it.

- Agree to a specific follow-up date to review corrective action and follow it through.

- If employee feels their reasons are a personal matter or if discussion discloses serious life or work problems, refer employee to Employee Counselor.



## ATTENDANCE GUIDELINES

A.  Three occurrences* of absence in any 90-day period will prompt the supervisor to hold a discussion with the employee.  Depending on the circumstances, a number of actions could ensue.

1.  Well documented and legitimate absences result in no disciplinary action.

2.  Serious life or work problems that result in referral to the Employee Counselor (with or without discipline).

3.  Poorly explained or unexplained absences result in a written reminder, Form #LM566A.

B.  Two additional occurrences of absence in any subsequent 90-day period for a person on a written reminder that did not appear legitimate result in a written warning, Form #4456.

C.  One additional occurrence of absence for a person on a written warning that did not appear legitimate result in discharge.  See also Discipline/Discharge, III-20.

*Occurrence is defined as each period of consecutive absence.

## TARDINESS GUIDELINES

A.  Six occurrences of tardiness in any 90-day period will prompt the supervisor to hold a discussion with the employee.  Poor explanations or unexplained tardiness result in a written reminder.

B.  Four additional occurrences of tardiness in any subsequent 90-day period for a person on a written reminder that did not appear legitimate result in a written warning.

C.  Two additional occurrences of tardiness for a person on a written warning result in discharge.

**Writer**

Supervisor, Nonexempt Employment

CONFIDENTIAL

**DEF02361**

5/12/88

Today, I talked to Joe Wilson about his tardiness. He has been late six times since the beginning of the year. I told him he needed to improve in this area. He agreed. Bruce Burdett was present during the discussion.

David J Collins
Supervisor
Line 1

CONFIDENTIAL

```
52629513   WILSON JOSEPH G                  11500001              8.0
```

Includes data from TKC within selected time frame

Late In :

```
06/22/98            : 1              0.12
07/27/98            : 1              0.15
08/17/98            : 1              0.15
09/12/98            : 1              0.12
01/09/99            : 1              0.12
01/15/99            : 1              0.28
01/22/99            : 1              0.20
02/27/99            : 1              0.17
04/03/99            : 1              0.23
04/29/99            : 1              0.10
05/20/99            : 1              0.10
```

CONFIDENTIAL

TODAY, NICK & I SPOKE to JOE WILSON ABOUT HIS TARDINESS. NICK TOLD HIM WE NEEDED to TALK to HIM BECAUSE HE HAD BEEN LATE 7 times ALREADY THIS YEAR. NICK OFFERED JOE THE USE OF Professional Services if he WAS having OUTSIDE Problems. He ALSO TOLD HIM He needed to improve ON HIS TARDINESS.

*[signature]*
Supervisor
6/18/99

late :

```
07/27/98              : 1
08/28/98              : 1
09/25/98              : 1
09/26/98              : 1
12/22/98              : 1
03/13/99              : 1
04/07/99              : 1
04/20/99              : 1
05/10/99              : 1
             Total : 9
```

CONFIDENTIAL

Joe Wilson

Joe Wilson did not report to work today. My group leader informed me of this @ 5:30am when I arrived. He said Norton Company security and the Worc. Police Dept. were both waiting for him when he came in this morning. The Worc. Police took Joe into custody for reasons unknown to myself or the Group leader.

He came in @ 12:30pm to speak to me about the incident. He said that he was surprised that the police were here waiting for him and didn't understand why they were bringing him into custody. He said he had a dispute with his ex-wife about a car issue but he didn't believe it was a serious issue until he meets the police this morning. He said that she said he pushed her and that is why he was arrested. He denies that he pushed her with intent to injure. Regardless, the police detained him.

I told Joe that I've noticed a change in his attitude and job performance and I was going to address this with him today before the police detained him. I explained to him what I meant by this. First, I explained to him that his attendance has not been as good as it should be. When I have asked him to come in early to work overtime he has not always made it in at the requested time. Nick and myself sat down as recently as 6/18 to discuss this issue with him (tardiness) I then said to him I was also going to address his performance with him. I told him he had a large rejection @ grading that he mixed ½ the order without the shell ingredient. I told him that this was not like him to make these kinds of mistakes. He then broke down.

After he composed himself, I strongly recommended he use the EAP program offered by the company. He said he needed some help so I gave him the necessary info he needs to utilize the EAP program. I re-emphasized to him he should seek professional help and he said that he would call for help. Before he left he said he would be in tomorrow for work.

David J. Allain
Supervisor/ Line 1
Aug.4,1999

CONFIDENTIAL

This ORDER WAS PARTIALLY REJECTED BECAUSE
JOE WILSON OMITTED SHELLS IN (W) OF 2 MIX.
I BROUGHT THIS TO JOE'S ATTENTION ON
8/4/99 WHEN he CAME IN to SPeak to ME
ABOUT A PERSONEL ISSUE.

David J. Allain
Supervisor
Line 1
8/6/99

FORM 3771-D, Rev. - 5/99

# VITRIFIED REJECTION CARD

| W.O. NUMBER | | OPERATION # | 060 | ENTERED BY | SHIFT | CARD DATE |
|---|---|---|---|---|---|---|

**DIMENSIONS:** 3 1/2 x 1 3/4 x 1 1/2

**GRAIN & GRADE:** 32A60-J8VBEP

**MOLD QTY:** 265

| | REL. QTY | MACH # | OPERATOR | REJ. CODES | APPROVAL |
|---|---|---|---|---|---|
| 1 | 136 | 1193 | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

**COMMENTS**

**SEND TO:** PRODUCTION CONTROL

8/23/99


Joe Wilson


  I spoke to Joe Wilson in regards to his lack of focus on his job. Bruce Burdett was present during this counseling session. We had to remix 2 orders because he wasn't paying attention to what he was doing. He consolidated two orders into one tank but the orders were different grades. One was a "K" grade and the other was "L" grade. Both mixes were thrown away and had to be re-mixed. I told him that this behavior was unacceptable and he needed to re-focus on doing his job. I told him I will not tolerate needless mistakes because he isn't paying attention to reading the mix slip correctly. He said that it was his fault and would be more careful in the future.


David J. Allain
Supervisor
Line 1

CONFIDENTIAL

Today Dove and I talked to Joe Wilson Dave Explained to Joe that he has to stay Focased and that he has been makeing mistakes he should not be makeing. Dove told Joe he was willing to work with him on his problems but there were mistakes being made that he should know Better than to be makeing. Joe told Dove that the mistakes shouldent be happening and he would start to concentrate more on what he was Doing

Bruce Burdett
Group Leader Line 1
8/23/99    10:30 pm

CONFIDENTIAL

Print Date  7/27/99           Bonded Abrasives                    Page   1
                        NORTON - PRECISION GRINDING                WHS PMW

| B W GRINDING<br>HOUSTON        TX | Manufacturing Order<br>Number  C592193 | Start Date<br>8/02/99 | Ship Date<br>8/20/99 |

```
|||||| ||| || ||||| |||| ||||| |||| ||||||              ||||| ||| |||| |||||| |||||
        66243504917                                          C592193
```

Order Qty:     250     Mold Qty:    265  ~~267~~

Ext GG **32A601-J12VBEP**              Int GG **32A601-J12VBEP**
SO# R33074 001 001                   PO# 1259180
Prod Cat                             EU 16
Dimensions/Description               Wheel Type 05

3-1/2 X 1-3/4 X 1-1/4
RECESS SIDE A 2 X 5/8

| Operation Number/<br>Description | W/C# | Mach# | Clock# | Actual<br>Date | Qty<br>Good | Qty<br>Bad | Scrap<br>Code |

010 MIX-28LA                    1A3 1A3    546  7-30  3

        32A60/1-J12VBEP                              |*MIX TIME*
        MIX V   28"   3   116.47  7222              |
   4211 ~~4200~~   60 80.00   TANK # _____         |
        9180   40 9.00   TANK # _____
        ABR       0.7642            INGREDIENTS
        GW        2.0094            SIL4      0.0249
   750  R         0.8963            DU23      0.0100
   7-88 FW        1.8392            AR        0.0491
        SM        0.9793            AW        0.0077
                                    B2        0.2069   B #  99213
                                    D123      0.0100
                                    TANK # _____  26-20
                                    Abrasives +/- .3 lbs
                                    Liquids +/- .02 lbs
                                    Additives +/- .01 lbs
                                    ~~1660   933  180~~
020 MOLD-250FOP-IND             21M 21M   ~~1660   731  165~~

        250 TON MANUAL                  MOLDED WEIGHTS
        3.625 X 1.888 X 1-1/4           S 568.00    572.00    577.00
        SINGLE 1/8" OPEN
        BLOCK HEIGHT = 2-1/2"
030 ~~DRY-ROOM-10HR~~            33D 33D
   (PM)
        ~~ROUTE TO DRY ROOM FOR 10 HOURS~~   0563 AUG 02 K 55705
040 FIRE-234/235   AL23         4A2 4A2

        AL-23                           RACK # Z-4  22-A
                                        BATT # 14
050 DRAW                        ~~41D~~ 41D   0407 AUG 3  2265  022

060 GRADE-L1                    51G 51G   0413 AUG 3  135  130  W
                    AUG 3 1999
                       263
                       73
                       72

                        --1835--

## DiBenedetto, Nick J.

| | |
|---|---|
| **From:** | Allain, David J. |
| **Sent:** | Tuesday, August 24, 1999 11:53 AM |
| **To:** | Foley, Bob G. |
| **Cc:** | DiBenedetto, Nick J. |
| **Subject:** | Joe Wilson |

Bob, I have had to reprimand Joe Wilson yesterday( 8/23) because of his inability to focus on his job. He caused two orders to be RE-Mixed because he read the mix slips incorrect. I sat down with him and explained that he needed to be more careful because this was a costly mistake. He left the couseling session understanding he needed to be more focused.( Documented)

Today( 8/24), I needed to speak to him about his attendance. Yesterday, he told me that he needed to leave @ 11am because he needed to meet with someone to straighten out some personel issues. We had an agreement that I would work with him on him getting straigtened out but this is a two -way street.He said that he would come back and make -up his time after his appointment but he didn't return. So this morning I approached him on this issue and he said after his appointment he could not come back because of circumstances that had occurred during his appointment.I explained to him how important that he be here because of the situation that we are in. ( 3 1/2 weeks until the move begins to Reynosa). Nick had a dept. meeting last wk. detailing each weeks expected work schedule and all were given copies.I showed this to him AGAIN and he said that he saw the same copy. He then said he would work 10hrs. the rest of the week and Saturday.

It seems that his personal life is conflicting with his workhabits and attendence.I did not want to get into specifics about his personal life but I have expressed to him the importance of improving his focus and his commitment to be here . I need your help to try and get this situation resolved. If you need any other info please let me know.

*REGARDS,DAVE*

CONFIDENTIAL

CONFIDENTIAL

DEF02366

8/31/99

Joe Wilson

Today, I spoke to Joe Wilson in regards to not following proper instructions. He came in at 11pm Sun. on his own without notice when he was scheduled to start work @ 3:30am Mon.  I explained to him that he cannot come in whenever he wants and this will not happen again. I explained to him I am responsible for him and the line so we  need to know what hrs. people are working. He said that he had to go to court for 9am that is why he came in early. I told Joe that we had discussed with him earlier if he needs to leave early he must let us know in advance and we would do everything possible to accommodate him. He said that he had forgotten about this appointment and that is why he didn't tell me. He also apologized but I  told him apologies were unnecessay and he just needed  to follow procedures. I told him this was not the first time he has done this and any deviation from scheduled start times in the future we must know about them and if this occurs again he will receive a written reminder.



David J. Allain
Supervisor

CONFIDENTIAL

Today Dave and I had a conversation with Joe Wilson about him coming into work Sunday night without letting anyone know about it. Dave told Joe he was willing to work with him but he had to be here when Dave wanted him here Joe said he was sorry and it would not happen again Dave told Joe if it did happen again he would be getting a written Reminder

Bruce Burrell
Group Leader Line 1
8/31/99

CONFIDENTIAL

9/30/

Today, I spoke to Joe Wilson in regards to an improper procedure he used in mixing. He used a "dark" tank to put a "light" mix into it. This is unacceptable and I made it clear to him it will not happen again. He said that he didn't have any light tanks available so he used a "dark" tank. I told him in the future if he does not have any light tanks we will not mix any lights until we do. He said he understood and would not put any light mixes into dark tanks in the future.

David J. Allain
Group Leader
1st Shift

Print Date 11/08/99

Bonded Abrasives
NORTON - PRECISION GRINDING

| SEQUOIA SAW SUPPLY CO<br>N LITTLE ROCK      AR | Manufacturing Order<br>Number  C608750 | Start Date<br>11/30/99 | Shi_<br>12/ |
|---|---|---|---|

66253102250

Order Qty:      30      Mold Qty:   33

EXT GG 32A46-H8VG
SO# R77201 001 001
Prod Cat
Dimensions/Description

10 X 3-1/2 X 7-1/2
RIM 1-1/4
WIND TAPE
INSERTED NUT PER B/P
WITH FINE HARD BACK

Int GG 32A46-H8VG
PO# 00016457
EU 28      Blueprint ME36906
Wheel Type 37

| Operation Number/<br>Description | W/C# | Mach# | Clock# | Actual<br>Date | Qty<br>Good | Qty<br>Bad |
|---|---|---|---|---|---|---|

BURN AL-TK/52
KILN VOLUME 32,89
DRY HOURS 0:00

010 MIX-28MAN            1A3 1A3     382    12/1

A54--J8VG
MIX V 28"  1   62.10
2023  54  53.00   TANK # 234
ABR      0.8535
GW       2.1630
R        0.9394
FW       2.0520
SM       0.9811

*MIX TIME

INGREDIENTS
D123     0.0200
AR       0.0250
AW       0.0050
161J     0.1004
D123     0.0200
APS      0.0013
TANK #
Abrasives +/- .3 lbs
Liquids +/- .02 lbs
Additives +/- .01 lbs

020 MIX-44              1A5 1A5

32A46-H8VG
MIX V 44"  1  437.93
4200  46  390.00   TANK # 594
ABR      0.8905
GW       2.0830
R        0.9394
FW       1.9850

*MIX TIME

INGREDIENTS
D123     0.0200
AR       0.0163
AW       0.0050

Print Date 11/24/99

Bonded Abrasives
NORTON - PRECISION GRINDING

TDR 11/24
EDE Page
WHS PMW
A140 S
Ship Date
12-89-9

| TOWNSEND INDUSTRIAL SALES | Manufacturing Order | Start Date |
| JACKSON          TN | Number  C610933 | ~~12/15/99~~ Now |

66253216088

ASAP

C610933

**Order Qty:**  100        **Mold Qty:**  110

Ext GG 25A46-K+8VBE
SO# R83486 001 001
Prod Cat
Dimensions/Description

Int GG 25A46-K+8VBE
PO# 211115
EU 25
Wheel Type 02        + 84 lbs

12 X 3 X 9
RIM 1-1/2
SIDE GRINDING
PLATE MOUNT STANDARD A167284 11-15/16 X 1/4 X 5.003 STEEL

Operation Number/
Description

W/C# Mach# Clock# Actual Qty Qty Scrap
Date Good Bad Code

130 PREP

150 BURN-AL-TK/52
KILN VOLUME = 89.00
DRY HOURS = 0.00
010 MIX=44

1A5 1A5    546  11-29  4

25A46/1-K+8VBE
MIX VL 44   04 404.93
9110  46.33800  TANK #  5.28
ABR   018347
GN    22030
R      0.9327
PFW    2.1024
SM     0.9773

INGREDIENTS
D123    0.0150
AR      0.0299
B7      0.1361
D123    0.0150
APS     0.0017
TANK #
Abrasives +/- .5 lbs
Liquids +/- .03 lbs
Additives +/- .03 lbs

020 MOLD-500GB

23A 23A     502  11-29  110

TAPERED BAND
500T MANUAL PRESS
12-1/4 X 3.150 X  8.750
SET SINGLE ON CRYSTAR BATTS
BLOCK HEIGHT = 4
030 FIRE-TK14

MOLDED WEIGHTS
(K) 14.64

4AT 4AT

AL-TK/52
040 DRAW

12/2/99

Alan Johnson & I spoke to Joe Wilson last night re:
- MO# C608750 : 50 lbs of mix was left over
  after qty 33 wheels were mixed.
- MO# C610933 : + 84 lbs of mix left over after
  qty 110 wheels (ASAP order) molded.
  Both MOs had to be put on hold to determine
  if product will meet grade.

Joe explained to us that when the mix calls
for only one abrasive, he weighs up using the
front of the check instead of the mix slip. He
indicated that his was (accidently) using the
total mix weight as the abrasive weight & this is
the cause of the excess mix. Our calculations
confirmed this was happening.

Alan explained to Joe that he must always mix
using the mix slip. Joe said he would
do this.

R. Moskovits
12/2/99

2/14/00

I spoke to Joe Wilson about us. The wrong bond on this order. Joe said that he grabbed a barrel from the right area, but the wrong x4 bond was in the wrong place. I replied regardle of where it was he should check the batch # on the barrel anyways. I also explained the importance of wasted mix this year, and how we need to be more careful. I also explained how it effects our productivity and that is one of our key objectives for this year.

Michael Litton
L3 Dept. Supervisor
2/14/00





**MEMORANDUM**

**BOB FOLEY**

Wed. 2/14/0.
Bob Foley office
7:30 Am
10:45 Am

CONFIDENTIAL

CONFIDENTIAL

## NORTON COMPANY
### *Written Reminder*

Date: _2/29/00_

Name: _Joseph Wilson_    Dept.: _13100_    Clock No.: _1546_

You are being given this written reminder for the following reason(s):

_FAILURE TO FOLLOW INSTRUCTIONS — POOR QUALITY_

Any further violations of Company Policy/Procedures will be cause for a written warning.

_Joseph W Wilson_
_____
Employee

Would you like information regarding
the Employee Assistance Program? _____

_Alan P. Johnson_
_____
Supervisor

Noted: _Dennis D'Eramo_

Department Head

**DEF02377**

This written reminder will be retained by the Employee's Supervisor.

FORM 6831

CONFIDENTIAL

# NORTON COMPANY
*Written Reminder*

Date: 2/29/00

Name: *Joseph Wilson*    Dept.: *13100*    Clock No.: *1546*

You are being given this written reminder for the following reason(s):

*FAILURE TO FOLLOW INSTRUCTIONS — POOR QUALITY*

Any further violations of Company Policy/Procedures will be cause for a written warning.

_____
Employee

Would you like information regarding
the Employee Assistance Program?

_____
*Alan P. Johnson*
Supervisor

Noted: *Dennis D'Errico*
Department Head

This written reminder will be retained by the Employee's Supervisor.

FORM 6831

-1845-

Print Date  2/01/00

Bonded Abrasives
NORTON - PRECISION GRINDING

Page    1
WHS PMW

| DIAMOND B CERRITOS        CA | Manufacturing Order Number   C619970 | Start Date 2/04/00 | Ship Date 2/29/00 |

**6625311269Z**

**C619970**

Order Qty:    200    Mold Qty:    220

Ext GG 37C541-MVK
SO# S05531 001 001
Prod Cat
Dimensions/Description

Int GG 37C541-MVK
PO# 00005506
EU 28
Wheel Type 01

10 X 1 X 1

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|

BURN = AL-TK/52
KILN VOLUME = 74.87
DRY HOURS = 0.00

1 mix 7:50PM

010 MIX-44          1A5 1A5    1546  2-10   2

```
37c54/1-m5vk
MIX V   44"   3   472.66
5300   54 386.00   TANK #  410
ABR       0.8167
GW        2.0308
R         0.9480
FW        1.9335
SM        1.0000
```

*MIX TIME*

INGREDIENTS
D123      0.0150        X 4
ZW        0.0410
W         0.0045
X14       0.1422     B #  578
D123      0.0150
APS       0.0068     X14- 418 c14
TANK #
Abrasives +/- .5 lbs
Liquids +/- .03 lbs
Additives +/- .03 lbs
*********************
*REBATCH:  CLOCK:
*DATE:  2-11-00
*APS ADDED:        LBS.
*********************

CONFIDENTIAL

020 MOLD-MATERNINI-10        23M 23M

AUTO PRESS
10-3/16 X  1.060 X  1.020
*** FORMULA AND SETUP PER STROMCG

MOLDED WEIGHTS
G  6.24      H  6.25
I  6.26      J  6.27
K  6.29      L  6.30
M  6.31      N  6.32

030 FIRE-TK14            4AT 4AT



FORM 910 : NORTON COMPANY

CHECK AND INITIAL FOR FILING_____

TO_____    FROM_____
　　Name　　　　　Dept. or Office　　　　Name　　　　Dept. or Office
SUBJECT:　　　　　　　　　　　　　DATE_____

Joe Wilson:　　　　　　　　　　　Alan Johnson
　　　　　　　　　　　　　　　　　March 2, 2000

Talked to Joe this morning about 3 orders
that he mixed using the wrong abrasive.
He said the machine was down for a little
time and he was trying to make up the time
and he just went too fast. I explained to
him that this was the 2nd time in less than a
month that he made an error. I also explained
that if it happens again it becomes a written
warning and his job will be in jeopardy. I asked
him if there was anything we could do to
help him. He said no I just have to slow
down. I explained the department goal of 2.9%
rejections and how big the 44" mix pan is + how
it would go over our goal with just 1 rejection -

Print Date  2/24/00          Bonded Abrasives                    Page   1
                        NORTON - PRECISION GRINDING              WHS PMW

| NORTON CO | | Manufacturing Order | Start Date | Ship Date |
| HIDALGO | TX | Number   C623959 | 2/28/00 | 3/22/00 |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖                    ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
        66253208896                              C623959

Order Qty:      60     Mold Qty:     66

Ext GG 37C54-N5V              Int GG 37C54-N5V
SO# S14971 001 001           PO# R917012
Prod Cat                     EU 28                      CONFIDENTIAL
Dimensions/Description        Wheel Type 01

12 X 1/2 X 4

Operation Number/            W/C# Mach# Clock# Actual  Qty   Qty   Scrap
Description                                     Date    Good  Bad   Code


010 MIX-44                   1A5 1A5    _1546 2-29 1_  _____  ____  ____

    37C54/2-N5V
    MIX V   44"   1   310.94  _234_                |*MIX TIME*
    5300   54 80.00   TANK #  _234_                |  2 50
    5300   60 81.00   TANK #  _608_                |  2 am
    5300   70 80.00   TANK #  _520_     INGREDIENTS
    ABR        0.7751                   D123   0.0100
    GW         2.1537                   ZW     0.0595
    R          0.9410                   W      0.0060
    FW         2.0267                   X6     0.2011  B # _522_
    SM         1.0000                   D123   0.0100
                                        APS    0.0036  _31_
                                        TANK #
                                        Abrasives +/- .5 lbs
                                        Liquids +/- .03 lbs
                                        Additives +/- .03 lbs

020 MOLD-500GB               23A 23A   _____  ____  ____  ____  ____

    STRAIGHT BAND                       MOLDED WEIGHTS
    500TMANUAL PRESS                    K  4.59
    12-1/4 X  0.560 X  4.025
030 FIRE PLT7 CRY XL_54      4AP 4AP   _____  ____  ____  ____  ____

    SET SINGLE ON CRYSTAR BATTS
    XL-54                               RACK # _____
040 DRAW                     43D 43D   _____  ____  ____  ____  ____

050 GRADE-3                  53G 53G   _____  ____  ____  ____  ____

    SBP 2/25 2.61-4.09                  FIRED WEIGHTS
    FW 1.987 - 2.067                    K  4.32
060 V-SIDE-3                  73F 73F   _____  ____  ____  ____  ____


DEF02374

Print Date  2/22/00

Bonded Abrasives
NORTON - PRECISION GRINDING

Page    1
WHS PMW

| NORTON NCSA (ORDER TY3 ONLY)<br>WORCESTER          MA | Manufacturing Order<br>Number  C623363 | Start Date<br>3/01/00 | Ship Date<br>3/21/00 |
|---|---|---|---|

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
  66253301416

‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   C623363

Order Qty:     20     Mold Qty:     22

Ext GG 37C60-MVK
SO# S13634 001 001
Prod Cat
Dimensions/Description

Int GG 37C60-MVK
PO# SAR059149
EU 28
Wheel Type 01

CONFIDE...

14 X 1-1/4 X 5

| Operation Number/<br>Description | W/C# | Mach# | Clock# | Actual<br>Date | Qty<br>Good | Qty<br>Bad | Scrap<br>Code |
|---|---|---|---|---|---|---|---|

BURN = AL-TK/52
KILN VOLUME = 9.55
DRY HOURS = 0.00
010 MIX-44                     1A5  1A5   *1576*  *2-24*  *1*

37C60/2-M5VK
MIX V    44"   1   303.49   *234*
5300   54  50.00   TANK #   *608*                      |*MIX TIME*
5300   60  99.00   TANK #   *520*                      | *2:30*
5300   70 100.00   TANK #                              | *2 am*
ABR         0.8205
GW          2.0202              INGREDIENTS
R           0.9571              D123      0.0150
FW          1.9335             ZW        0.0361
SM          1.0000             W         0.0040
                              X14       0.1453   B #  *418*
                              D123      0.0150
                              APS       0.0034
                              TANK #              *30*
                              Abrasives +/- .5 lbs
                              Liquids +/- .03 lbs
                              Additives +/- .03 lbs
020 MOLD-500GB                23A  23A

STRAIGHT BAND
500TMANUAL PRESS              MOLDED WEIGHTS
14-1/4 X  1.310 X  5.025       K   13.37
030 FIRE-TK14                 4AT  P7308

SET SINGLE ON CRYSTAR BATTS
AL-TK/52                      RACK # _____
040 DRAW                      43D  43D

050 GRADE-3                   53G  53G

DEF02375

Print Date  2/23/00                   Bonded Abrasives                        Page   1
                              NORTON - PRECISION GRINDING                     WHS PMW

| R.T.W CHICAGO            IL | Manufacturing Order Number   C623677 | Start Date 3/01/00 | Ship Date 3/21/00 |

66253207334                                                    C623677

Order Qty:      40      Mold Qty:      44

Ext GG 37C461-MVK                    Int GG 37C461-MVK
SO# S14309 005 001                   PO# 222661
Prod Cat                             EU 28                         CONFIDENTIAL
Dimensions/Description               Wheel Type 01

12 X 1 X 5

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |

```
          BURN = AL-TK/52
          KILN VOLUME = 14.97
          DRY HOURS = 0.00
010 MIX-44                      1A5 1A5    546  2-24  1

          37C46/1-M5VK
          MIX V. 44"    1   346.39   517                    *MIX TIME*
          5300  46.284.00   TANK #  517
          ABR        0.8199                                 3'5 a
          GW         2.0316              INGREDIENTS
          R          0.9517              D123      0.0150
          FW         1.9335              ZW        0.0369
          SM         1.0000              W         0.0041
                                         X14       0.1453   B #  418
                                         D123      0.0150
                                         APS       0.0034
                                         TANK #    .        36
                                         Abrasives +/- .5 lbs
                                         Liquids +/- .03 lbs
                                         Additives +/- .03 lbs
020 MOLD-500GB                  23A 23A

          STRAIGHT BAND
          500TMANUAL PRESS            MOLDED WEIGHTS
          12-1/4 X  1.060 X  5.025    K   7.64
030 FIRE-TK14                   4AT P7308  ____  ____  ____  ____

          SET SINGLE ON CRYSTAR BATTS
          AL-TK/52                    RACK # _____
040 DRAW                        43D 43D    ____  ____  ____  ____

050 GRADE-3                     53G 53G    ____  ____  ____  ____
```

DEF02376

5-10-00

Talked to Joe Wilson today about his rejections. In February (29th) Joe was put on a written reminder for using the wrong abrasive in a mix. Monday another order (5-8-00) was rejected to him. Again for using wrong abrasive. I showed Joe the written reminder and the write-up where it said if it happens again it would become a written warning. He said he remembered that. When asked what happened he said that he must of been on a run of 2023 and didn't see that it changed. He was asked if he had any problems on 3rd and he said no.