**NORTON COMPANY**

Notice of Warning/Suspension

FOR ABRASIVE
PERSONNEL ON[

Name: _Joseph Wilson_    Business Unit: _Precision_    Badge No : _____    Date: _5-10-00_

You are hereby reprimanded for the following reason(s):

_Failure to follow instructions — Poor Quality_ _____

This warning is accompanied by a suspension of ___0___ days beginning _____ and ending_____

You will report back to work on _____

We shall consider any further disciplinary action as sufficient cause for your immediate dismissal.

_Alan P. Johnson_
Supervisor

I have read this warning notice _Joseph Wilson_    Would you like information regarding
the Employee Assistance Program? _gave him broc_
Employee

NOTE: Original should be routed as indicated

| Noted: | _Dennis O'Evans_ | | | _R. Foley_ |
|---|---|---|---|---|
| | Manager | Gen. Mgr./Vice Pres. | HR-Manager | Human Resources Dept. |

FORM 6951  Rev. 8/96                                                    _6-8-00_

Print Date  4/11/00          Bonded Abrasives                    Page. 1
                      NORTON - PRECISION GRINDING                WHS PMW

| L & M TOOL & IND SPLY BEDFORD HEIGHTS OH | Manufacturing Order Number C630668 | Start Date 4/19/00 | Ship Date 5/09/00 |

```
66253420826                          C630668
```

Order Qty:     10      Mold Qty:    ~~10~~ 9

Ext GG 37C100-JVK              Int GG 37C100-JVK
SO# 952453 001 001             PO# 20143419
Prod Cat                       EU 15
Dimensions/Description         Wheel Type 01

16 X 1 X 5
FACE BEVEL SIDE A 30 DEGREES

Operation Number/             W/C# Mach# Clock# Actual  Qty  Qty  Scrap
Description                                     Date   Good  Bad  Code

      BURN = AL-TK/52
      KILN VOLUME = 3.40
      DRY HOURS = 0.00
010 MIX-36DA                  1A4 1A4

      37C100/2-J6VK
      MIX V  36    1 138.27
      5300 100 59.00 TANK #
      5300 120 58.00 TANK #
      ABR    0.8462          INGREDIENTS
      GW     1.8726          D123   0.0200
      R      0.9547          ZW     0.0349
      FW     1.7877          W      0.0039
      SM     1.0000          X4     0.0978  B #
                             D123   0.0200
                             APS    0.0052
                             TANK #
                             Abrasives +/- .5 lbs
                             Liquids +/- .02 lbs
                             Additives +/- .02 lbs
                             *REBATCH: CLOCK#
                             *DATE:
                             *APS ADDED:        LBS

020 MOLD-500LE                23L 23L   379  4/27/00   9
      AUTO PRESS
      16-1/4 X 1.060 X 5.025          MOLDED WEIGHTS
                                      K 13.50    L 13.52
                                      M 13.54
030 FIRE-TK14                 4AT P7308  233 APR28 K 14265
```

ALA FYI Rejected to WA Pete

-1857-



Print Da...

L & M T...
BEDFORD...

**DIMENSIONS**
16 X 1 X 5

**GRAIN & GRADE**
37C100-JVK

**MOLD QTY**
9

Order Qt...

**COMMENTS**

Ext GG 3...
SO# 9324...
Pro... Cat...

SEND TO: PRODUCTION CONTROL

Dimensions/Description               Wheel Type 01

16 X 1 X 5
FACE BEVEL SIDE A 30 DEGREES

Operation Number/                    W/C# Mach# Clock# Actual   Qty    Qty    Scrap
Description                                            Date    Good   Bad    Code

```
        BURN = AL-TK/52
        KILN VOLUME = 3.40
        DRY HOURS = 0.00
010 MIX-36DA                    1A4 1A4   1546  4-27  1   _____

        37C100/2-J6VK
        MIX V   36"   1   138.27
        5300  100  59.00   TANK #  385
        5300  120  58.00   TANK #  316
        ABR        0.8462
        GW         1.8726
        R          0.9547
        FW         1.7877
        SM         1.0000
```

|*MIX TIME*|
|4:15 am|

INGREDIENTS
```
D123    0.0200
ZW      0.0349
W       0.0039
X4      0.0978      B #  611
D123    0.0200
APS     0.0052
TANK #  _____        C19
Abrasives +/- .5 lbs
Liquids +/- .02 lbs
Additives +/- .02 lbs
*************************
*REBATCH:  CLOCK:_____  *
*DATE:_____             *
*APS ADDED:_____ LBS.   *
*************************
```

```
020 MOLD-500LE                  23L 23L   379   4/27/00  9   _____

        AUTO PRESS
        16-1/4 X  1.060 X  5.025
```
MOLDED WEIGHTS
```
K  13.50      L  13.52
M  13.54      N  13.56
```
233APR28K 14265

```
030 FIRE-TK14                   4AT P7308
```

Form 3483

☐ FINAL INSPECT
☐ SPEED TESTING
☐ FINISHING
☐ MOUNTING
☒ GRADING *Medley*
☐ FIRING
☐ SHAVING
☒ MOLDING
☒ MIXING

PLEASE CONTACT ENGINEER OR
FOREMAN BEFORE STARTING
CHECKED OPERATIONS

**Manufacturing Engineering Test**

**AUTO/WAREQUEST**

ENGINEER *Pete  Ellie  Dave*
PHONE *2479 — 3141*

*① Regular M*
*A mix →  mix*
*B Screen 34 W*
*C Remix*
*D Rescreen 44 W*

Prod Cat
Dimensions/Description                     Wheel Type 01

2.036 X .500 X .625
   DIA PLUS .000 MINUS .005
   THK PLUS OR MINUS .005
   HOLE PLUS .002 MINUS .000
SIDE TIR .010
HOLE PAINTED
HOLE CHAMFERED

| Operation Number/ Description | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|
| 010 MIX-28DA | 1A3 | 1A3 | | *05/6 1-26* | | 2 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39C180/1-G9VS | | | | INGREDIENTS | | | |
| MIX V   28"   2   91705 | *832* | | | D123 | 0.0150 | | |
| 6000  180 81.00  B # | | | | ZW | 0.0182 | | |
| ABR        0.8896 | | | | W | 0.0044 | | |
| GW        1.6550 | | | | MJ2 | 0.0771 | B # *93708* | |
| R          0.0000 | | | | D123 | 0.0071 | | |
| FW        1.6560 | | | | FAPS | 0.0023 | | |
| SM        0.9800 | | | | TANK # | | | |
| LPD   .26  .27  .28 | | | | | | | |

020 MOLD-ALPHA                          21A 21A

2.157 X 0.500 X 0.625
B-PLATE ME 85752                    MOLDED WEIGHTS
THK +.002 -.000                     S 45.00    45.40    45.70
MAX WEDGE NOT TO EXCEED THK LIMIT
SET ON THIN LAYER OF FINE SAND
SINGLE 1/4" OPEN
*** FORMULA AND SETUP PER STJOHNPC

030 FIRE-318 SG-68                      4A2 4A2

FIRE 318 SG-68                      RACK # _____
   DO NOT SET IN PATH OF BURNER    BATT # _____
   SG-68

040 DRAW                                41D 41D

Talked to Joe Wilson today (9-15-00) about filling out the card correctly and writing the batch #'s on the M.O. so they could be read. I reminded him about his written warning and told him if this continues he would lose his job.

Alan P. Johnson



Print Date  1/23/01                    Bonded Abrasives                          Page
                                  NORTON - PRECISION GRINDING                     WHS PMW

D C EAST
PLAINFIELD            IN              Manufacturing Order        Start Date    Ship Date
                                     Number  C673309            1/29/01        2/15/0



bb253207707                                                      C673309

Order Qty:      20      Mold Qty:      22

Ext GG 32AA46-HVTRP                      Int GG 32AA46-HVTRP
SO# T14174 001 001                       PO# 0071609
Prod Cat                                 EU 28
Dimensions/Description                   Wheel Type 01

12 X 1-1/2 X 5

Operation Number/
Description                         W/C# Mach# Clock# Actual  Qty    Qty    Sort
                                                     Date    Good   Bad    Code

010 MIX 44

    32AA46/1-H10VTRP                   1A5 1A5   546  7 2    1
    MIX V      44      1   252.09
    4300   46 189.00    TANK # 569                           MIX TIME
    29216   154 9.00    TANK # 568                           1030
    9557   120 22.00    TANK # 287      INGREDIENTS
                0.8727                  D123    0.0135
    GW         1.9325                   AR      0.0188
    PW         0.0540                           0.0019
    FW         1.8528                           0.0043   B
    SM         0.9930                           0.0074

                    Tank # 569          asives +/- 5 lbs
                    is 300)-46          uids +/- .02 lbs
                                        idive +/- .02 lbs
050 MOLD 500GB
                    2/2/01              DED WEIGHTS
    STRAIGHT BAND                       11 14
    500 MANUAL PRESS
    12 1/4 X 1 625 1   100% rejection
    USE ISOSTATIC PLA
    SET ON BOARDS   1
    BLOCK HEIGHT =
060 DRY ROOM 18HR                                18    2    20

    ROUTE TO DRY ROOM FOR 18 HOURS
    DATE IN       TIME IN  400 AM
    DATE OUT      TIME OUT 1000 AM      2017 FEB 06  34 340
070 FIRE 234/235 SG30                   4A2 P7213

    SG30                                RACK # 18/22
080 DRAW                                43D 43D              22



Print Date  1/23/01

Bonded Abrasives
NORTON - PRECISION GRINDING

Page
WHS-PMW

DSG EAST
PLAINFIELD          IN

Manufacturing Order
Number  C673309

Start Date
1/29/01

Ship Date
2/19/01

66253207707

CH73309

Order Qty          20          Mold Qty:          22

Ext GG 32AA46-HVTRP
SO# T14174 001 001
Prod Cat
Dimensions/Description

Int GG 32AA46-HVTRP
PO# 0071609
EU 28
Wheel Type 01

12.000 X 1 1/2 X 5

Operation Number/
Description

W/C# Mach# Clock# Actual   Qty   Qty   Sort
                    Date    Good  Bad   Code

010 MIX-44                          1A5 1A5   546  2-2  1

    32AA46/1-H10VTRP
    MIX-V-44          1  252.09                        *MIX TIME
    4300   46-189.00   TANK # 569                       1050
    59216  54  9.00   TANK # 563
    9557  120 22.00   TANK # 289          INGREDIENTS
    ABR   0.8727                          D123    0.0135
    GW    1.9325                          AR      0.0188
    L     0.0520                          FG      0.0019
    W     1.8528                          HA4     0.1043
    RSM   0.9930                          D123    0.0074
                                          TANK #
                                          Abrasives +/- .5 lbs
                                          Liquids +/- .02 lbs
050 MOLD-500GB                       23A 23A            Additives +/- .02 lbs

    STRAIGHT BAND
    500 MANUAL PRESS                     MOLDED WEIGHTS
    12 1/4 X 1.625 X  5.025             K  11.14
    USE ISOSTATIC PLATE
    SET ON BOARDS, 1 WHEEL PER BOARD
    BLOCK HEIGHT = 2-1/2
060 DRY ROOM-18HR                    33D P7262   1448  2/6  22

    ROUTE TO DRY ROOM FOR 18 HOURS
    DATE IN 2/5  TIME IN  400 Am
    DATE OUT 2/5  TIME OUT 1000 PmD
070 FIRE-234/235 SG30                4A2 P7213   2017 FEB 06 U34340

    SG30
080 DRAW                             43D 43D            RACK # 18/22
                                                        727 2-2  22



CONFIDENTIAL

| Manufacturing, Material Specifications Vitrified | 811.11.FORM-003 |
|---|---|
| FORM *3001* | Page 1 of 2 |
| Abrasive Tank Survey | Pub: 15-Apr-1999 |
| | Eff: 12-Apr-1999 |

Approved By: HTF, JlW

Supersedes 15-Mar-1999

## Abrasive Tank Survey

| Date and Time | Abrasive Type-Size | Tank # | Batch # | Weight |
|---|---|---|---|---|
| 1/26 3:00 | 3001-120 | 7393 | 9737 | 2210 |
| 1/26 10:22 | 3001-46 | 7569 | 157781, 157782, 157762 | 2210 |
| 1/29 10:53 | 3001-60 | 7588 | 111141, 113934, 113935 | 6745 |
| 1/30 10:35 | 3001-60 | 7576 | 158581, 158561, 158562 | 6665 |
| 1/30 11:02 | 3001-60 | 7545 | 158582, 158567 | 6630 |
| 1/30 3:08 | 3001-46 | 7556 | 157762 | 4410 |
| 1/31 10:34 | 3001-70 | 7621 | 124015 | 6680 |
| 1/31 10:50 | 3001-70 | 7574 | 124019, 124012, 124018 | 6625 |
| 1/31 10:15 | 3001-90 | 7573 | 124022, 124009, 91303 | 6655 |
| 1/31 9:55 | 3001-60 | 7588 | 039108, 065391 | 6630 |
| 2/1 10:50 | 3001-54 | 7203 | 125440, 125444, 125445 | 6600 |
| 2/1 3:29 | 3001-70 | 7241 | 156931 | 2230 |
| 2/2 10:15 | 3001-60 | 7007 | 8958 | 2215 |
| 2/2 11:00 | 3001-60 | 7533 | 154853, 154850, 154835 | 6640 |
| 2/5 3:50 | 3001-80 | 7628 | 154854, 154841, 154836 | 6655 |
| 2/5 11:10 | 3001-70 | 7546 | 154624 | 6665 |
| 2/5 3:30 | 3001-60 | 7576 | 155999 | 2230 |
| 2/6 10:15 | 3001-60 | 7545 | 156898 | 6680 |
| 2/7 10:27 | 3001-46 | 7569 | 158584, 151166, 151156, 155694 | 6675, 6660 |

Print Date  9/01/00          **Bonded Abrasives**          Page
                         NORTON  PRECISION GRINDING          WHB PMW

| D C EAST | | Manufacturing Order | Start Date | Ship Date |
|---|---|---|---|---|
| PLAINFIELD | IN | Number  C651226 | 9/15/00 | 10/10/00 |

Order Qty:     50     Mold Qty:     55

Ext GG 32A70-JVBEP                  Int GG 32A70-J12VBEP
SO# 975123 001 001                  PO# 0059304
Prod Dat                            EU 28      Blueprint ME31130
Dimensions/Description              Wheel Type 35

9 X 2 X 4-15/16
  HOLE PLUS 1/16 MINUS .000
RIM 2-1/32
SIDE GRINDING
PLATE MOUNT STANDARD A47248 9 X 1/8 X 2 STEEL

| Operation Number/ | W/C# | Mach# | Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|---|---|
| Description | | | | | | | |

        BURN = AL-TK/52
        KILN VOLUME = 34.19
        DRY HOURS = 10.00
010 MIX 44                              1A5 1A5   1546  9-14  1

     32A70 1-J12VBEP
     MIX V   44   12   218.54                        *MIX TIME*
     4211    70 150.00  TANK #  619
     9180    40  17.00  TANK #  625
     ABR    0.7642      EMD                INGREDIENTS
     CW     0.0094                         SHL4     0.0249
     R      0.8963                         D123     0.0100
     EW     1.8392                         AR       0.0491
     SM     0.9793                         AW       0.0077
                                           B2       0.2069   B #
                                           D123     0.0100
                                           TANK #
                                           Abrasives +/- .5 lbs
                                           Liquids +/- .02 lbs
                                           Additives +/- .02 lbs
050 MOLD 500CB                          23A 23A

     STRAIGHT BAND                        MOLDED WEIGHTS
     500 MANUAL PRESS                     K 7.71
     9-3/16 X 2.140 X 4.625
     USE LAST 4 REGRINDS
     SET ON BOARDS 1 WHEEL PER BOARD
     BLOCK HEIGHT = 3
060 DRY ROOM 10HR                      33D P7255

rint Date  6/28/00      **Bonded Abrasives**      Page   1
NORTON - PRECISION GRINDING     WHS PMW

| LAPOINTE HUDSON INC HUDSON         MA | Manufacturing Order Number  C642120 | Start Date 7/10/00 | Ship Date 7/28/00 |
|---|---|---|---|



**CLOSED**

66253409315                    C642120

rder Qty:     10     Mold Qty:     10

xt GG 32AA60-IVTR             Int GG 32AA60-IVTR
O# S58957 003 001           PO# 1110766
rod Cat                         EU 15
imensions/Description        Wheel Type 01

8 X 3 X 5

peration Number/    [ACCEPTED BY   W/C#   Mach#   Clock#   Actual   Qty    Qty    Scrap
escription        JUL 28 2000                  Date    Good   Bad   Code
               FOR SHIPMENT]

10 MIX-44                      1A5   1A5    1546   7-12   1

    32AA60/1-I8VTR
    MIX V    44"    1    469.14                          |*MIX TIME*|
    4300    60   376.00    TANK #   545    wing loft off         12:30
    9557 -120   42.00    TANK #   281
    ABR      0.8910                 INGREDIENTS
    GW       2.1030            D123      0.0100
    R        0.9560            AR        0.0187
    FW       2.0188           HA4       0.0814   B # 572
    SM       0.9958           D123      0.0100
                             APS       0.0022
                             TANK #
                             Abrasives +/- .5 lbs
                             Liquids +/- .03 lbs
                             Additives +/- .03 lbs

20 MOLD-500GB                 23A   23A    498    7/12    10

    500TMANUAL PRESS            MOLDED WEIGHTS
    16-1/4 X   3.150 X 4-3/4        K   45.56
    SET SINGLE ON CRYSTAR BATTS
    BLOCK HEIGHT = 4
30 FIRE-318 SG-68           4A2   P7214    290 JUL 12 K 41234

    SG-68                        RACK #    12A/10
40 DRAW                   43D   43D    0573   7-21   10
50 GRADE-3                  53G   53G    528 JUL 26   10

    SBP 2/15 2.85-4.46 EMOD 27.00-35.00    FIRED WEIGHTS
    FW 1.979 - 2.059               K   43.56
    GRINDO 1207   1374
60 HEALD-REAMER            73F   73F    527   7-27   10
SV-SIDE-3                    73F    1723   7/26   10

12-C2

Print Date  2/22/00              Bonded Abrasives                          Page
                              NORTON - PRECISION GRINDING                   WHS PMW

| NORTON NCSA (ORDER TY3 ONLY) | Manufacturing Order | Start Date | Ship Date |
| WORCESTER        MA | Number  C623363 | 3/01/00 | 3/21/00 |

66253301416

C623363

Order Qty:      20      Mold Qty:      22

Ext GG 37C60-MVK              Int GG 37C60-MVK
SO# S13634 001 001           PO# SAR059149
Prod Cat                     EU 28
Dimensions/Description       Wheel Type 01

14 X 1-1/4 X 5

Operation Number/            W/C# Mach# Clock# Actual   Qty    Qty    Scrap
Description                                    Date     Good   Bad    Code

        BURN = AL-TK/52
        KILN VOLUME = 9.55
        DRY HOURS = 0.00
010 MIX-44                   1A5 1A5    15/6  2-2 of   1

        37C60/2-M5VK                                    |*MIX TIME*|
        MIX V   44"   1  303.49  234                    | 270
        5300   54 50.00  TANK # 234                     | 2 ai
        5300   60 99.00  TANK # 608          INGREDIENTS
        5300   70 100.00 TANK # 520          D123    0.0150
        ABR        0.8205                    ZW      0.0361
        GW         2.0202                    W       0.0040
        R          0.9571                    X14     0.1453   B # 418
        FW         1.9335                    D123    0.0150
        SM         1.0000                    APS     0.0034
                                             TANK # 30
                                             Abrasives +/- .5 lbs
                                             Liquids +/- .03 lbs
                                             Additives +/- .03 lbs
020 MOLD-500GB               23A 23A

        STRAIGHT BAND                        MOLDED WEIGHTS
        500TMANUAL PRESS                     K  13.37
        14-1/4 X  1.310 X  5.025
030 FIRE-TK14                4AT P7308

        SET SINGLE ON CRYSTAR BATTS          RACK # _____
        AL-TK/52
040 DRAW                     43D 43D    ___  ___  ___  ___  ___  ___

050 GRADE-3                  53G 53G    ___  ___  ___  ___  ___  ___

Print Date  2/23/00        Bonded Abrasives                    Page
                     NORTON - PRECISION GRINDING            WHS PMW

| R.T.W. CHICAGO          IL | Manufacturing Order Number   C623677 | Start Date 3/01/00 | Ship Date 3/21/00 |

```
66253207334
```
```
C623677
```

Order Qty:        40      Mold Qty:      44

Ext GG 37C461-MVK              Int GG 37C461-MVK
SO# S14309 005 001             PO# 222661
Prod Cat                       EU 28
Dimensions/Description         Wheel Type 01

12 X 1 X 5

| Operation Number/ Description | W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |

```
        BURN = AL-TK/52
        KILN VOLUME = 14.97
        DRY HOURS = 0.00
010 MIX-44                        1A5 1A5    54L  2-24  1

        37C46/1-M5VK
        MIX V1 44      1  346.39                          |*MIX TIME*|
        5300    46.284 00  TANK #  517                    | 815a
        ABR       0.8199
        GW        2.0316                    INGREDIENTS
        R         0.9517                    D123    0.0150
        TW        1.9335                    ZW      0.0369
        SM        1.0000                    W       0.0041
                                            X14     0.1453    B # 418
                                            D123    0.0150
                                            APS     0.0034
                                            TANK # _____ 36
                                            Abrasives +/- .5 lbs
                                            Liquids +/- .03 lbs
                                            Additives +/- .03 lbs
020 MOLD-500GB                    23A 23A

        STRAIGHT BAND
        500T MANUAL PRESS                   MOLDED WEIGHTS
        12-1/4 X  1.060 X  5.025            K  7.64

030 FIRE-TK14                     4AT P7308  ____  ____  ____  ____

        SET SINGLE ON CRYSTAR BATTS         RACK # _____
        AL-TK/52
040 DRAW                          43D 43D   ____  ____  ____  ____

050 GRADE-3                       53G 53G   ____  ____  ____  ____
```

-1854-

Print Date  2/24/00          Bonded Abrasives                    Page   1
                     NORTON - PRECISION GRINDING                 WHS PMW

| NORTON CO | | Manufacturing Order | Start Date | Ship Date |
| HIDALGO | TX | Number  C623959 | 2/28/00 | 3/22/00 |

66253208896                                          C623959

Order Qty:      60     Mold Qty:      66

Ext GG 37C54-N5V              Int GG 37C54-N5V
SO# S14971 001 001           PO# R917012
Prod Cat                     EU 28
Dimensions/Description       Wheel Type 01

12 X 1/2 X 4

| Operation Number/ Description | W/C# Mach# Clock# | Actual Date | Qty Good | Qty Bad | Scrap Code |
|---|---|---|---|---|---|

010 MIX-44                    1A5 1A5     1546  2-29  1

    37C54/2-N5V
    MIX V  44"  1  310.94       234          *MIX TIME*
    5300  54 80.00  TANK #  234              2 50
    5300  60 81.00  TANK #  608              2 ai
    5300  70 80.00  TANK #  520     INGREDIENTS
    ABR       0.7751           D123      0.0100
    GW        2.1537           ZW        0.0595
    R         0.9410           W         0.0060
    FW        2.0267           X6        0.2011  B # 522
    SM        1.0000           D123      0.0100
                               APS       0.0036
                               TANK #  _____  31
                               Abrasives +/- .5 lbs
                               Liquids +/- .03 lbs
                               Additives +/- .03 lbs

020 MOLD-500GB                23A 23A     ___ ___ ___ ___ ___

    STRAIGHT BAND              MOLDED WEIGHTS
    500TMANUAL PRESS           K  4.59
    12-1/4 X  0.560 X  4.025
030 FIRE PLT7 CRY XL_54       4AP 4AP     ___ ___ ___ ___ ___

    SET SINGLE ON CRYSTAR BATTS  RACK # _____
    XL-54
040 DRAW                      43D 43D     ___ ___ ___ ___ ___

050 GRADE-3                   53G 53G     ___ ___ ___ ___ ___

    SBP 2/25 2.61-4.09         FIRED WEIGHTS
    FW 1.987 - 2.067           K  4.32
060 V-SIDE-3                   73F 73F     ___ ___ ___ ___ ___

FORM 3771-D, Rev. - 5/99

**VITRIFIED REJECTION CARD**

Print Da

| M.O. NUMBER | | OPERATION | ENTERED BY | SHIFT | CARD ID |
|---|---|---|---|---|---|
| | | 050 | fee | 1 | 5 |

DIMENSIONS

L & M T
BEDFORD

16 x 1 x 5

| | REJ. QTY | MACH # | OPERATOR | REJ CODES | AP |
|---|---|---|---|---|---|
| 1 | 4 | 1A4 | 1546 | WN | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

GRAIN & GRADE

37C100-JVK

MOLD QTY

9

Order Qt    COMMENTS

Ext GG 3
SO# 9324
Proj Cat    SEND TO: PRODUCTION CONTROL
Dimensions/Description                    Wheel Type 01

16 X 1 X 5
FACE BEVEL SIDE A 30 DEGREES

Operation Number/                W/C# Mach# Clock# Actual  Qty    Qty    Scra
Description                                      Date    Good   Bad    Code

        BURN - AL-TK/52
        KILN VOLUME = 3.40
        DRY HOURS = 0.00
010 MIX-36DA              1A4 1A4    1546  4-27   1

        37C100/2-J6VK
        MIX V   36"   1    138.27          |*MIX TIME*
        5300  100 59.00  TANK #  385       |
        5300  120 58.00  TANK #  316       | 4 15 am
        ABR       0.8462
        GW        1.8726                   INGREDIENTS
        R         0.9547                   D123      0.0200
        FW        1.7877                   ZW        0.0349
        SM        1.0000                   W         0.0039
                                           X4        0.0978   B # 611
                                           D123      0.0200
                                           APS       0.0052
                                           TANK #            C19
                                           Abrasives +/- .5 lbs
                                           Liquids +/- .02 lbs
                                           Additives +/- .02 lbs
                                           ***************************
                                           *REBATCH:  CLOCK:_____ *
                                           *DATE:_____            *
                                           *APS ADDED:_____ LBS.   *
                                           ***************************
020 MOLD-500LE           23L 23L   379  4/27/00   9

        AUTO PRESS
        16-1/4 X  1.060 X  5.025          MOLDED WEIGHTS
                                          K  13.50     L  13.52
                                          M  13.54     N  13.56
030 FIRE-TK14            4AT P7308   233 APR 28 K 14265

Print Date  4/11/00                Bonded Abrasives                        Page.  1
                          NORTON - PRECISION GRINDING                      WHS PMW

| L & M TOOL & IND SPLY<br>BEDFORD HEIGHTS     OH | Manufacturing Order<br>Number  C630668 | Start Date<br>4/19/00 | Ship Date<br>5/09/00 |

66253420826

C630668

Order Qty:     10       Mold Qty:     10  9

Ext GG 37C100-JVK                    Int GG 37C100-JVK
SO# 22453 001 001                    PO# 20143419
Prod Cat                             EU 15
Dimensions/Description               Wheel Type 01

16 X 1 X 5
FACE BEVEL SIDE A 30 DEGREES

Operation Number/                W/C# Mach# Clock# Actual  Qty    Qty   Scrap
Description                                        Date    Good   Bad   Code

        BURN = AL-TK/52
        KILN VOLUME = 3.40
        DRY HOURS = 0.00
010 MIX-36DA                          1A4 1A4   1846   4-27  7

        37C100/2-J6VK
        MIX V  36.1  138 27
        5300 100 59 00  TANK #    385 = 2003-100           *MIX TIME*
        5300 120 58 00  TANK #    316 = 2023-120
        ABR        0.8462            INGREDIENTS           4 oz
        GW         1.8726            D123     0.0200
        R          0.9547            ZW       0.0349
        FW         1.7877            W        0.0039
        SM         1.0000            X4       0.0978   B # 611
                                     D123     0.0200
                                     APS      0.0052
                                     TANK #              C19
                                     Abrasives +/- .5 lbs
                                     Liquids +/- .02 lbs
                                     Additives +/- .02 lbs
                                     ***************************
                                     *REBATCH:  CLOCK:       *
                                     *DATE:                  *
                                     *ABS ADDED:        LBS  *
                                     ***************************

ALA FYI →
Rejected TO
WA  Pete

020 MOLD-500LE                       23L 23L   379  4/7000   9
    AUTO PRESS                       MOLDED WEIGHTS:
    16-1/4 X  1.060 X  5.025         K 13.50   L  13.52
                                     M 13.54   N  13.56

030 FIRE-TK14                        4AT P7308  233 APR 28 K 14265

Joe Wilson

2/29/00    Written Reminder
           "Failure to follow Instructions"

5/10/00    Written Warning
           "Failure to Follow Instructions"

7/12/00    - MO # C642120
           "Wrong tank number - 100% rejection"

9/15/00    - MO # C651226
           "Incorrectly completing MO of
           Mix Tank Card"

2/2/01    - MO # C673309
          "Wrong tank number - 100% rejection"

2/14/01   - Meeting Joseph Wilson, Dennis D'Sena
            & Bob Foley

          Joe was terminated today due to
          the attached job performance issues.

                        DM'Ersan
                        2/14/01

**FOR ABRASIVES PERSONNEL ONLY**

Notice of Warning/Suspension

Name: PASQUALE GAIMARI     Business Unit: Rough     Date: 9-18-98     Badge No.: 1698

You are hereby reprimanded for the following reason(s):

Inappropriate behavior and unable to get along with others

This warning is accompanied by a suspension of 3 days beginning 9-20-98 and ending 9-22-98

You will report back to work on _____

We shall consider any further disciplinary action as sufficient cause for your immediate dismissal.

_____     _William F. Visno_

Department Head            Supervisor

Refused To Sign

I have read this warning notice _____

Employee

Would you like information regarding
the Employee Assistance Program?   NO

NOTE: White copy should be forwarded to Human Resources, yellow copy to supervisor, pink copy to employee.

Noted:

| Manager | Gen. Mgr./Vice Pres. | HR-Manager | Human Resources Dept. |
|---|---|---|---|
| _H. Stversovick_ | _Jane L. Curcio_ | | _Mary E. F. _____ _ 9/23/98 |

FORM 6951 Rev. 10/30/97

RECEIVED OCT - 1 1998

EXHIBIT
Oliver #95
1/30/06

CONFIDENTIAL

DEF01579

**NORTON**

FORM 6791 4/94

## BONDED ABRASIVES
## INCIDENT INVESTIGATION REPORT
*MUST BE COMPLETED BY THE SHIFT SUPERVISOR*
*NO LATER THAN 24 HOURS AFTER THE INCIDENT*
*Please Print*

**BLATANT UNSAFE ACT**
Y | N

Name: PASQUALE A. GRIMANI    Date of Report: 12-2-98

Dept: 1183    Job #: Rescreen

Location of Incident: Rescreen Station

Witnesses: None

Incident Hx past 3 years: yes, back injury

Hours on job: 5 hrs    Experience in job: 3 yrs

Near Miss ___
First Aid ___
Recordable ___
Lost time ___
Restricted ___
Undetermined ___

Shift: 3rd    Date of Incident: 12-2-98    Time of Incident: 2:00am    Dept: 1183 Large mix

Description of incident: Pasquale spoke to me at 2:02am on 12-2-98 and told me his back was bothering him. I called security. They came down, he was sent to mass. I asked where this occurred at rescreen station he said —

Facts of investigation:
1200 Tbs press out running 1600 Tbs press is down for repairs 2700 making Thursday 3400 Tbs is running — only press to rescreen for making roll grinders. I asked Pasquale where he hurt he said his shoulder hurt, elbow hurt, wrist hurt knees hurt. I filled this out at 5:07am Pasquale said he had an appointment I got a few facts from him. Then I said he could leave. I forgot to tell him to report to the Norton clinic. I asked someone on the top floor if they saw Pasquale. The person I asked said yes, he also said he was running fast out the door.

Cause Code: ___

Basic Causes:
Excessive material handling

Corrective Actions:    Completed By: WFV    Date to be Completed: 12-2-98
Review with SJ Gidwidowich, JJ Ayunkis, Mary Fitzgerald

**DEF01587**

**CONFIDENTIAL**

Further Investigation    Work Order    JHA needed: This weekend
Yes ☐ No ☐    Date ___    Training review ___
By: ___    To: ___    Training Manual Needs
Updating Yes ☐ No ☐

Employee    William F Viario 12-2-98
Supervisor    Date
Manager    Date
Safety Coordinator    Date

FORM 910    NORTON COMPANY

CHECK AND INITIAL FOR FILING _____

TO_____
　　　　Name　　　　　　　　Dept. or Office

FROM_____
　　　　　　　　　Name　　　　　　　　Dept. or Office

SUBJECT:

DATE _12-4-98_

Pasquale Gaimani

I spoke to Pasquale about the incident investigation report
on rescreen job. I also made him a copy of the report. I had
him read the report. He took offense to the statement of him
passing out of the building after I made out the report. I
told him I had witnesses to this fact. I asked him to sign
and told him if didn't want to that was fine. I also told
him when he responds to the clinic report his hours or paid
to them. I am not a doctor.

Willie Nixon  12-4-98

CONFIDENTIAL

FORM 910    NORTON COMPANY

CHECK AND INITIAL FOR FILING _____ ✓

TO_____     FROM _W F Vicario_

Name        Dept. or Office        Name        Dept. or Office

SUBJECT:        DATE _4-14-99_

Pasqualle Gaimari

AT 11:04 pm I said hi Pat how are you doing? Pasqualle did not say hi or nothing. Then a few seconds later he said to me and I quote "I don't understand this safety system with you people" I said we will talk after 4am today. And I left it at that.

AT 5:00am on 4-14-99 myself, Charlie Heffel Figueroa and Jim Agunkis sat down with Pasqualle Gaimari in the small conference room in reference to his delayed report. I told him due to his delayed report on the mash that he will receive a 3 day suspension which will be 4-15, 4-16 and 4-19. I told him to return to work on Tuesday nite at 9pm on 4-20-99. I also told him any more delayed reports will result in his termination.

I also told him he has a clinic appointment today Wednesday at 130pm and that he is to bring the paper work to the place and give it to.

**CONFIDENTIAL**

**Ormond, Carol A.**

| | |
|---|---|
| From: | Litwinowich, Steve J. |
| Sent: | Friday, October 22, 1999 2:34 PM |
| To: | List-P8-Supervisors |
| Cc: | Ormond, Carol A.; Fitzgerald, Mary E. |
| Subject: | Pasquale Gaimarri |

Pasquale was on a written warning when he went out on his injury 4/30/99. His warning was scheduled to expire on 9/18/99. He still had 4 1/2 months to go on his warning. Carol we would like this warning extended 4 1/2 months from 10/19/99. The completion date will be February 28, ~~1989.~~ 2000

This should have been Bill Tivnan's to review with Pasquale but Bill is out for 2 weeks military duty. Dave would you meet with Charlie (3rd shift next week) and the 2 of you review this with Pasquale. This is consistent with what we have done in the past. steve

CONFIDENTIAL

DEF01580



CONFIDENTIAL

DEF01642

Notice of Warning/Suspension

**FOR ABRASIVES PERSONNEL ONLY**

Name: _PAsquale Gaimari_    Business Unit: _PLTB RgH_    Date: _10/13/00_    Badge No.: _____

You are hereby reprimanded for the following reason(s):

_AGRESSIVE BEHAVIOR_

This warning is accompanied by a suspension of _05_ days beginning _____ and ending _____.

You will report back to work on _____.

We shall consider any further disciplinary action as sufficient cause for your immediate dismissal.

_Christopher P. Chanis_    _William Tur___
Department Head    Supervisor

I have read this warning notice _P. Gai___    Would you like information regarding
Employee    the Employee Assistance Program? _____

NOTE: White copy should be forwarded to Human Resources, yellow copy to supervisor, pink copy to employee.

| | | | |
|---|---|---|---|
| Manager | Gen. Mgr./Vice Pres. | HR-Manager | Human Resources Dept. |

Noted:

FORM 6951  Rev. 10/30/97

CONFIDENTIAL

DEF01641

# NOTE TO FILE

ON TUESDAY, 1/29/02, PASQUALE GAIMARI WAS SEEN RIDING A PALLET TRUCK WITH ONE FOOT LIKE IT WAS A SCOOTER. I BROUGHT PAT IN MY OFFICE AND TOLD HIM THAT THIS WAS AN UNSAFE, UNACCEPTIBLE ACT. PAT STATED THAT HE KNEW IT WAS WRONG BUT ONLY HAD HIS FOOT ON THE TRUCK FOR A FEW SECONDS AND TRAVELED ONLY TWO FEET. I EXPLAINED THAT IT WAS UNSAFE NO MATTER WHAT LENGTH OF TIME IT WAS. PAT AGREED NEVER TO DO THIS AGAIN.

**JOE MARTINI**
**1/29/02**

DEF01649

CONFIDENTIAL

# SUMMARY

Violations of Company regulations, subject to discipline but not cause for immediate dismissal, require individual study. No volume of rules or Company regulations or department instructions define every situation and/or assure that every supervisor will recognize every situation. For example, a supervisor may not immediately recognize the safety or security problems caused by illegal parking or the morale problem created in other departments by allowing some of their employees to violate regulations such as going without safety glasses or extending break periods. Supervisors should collectively recognize situations which deter safe and efficient operations and are responsible for communication and discipline required to correct those situations.

Supervision should make employees aware of the Company's regulations and expected behavior as often and regularly as possible. This training will be supplemented with additional instruction or information from other departments such as Engineering, Security, Safety, and Personnel. Periodically these departments will issue or provide notices, manufacturing instructions, booklets (You and Norton, Personnel Guide), and training courses to support line managers in conducting their respective operations.

# DISCIPLINE PROCEDURE

A. **Formal Counsel**
   When an employee violates regulations or deviates from expected behavior, the supervisor should formally counsel the employee regarding standards, rules, etc., and the reason for them. Mutual understanding and commitment to alleviate the problem should be achieved in this session. The supervisor should document this session for their records and advise employee of next step if problem is not corrected.

B. **Written Reminder Form #6831 (See Figure 1)**
   When a second or other violation occurs within a 6 month period, counsel employee again and issue this written reminder. This provides written documentation acknowledged by employee. Advise employee of future consequences if the problem is not corrected. Depending on the problem, the Employee Relations Administrator could be involved at this point. Retain written reminder for no longer than twelve months.



CONFIDENTIAL

DEF01650

Section 111-20, part A, Cause of Discipline or Discharge from the Supervisors personnel Book, cause for Counseling or Discharge.

Absenteeism

Tardiness

Carelessness

Poor Work habits

Safety Violations

Harassment of Other Employees

Not Following Standard Procedures

Violation of Code of Ethics

CONFIDENTIAL

DEF01651

# ABRASIVES SAFETY VIOLATION POLICY

- In The Supervisor's Personnel Guide, Policy 111-20, Safety Violations are considered cause for counseling or discharge. These safety Violations include but are not limited to the following:

- Any wrongful use of machinery, processes or equipment.

- Removal of any guarding from machines or equipment

- Blatant Unsafe Acts.

- Failure to use (PPE) Personal Protective Equipment in designated areas or for specific tasks.

- Failure to wear Protective Eyewear (Safety Glasses) and Footwear (Safety Shoes) while working in the factory.

- Any Horseplay.

- Failure to report any unsafe incidents; accidents; near misses or illnesses immediately to your supervisor or group leader.

CONFIDENTIAL

DEF01652

# Norton Company

## Safety Violations Disclosure Statement

My signature below indicates that I have received and read a copy of the Abrasives safety violations policy along with a copy of Section III-20 of the Supervisors Personnel Guide. I understand that any deliberate violation of this policy may be cause for disciplinary action or dismissal from the Company.

Signature: _____ Date: 12-10-98 _____

DEF01653

CONFIDENTIAL

# NOTE TO FILE

ON WEDNESDAY, 12/11/02, I OBSERVED AN INCIDENT BETWEEN TWO EMPLOYEES. PASQUALE GAIMARI WAS STANDING BY THE 40" FACER WITH A HAND TRUCK. MARK O'TOOLE WAS MOVING A PLATFORM OF WHEELS THROUGH THAT AREA. PASQUALE'S BACK WAS TO MARK. MARK BEEPED HIS HORN TWICE AS HE WAS MAKING THE CORNER. AS HE TURNED, MARK'S TRUCK BUMPED PASQUALE'S HAND TRUCK AND HE KEPT GOING. PASQUALE REACTED WITH PROFANITY, SAYING, "YOU F------ A------, WHAT THE F---ARE YOU DOING, SOMEONE COULD GET HURT". MARK RESPONDED BY SAYING, "I BEEPED MY HORN". MARK THEN SAID TO ME, "HE CAN'T TALK TO ME LIKE THAT". I SPOKE TO PASQUALE FIRST, TELLING HIM THAT HE SHOULD NEVER SPEAK TO ANOTHER EMPLOYEE IN THAT MANNER. THEN I SPOKE TO MARK AND TOLD HIM HE HAS TO BE MORE CAREFUL. MARK, WHILE MOVING THE PLATFORM, COULD SEE PASQUALE BUT PASQUALE COULDN'T SEE HIM.

JOE MARTINI
12/12/02

CONFIDENTIAL

DEF01584



# NOTE TO FILE

ON WEDNESDAY, 12/11/02, I OBSERVED AN
INCIDENT BETWEEN TWO EMPLOYEES.
PASQUALE GAIMARI WAS STANDING BY THE
40" FACER WITH A HAND TRUCK. MARK
O'TOOLE WAS MOVING A PLATFORM OF
WHEELS THROUGH THAT AREA. PASQUALE'S
BACK WAS TO MARK. MARK BEEPED HIS HORN
TWICE AS HE WAS MAKING THE CORNER. AS
HE TURNED, MARK'S TRUCK BUMPED
PASQUALE'S HAND TRUCK AND HE KEPT
GOING. PASQUALE REACTED WITH
PROFANITY, SAYING, "YOU F------ A------, WHAT
THE F—ARE YOU DOING, SOMEONE COULD
GET HURT". MARK RESPONDED BY SAYING, "I
BEEPED MY HORN". MARK THEN SAID TO ME,
"HE CAN'T TALK TO ME LIKE THAT". I SPOKE
TO PASQUALE FIRST, TELLING HIM THAT HE
SHOULD NEVER SPEAK TO ANOTHER
EMPLOYEE IN THAT MANNER. THEN I SPOKE
TO MARK AND TOLD HIM HE HAS TO BE MORE
CAREFUL. MARK, WHILE MOVING THE
PLATFORM, COULD SEE PASQUALE BUT
PASQUALE COULDN'T SEE HIM.

JOE MARTINI
12/12/02



DEF01639