UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell,<br><br>　　　　Plaintiff,<br><br><br>Saint-Gobain Abrasives, Inc.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Civil Action No. 04-40146-FDS<br>)<br>)<br>)<br>)<br>)<br>)　April 28, 2006 |

## MOTION FOR EXTENSION OF TIME

The Plaintiff, Robert Briddell, respectfully requests a one week extension of time from May 3, 2006 through May 10, 2006, to file his *Memorandum in Opposition to Defendant's Motion for Summary Judgement*. This extension of time is necessary due to the number of issues raised in the Defendant's motion, the number of relevant exhibits, and the press of other business.

This is plaintiff's first request for an extension of time in this matter. Counsel for the defendant has no objection to the granting of this extension.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　THE PLAINTIFF

　　　　　　　　　　　By:　　/s/ Mary E. Kelly
　　　　　　　　　　　　　　Mary E. Kelly ct07419
　　　　　　　　　　　　　　Livingston, Adler, Pulda,
　　　　　　　　　　　　　　Meiklejohn & Kelly, P.C.
　　　　　　　　　　　　　　557 Prospect Avenue
　　　　　　　　　　　　　　Hartford, CT  06105-2922
　　　　　　　　　　　　　　(860) 233-9821

**CERTIFICATE OF SERVICE**

This is to certify that on April 28th, 2006 a copy of the foregoing Motion for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary E. Kelly
Mary E. Kelly
Livingston, Adler, Pulda
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: mekelly@lapm.org