UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRIDDELL<br><br>Plaintiff<br><br>v.<br><br>SAINT GOBAIN ABRASIVES, INC.<br><br>Defendants | CIVIL ACTION NO.<br>4:04 CV 40146 (FDS)<br><br><br><br><br>May 5, 2006 |

### PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT FOR PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiff Robert Briddell respectfully moves the Court for permission to file Plaintiff's Memorandum of Law in Opposition to Motion for Summary Judgment that it 25 pages, five pages longer than contemplated by the Local Rules. The defendant moved for summary judgment as to three legal claims alleged by the plaintiff, and raised a number of arguments that required detailed analysis. Additionally, there are a tremendous of complicated disputed factual issues in this matter, culled from more than 20 depositions and more than one hundred twenty five deposition exhibits. Further, the defendant's brief did not address a number of factual issues which are material to the plaintiff's claims and which therefore needed to be explicated in the plaintiff's opposition memorandum.

Therefore the plaintiff seeks this Court's permission to exceed the page limit contained in Local Rule 7.1. Opposing Counsel has been contacted and has no objection to the granting of this motion.

WHEREFORE, plaintiff respectfully requests permission to exceed the page limit with respect to his Memorandum to be filed May 10, 2006.

                                      RESPECTFULLY SUBMITTED,
                                      THE PLAINTIFF

By:   /s/ Mary E. Kelly
       Mary E. Kelly
       Livingston, Adler, Pulda
       Meiklejohn & Kelly, P.C.
       557 Prospect Avenue
       Hartford, CT 06105
       Phone: (860) 233-9821
       Fax: (860) 232-7818
       E-mail: mekelly@lapm.org

## CERTIFICATE OF SERVICE

This is to certify that on May 5, 2006 a copy of the foregoing Plaintiff's Motion for Permission to Exceed The Page Limit for Plaintiff's Memorandum of Law In Opposition to Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary E. Kelly
Mary E. Kelly
Livingston, Adler, Pulda
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: mekelly@lapm.org