UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>Saint-Gobain Abrasives, Inc., )<br>)<br>Defendant. )<br>)  | Civil Action No. 04-40146-FDS<br><br><br><br><br>May 9, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that the Plaintiff, Robert Briddell, has manually filed the following documents:

# EXHIBITS A- BB
### (RE: PLAINTIFF'S MEMORANDUM IN OPPOSITION TO SUMMARY JUDGEMENT)

This document has not been filed electronically because:

[ X ] the document cannot be converted to an electronic format

[X ] the electronic file size of the document exceeds 1.5 megabytes

[ ] the document is filed under seal pursuant to Local Rule of Civil Procedure

    5(d) or Local Rule of Criminal Procedure 57(b)

[  ] Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Mary E. Kelly ct07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

This is to certify that on May 9, 2006 a copy of the foregoing Notice of Manual was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mary E. Kelly
Livingston, Adler, Pulda
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: mekelly@lapm.org