UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell,  Plaintiff, v. Saint-Gobain Abrasives, Inc., Defendant. | ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 04-40146-FDS |

**DEFENDANT'S MOTION FOR LEAVE OF COURT TO ENLARGE THE LENGTH OF ITS REPLY MEMORANDUM AND FOR A BRIEF EXTENSION OF TIME**

The Defendant, Saint-Gobain Abrasives, Inc. ("Defendant"), respectfully moves for leave of Court to file a fifteen-page reply memorandum in response to *Plaintiff's Memorandum In Opposition to Summary Judgment* ("Plaintiff's Opposition"), three pages longer than provided in the parties' Scheduling Order.  Defendant further respectfully requests a four-day extension of time (excluding intermediate Saturdays and Sundays) to file its reply memorandum, up to and including May 24, 2006.  As grounds for this motion, Defendant states as follows:

1. Defendant believes that its request for three additional pages for its reply memorandum is reasonable, in light of the extensive length of Plaintiff's Opposition, which consists of a 25-page Memorandum of Law, a 55-page *Local 56.1 Statement in Support of Memorandum Opposing Summary Judgment* (which consists of 150 numbered paragraphs of material facts allegedly in dispute) and voluminous exhibits.

2. As grounds for Defendant's request for a four-day extension of time, Defendant maintains that it requires a brief additional period in which to fully respond to

1

Plaintiff's lengthy Opposition, to examine the extensive record in this case (which consists of more than 20 deposition transcripts and more than 125 deposition exhibits), and to accommodate its counsel's existing professional commitments.

3. Defendant is mindful and sensitive to the fact that a summary judgment hearing is scheduled before the Court on June 9, 2006. Defendant respectfully submits that the brief extension of time should still provide the Court with a reasonable opportunity to review both parties' summary judgment papers before the June 9th hearing date.

4. Plaintiff has been consulted about this motion and does not have any objection to it.

**WHEREFORE,** Defendant respectfully requests that this motion be allowed.

Respectfully submitted,

SAINT-GOBAIN ABRASIVES, INC.,

By its attorneys,

/s/David J. Kerman
David J. Kerman, BBO #269370
Guy P. Tully, BBO #555625
Amanda S. Rosenfeld, BBO #654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025
KermanD@JacksonLewis.com
TullyG@JacksonLewis.com
RosenfeA@JacksonLewis.com

Dated: May 10, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 10, 2006.

                                      /s/ Amanda S. Rosenfeld_____
                                      Jackson Lewis LLP