## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT BRIDDELL,

      Plaintiff

v.

SAINT GOBAIN ABRASIVES, INC.,      Civil Action No.: 04-40146-FDS

      Defendant.

### NOTICE OF WITHDRAWAL

      Please withdraw the appearance of Attorney Amanda S. Rosenfeld as counsel for the Defendant, Saint-Gobain Abrasives, Inc. ("Defendant"), in this matter. Attorneys David J. Kerman and Guy P. Tully will continue to appear on behalf of the Defendant.

Respectfully submitted,

SAINT-GOBAIN ABRASIVES, INC.,

By its attorneys,

/s/Amanda S. Rosenfeld
David J. Kerman, BBO #269370
Guy P. Tully, BBO #555625
Amanda S. Rosenfeld, BBO #654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025
KermanD@JacksonLewis.com
TullyG@JacksonLewis.com
RosenfeA@JacksonLewis.com

Dated: May 12, 2006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 12, 2006.

/s/ Amanda S. Rosenfeld_____
Jackson Lewis LLP