# EXHIBIT A

**ROBERT M. BRIDDELL**
**February 15, 2005**

ORIGINAL

Page 1

1          UNITED STATES DISTRICT COURT

2            DISTRICT OF MASSACHUSETTS

3              No.:  04-40146-FDS

4

5

6     *******************************

7     ROBERT M. BRIDDELL,              *

8              Plaintiff              *

9     vs.                             *

10    SAINT-GOBAIN ABRASIVES, INC.,   *

11             Defendant             *

12    *******************************

13

14

15

16        DEPOSITION OF:  ROBERT M. BRIDDELL

17     CATUOGNO COURT REPORTING SERVICES

18              446 Main Street

19          Worcester, Massachusetts

20       February 15, 2005      9:10 a.m.

21

22

23          Elisabeth Zahariadis

24      Certified Shorthand Reporter

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 30

1      Q.      To your knowledge, does she have

2    any knowledge or information about the

3    discrimination that you allegedly experienced at

4    the company?

5      A.      Yeah, she was my wife.

6      Q.      Was she a witness or did she

7    observe any of the discrimination?

8      A.      Well, yeah, an incident did happen

9    at the company and I worked at night and I

10   called her and asked her -- well, the incident

11   happened before and when I went to work the

12   whole situation changed.  So when it changed, I

13   called her and asked her what she thought and

14   such with our attorney and NAACP.  So once we

15   got home, we talked about what the incident Dwas.

16     Q.      At a certain point you said your

17   situation changed at work?

18     A.      Mine did, yeah.

19     Q.      What do you mean by that?

20     A.      I bidded on a job and I was awarded

21   the job and then they came back and told me that

22   I couldn't get the job because I had to take a

23   test or et cetera.  The company policy at the

24   time was once you was awarded the job, if you

**ROBERT M. BRIDDELL**
**February 15, 2005**

1  had the seniority and et cetera.  And the job

2  was given to me by the supervisor or whatever he

3  was, he gave me the job, awarded me the job.

4  And someone told him I had to take a test and I

5  questioned why.  Of all the years I've been at

6  Norton, nobody ever had to take a test in order

7  to get a job.  That's what he was told and all

8  he was doing was doing his job.  And I said,

9  okay, I'll take the written test.

10              I went in that office which was

11  down in one part of the building and I had to go

12  up where my job was which is on another side,

13  but there was a pay phone.  I asked the

14  supervisor could I use the phone, I want to call

15  home.  They said yes.  That's when I called my

16  wife and told my wife they want me to take a

17  written test and et cetera and I thought it was

18  unfair and see our lawyers and NAACP and do

19  something about it.

20        Q.      **When did that happened that you bid**

21  **on this job?**

22        A.      It was back in '98, '99, somewhere

23  in area.

24        Q.      **What was the job that you bid on?**

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

ROBERT M. BRIDDELL
February 15, 2005

Page 32

1       A.      Truing.

2       Q.      Is that T-R-U-I-N-G,?

3       A.      Right.

4       Q.      Is that a band four job?

5       A.      Right.

6       Q.      Did you say that someone initially

7   told you you could have the job?

8       A.      Yes.

9       Q.      Who told you?

10      A.      Tom Oliver, he was the supervisor.

11  He wasn't a general supervisor like he is now.

12      Q.      He told you initially you could

13  have the job?

14      A.      He told me I had the job.

15      Q.      He told you that you --

16      A.      Then he called me back the next

17  night when I got back to work he called me and

18  said something had came up and I had to take a

19  test in order to get the job.  I says, why

20  should I have to take a test in order to get a

21  job when nobody else had to take a test?  And

22  the stipulation of what the company policy was

23  as far as getting, once you bid on the job and

24  it wasn't in there.

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 33

1    Q.    Did you say you had the seniority

2    for the job?

3    A.    I was awarded the job.  At the time

4    I was the highest person that bidded on the job.

5    Q.    In terms of seniority, you were the

6    highest seniority?

7    A.    I bidded on the job.

8    Q.    Did other employees bid on the job?

9    A.    Yes, other employees did bid on the

10   job.

11   Q.    You feel that's when your

12   situation changed in terms of the way the

13   company was treating you?

14   A.    No, it has been going on before

15   that.  It was just one of the incidents that

16   happened.

17   Q.    When Tom Oliver told you you would

18   need to take the test, you said you went home

19   and called --

20   A.    I didn't say I went home.

21   Q.    You went to the office, went to a

22   pay phone?

23   A.    I went to the office.

24   Q.    You used a phone to call your wife?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 34

1      A.      Right.

2          Q.      Did you speak to anyone in human

3   resources about what Tom Oliver said about

4   having to take the test?

5      A.      No, it was at night when he told

6   me, :we work at night, it was around 2:00 or 3:00

7   in the morning.  I wasn't 9:00 to 5:00, so

8   whether Tom Oliver called me in his office that

9   night.

10         Q.      After he spoke to you, in the next

11  few days, did you speak to anyone in human

12  resources to say this is unfair what he's making

13  me do, did you complain to anyone?

14     A.      No.

15         Q.      Did you complain to Tom Oliver and

16  say this was unfair?

17     A.      No.  Once I made the phone call,

18  the next morning when I got back to work, things

19  had changed again and I was given the job back.

20         Q.      You're saying you made this phone

21  call to your wife?

22     A.      Right.

23         Q.      Then this was you working 9:00 p.m.

24  to 5:00 a.m., correct?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 35

```
1        A.     Right.

2        Q.     This was 2:00 a.m. in the morning?

3        A.     I don't remember 2:00 a.m., but it

4   at was at night, yes.

5        Q.     How did you find out that you were

6   going to get the job after that?

7        A.     The next day when I went to work.

8        Q.     What happened when you went to work

9   the next day?

10       A.     You want --

11       Q.     When were you told when you got to

12  work the next day?

13       A.     I was told that things had changed

14  and the job was mine.

15       Q.     Did anyone speak to anyone at the

16  company to try to intervene on your behalf?

17              MR. MEIKLEJOHN:  You want to take a

18       minute?

19              THE WITNESS:  I don't need no

20       minute.  Does he want me to speculate or

21       does he want me to tell what went down?

22       Q.     (By Mr. Kerman)  I want to know to

23  your knowledge or information you're saying in

24  the middle of the night you were told you had to
```

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 36

1    take a test and you didn't have the job.  Then

2    you came in the next day and they had told you

3    they had changed and you were going to get the

4    job?

5         A.    I can tell you.  When Tom Oliver

6    told me I couldn't get the job that night, I

7    went into the office and used the phone.  There

8    were about three or four supervisors in there

9    talking.  I asked them to use the phone.  They

10   said, yeah, Bob, go ahead.  I talked on the

11   phone to my wife and I told my wife what was

12   happening and I thought I was being treated

13   unfair and to contact our lawyer and NAACP3 Dand

14   pursue it.  Those supervisors heard my

15   conversation and relayed it on to the company.

16        Q.    That's what you think happened?

17        A.    That's what happened.

18        Q.    You don't know whether those

19   supervisors spoke to anyone?

20             MR. MEIKLEJOHN:  Objection.  Wait

21        until he finishes asking the question and

22        give me time to object.

23        Q.    (By Mr. Kerman)  When you're

24   saying that's what happened, you are assuming

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 37

1    that's what happened, Mr. Briddell, correct?

2            MR. MEIKLEJOHN:  I object to the

3        form of the question.  You can answer it to

4        the best of your ability.

5            THE WITNESS:  When I made that

6        phone call to my wife, I went back on my

7        job, I did my job that day, went home and I

8        came back the next day and out of the clear

9        blue sky I got the job.  End of comment.

10       Q.      (By Mr. Kerman)  You don't know

11   what those supervisors were in the room when you

12   made the phone call, you don't know what they

13   did after your phone call, is that right?

14           MR. MEIKLEJOHN:  I object.

15       Q.      (By Mr. Kerman)  You don't know

16   what those supervisors in the room did after you

17   made your phone call, correct?

18       A.      I'm willing to bet my life.

19       Q.      I'm not asking you whether you're

20   willing to bet your life, I'm asking whether you

21   personally know.

22       A.      I didn't hear them or see them.  I

23   didn't hear, no, I left the office.

24       Q.      The next morning though you had the

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 174

1  overweight?

2       A.     Yeah.

3       Q.     **What's your reason to doubt that?**

4       A.     I just don't figure that was that

5  much overweight.

6       Q.     **It's just your personal opinion?**

7       A.     I beg your pardon?

8       Q.     **It's your personal opinion you just**

9  **don't think they were that much overweight, is**

10 **that what you're saying?**

11      A.     No, I don't think they were that

12 much overweight.

13      Q.     **Do you have any idea how much over**

14 **they were?**

15      A.     I didn't see the pans at all, I

16 never observed them.

17      Q.     **You made the pans, correct?**

18      A.     When I made them, yeah, I made mix,

19 yes.

20      Q.     **You're not claiming that someone**

21 **else made these pans that were 15 pounds**

22 **overweight, are you?**

23             MR. MEIKLEJOHN:  Objection.

24             THE WITNESS:  No.

ROBERT M. BRIDDELL
February 15, 2005

Page 175

1          Q.      (By Mr. Kerman)   You are not

2     claiming that, correct?

3          A.      No, I didn't.

4          Q.      Are you claiming that after you

5     made the pans, someone else through in extra

6     waste to make them overweight?

7                  MR. MEIKLEJOHN:   Objection.

8          Q.      (By Mr. Kerman)   Are you making

9     that claim?

10         A.      No I'm not making that claim.   I

11    never said anything of that nature.

12                 MR. KERMAN:   Let me have this

13        marked as the next exhibit.

14

15                 (Exhibit 8, Rules, marked)

16

17         Q.      (By Mr. Kerman)   Let me show you

18    what's been marked as Exhibit 8 which is an

19    excerpt that says Norton Plant 8 Safety Rules

20    and Guidelines.  And there appears to be a page

21    13 that says mixing and molding rules.  And at

22    the bottom of this document there's a number

23    that says 1036.

24                 At some point in the fall of 2001,

ROBERT M. BRIDDELL
February 15, 2005

Page 180

1        Q.       At some point do you remember

2    whether it was this warning or not, at some

3    point do you remember getting a warning for not

4    signing the mix slip?

5        A.       I remember getting a warning for

6    not signing the mix slips.

7        Q.       Who was the person that gave you

8    the warning for not signing the mix slip?

9        A.       It had to be Tom, my supervisor.

10       Q.       Who?

11       A.       Tivnan, Tom Tivnan.

12       Q.       Bill Tivnan?

13       A.       Yeah, I'm getting my names mixed

14   up.

15       Q.       What did he say to you about not

16   signing the mix slips?

17       A.       I think he said take my time and

18   sign the mix slips and don't rush and try to

19   make as many mixes and not signing the slips.

20   Try to remember to sign the slips.

21       Q.       Did you ask to see the

22   documentation where the mix slips weren't signed

23   and he showed you the documentation, isn't that

24   right?

ROBERT M. BRIDDELL
February 15, 2005

Page 181

1       A.      Probably so, I don't remember.

2       Q.      But you didn't deny not signing the

3   mix slip?

4       A.      No, I didn't deny.

5       Q.      You admitted it, correct?

6       A.      I didn't deny it.

7       Q.      You didn't deny it?

8       A.      No.

9       Q.      Did Mr. Tivnan also speak to you

10  about the fact that you weren't using the COM

11  CAM system?

12      A.      Yes.

13      Q.      What did he say about that?

14      A.      I wouldn't use the COM CAM and I

15  told him neither were the rest of the mixers in

16  the other lines were using them.

17      Q.      He told you you weren't using it

18  and you didn't deny that, correct?

19      A.      No.

20      Q.      You said other mixers weren't using

21  it?

22      A.      Right, the other mixers in the line

23  they weren't using the COM CAM.

24      Q.      You were on line two, correct?

ROBERT M. BRIDDELL
February 15, 2005

Page 193

1        A.     Yes.

2               Q.     Do you recall on October 9, 2001

3    receiving a warning and a three-day suspension

4    from work?

5               Do you see on this document it

6    says, this warning is accompanied by a

7    suspension of three days beginning 10/9/01 and

8    ending 10/12/01?

9        A.     Yeah.

10              Q.     Do you remember getting a warning

11   and a three-day suspension during this time

12   period?

13       A.     Yeah, I remember.

14              Q.     Who met with you to let you know

15   you were getting this suspension?

16       A.     I think this was Charlie

17   Heffelfinger, Rick Zeena.

18              Q.     Wasn't Tom Oliver present in this

19   meeting?

20       A.     He may have been and I think it was

21   a union representative there, Phil.

22              Q.     Phil Gustafson?

23       A.     I think he was there at the time.

24              Q.     You are not sure?

ROBERT M. BRIDDELL
February 15, 2005

Page 194

1      A.      If this is when I got suspended,

2    I'm sure.

3      Q.      Weren't you told at this time that

4    you were being suspended that you had not signed

5    two mixing slips from the night before?

6      A.      Yeah.

7      Q.      That's what Mr. Tivnan said, that

8    there are two mixing slips that you had not

9    signed from the night before?

10     A.      Yeah.

11     Q.      Didn't you admit that those were

12   your slips and you were only human and that you

13   were rushing and you forgot to sign them, isn't

14   that what you said to him?

15     A.      Yeah.

16     Q.      You said that you were guilty, but

17   you didn't do it on purpose, isn't that correct?

18     A.      Yes.

19     Q.      You said you apologized for what

20   you had done?

21     A.      Correct.

22     Q.      You said that you're glad that that

23   was the only mistake you had made and that you

24   hadn't made a bad mix?

ROBERT M. BRIDDELL
February 15, 2005

Page 195

1          A.      Right.

2              Q.      Do you recall anything else in

3    which you got the suspension?

4          A.      No, I don't.

5              Q.      The rescreeners that would have

6    gotten your mixes that you prepared let's say on

7    October 8th, those rescreeners wouldn't be

8    coming in until October 9th, 2001, they wouldn't

9    come in until the next day, correct?

10          A.      I guess, I don't know.

11              Q.      As we discussed if you had already

12    gone home at 5:00 a.m. and the rescreeners came

13    come on later in the morning, you are already

14    gone as far as them going back to sign it,

15    correct, or to initial it?

16          A.      Yeah.

17              Q.      When you received this suspension,

18    do you remember anything else that was said at

19    the meeting other than what we've discussed,

20    anything else that you said at the meeting or

21    that Bill Tivnan or Tom Oliver or Rick Zeena

22    said at the meeting?

23          A.      No.

24              Q.      Did you complain at all about the

ROBERT M. BRIDDELL
February 15, 2005

Page 196

1  fact that Jeff Clark was getting involved with

2  your discipline, did you say that that was

3  wrong?

4       A.    I don't recall.

5       Q.    Do you remember Bill Tivnan or Tom

6  Oliver pointing out that these problems with

7  the mix slips had occurred just four days after

8  they had given you a written warning on October

9  4, 2001?

10      A.    It's possible. I don't recall.

11      Q.    You do recall that your written

12 warning was dated October 4, 2001, correct?

13      A.    I see that, yes.

14      Q.    This incident when you failed to

15 sign two mix slips occurred approximately four

16 or five days after you had just received a

17 written warning, correct?

18      A.    I guess so.

19      Q.    You said that you had been rushing

20 around and had forgotten to do it, correct?

21      A.    I guess I did.

22      Q.    Do you remember a situation after

23 you returned from your suspension someone

24 pointed out to you on October 18, 2001 that you

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 201

1    Q.    Did you mention either on January

2    4th or later that you had heard of other trucks

3    of pans that were overweight?

4    A.    Yes.

5    Q.    Tell me what you said about that?

6    A.    Not heard, I found them.

7    Q.    Do you remember when you found

8    them, what date it was or what time?

9    A.    It was approximately around this

10    time, October when this letter here came out.

11    Q.    This letter is dated January 4,

12    2002, so it was around that time?

13    A.    Yes, that was.

14    Q.    Where did you find these trucks?

15    A.    In the holding mixing area.

16    Q.    Did you weigh the pans that were on

17    the truck?

18    A.    I didn't weigh them, but some of

19    the union employees weighed them.

20    Q.    Did you ask the union employees to

21    weigh them?

22    A.    No, I told the night supervisor at

23    that time, I told Dennis Novack and I told him.

24    Q.    Dennis Novack?

ROBERT M. BRIDDELL
February 15, 2005

Page 209

1    Q.    Did they explain what had happened

2  with those 70-pound pans?

3    A.    This is the first I heard is what

4  you just told me.

5    Q.    At some point though you were

6  informed that they had found in the end of

7  January 2002 some contaminated mix, correct,

8  that you had made, did someone tell you you had

9  made some contaminated mixes?

10    A.    A mix, it was the same night.

11    Q.    Who was the first person that told

12  you that you had made some contaminated mix, who

13  told you about it?

14    A.    I guess it was Charlie

15  Heffelfinger, it had to be him.

16    Q.    Were you called into a meeting to

17  talk about it, is that right?  Were you called

18  into a meeting to talk about the contaminated

19  mix?

20    A.    Yeah, and I was being terminated

21  because of it, yes, of that.

22    Q.    What were you told about the

23  contaminated mixes?  What did the company tell

24  you about it?

ROBERT M. BRIDDELL
February 15, 2005

Page 210

1    A.    That I made a mix that was

2  contaminated.

3    Q.    Were you also told that on one of

4  the mixes that you had failed to sign off on the

5  mixing slip as well?

6    A.    I don't recall that.  I just recall

7  the contaminated mix.  I recall that, I don't

8  recall whether signing off or on.

9    Q.    Weren't you, in fact, told that

10  there were two contaminated mixes that they had

11  found?

12    A.    I don't remember if it was one or

13  two.

14    Q.    Haven't you made two white mixes at

15  that particular shift at the end of the shift?

16    A.    Yeah, I had made, yeah, two mixes,

17  two pans.

18    Q.    But it was white?

19    A.    Right, it was white.

20    Q.    Didn't they tell you that one of

21  the contaminated mixes they could save, but the

22  other contaminated mix they couldn't save?

23    A.    I remember them saying that, but I

24  think it was one mix instead of two mixes.  It

CATUOGNO COURT REPORTING SERVICES
Springfield, MA    Worcester, MA    Boston, MA    Providence, RI    Manchester, NH

ROBERT M. BRIDDELL
February 15, 2005

Page 211

1   was one mix.

2        Q.      But two pans?

3        A.      Yes.

4        Q.      Two pans were contaminated,

5   correct?

6        A.      Yeah.

7        Q.      They were white mix that you were

8   making that night, correct?

9        A.      Yes, that morning.

10        Q.      That morning.  Before you had made

11   that white mix, you had been making black mix,

12   correct?

13        A.      No.

14        Q.      What had you been making?

15        A.      Before I made that white mix, I had

16   cleaned up and I was on my way home and I was

17   informed to come back and make the mix.

18        Q.      On the night that you made these

19   white pans, before you made the white pans,

20   earlier in the evening had you made any black

21   mix pans?

22        A.      On my work shift, yes, I had made

23   mixes with black.

24        Q.      At the end of your work shift, did

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 212

1    you make some white mixes?

2         A.    At the end of my work shift, I

3    cleaned up.

4         Q.    Okay.

5         A.    And I was on my way home and

6    Charlie Heffelfinger stopped me and told me to

7    come back and make the mix.

8         Q.    You stayed and made the mixes, the

9    two white mixes?

10        A.    I mean, I hadn't punched out.

11        Q.    You stayed and made the mixes?

12        A.    Yeah, I had to, I had no choice.

13        Q.    Had you cleaned the machine

14   beforehand?

15        A.    Yes.

16        Q.    So there should have been no black

17   contaminants, correct, if you cleaned them

18   properly?

19        A.    I wouldn't say that, no.

20        Q.    How do you clean the machine?

21        A.    You clean the machine by putting

22   solvent and clean the machine, the machine was

23   clean.

24        Q.    When you clean the machine though

ROBERT M. BRIDDELL
February 15, 2005

Page 213

1    you have to clean the bowls, correct?

2        A.    That is the machine, the bowls.

3        Q.    And the paddle?

4        A.    Yes.

5        Q.    And you clean the screen as well?

6        A.    Right.

7        Q.    You clean the pans, correct?

8        A.    Right.

9        Q.    You can clean the conveyer,

10   correct?

11       A.    Yes.

12       Q.    You had done all of that on that

13   shift?

14       A.    Yes.

15       Q.    When you were asked to make the

16   white mix, the machine and all the equipment

17   were totally clean, correct?

18       A.    To the best of my knowledge.

19       Q.    To the best of your knowledge?

20       A.    Correct, yes.

21       Q.    You made these two mixes?

22       A.    Yes.

23       Q.    You were told they were

24   contaminated?

ROBERT M. BRIDDELL
February 15, 2005

Page 214

1          A.      Yes.

2          Q.      Do you have any explanation why

3    they were contaminated?

4          A.      Yeah, I mean, a lot of times you

5    clean a machine like that and a lot of times

6    like anything else, some of the bond or

7    something gets caught up in the shaker.  And if

8    the bond gets caught up in the shaker.  If it's

9    a white mix, it just gets in there.  It's hard

10   to go from black to white and white to black

11   without getting some type of contamination.

12   It's impossible.

13         Q.      You and other mixers sometimes in

14   the course of a shift have to go from black mix

15   to white mix, correct, that happens?

16         A.      The policy is that you make all

17   your white mixes first and then go to black.

18   That's the standard.

19         Q.      Isn't it also the practice that if

20   you are going to make white mix, that you made

21   it towards the end of the shift after you've

22   already cleaned the equipment and gotten the

23   black stuff off of the equipment?

24         A.      No, most of it you do it before you

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 215

1    make your black mixes, not after.  If it's all

2    avoided.

3        Q.      Haven't you had occasions and other

4    mixers have occasions where you make the white

5    mix after the black mix and you have to clean

6    the machine and bowls and paddles really well,

7    correct?

8        A.      You do clean the bowls and paddles

9    really well.

10       Q.      If you do a really good job, that

11   should eliminate the contamination?

12       A.      No.

13       Q.      Why shouldn't it?

14       A.      Even though you clean your bowls

15   and your paddles, the rescreen you take all the

16   time to clean that.

17       Q.      The rescreen?

18       A.      The shakers.  A lot of time you

19   could clean it for maybe 15 or 20 minutes and

20   still you are not going to get all of your black

21   mix out.  If you got white mix coming in, it

22   falls and it's contaminated.

23       Q.      How is making the white mix at the

24   beginning of the shift, aren't you still going

ROBERT M. BRIDDELL
February 15, 2005

Page 216

1    to have some black stuff left in the screen?

2         A.    Sometimes, yes.

3         Q.    How is it any different whether you

4    are making the white mix first or making the

5    white mix later in the shift after you've

6    cleaned the machine?

7         A.    It's not that much different.  The

8    first mix when you come from black to white or

9    vice versa, you are going to have some

10   contaminant in it.  Where like you said the

11   first pan that I made was contaminated and maybe

12   that one couldn't have been saved, but the

13   second one there wasn't that much in it.  That's

14   just it.

15        Q.    When you start off a shift and you

16   make a white mix at the beginning of your shift,

17   you can still have contamination from the night

18   before or the day before?

19        A.    It's possible.

20        Q.    Regardless of when you make the

21   white mix, you have to be sure the machine and

22   the equipment is very clean?

23              Before you make a white mix, you

24   have to be extra special careful to ensure that

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 217

1   you've cleaned the bowls, the paddles and the

2   screens and the conveyer, correct?

3       A.    Yes.

4     * Q.    And that applies whether you are

5   making a white mix at the end of your shift or

6   whether you are making it at the beginning of

7   your shift?

8     * A.    True.

9             MR. KERMAN:  Can we take a short

10      break?

11

12             (A recess was taken 2:34-2:40 p.m.)

13

14             MR. KERMAN:  Back on the record.

15      Can we have the last exchange read back?

16

17             * (Question and answer read)

18

19       Q.    (By Mr. Kerman)  When you make a

20   white mix, Mr. Briddell, when you used to work

21   as a mixer, would you look at the mix to make

22   sure it wasn't contaminated after it was put

23   into the pan or as it was being put into the

24   pan?

ROBERT M. BRIDDELL
February 15, 2005

Page 218

1       A.      Yeah.

2       Q.      You are supposed to visually see if

3    there's contamination?

4       A.      Yeah.

5       Q.      If you see any contamination, what

6    would you do?

7       A.      Probably call your supervisor and

8    show it to him.

9       Q.      Do you know who discovered the

10   contamination on the two white mixes that we are

11   talking about?

12      A.      No.

13      Q.      No?

14      A.      No.

15      Q.      If you are performing a job as a

16   mixer, you should try to discover the

17   contamination before sending the pan along,

18   correct?  You should try to discover the

19   contamination yourself before you send it on the

20   holding area?

21      A.      Yeah.

22      Q.      Do you know who was responsible for

23   discovering the contamination?

24      A.      No.

ROBERT M. BRIDDELL
February 15, 2005

Page 219

1      Q.      Did anyone tell you what the cost

2  was of having to throw out the mix and start a

3  new mix because it was contaminated?

4      A.      No.

5      Q.      Do you recall at one point being

6  suspended for the contaminated mix and then a

7  few days later they called you into another

8  meeting and you were terminated, weren't you

9  suspended first and then terminated several days

10 later?

11     A.      I was and I was home and they

12 called me to come to a meeting.  They told me to

13 come to a specific area and when they got there,

14 that's when they told me I was terminated.

15     Q.      Do you remember anything else that

16 was talked about in your termination meeting

17 besides what you've already testified to today,

18 anything else that you said or anything else

19 that the company said?

20     A.      Yeah, about my medical, my medical

21 program.  If I was terminated, my medical

22 benefits were stopped at the end of the month.

23     Q.      So there was some discussion to

24 whether your health insurance would stop?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 220

```
 1        A.     Right.
 2        Q.     Was anything else discussed at the
 3   termination meeting besides what you've
 4   testified to?
 5        A.     No, if I'd like to appeal with
 6   Steve Litwinowich.
 7        Q.     That you could appeal it?
 8        A.     Yeah.
 9        Q.     Did you appeal it?
10        A.     Yes.
11        Q.     What did you do to appeal it?
12        A.     I just appealed it.
13        Q.     How did you appeal it, did you
14   write a letter?
15        A.     No, I told the lady in charge of
16   Tom Oliver and there was a new plant manager
17   there at that time.  I don't know who he was.  I
18   think he just came in maybe a month or so before
19   or something.  I told them I would like to
20   appeal it and they said okay.
21        Q.     You said some lady you told, what
22   lady did you tell?
23        A.     She was in human resources. I don't
24   know who she was.
```

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 221

1    Q.    Did any kind of appeal happen?

2    A.    Yeah.

3    Q.    Tell me what happened?

4    A.    I don't know, maybe a week or so, I

5    don't know.  Some days later I recall I was told

6    to come to see Rick Zeena.

7    Q.    I'm sorry, who did you see?

8    A.    Not Rick Zeena, Steve Stockman.

9    Q.    Did you go to a meeting with Mr.

10    Stockman?

11    A.    Yes.

12    Q.    Tell me what happened at that

13    meeting?

14    A.    Nothing much.

15    Q.    Tell me what happened?

16    A.    All I recall is that I told him

17    that I was being terminated and that I'd just

18    like to keep my job.  I didn't have a year or so

19    to go before 62.  And that's it.  He made a

20    statement that he would get back to me, but he

21    told me that it's my policy not to overrule my

22    supervisor.  And that was it.

23    Q.    Do you remember anything else that

24    you or Mr. Stockman said that at this meeting?

ROBERT M. BRIDDELL
February 15, 2005

Page 222

1        A.      That was it.

2        Q.      **Was anyone else present besides the**

3    **two of you?**

4        A.      Mr. Stockman was there and then he

5    walked in.

6        Q.      **Mr. Zeena?**

7        A.      Yeah.

8        Q.      **At the time you were planning to**

9    **retire at age 62?**

10       A.      Oh, yeah.

11       Q.      **You only had another year to go?**

12       A.      Yes.

13       Q.      **Are you aware, Mr. Briddell, of**

14   **any other mixers at the company who made**

15   **overweight pans?**

16       A.      No, not to my knowledge.

17       Q.      **Are you aware of any other mixers**

18   **at the company who made contaminated mixes?**

19       A.      Yeah, I've seen it happen.

20       Q.      **You've seen contaminated mixes?**

21       A.      Yes.

22       Q.      **Did you know who was responsible**

23   **for making the contaminated mixes?**

24       A.      I'm just saying some of the mixers.

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 223

1  I don't feel like calling their names.  I don't

2  have to do that.

3      Q.      Whether you feel comfortable or

4  not, you have to tell me if you are aware of

5  people who had made contaminated mixes, who they

6  are is part of this lawsuit?

7      A.      Not contaminated, I've seen people

8  make bad mixes and they'd have to take it away

9  and throw it away and et cetera.  Yes, I have

10  seen that.

11      Q.      First, let me ask are you aware of

12  employees at Saint-Gobain who have made

13  contaminated mixes, specific employees?

14          MR. MEIKLEJOHN:  It's okay.  You

15      can name names.

16          THE WITNESS:  I was told by other

17      employees that it happened quite frequently

18      on line three.  In fact, Phil Gustafson

19      told Rick Zeena that it happened that way,

20      but they weren't concerned about that.

21      Q.      (By Mr. Kerman)  Who told Mr. Zeena

22  that?

23      A.      Phil Gustafson.  The same day they

24  were terminating me.

ROBERT M. BRIDDELL
February 15, 2005

Page 241

1   consider him.

2           Q.      What were you told?

3           A.      We were told at that point they

4   want to give him group leader and he refused to

5   take the group leader.

6           Q.      You don't know who actually got the

7   supervisor job that he bid on, correct?

8           A.      No.

9           Q.      You don't know what the

10  qualifications of that person was?

11          A.      No.

12          Q.      Do you know any other minorities

13  who were rejected for supervisory jobs that they

14  applied for at Saint-Gobain?

15          A.      No, I don't know of any that were

16  rejected, I don't.

17          Q.      Could you look at paragraph number

18  four on the first page?

19                  It says, "on several occasions, I

20  have pointed out to high level management the

21  lack of minorities involved in supervising the

22  production work force."

23                  It says you've made this point to

24  Steve Stockman and Rick Zeena, when did you

ROBERT M. BRIDDELL
February 15, 2005

Page 242

1    speak to Mr. Stockman about this?

2        A.      I don't know, maybe a couple months

3    or so after he took over Jane's job as vice

4    president.

5        Q.      **When was that, what's the year on**

6    **that?**

7        A.      It had to be the year 2000.

8        Q.      **Around the year 2000?**

9        A.      Yeah, he took a year before.  Yeah,

10   or maybe somewhere in 2000, I guess.  I don't

11   know.  I don't know.

12       Q.      **'99 or 2000?**

13       A.      Yes, that's when he came onboard.

14       Q.      **You spoke to him about the lack of**

15   **minorities is supervision?**

16       A.      I spoke to him as well as the

17   previous vice president and human resources.  I

18   spoke to both of them.

19       Q.      **Who was the previous vice**

20   **president?**

21       A.      Jane and Mary Fitzgerald.

22       Q.      **Mary Fitzpatrick.**

23       A.      Mary Fitzpatrick, yeah.

24       Q.      **Let me ask you about Steve**

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 243

1    Stockman, was this a one-on-one meeting that you

2    had with Stockman?

3        A.    Yes.

4        Q.    **Where did it take place?**

5        A.    It took place in the work area.  He

6    was just coming onboard, he was going to walk

7    around and ask all the employees what he thought

8    needed to be changed within the system.

9        Q.    **He spoke to you?**

10       A.    Yeah.

11       Q.    **Tell me what you said to him and**

12   **what he said to you?**

13       A.    I thought that it was time there

14   should be some minorities in management.  It's

15   been over 10 years since they got rid of all

16   the Afro-Americans and they haven't replaced

17   any.

18       Q.    **When you say all the**

19   **African-Americans, are you speaking about your**

20   **wife and John Vasseur?**

21       A.    All over Greendale and

22   Northborough.

23       Q.    **Besides your wife and John Vasseur,**

24   **were there any other African-Americans you're**

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 244

1   saying that --

2       A.     I speak for all the Afro-Americans

3   they got rid it of.

4       Q.     Do you know of anyone else except

5   Vasseur and your ex-wife that was in supervision

6   that was a minority?

7       A.     Ron Texaire.

8       Q.     Right, but wasn't he still there

9   when Stockman became vice president?

10      A.     Yeah, he was still there.

11      Q.     The only two they got rid of,

12  according to you, were Vasseur and your ex-wife?

13      A.     Yes.

14      Q.     And they both took early retirement

15  packages?

16      A.     Yeah.

17      Q.     What did Mr. Stockman say in

18  response to you?

19      A.     He had just came onboard and he had

20  other things to take care and he'd get back to

21  me later.

22      Q.     Did you ever speak to him again

23  about the lack of minorities in supervising the

24  production work force, was that the only other

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 245

1    conversation you had with Stockman?

2         A.    I think that's the only one I had

3    with Stockman at the time, one on one, yes.

4         Q.    Did you ever have any conversations

5    with Stockman in a group setting about the lack

6    of minorities in supervision.

7              You said that was the only one on

8    one, did you ever have a conversation with him

9    in a group setting?

10        A.    No, not for minorities in the work

11   force.

12        Q.    Or minorities in the supervision?

13        A.    No, I did't have no conversation of

14   minorities in supervision, no.

15        Q.    You say that when you brought it up

16   to Mr. Stockman, besides telling you that he

17   would try to look into that later, what was his

18   reaction?

19        A.    There wasn't a reaction.

20        Q.    Was he friendly, unfriendly,

21   hostile?

22        A.    No, I didn't say he was hostile.

23        Q.    He didn't react in a negative way

24   when you brought it up to him?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 246

1      A.      No.

2          Q.      Paragraph four says you also spoke

3   to Richard Zeena?

4      A.      Right.

5          Q.      When did you see Mr. Zeena?

6      A.      Somewhere in that same time frame.

7          Q.      How did you happen to speak to Mr.

8   Zeena?

9      A.      One day I was on the line and I

10  don't know, we had a conversation and I spoke to

11  him about the same thing and I also told him

12  that the company was prejudice.

13         Q.      Tell me as best you recall, this

14  was just you and him in the plant on the floor?

15     A.      Right.

16         Q.      Tell me as best you remember what

17  you said to Mr. Zeena and what he said to you in

18  that conversation?

19     A.      That was it.

20         Q.      Tell me what was said, just repeat

21  it for me as best you remember, what you said to

22  him and what he said to you?

23     A.      I don't know what brought the

24  conversation up.  We were there and I really

ROBERT M. BRIDDELL
February 15, 2005

Page 247

1   don't know what I said to him.  That the company

2   was, I thought the company was prejudice because

3   they didn't have a black in supervision and I

4   told him they are prejudice.  He told me to

5   prove it.  And that was it.

6       Q.      You said you thought the company

7   was prejudice because there were no blacks in

8   supervision?

9       A.      In supervision.

10      Q.      What was his response?

11      A.      He just said prove it.

12      Q.      That's all he said?

13      A.      No.

14      Q.      Did you say anything further to

15  him?

16      A.      No.

17      Q.      Did you ever have any further

18  conversations at any time with Mr. Zeena with

19  the lack of minority in supervision?

20      A.      No.

21      Q.      Was this conversation with Mr.

22  Zeena that's referred to in paragraph four, was

23  this before the union organizing drive?

24      A.      It had to be during the organized

ROBERT M. BRIDDELL
February 15, 2005

Page 248

1    drive, it had to be during it.

2        Q.      What organizing drive are you

3    talking about, the Teamsters or the UAWy?

4        A.      Like I said, doing the Teamsters,

5    human resources, it had to be during the union

6    organized drive or just prior to it.  We had a

7    year gap where we couldn't do anything.  It had

8    to be somewhere in that time frame.

9        Q.      You told me all that you remember

10   about your conversation with Mr. Zeena?

11       A.      Yes.

12       Q.      You told me everything?

13       A.      To the best of my knowledge.

14       Q.      Could you look at paragraph five,

15   you say a meeting was held by the Worcester

16   Commission Against Discrimination at the Belmont

17   Street School?

18       A.      Yeah.

19       Q.      You spoke up about the lack of

20   promotional opportunities for minorities at

21   Saint-Gobain?

22       A.      Yes.

23       Q.      Was anyone from Saint-Gobain at

24   that meeting?

ROBERT M. BRIDDELL
February 15, 2005

Page 250

1       Q.    (By Mr. Kerman)  August 2002 you

2  were no longer employed?

3       A.    Yeah.

4       Q.    It says that you spoke with

5  Stockman and Zeena about how minorities are

6  treated unfairly and denied the opportunities

7  for promotion.

8           Is that a separate conversation --

9       A.    No.

10      Q.    Let me just finish the question.

11          The conversation that you referred

12  to in paragraph seven, is that a different

13  conversation from what's referred to in

14  paragraph four or is it the same conversation?

15      A.    Same conversation.

16      Q.    You only spoke to Mr. Stockman once

17  about it and only spoke to Mr. Zeena once about

18  it?

19      A.    To the best of my knowledge.

20      Q.    And then can you look at paragraph

21  eight?

22          It says, "during the summer of

23  2001, the company held separate meetings for

24  employees from Africa to tell them that the

**ROBERT M. BRIDDELL**
**February 15, 2005**

1      Q.      He didn't say anything?

2      A.      No.

3      Q.      You brought it up to Mr. Zeena as

4  well?

5      A.      I said to Rick Zeena when I said it

6  to Dennis Baker.

7      Q.      Dennis Baker and Zeena were at the

8  same meeting?

9      A.      All of them, all the managers were

10  there.

11      Q.      You weren't making this point to

12  Mr. Baker personally, you just brought it up at

13  a general meeting when he was there and other

14  managers?

15      A.      No, I was talking to management,

16  he's the one that called the shots.

17      Q.      Mr. Baker was?

18      A.      Mr. Baker was the one that called

19  the shots.

20      Q.      When you brought up the subject,

21  were you speaking to Mr. Baker directly?

22      A.      Him along with his fellow

23  employees, yes.

24      Q.      Who else was there at the meeting?

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 260

1      A.      Zeena, Stockman.

2          **Q.      Zeena was present at the meeting?**

3      A.      Yes.  Stockman was there.  The

4   other vice president of human resources, he was

5   still onboard, I think his name was Smith or

6   Smitty or something like that, he was there,

7   also.

8          **Q.      Smith?**

9      A.      Yeah.  At that time he was vice

10  president of human resources and Dennis Baker

11  was vice president of bond abrasives.  Yes, both

12  of them were there.

13         **Q.      Did Mr. Zeena say anything at this**

14  **meeting in response?**

15     A.      Yes.

16         **Q.      What did he say?**

17     A.      That it was posted, that the

18  meeting was posted for that meeting.

19         **Q.      I'm sorry, what did Mr. Zeena say?**

20     A.      That it was posted.  They didn't do

21  it in secret, it was posted.

22         **Q.      Did Mr. Zeena say anything else?**

23     A.      No.

24         **Q.      Did you have any separate**

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 261

1    conversation with Mr. Zeena about this meeting

2    for the African employees?

3        A.    No.

4        Q.    Did you ever speak to him

5    separately outside of that group meeting?

6            It says here, "Zeena became very

7    angry when I made that accusation?"

8        A.    He did.

9        Q.    What did he do to indicate that he

10   was very angry?

11       A.    His looks.

12       Q.    His what?

13       A.    His looks, the way he looked at me.

14       Q.    How did he look at you?

15       A.    Just like I said, that he was angry

16   from my statement.

17       Q.    The only thing that he said in

18   response was that it wasn't secret, it was

19   posted?

20       A.    Right.

21       Q.    He didn't say anything beyond that?

22       A.    No.

23       Q.    Did you say anything further in

24   that meeting?

ROBERT M. BRIDDELL
February 15, 2005

Page 262

1          A.      No.

2

3                  (Deposition suspended at 3:30 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ROBERT M. BRIDDELL**
**February 15, 2005**

Page 263

1        I, ELISABETH ZAHARIADIS, a Notary Public

2    in and for the Commonwealth of Massachusetts, do

3    hereby certify that ROBERT M. BRIDDELL appeared

4    before me, satisfactorily identified himself, on

5    the 15th day of February, 2005, at Worcester,

6    Massachusetts, and was by me duly sworn to

7    testify to the truth and nothing but the truth

8    as to his knowledge touching and concerning the

9    matters in controversy in this cause; that he

10   was thereupon examined upon his oath and said

11   examination reduced to writing by me; and that

12   the statement is a true record of the testimony

13   given by the witness, to the best of my

14   knowledge and ability.

15       I, further certify that I am not a

16   relative or employee of counsel/attorney for any

17   of the parties, nor a relative or employee of

18   such parties, nor am I financially interested in

19   the outcome of the action.

20       WITNESS MY HAND this 15th day of March,

21   2005.

22   *Elisabeth Zahariadis*

23   Elisabeth Zahariadis      My Commission expires:

24   Notary Public             October 28, 2005