# EXHIBIT B

**RICHARD J. ZEENA**
July 20, 2005



```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4
 5   ********************************
 6   ROBERT BRIDDELL,                *
 7        Plaintiff,                 *
 8   vs.                             *   CIVIL ACTION NO.
 9   SAINT GOBAIN ABRASIVES, INC.,   *4:04 CV 40146 (FDS)
10        Defendant.                 *
11   ********************************
12
13
14          DEPOSITION OF:  RICHARD J. ZEENA
15          CATUOGNO COURT REPORTING SERVICES
16                   446 Main Street
17               Worcester, Massachusetts
18          July 20, 2005       10:05 a.m.
19
20
21                     Sonya Lopes
22             Certified Shorthand Reporter
23
24
```

**RICHARD J. ZEENA**
**July 20, 2005**

Page 5

1  Q. It's important that you let me
2  finish the question completely, even if you know
3  where I'm going. Let Attorney Kerman and I
4  finish any discussion before you answer. As you
5  know from having been an observer, at some point
6  either he or I will tell you you should answer
7  the question. Or he will tell you you should not
8  answer the question. Okay?
9  A. Okay.
10 Q. It's important that you try and
11 avoid gestures and nods of the head and uh-huh
12 and uh-uh so the court reporter can get stuff
13 down in an intelligible fashion. Is that clear?
14 A. Understood.
15 Q. If at any time you need a break,
16 I'll be happy to do that. But I will ask that
17 you answer any pending question before you take a
18 break. All right?
19 A. Okay.
20 Q. Can you tell me where you are
21 employed?
22 A. Saint Gobain Abrasives.
23 Q. And how long have you been employed
24 at Saint Gobain?

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**RICHARD J. ZEENA**
**July 20, 2005**

Page 6

1   A.   Since March of 2000.
2   Q.   And prior to that, where were you
3 employed?
4   A.   I was employed at Kervick
5 Enterprizes.
6   Q.   And what did you do at Kervick
7 Enterprizes?
8   A.   Human resource manager.
9   Q.   And how long were you at Kervick
10 Enterprizes?
11  A.   One year.
12  Q.   And what did you do prior to that?
13  A.   I worked at Wyman Gordon Company.
14  Q.   And what did you do for Wyman
15 Gordon?
16  A.   Primarily human resources.
17  Q.   What was your title, if you recall?
18  A.   Human resources representative.
19  Q.   How long did you work there?
20  A.   12 years.
21  Q.   And did you have the same title
22 throughout that 12 years?
23  A.   No.
24  Q.   What did you do other than human

RICHARD J. ZEENA
July 20, 2005

Page 143

1    I, SONYA LOPES, a Notary Public in
2  and for the Commonwealth of Massachusetts, do
3  hereby certify that RICHARD J. ZEENA appeared
4  before me, satisfactorily identified himself, on
5  the 20th day of July, 2005, at the offices of
6  CATUOGNO COURT REPORTING SERVICES, 446 Main
7  Street, Worcester, Massachusetts, and was by me
8  duly sworn to testify to the truth and nothing but
9  the truth as to his knowledge touching and
10 concerning the matters in controversy in this
11 cause; that he was thereupon examined upon his
12 oath and said examination reduced to writing by
13 me; and that the statement is a true record of the
14 testimony given by the witness, to the best of my
15 knowledge and ability.
16    I further certify that I am not a
17 relative or employee of counsel/attorney for
18 any of the parties, nor a relative or employee
19 of such parties, nor am I financially
20 interested in the outcome of the action.
21    WITNESS MY HAND this 27th day of
22 July 2005.
23 Sonya Lopes                My Commission expires:
24 Notary Public              March 31, 2006

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA  Worcester, MA  Boston, MA  Lawrence, MA  Providence, RI