UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT BRIDDELL,

    Plaintiff

v.

SAINT GOBAIN ABRASIVES, INC.,

    Defendant.

Civil Action No.: 04-40146-FDS

### DECLARATION OF JOSEPH G. WILSON

Joseph G. Wilson, on oath, deposes and says as follows:

1. I am presently employed by Saint Gobain Abrasives, Inc. (the "Company") in Worcester, Massachusetts.

2. My race is African-American or Black. A copy of my Company I.D. badge and my Massachusetts license are attached.

3. I was initially employed by the Company as a temporary employee in October 1994, and I became a regular full-time employee in May 1995.

4. On February 14, 2001, I was terminated from employment. I was informed of my termination by Dennis D'Eramo and Bob Foley.

5. I was re-hired by the Company in December 2004.

6. My employee clock number at the Company when I was terminated in 2001 was 1546.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 18th, 2006.

*[signature]*
Joseph G. Wilson

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically and by first-class mail, postage prepaid, to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 24, 2006.

                                             /s/ David J. Kerman
                                             Jackson Lewis LLP







**MASSACHUSETTS**

**DRIVER'S LICENSE**

NUMBER

DATE OF BIRTH    CLASS  REST    HEIGHT   SEX
                 D              6-00     M

EXPIRES
          -2008

WILSON
JOSEPH

WORCESTER, MA

**REDACTED**