# EXHIBIT A

**ERIC LEBEAU**
**July 21, 2005**



```
                                                      Page 1
 1            UNITED STATES DISTRICT COURT
 2             DISTRICT OF MASSACHUSETTS
 3                   Civil Action No.:
 4                   4:04 CV 40146 (FDS)
 5
 6  *****************************
 7  ROBERT BRIDDELL,                    *
 8             Plaintiff                *
 9  vs.                                 *
10  SAINT-GOBAIN ABRASIVES, INC.,       *
11             Defendant                *
12  *****************************
13        DEPOSITION OF:  ERIC LEBEAU
14        CATUOGNO COURT REPORTING SERVICES
15              446 Main Street
16          Worcester, Massachusetts
17          July 21, 2005   11:20 a.m.
18
19
20
21              GAYLE OHMAN
22       CERTIFIED SHORTHAND REPORTER
23                #1353S94
24
```

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

ERIC LEBEAU
July 21, 2005

Page 50

1    MS. KELLY: I don't have anything
2    further.
3    MR. TULLY: Just a couple of
4    follow-ups.
5
6    FURTHER EXAMINATION BY MR. TULLY:
7
8    Q.    Just as to what Miss Kelly was
9    asking you about. On those occasions where you
10   said that you have had some heavy pans, that you
11   yourself produced some heavy pans, did anybody
12   complain about that to your knowledge?
13       A.    No.
14       Q.    Did you report it to any supervisor
15   that you had heavy pans?
16       A.    No.
17       Q.    Do you know if your supervisor knew
18   your pans were heavy?
19       A.    No.
20       Q.    In terms of anybody else who may
21   have been producing heavy pans, are you aware of
22   any complaints that were made by any employee
23   about making heavy pans?
24       A.    No.

CATUOGNO COURT REPORTING SERVICES
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**ERIC LEBEAU**
**July 21, 2005**

Page 55

1    I, GAYLE OHMAN, a Notary Public in and for
2  the Commonwealth of Massachusetts, do hereby
3  certify that ERIC LEBEAU, appeared before me,
4  satisfactorily identified himself, on the 21st
5  day of July, 2005, who was by me duly sworn to
6  testify to the truth and nothing but the truth
7  as to his knowledge touching and concerning the
8  matters in controversy in this cause; that he
9  was thereupon examined upon his oath and said
10 examination reduced to writing by me; and that
11 the statement is a true record of the testimony
12 given by the witness, to the best of my
13 knowledge and ability.
14    I further certify that I am not a relative
15 or employee of counsel/attorney for any of the
16 parties, nor a relative or employee of such
17 parties, nor am I financially interested in the
18 outcome of the action.
19    WITNESS MY HAND this 14th day of August,
20 2005.
21 
22 Gayle Ohman                My Commission expires:
23 Notary Public              October 25, 2007
24

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

# EXHIBIT B

**PHILIP GUSTAFSON**
**July 21, 2005**



Page 1

1  UNITED STATES DISTRICT COURT
2  DISTRICT OF MASSACHUSETTS
3  Civil Action No.:
4  4:04 CV 40146 (FDS)
5
6  ******************************************
7  ROBERT BRIDDELL,                      *
8          Plaintiff                     *
9  vs.                                   *
10 SAINT-GOBAIN ABRASIVES, INC.,         *
11         Defendant                     *
12 ******************************************
13
14  DEPOSITION OF:  PHILIP GUSTAFSON
15  CATUOGNO COURT REPORTING SERVICES
16  446 Main Street
17  Worcester, Massachusetts
18  July 21, 2005   9:00 a.m.
19
20
21  GAYLE OHMAN
22  CERTIFIED SHORTHAND REPORTER
23  #1353S94
24

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

PHILIP GUSTAFSON
July 21, 2005

Page 79

1   Q.   Is that because you're not aware --
2   strike that. Do you know when people are
3   disciplined?
4   A.   Not usually.
5   Q.   So is it accurate to say that you
6   are aware that there were contaminated mixes?
7   A.   Oh, yeah.
8   MR. TULLY: Objection.
9   Q.   (By Ms. Kelly) And you simply
10  don't know one way or the other if the company
11  disciplined the people who contaminated the mix;
12  is that accurate?
13  A.   No, I do know some people were --
14  it depends on who's talking to me. I mean, some
15  people say that they get disciplined for
16  contaminated mixes.
17  Q.   Other than Mr. Briddell who do you
18  know that was disciplined for contaminated mix?
19  A.   Oh, I can't remember specifically.
20  But I mean, I would imagine everybody that's
21  mixed has been talked to. But I don't know if
22  they've actually been written up for it.
23        I mean, it happens because there
24  can be a lot of things that can contaminate the

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Lawrence, MA   Providence, RI

**PHILIP GUSTAFSON**
July 21, 2005

Page 93

1    I, GAYLE OHMAN, a Notary Public in and for
2    the Commonwealth of Massachusetts, do hereby
3    certify that PHILIP GUSTAFSON, appeared before
4    me, satisfactorily identified himself, on the
5    21st day of July, 2005, who was by me duly sworn
6    to testify to the truth and nothing but the
7    truth as to his knowledge touching and
8    concerning the matters in controversy in this
9    cause; that he was thereupon examined upon his
10   oath and said examination reduced to writing by
11   me; and that the statement is a true record of
12   the testimony given by the witness, to the best
13   of my knowledge and ability.
14       I further certify that I am not a relative
15   or employee of counsel/attorney for any of the
16   parties, nor a relative or employee of such
17   parties, nor am I financially interested in the
18   outcome of the action.
19       WITNESS MY HAND this 15th day of August,
20   2005.
21   *[signature: Gayle Ohman]*
22   Gayle Ohman                My Commission expires:
23   Notary Public              October 25, 2007
24

# EXHIBIT C

**ROBERT M. BRIDDELL**
**February 15, 2005**



Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3                  No.:  04-40146-FDS

 4

 5

 6   *********************************

 7   ROBERT M. BRIDDELL,                *

 8              Plaintiff               *

 9   vs.                                *

10   SAINT-GOBAIN ABRASIVES, INC.,      *

11              Defendant               *

12   *********************************

13

14

15

16       DEPOSITION OF:  ROBERT M. BRIDDELL

17       CATUOGNO COURT REPORTING SERVICES

18              446 Main Street

19           Worcester, Massachusetts

20        February 15, 2005     9:10 a.m.

21

22

23            Elisabeth Zahariadis

24         Certified Shorthand Reporter
```

**CATUOGNO COURT REPORTING SERVICES**
Springfield, MA   Worcester, MA   Boston, MA   Providence, RI   Manchester, NH

```
 1      A.      Zeena, Stockman.
 2      Q.      Zeena was present at the meeting?
 3      A.      Yes.  Stockman was there.  The
 4  other vice president of human resources, he was
 5  still onboard, I think his name was Smith or
 6  Smitty or something like that, he was there,
 7  also.
 8      Q.      Smith?
 9      A.      Yeah.  At that time he was vice
10  president of human resources and Dennis Baker
11  was vice president of bond abrasives.  Yes, both
12  of them were there.
13      Q.      Did Mr. Zeena say anything at this
14  meeting in response?
15      A.      Yes.
16      Q.      What did he say?
17      A.      That it was posted, that the
18  meeting was posted for that meeting.
19      Q.      I'm sorry, what did Mr. Zeena say?
20      A.      That it was posted.  They didn't do
21  it in secret, it was posted.
22      Q.      Did Mr. Zeena say anything else?
23      A.      No.
24      Q.      Did you have any separate
```

ROBERT M. BRIDDELL
February 15, 2005

Page 261

1  conversation with Mr. Zeena about this meeting
2  for the African employees?
3         A.    No.
4         Q.    Did you ever speak to him
5  separately outside of that group meeting?
6              It says here, "Zeena became very
7  angry when I made that accusation?"
8         A.    He did.
9         Q.    What did he do to indicate that he
10 was very angry?
11        A.    His looks.
12        Q.    His what?
13        A.    His looks, the way he looked at me.
14        Q.    How did he look at you?
15        A.    Just like I said, that he was angry
16 from my statement.
17        Q.    The only thing that he said in
18 response was that it wasn't secret, it was
19 posted?
20        A.    Right.
21        Q.    He didn't say anything beyond that?
22        A.    No.
23        Q.    Did you say anything further in
24 that meeting?

ROBERT M. BRIDDELL
February 15, 2005

Page 263

1   I, ELISABETH ZAHARIADIS, a Notary Public
2   in and for the Commonwealth of Massachusetts, do
3   hereby certify that ROBERT M. BRIDDELL appeared
4   before me, satisfactorily identified himself, on
5   the 15th day of February, 2005, at Worcester,
6   Massachusetts, and was by me duly sworn to
7   testify to the truth and nothing but the truth
8   as to his knowledge touching and concerning the
9   matters in controversy in this cause; that he
10  was thereupon examined upon his oath and said
11  examination reduced to writing by me; and that
12  the statement is a true record of the testimony
13  given by the witness, to the best of my
14  knowledge and ability.
15      I, further certify that I am not a
16  relative or employee of counsel/attorney for any
17  of the parties, nor a relative or employee of
18  such parties, nor am I financially interested in
19  the outcome of the action.
20      WITNESS MY HAND this 15th day of March,
21  2005.
22  *Elisabeth Zahariadis* (signature)
23  Elisabeth Zahariadis    My Commission expires:
24  Notary Public           October 28, 2005