# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 04-40146-FDS |
| ) | |
| Saint-Gobain Abrasives, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | May 10, 2007 |

## REQUEST FOR EXTENSION OF TIME

The plaintiff Robert Briddell respectfully requests a twenty one (21) day extension of time to prepare the final pretrial order in this case. Specifically, the Plaintiff seeks an extension from May 25, 2007 up to and including June 15, 2007. The reason for the extension is that Attorney Mary E. Kelly is to draft and file this response. However, on April 6, 2007 it was discovered that Attorney Kelly's mother had suffered a stroke of the left side of her body, leaving her completely paralyzed with respect to the left arm, and leg and portions of the chest and larynx. Due to previous nerve damage, Attorney Kelly's mother was previously unable to use her right hand. Consequently, the stroke initially left her with no ability to perform any manual tasks, or even sit up or roll over without significant assistance. Her recovery from the stroke has thus far been minimal. Attorney Kelly is working part-time while her mother undergoes rehabilitation in order to provide emotional and physical support as much as possible.

This is the first request for an extension of time for this matter. Counsel for the Defendant has been contacted and consents to the granting of this extension.

                                               RESPECTFULLY SUBMITTED,
                                               THE PLAINTIFF

By: _____
       Mary E. Kelly ct07419
       Thomas W. Meiklejohn ct08755
       Livingston, Adler, Pulda,
       Meiklejohn & Kelly, P.C.
       557 Prospect Avenue
       Hartford, CT 06105-2922
       (860) 233-9821

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of May 2007 the foregoing Request for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Mary E. Kelly ct07419
Thomas W. Meiklejohn ct08755
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: mekelly@lapm.org
          twmeiklejohn@lapm.org