UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>Saint-Gobain Abrasives, Inc., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 04-40146-FDS<br><br><br><br>June 11, 2007 |

## JOINT REQUEST FOR EXTENSION OF TIME

The jointly request a two week postponement of the pretrial schedule in this case. Specifically, the Plaintiff seeks an extension from June 18, 2007 up to and including July 2, 2007 within which to submit the final pretrial memoranda, and a postponement of the pretrial conference from June 22, 2007 until July 6, 2007. The parties request this postponement for the following reasons:

1. The parties are engaged in settlement negotiations and retain some hope that the additional time may make it possible to resolve this matter.

2. Plaintiff's Attorney Kelly is working a part-time schedule due to the need to care for her mother during an extended illness and is not able to devote the amount of time needed to complete the pre-trial memorandum in a short period of time.

3. Attorney Meiklejohn, trial counsel for the Plaintiff, had previously made a commitment to his wife to be out of state on June 22, 2007 to celebrate their anniversary.

This is the second request for an extension of these deadlines. Counsel for the Defendant has authorized me to state that he joins in this request. The parties will not seek any additional extension of these time limits.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Thomas W. Meiklejohn ct08755
Mary E. Kelly ct07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of June 2007 the foregoing Joint Request for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas W. Meiklejohn ct08755
Mary E. Kelly ct07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: mekelly@lapm.org
        twmeiklejohn@lapm.org