UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Robert Briddell, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>Saint-Gobain Abrasives, Inc., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-40146-FDS<br><br><br><br>June 28, 2007 |

## JOINT REQUEST FOR EXTENSION OF TIME

The parties jointly request a postponement of the Final Pretrial Conference in this case from July 9, 2007 until July 27, 2007. The basis for this request is that the parties reached agreement today on the monetary terms of a settlement. The parties are unable to represent that a settlement agreement has been reached, because they became aware during the course of settlement discussions that there is a disagreement with respect to language. Counsel are optimistic that, with this additional time, they will be able to reach a final agreement.

Counsel for the Defendant has authorized me to state that he joins in this request.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Thomas W. Meiklejohn ct08755
Mary E. Kelly ct07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

    This is to certify that on this 28th day of June 2007 the foregoing Joint Request for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas W. Meiklejohn ct08755
Mary E. Kelly ct07419
Livingston, Adler, Pulda,
Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
Phone: (860) 233-9821
Fax: (860) 232-7818
E-mail: mekelly@lapm.org
        twmeiklejohn@lapm.org