UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Briddell,**
      Plaintiff(s),

V.

CIVIL ACTION

NO. 04-40146-FDS

**Saint Gobain Abrasives,**
      Defendant(s),

SETTLEMENT ORDER OF DISMISSAL

**Saylor, D. J.**

The Court having been advised on ___July 24, 2007___ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

___July 24  2007___         /s/ Martin Castles
Date        Deputy Clerk